NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE DEPOMED PATENT LITIGATION | Civil Action No.: 2:13-cv-04507 (CCC-MF) ORDER |
|---|---|

**CECCHI, District Judge.**

This matter comes before the Court upon application of Plaintiffs Depomed, Inc. and Grünenthal Pharmaceuticals, Inc. (collectively, "Plaintiffs") as well as Defendants Actavis Elizabeth LLC, Alkem Laboratories Limited, and Roxane Laboratories, Inc. (collectively, "Defendants") for claim construction, pursuant to Local Patent Rule 4.5. For the reasons set forth in this Court's accompanying Opinion,

IT IS on the 5th day of February, 2016,

**ORDERED** that the disputed claim language of United States Patent RE39,593 (the "RE593 Patent") is construed as follows:

| **Disputed Claim Term** | **Court's Construction** |
|---|---|
| an isolated . . . diastereo[iso]mer | a diastereo[iso]mer that may have present small amounts of other diastereo[iso]mers of the same compound, such as would be remaining after separation or synthesis |

| Disputed Claim Term | Court's Construction |
| --- | --- |
| such that X and the dimethylamino group are disposed threo in relation to each other | such that X and the substituent containing the dimethylamino group are bound to two adjacent chiral centers and are on the same side in the following correct Fischer projections for formulae Ia' and Ic': <br><br> Fischer projection for formula Ia'    Fischer projection for formula Ic' |
| (−)-(1R,2R)-3-(3-dimethylamino-1-ethyl-2-methylpropyl)-phenol hydrochloride (−21) | the chemical compound (−)-(1R,2R)-3-(3-dimethylamino-1-ethyl-2-methylpropyl)-phenol hydrochloride depicted by the structural formula identified by the number (−21) in Example 25 of the RE593 patent |

and it is further

**ORDERED** that the disputed claim language of United States Patent No. 7,994,364 (the "'364 Patent") is construed as follows:

| Disputed Claim Term | Court's Construction |
| --- | --- |
| essentially the same as | No construction necessary – plain meaning |

**SO ORDERED.**

HON. CLAIRE C. CECCHI
United States District Judge

2