UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

NEWARK

Date: March 23, 2016

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: CHUCK MCGUIRE

DEPUTY CLERK: JACQUIE LAMBIASE

Docket No. 13-cv-4507 (CCC)

Title of Case: In Re: Depomed

Appearances:  Keith Miller, Esq. of Robinson Miller, LLC
James Richter, Winston & Strawn
Kenneth Schuler, Gregory Sobolski, Terry Connolly & Lauren Sherkey, Esqs. of Latham Watkins
Amy Handler, Esq. of Sills, Cummis & Gross
Sheila Wiggins, Vincent Capuano & Tony Fitzpatrick, Esqs. of Dune Morris, LLP
Sal Patel, Esq. & Imron Aly, Esq. of Schiff Hardin
Michael Stzman, Esq. & Christine Rainey, Esq. of Gibson, Dunn
Melissa Chuderewiez, Esq. of Pepper Hamilton, LLP
Linda Wadler, Kristin McIntyre, Krista Bianco & Bill Lewins, Esq., of Finnegan

**NATURE OF PROCEEDINGS**:    NON JURY TRIAL CONTINUED at 9:00 A.M.

-Michelle Brown, M.D., sworn for the plaintiff
-Michael H. Ossipov, Ph.D., sworn for the plaintiff
-Lunch recess from 12:30 p.m. until 1:30 p.m.
-Michael H. Ossipov, Ph.D., testimony continued
-Ordered portions of the transcript sealed.
-Trial adjourned at 5:30 p.m., Closing arguments to be heard on April 27, 2016 at 9:00 a.m.
          .

Time Commenced:  9:00 a.m.                    Time Adjourned:   5:30 p.m.

*Jacquie Lambiase*

Jacquie Lambiase, Deputy Clerk