1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF NEW JERSEY

3    DEPOMED, INC. and GRUNENTHAL      :    Civil No.
     GMBH,                                  13-cv-4507-CCC
4                                      :
             Plaintiffs/Counterclaim        TRANSCRIPT OF
5            Defendants,               :    TRIAL PROCEEDINGS

6        v.                           :

7    ACTAVIS ELIZABETH LLC and        :
     ALKEM LABORATORIES LIMITED,
8                                      :
             Defendants/Counterclaim
9            Plaintiffs.              :
     ---------------------------------x
10                                    : Civ. No. 13-cv-7803-CCC
     AND CONSOLIDATED CASES             Civ. No. 13-cv-6929-CCC
11                                    : Civ. No. 14-cv-3941-CCC
                                        Civ. No. 14-cv-4617-CCC
12                                    : Civ. No. 14-cv-6797-CCC
     ---------------------------------x

13
                                      Newark, New Jersey
14                                    March 16, 2016

15

16   BEFORE:

17          THE HON. CLAIRE C. CECCHI, U.S.D.J.

18

19                                    Reported by:
                                      CHARLES P. McGUIRE, C.C.R.
20                                    Official Court Reporter

21

22          Pursuant to Section 753, Title 28, United States
            Code, the following transcript is certified to be
23          an accurate record as taken stenographically in
            the above entitled proceedings.

24

25                                    s/CHARLES P. McGUIRE, C.C.R.


                   CHARLES P. McGUIRE, C.C.R.

2

1       APPEARANCES:

2

        ROBINSON MILLER LLC
3       One Newark Center
        Newark, New Jersey 07102
4       BY: KEITH J. MILLER, ESQ.
        And
5       GIBSON, DUNN & CRUTCHER LLP
        555 Mission Street, Suite 3000
6       San Francisco, CA 94105-0921
        BY: MICHAEL SITZMAN, ESQ.
7           CHRISTINE RANNEY, ESQ.
            DAVID GLANDORF, ESQ.
8           JAYSEN S. CHUNG, ESQ., and
            THEODORE KWONG, ESQ.
9       Attorneys for Plaintiff Depomed, Inc.

10      PEPPER HAMILTON LLP
        Suite 400
11      301 Carnegie Center
        Princeton, New Jersey 08543-5276
12      BY:  MELISSA A. CHUDEREWICZ, ESQ.
        And
13      FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
        901 New York Avenue, N.W.
14      Washington, D. C. 20001
        BY: BASIL J. LEWRIS, ESQ.
15          LINDA A. WADLER, ESQ.
            KRISTA E. BIANCO, ESQ., and
16          KRISTIN L. McINTYRE, ESQ.
        Attorneys for Plaintiff Grunenthal GmbH
17

        SILLS CUMMIS & GROSS P.C.
18      One Riverfront Plaza
        Newark, New Jersey 07102
19      BY:  AMY M. HANDLER, ESQ.
        And
20      LATHAM & WATKINS LLP
        330 N. Wabash Avenue
21      Chicago, Illinois 60611
        BY: KENNETH G. SCHULER, ESQ.
22          LAUREN K. SHARKEY, ESQ., and
            TERRENCE J. CONNOLLY, ESQ.
23      Attorneys for Defendant Roxane Laboratories, Inc.

24

25

                        CHARLES P. McGUIRE, C.C.R.

1       APPEARANCES:

2           DUANE MORRIS LLP
            100 High Street, Suite 2400
3           Boston, MA 02110-1724
            BY: SHEILA RAFTERY WIGGINS, ESQ.
4               ANTHONY J. FITZPATRICK, ESQ.
                VINCENT L. CAPUANO, ESQ.
5               CAROLYN A. ALENCI, ESQ., and
                PATRICK C. GALLAGHER, ESQ.
6           Attorneys for Defendants Actavis Elizabeth LLC,
            Actavis LLC and Actavis, Inc.
7
            WINSTON & STRAWN LLP
8           One Riverfront Plaza
            Newark, New Jersey 07102
9           BY: JAMES RICHTER, ESQ.,
            And
10          SCHIFF HARDIN LLP
            233 South Wacker Drive, Suite 6600
11          Chicago, Illinois 60606
            BY: IMRON T. ALY, ESQ.
12              SAL PATEL, ESQ.
                JASON HARP, ESQ.
13              JOEL WALLACE, ESQ.
                JOHN K. HSU, ESQ., and
14              AHMED M. T. RIAZ, ESQ.
            Attorneys for Defendant Alkem Laboratories Limited

15

16

17

18

19

20

21

22

23

24

25

CHARLES P. McGUIRE, C.C.R.

1                 THE COURT CLERK:  All rise.

2                 THE COURT:  Good morning, everyone.  Have a seat.

3                 Everyone is well?  Good.  We have an extra half

4       hour today.

5           (Laughter)

6                 THE COURT:  Hope that did everyone well.

7                 All right.  Let's see.  Let's get everyone onto

8       the record, and we'll begin.  Let's start with the

9       Plaintiffs.

10                MR. MILLER:  Good morning, Your Honor.

11                Keith Miller from the firm of Robinson Miller,

12      Newark, New Jersey, on behalf of the Plaintiff Depomed.

13                With me are my co-counsel from the Gibson Dunn

14      firm, Christine Ranney, David Glandorf, and Timothy Best.

15                THE COURT:  Thank you.

16                MS. CHUDEREWICZ:  Good morning, Your Honor.

17                Melissa Chuderewicz from Pepper Hamilton on behalf

18      of Plaintiff Grunenthal, and with me are my co-counsel from

19      the Finnegan law firm, Bill Lewis, Linda Wadler, and

20      Christie McIntyre.

21                THE COURT:  Thank you.  Good morning.

22                MS. WIGGINS:  Good morning, Your Honor.

23                On behalf of the Actavis Defendants, I'm

24      Sheila Wiggins from Duane Morris, and with me are my

25      colleagues, Patrick Gallagher and Anthony Fitzpatrick.

                    CHARLES P. McGUIRE, C.C.R.

```
 1                    THE COURT:  Thank you.  Good morning.

 2                    MS. HANDLER:  Good morning, Your Honor.

 3                    Amy Handler from Sills Cummis & Gross on behalf of

 4       Defendant Roxane Labs, and with me are my co-counsel from

 5       Latham & Watkins, Terrence Connolly, Lauren Sharkey, and

 6       Ken Schuler will be back later.

 7                    THE COURT:  Okay.  Thank you.

 8                    MR. RICHTER:  Good morning, Your Honor.

 9                    James Richter, Winston & Strawn, on behalf of

10       Alkem, and I'm going to allow my co-counsel to introduce

11       themselves.

12                    MR. RIAZ:  Good morning, Your Honor.

13                    Ahmed Riaz from Schiff Hardin on behalf of

14       Defendant Alkem.

15                    MR. ALY:  Good morning.  Imron Aly.

16                    THE COURT:  Good morning.

17                    MR. HARP:  Good morning, Your Honor.  Jason Harp.

18                    THE COURT:  Good morning.

19                    All right.  So are we going to be doing some

20       continuation of Dr. Steed, of the direct, or not?

21                    MR. HARP:  No further direct.

22                    THE COURT:  I know we talked about potentially

23       there being 10 more minutes.

24                    MR. HARP:  Thank you for the opportunity, Your

25       Honor.  No further direct.
```

CHARLES P. McGUIRE, C.C.R.

1          THE COURT:  All right, fine.  Let's begin with the

2     cross, then.

3          If we may have the witness return to the witness

4     stand.

5     J O N A T H A N   S T E E D, called as a witness on behalf

6     of the Defendants, and having been previously sworn,

7     testified as follows:

8          THE COURT:  And again, sir, I will remind you that

9     you are under oath.

10          Good morning.  How are you?

11          THE WITNESS:  Good morning.  I'm fine, thank you,

12     Your Honor.

13          THE COURT:  Good.

14          MS. RANNEY:  And we have some binders.

15          THE COURT:  You may begin.

16          Did you get a chance to look at the exhibits?

17          MR. HARP:  Yes, Your Honor.

18          One issue with PTX 297, which appears to be a

19     European patent document.  I don't believe Mr. Steed has

20     ever testified about that, nor is it in his report, so I'm

21     just raising that as an issue so that a foundation may be

22     laid.

23          THE COURT:  Okay.  Anything else?

24          MR. HARP:  No, Your Honor.

25          THE COURT:  Anything with the demonstrative?

CHARLES P. McGUIRE, C.C.R.

1              MR. ALY:  Just a moment?

2              THE COURT:  It looks like there is only one

3    demonstrative?  Or no, two.

4              MS. RANNEY:  Just a couple.

5              MR. HARP:  No issues, Your Honor.  Thank you.

6              THE COURT:  Also, I just want to remind everyone

7    to speak into the mike as well, myself included.

8              Any issue with respect to the demonstrative?

9              MR. HARP:  No, Your Honor.  Thank you.

10             THE COURT:  Thank you.  Or demonstratives, plural.

11             Thank you.  Let's begin.

12                        CROSS-EXAMINATION

13   BY MS. RANNEY:

14   Q.    Good morning, Dr. Steed.

15   A.    Good morning, Ms. Ranney.

16   Q.    I just wanted to confirm a couple of things to start.

17             Now, you testified yesterday regarding

18   reproductions of Example 25 conducted by Marita Mueller;

19   correct?

20   A.    Yes.

21   Q.    Let's talk about the first of those three

22   reproductions, which was Sample GB-Bu322-1-1.  Is it okay if

23   I refer to that sample as 1-1?

24   A.    Okay.

25   Q.    Now you reviewed the XRPD pattern for sample 1-1,

CHARLES P. McGUIRE, C.C.R.

1    didn't you?

2    A.    Yes.

3    Q.    And you did not conclude that Form A was present in

4    that XRPD pattern, did you?

5    A.    I did not.

6    Q.    Moving on to the third of her reproductions that

7    resulted in Sample GB-Bu322-1-3.

8          And I'll refer to that one as 1-3.

9    A.    Okay.

10   Q.    Did you review the XRPD pattern for Sample 1-3?

11   A.    I did.

12   Q.    And you did not conclude that Form A was present in

13   that pattern, did you?

14   A.    I didn't, but it was very noisy.

15   Q.    But despite the fact that it was noisier than say the

16   pattern for 1-1, you did not conclude that there was any

17   Form A in there.

18   A.    I didn't.

19   Q.    All right.  Now, you would agree that there are

20   samples of Form B of tapentadol hydrochloride that exist at

21   room temperature; right?

22   A.    Impure samples, yes.

23   Q.    Yes.  And you testified, for example, yesterday, about

24   batch zero; correct?

25   A.    Yes.

1    Q.    And you know that batch zero was synthesized in 1994.

2    A.    I believe that's correct.

3    Q.    Okay.  And your counsel put up the XRPD pattern for

4    batch zero; right?

5    A.    Yes.

6    Q.    And you agree that batch zero was Form B; you did not

7    conclude there was Form A in that pattern, did you?

8    A.    No, I didn't.  Again, it's somewhat noisy, but I

9    didn't see any Form A.

10    Q.    And the XRPD pattern for batch zero was measured at

11    the end of 2001?

12    A.    I believe so.

13    Q.    Okay.  So batch zero remained Form B for almost eight

14    years.

15    A.    Certainly when it was measured, it seemed to be Form

16    B.

17    Q.    Okay.  But you took the position yesterday that batch

18    zero and other samples of Form B that were stable at room

19    temperature contained impurities; correct?

20    A.    Yes.

21    Q.    And those impurities allowed Form B to be stable at

22    room temperature?

23    A.    That's right.

24    Q.    Now, is there any particular impurity or impurities

25    that you think stabilized Form B, or is it just impurities

1    in general?

2    A.    I think it must be some particular impurities, but I

3    don't know which specific ones.

4    Q.    Okay.  A particular impurity or impurities.

5    A.    Yes.

6    Q.    Is it okay if I refer to that as the key impurity?

7    Because I think we're going to be talking about it a lot.

8    A.    If you wish.

9    Q.    Okay.  Thank you.

10           So given that you don't know the identity of this

11    impurity or impurities, I assume you haven't seen any

12    empirical data on their effects on polymorphic form?

13    A.    I believe the DSC and x ray data referred to yesterday

14    are empirical data.

15    Q.    I'm sorry, Doctor.  I was talking about empirical data

16    on the effect of the key impurities specifically on

17    polymorphic form.

18    A.    Well, the effect seems to be to retard the rate of

19    transformation from B to A, so with regard to that effect,

20    the DSC and x ray data are empirical data.

21    Q.    Okay.  And you testified yesterday regarding a few

22    Grunenthal documents that listed various samples and their

23    impurity levels; correct?

24    A.    Yes.

25    Q.    Okay.  And you pointed out that the Form B samples in

1   these documents seemed to have higher levels of impurities

2   than their Form A counterparts.

3   A.    Yes, three particular impurities, if I'm thinking of

4   the ones you're thinking of.

5   Q.    Okay.  Yes.  And that was your explanation as to why

6   we could have these samples of Form B; right?

7   A.    I believe these samples of Form B are impure, and

8   those Form B samples had high levels of those three

9   particular impurities.

10  Q.    Let's look at another Grunenthal document showing

11  impurity levels for different samples.

12        MS. RANNEY:  If you can put up Plaintiff's Exhibit

13  507, and next to it the translation, which is Plaintiff's

14  Exhibit 1579.

15  Q.    Have you seen this table before, Doctor?

16  A.    I'm afraid I don't remember.  I may have done, but I

17  don't remember.

18  Q.    You reviewed Dr. Bernstein's report in connection with

19  this litigation; right?

20  A.    Yes, I did.

21  Q.    And did you review the documents cited in his report?

22  A.    Yes, I did, mostly, yes.

23  Q.    I understand there were a lot.

24  A.    There was a lot.

25  Q.    This was one of the documents cited in Dr. Bernstein's

1    report.

2    A.     Okay.

3    Q.     So you see a number of samples listed on the left-hand

4    column; right?

5    A.     Yes.

6    Q.     And at the bottom, we see two samples that you

7    testified yesterday, CEPM1a and CEPM2a.

8    A.     Correct.

9    Q.     You understand that these samples in the left-hand

10   column are samples of tapentadol hydrochloride; right?

11   A.     It would seem so.

12   Q.     And then in the far right-hand column, we have

13   impurities, and you recognize that BN300 and Bu351 are two

14   types of impurities; right?

15   A.     Yes, they're two particular impurities.

16   Q.     Okay.  Let's look at the first sample on this table.

17   It's CEWS141/1.

18   A.     Okay.

19   Q.     Could you read for the record the percentages of

20   impurities listed for this sample?

21   A.     Yes.  It's BN300, 0.35 percent; Bu351, 0.2 percent.

22   Q.     Okay.  And this sample is listed as Form B; right?

23   A.     That's what it says.

24   Q.     So this is a relatively low level of impurities;

25   correct?

1    A.    Well, of these two particular impurities, yes, they

2    are relatively low.

3    Q.    Okay.  You've reviewed the other levels of impurities

4    in this document?

5    A.    I don't recall reviewing it, but I would have done if

6    it was in Dr. Bernstein's report.

7    Q.    And, for example, if you go to the second page, and

8    look at one of the Form A samples, and it's CEHS93-95.

9    A.    I'm sorry, just give me a moment.  I was on the German

10   version.  I'm just going to flip to the English version on

11   my page.

12   Q.    Sure.

13   A.    My German is nonexistent, I'm afraid.

14   Q.    Same for me.  So CEHS93-95.

15   A.    And this is the second page?

16   Q.    Yes.  Sort of in the middle.

17   A.    Okay.

18   Q.    Could you read for the record the impurities listed

19   for that sample?

20   A.    Yes.  That's BN300, 1.15 percent; and Bu351, 0.35

21   percent.

22   Q.    And those are both higher percentages than the

23   percentages for Form B we just looked at; right?

24   A.    I'll have to check again.

25   Q.    Sure.

CHARLES P. McGUIRE, C.C.R.

1    A.    Yes, we have .35 and .2 for 300 and 351, and now we

2    have 1.15 and .35 for this one, so, yes, they're higher.

3    Q.    Thank you, Doctor.

4         You also testified yesterday regarding experiments

5    that were conducted at Crystallics, investigating the effect

6    of impurities on polymorphic form; right?

7    A.    Yes.

8         MS. RANNEY:  All right.  Let's put up that report.

9    It's Defendants' Exhibit 995.

10   Q.    And you recognize this as the report from Crystallics

11   that you testified about yesterday; right?

12   A.    Yes.

13   Q.    What's the date on this report?  It's in the top right

14   corner.

15   A.    May 2003.

16   Q.    And could you read the first sentence of the third

17   paragraph that begins "An accelerated?"

18   A.    "An accelerated experimental program (97 experiments)

19   has been performed at Crystallics BV."

20   Q.    Okay.  Let's go to page number 20952.

21   A.    Sorry.  I sort of have to find it.  I thought it was

22   going to come up on the screen.

23   Q.    It will.

24   A.    Okay.

25        (The document was displayed.)


                    CHARLES P. McGUIRE, C.C.R.

1    Q.    I'll give you a moment.

2    A.    Thank you.

3          I'm sorry, could you repeat the page number,

4    please?

5    Q.    It's 20952 is the Bates number.

6    A.    Okay.

7    Q.    Okay.  Could you read the heading at the top of this

8    page?

9    A.    "Step 3-effect of impurities."

10   Q.    And you testified about this page yesterday; right?

11   A.    Yes.

12   Q.    And looking at this page yesterday, you testified that

13   Crystallics concluded that impurities affected polymorphic

14   form, right, or at least these particular impurities?

15   A.    I believe I testified that one of these particular

16   impurities had more of an effect on the formation of B than

17   the other one did.

18   Q.    Okay, and why did you testify about that?

19   A.    That's what it says here.

20   Q.    Okay.  And was your point to show that impurities

21   affects polymorphic form?

22   A.    My point was that Crystallics believed that one of

23   these two particular impurities had an influence on

24   polymorphic form.

25   Q.    Okay.  If you look at Table 6.

1    A.    Okay.

2    Q.    And Table 6 is titled "Significant factors for the

3    responses in the Step 3 DoE," and we saw at the top of the

4    page that step three is effect of impurities; right?

5    A.    Okay.

6    Q.    And then let's look at the line for polymorph,

7    starting with impurity GRT4045Y.

8          The value there is zero; right?

9    A.    That's what it says.

10          I must admit I'm not an expert in design

11    experiments methodology.  It's a rather complex technology.

12    Q.    You understand that this zero indicates that there was

13    no significant effect of this impurity on polymorphic form;

14    right?

15    A.    I'm afraid I don't really understand what the notation

16    is in DoE.  It's a complex system of methodology that we

17    don't do in my lab.

18    Q.    Okay.  The title of the table is "Significant factors

19    for step 3 DoE"; correct?

20    A.    Indeed.

21    Q.    And the zero would seem to indicate that they did not

22    find GRT4045Y to be a significant factor; correct?

23    A.    I don't know that from my experience.  All I can go is

24    by the legend of the table, which talks about what pluses

25    and minus means.  It doesn't specify what the zero means.

1    What you say doesn't sound unreasonable, but I don't know

2    that from my experience.

3    Q.    And looking at GRT0912Y, the value there is also zero;

4    right?

5    A.    That's what it says.

6    Q.    Okay.

7            MS. RANNEY:  Can we move the magnifier down just a

8    little bit to get the last line?

9    Q.    Could you read that last line there with the little

10    star?

11    A.    "Factor interaction AC is also significant."

12    Q.    Okay.  Could you read the -- the last line of the

13    table is GRT 0912Y; is that right?

14    A.    Yes.

15    Q.    And then the value listed for GRT 4045Y is zero;

16    correct?

17    A.    That's what it says.

18    Q.    So that would indicate that GRT0912Y is also not a

19    significant factor when it comes to the other impurity;

20    correct?

21    A.    I'm not quite sure what you mean by significant factor

22    when it comes to the other impurity.

23    Q.    Doesn't this last line of the table indicate that zero

24    means not significant?

25    A.    Yes, but I don't quite understand what the zero means

1    in terms of one impurity interacting with the other

2    impurity.  The heading of the second column is the name of

3    one impurity, and the line you're pointing to is another

4    impurity, so that seems to be the influence upon one

5    another.  But as I said, I'm not an expert in design of

6    experiments.

7    Q.    Fair enough.  Sorry.  Actually, what I was hoping you

8    would look at or what I should have had you look at is the

9    note at the end of the table that says zero is not

10   significant.

11   A.    Yes, that's what it says.

12   Q.    Okay.  So that would indicate to you that these

13   impurities 4045Y and 0912Y were not significant in terms of

14   polymorphic form; correct?

15   A.    I can't conclude that because I don't really

16   understand the statistics of the design of experiments

17   methodology, but I can say that it does say zero, which says

18   not significant.

19   Q.    Okay.  Thank you.

20           MS. RANNEY:  Could we look at Plaintiff's Exhibit

21   553?

22   Q.    Could you read the title and the date of this

23   presentation for the record, please?

24   A.    Yes.  "CG5503 - Results of the crystallization

25   optimization at Crystallics, 2003-05-12."


                    CHARLES P. McGUIRE, C.C.R.

1    Q.    Okay and that would be May of 2003; correct?

2    A.    I believe so, yes.  It's in the British.

3    Q.    Let's look at the second page of the document.

4          Could you just read the first bullet point for the

5    record?

6    A.    "The project concerns a crystallization process

7    optimization study of CG5503 in which 97 crystallizations

8    were carried out by varying concentrations and solvents

9    (including mixtures) cooling rates, end temperatures and

10   seeding amounts."

11   Q.    This would be the same May 2003 Crystallics study that

12   we were just talking about; right?

13   A.    I believe so.

14   Q.    Okay.  Let's go to page 23 of the document.  It's

15   Bates number 74898.

16         Could you read the title of the slide for the

17   record?

18   A.    "The effect of impurities on the crystallization."

19   Q.    And would you also read the first bullet point please?

20   A.    Yes.  "High levels of impurities GRT4045Y and GRT0912Y

21   were observed to have no effect on the polymorphic form

22   outcome in step 3."

23   Q.    Okay.  Let's get back to your opinion about the

24   impurities and their effect on polymorphic form.

25         It's your opinion that if you synthesized

CHARLES P. McGUIRE, C.C.R.

1  tapentadol, say as in Example 25, and you do it cleanly, you

2  will always obtain some Form A; right?

3  A.    Repeated correctly, you will get some Form A.

4         MS. RANNEY:  Okay.  Could we put up Defendants'

5  Exhibit 752?  And let's go to Example 25 in Column 20.

6  Q.    The goal of Example 25 is to produce compound (-21),

7  which is tapentadol hydrochloride; is that right?

8  A.    Yes, (-21).

9  Q.    And it says here that enantiomer (-21) was obtained in

10  45 percent yield; is that right?

11  A.    Yes.

12  Q.    Now this yield indicates that Example 25 is not a

13  particularly clean synthesis, doesn't it?

14  A.    Yes, that's right.  It's quite a low yield.

15  Q.    So the Example 25 synthesis will generate some

16  impurities; right?

17  A.    Not necessarily.  It will generate some side product

18  or by-product, and that's what the zero means, that not all

19  the starting material has ended up to product.

20  Q.    And the side product or by-products, could these be

21  impurities that stabilize Form B?

22  A.    They could do if they're in the final sample.  If

23  they're separated out during the process, then of course,

24  they won't be impurities, they would be separated out by

25  purification.

CHARLES P. McGUIRE, C.C.R.

1    Q.    But it is possible that the reproduction of Example 25

2    could generate either impurities or side products or

3    by-products that could stabilize Form B; right?

4    A.    What do you mean by the reproduction?

5    Q.    If one were to synthesize tapentadol hydrochloride

6    according to Example 25, one might generate impurities or

7    side products or by-products that could stabilize Form B; is

8    that right?

9    A.    I don't think I can agree with that.  Good chemical

10    practice means that you do purify your compound as best

11    you're able, and we talked about how purification is done

12    and how it's accessed.  So a good chemist would try and get

13    a pure product.

14    Q.    But a good chemist will never be able to get a

15    100-percent pure product; right?

16    A.    No, that's true.

17    Q.    There will always be some impurities that remain.

18    A.    Yes, and there are particular criteria of purity that

19    chemists use.

20    Q.    And in fact, you testified about the University of

21    Wisconsin reproduction or purported reproduction of Example

22    25; right?

23    A.    Yes.

24    Q.    And there were some impurities there as well.

25    A.    Yes, there were.

1   Q.    So isn't it possible that you could have a faithful

2   reproduction that generated enough of these impurities to

3   make it result in only Form B?

4   A.    When you say "these impurities," are you referring to

5   the specific impurities that stabilize Form B?

6   Q.    Yes.

7   A.    I'm sorry, could you just repeat the question again?

8   Q.    Sure.

9         Isn't it possible that a faithful reproduction of

10  Example 25 of the '733 patent would generate enough of the

11  key impurity to make the result only Form B?

12  A.    No, I don't believe so.

13  Q.    And why is that?  What level of purity would you

14  require for a synthesis of tapentadol hydrochloride to be a

15  faithful reproduction of Example 25?

16  A.    Well, we don't know what this impurity is that does

17  the stabilizing, so I can't really say what level of purity

18  would be.  But we do have the evidence from Wisconsin's

19  reproduction that they did carry it out faithfully and they

20  did get Form A.

21  Q.    So the University of Wisconsin has some impurities,

22  and your opinion is that that is a faithful reproduction.

23  Ms. Mueller also has some impurities.  In your opinion, you

24  said that was not a faithful reproduction.  Somewhere in

25  between, you've drawn the line, some impurity level.

1    A.    No, I said that hers was not a faithful reproduction

2    because of the mistakes she made in the synthesis.  It

3    wasn't based on the impurity levels, although that was the

4    outcome.

5    Q.    Yes.  If you did know what the impurity or impurities

6    was, how much of it would you permit in the synthesis for it

7    to be a faithful reproduction?

8    A.    I don't know.  I'd have to assess that empirically

9    based on its effects on the transformation from Form B to

10    Form A.

11    Q.    But you would set some requirements based on the

12    transformation of Form B to Form A?

13    A.    Well, there must be a level of the particular

14    impurities or impurity that is inhibiting the transformation

15    on which it's effective.

16    Q.    And above that level, it would not be a faithful

17    reproduction?

18    A.    No, as I said, the faithfulness of the reproduction is

19    not based upon impurity level.  It's based upon whether this

20    is carried out correctly and actually reproduces what the

21    patent teaches.

22    Q.    Let's look at Example 25 again.

23          Example 25 doesn't set forth any requirement with

24    respect to impurity, right?  Impurities?

25    A.    It doesn't mention impurities in the example, no.

CHARLES P. McGUIRE, C.C.R.

1    Q.    So if the Court were to disagree with you that

2    Ms. Mueller did not faithfully reproduce Example 25, if the

3    Court were to disagree with your criticisms, and Ms. Mueller

4    reproduced Example 25 and got Form B, you would say that's a

5    faithful reproduction that produced Form B; right?

6    A.    I don't think it is a faithful reproduction.

7    Obviously the Court will decide based on my evidence.

8    Q.    Okay.  But you wouldn't say it was not a faithful

9    reproduction based upon the fact that it contained

10    impurities.

11    A.    It wasn't based on impurities that I said it wasn't a

12    faithful reproduction.  It was based on mistakes.

13    Q.    Dr. Steed, is it your opinion that it would be

14    impossible to faithfully reproduce Example 25 and not

15    generate enough impurities to get all Form B?

16    A.    I'm sorry, would you repeat the question?  Not

17    generate enough impurities?  Sorry.  Please repeat it.

18    Q.    Sure.  Let me rephrase it.

19         Isn't it possible that you could, notwithstanding

20    your opinion that Ms. Mueller did not faithfully reproduce

21    Example 25, isn't it possible that one could faithfully

22    reproduce Example 25 and get enough impurities to stabilize

23    Form B?

24    A.    No.

25    Q.    Why not?  How do you know?  Given that you don't know

1    the identity of the key impurity, how do you know that you

2    couldn't generate enough of it to stabilize Form B?

3    A.    Because if you perform it as a chemist would, which is

4    to purify the material to the normal kinds of levels that

5    chemists do, if you're careful with your technique in the

6    way that I described and the way the Wisconsin scientists

7    were, then you would get a pure enough sample that Form B

8    wouldn't exist at room temperature.

9    Q.    We looked at a document earlier, it was Plaintiff's

10    Exhibit 507, and we looked at the first sample of Form B,

11    and it had a relatively low level of impurities compared

12    with the other samples in that table; right?

13    A.    It had a relatively low level of two particular

14    impurities.

15    Q.    Two particular impurities.

16    Do you have any evidence to suggest that samples

17    with relatively low levels of impurities can't be Form B?

18    A.    All the evidence seems to suggest that it's only

19    impure samples with relatively high levels of impurities

20    that are Form B.  I don't think samples with low levels of

21    impurity can be Form B because they're transformed to A.

22    Q.    We just talked about a sample of low levels of

23    impurities in Plaintiff's Exhibit 507.

24    MS. RANNEY:  Maybe we can put it back up.

25    Q.    Sample CEWS141/1; do you have any evidence that this

1    sample had high levels of other impurities?

2    A.    These are levels of only two particular impurities,

3    one is actually the starting material, and we know that

4    isn't the one that stabilizes Form B, I don't think.  So, we

5    don't know what the other levels of impurities are, but the

6    fact that it's Form B means there must be other impurities

7    stabilizing it.

8    Q.    Do you have any empirical evidence that a sample with

9    low levels of impurities in general, not just these two, but

10   all, cannot be Form B?

11   A.    A sample with low -- sorry.  Please repeat the

12   question.

13   Q.    Have you seen any empirical evidential that samples

14   with low levels of impurities in general can't be Form B?

15   A.    Yes, I have.  I refer back to the DSC x ray empirical

16   evidence that shows that samples with low levels of

17   impurities transform to Form A.

18   Q.    Those were just DSCs for a few particular samples;

19   right?

20   A.    They're samples with low levels of impurities because

21   they're transforming.

22   Q.    Let's talk about the synthesis described in Example

23   25.

24         You might want to have the patent in front of you.

25   That's Defendants' Exhibit 752.

1     A.     Okay.   I still have it.

2     Q.     All right.   We discussed earlier that the goal of

3     Example 25 is to produce tapentadol hydrochloride, and

4     that's compound (-21); right?

5     A.     Yes.

6           MS. RANNEY:   Let's put up slide one of Plaintiff's

7     demonstrative.

8     Q.     All right.   There is compound (-21).

9           Now, in order to obtain this compound, Example 25

10    refers back to Example 24; right?

11    A.     Yes.

12    Q.     And it uses compounds minus one as a starting

13    material.

14    A.     I believe so.

15    Q.     If you look at Example 24, it starts with the compound

16    plus one; right?

17    A.     That's right.

18    Q.     So Example 25 refers back to Example 24, but it uses

19    the opposite enantiomer starting material.

20    A.     Correct.

21           MS. RANNEY:   Could you put up the three steps of

22    Example 24, please?

23           There it is, starting with step one.

24    Q.     Now, going back to Example 25, you talked about the

25    starting material was minus one, and the example states that

1    that starting material was prepared according to Example 2;

2    correct?

3    A.    Yes.

4          MS. RANNEY:  Let's add that.

5    Q.    Would you agree that this is the synthesis of Example

6    25 as stated in the '737 patent?

7    A.    Yes, this is the synthetic method.

8    Q.    Now, you've repeated an organic synthesis that someone

9    else has previously done; right, Doctor?

10    A.    Yes.

11    Q.    And you would agree that to faithfully reproduce such

12    a synthesis that someone else has done, you must follow

13    their procedures, even if you would normally do it a

14    different way; right?

15    A.    If you're reproducing something then, you do it the

16    way -- the thing you're following.

17    Q.    Okay.  Now, you testified yesterday regarding work

18    performed in connection with this litigation at the

19    University of Wisconsin; right?

20    A.    Yes.

21    Q.    And you testified that the work resulted in a mixture

22    of Form A and Form B of tapentadol.

23    A.    That's right.

24    Q.    And do you recall that three percent of the starting

25    material remained in the product of the University of

1    Wisconsin's work?

2    A.    Yes, that's right.

3    Q.    You also testified yesterday that the University of

4    Wisconsin began its synthesis at step three of Example 24

5    with material purchased from a company called Norac.

6    A.    Correct.

7    Q.    Can we put that up on the screen?

8          Does that seem accurate to you, Professor?

9    University of Wisconsin began at step three with Example 24?

10   A.    Yes.

11   Q.    But Norac did not follow the steps disclosed in

12   Example 24 in order to make this starting material, did

13   they?

14   A.    Their synthesis was the same is my understanding.  So

15   I believe that they do the -- the (-22) intermediate I don't

16   think they isolate, but other than that, it's the same.

17   Q.    The same.

18   A.    That's my understanding, at least in terms of the

19   synthetic method.

20   Q.    Okay.  You told us something a little different at

21   your deposition.

22          There's going to be two pages.  The first one is

23   237.

24          (A copy of the deposition was placed before the

25   witness.)


                    CHARLES P. McGUIRE, C.C.R.

1            MR. FITZPATRICK:  We have an additional copy, Your

2    Honor, if that would --

3            THE COURT:  That would be great.  Thanks.

4            MS. RANNEY:  Oh.  Sorry.

5            THE COURT:  I just gave mine to the witness.

6            MS. RANNEY:  Yes, thank you.  I'm sorry about

7    that.

8            THE COURT:  Thanks.

9            And by the way, with the dep transcript, any

10   issue?  Any issue?

11           MR. HARP:  No, Your Honor.

12           THE COURT:  Thank you.

13           MS. RANNEY:  We can go back a page, actually.

14   Q.    And if you look at line 13, the question is:  "And we

15   know that Norac did not follow the previous steps disclosed

16   in Example 24 beginning in -- on Column 18, nor did they

17   follow the making of the precursor, Example 2, beginning at

18   Column 7."

19           And you said:  "I must admit, I don't know how

20   they -- how they got to their precursor 2.  They may well

21   have followed Example 2, but I -- my understanding is their

22   synthesis was the same in concept, but with differences in

23   some nuances to get to this plus 23 compound, or minus 23 in

24   our case."

25           Did I read that correctly?

CHARLES P. McGUIRE, C.C.R.

1    A.    You did.

2    Q.    Okay.  And let's go to the next page.  And you

3    understand we're talking about the same subject matter here,

4    whether Norac followed the steps of Example 24.

5    A.    Indeed.

6    Q.    And starting at line 13, there's a question:

7          "What I'm trying to do is, I'm just trying to be

8    very clear about what it is they did and what they didn't

9    do."

10         And your answer was:

11         "So my understanding is that the way in which they

12   made that minus 23 compound is the -- is a very similar

13   process to the earlier -- the earlier parts of Example 24,

14   but differs in some details."

15   A.    Yes, that's right, that's what I was alluding to when

16   I said they didn't isolate the intermediate compound.

17   Q.    But Norac did not follow the exact steps set forth in

18   Example 24; correct?

19   A.    From my overview of the synthesis, it doesn't seem it

20   was exactly the same.  Like I said, the same strategy, but

21   different in some nuances.

22   Q.    Yes.  You testified earlier that in order to

23   faithfully reproduce an organic synthesis that someone else

24   has done, one should follow the procedure that the other

25   person did; right?

1    A.    Correct.

2    Q.    And Norac did not follow that exact procedure.

3    A.    Norac was attempting to reproduce Example 25.  The

4    reproduction is step three that the University of Wisconsin

5    did.  I think that's what we were talking about.

6    Q.    The University of Wisconsin was attempting to

7    reproduce Example 25; right?

8    A.    Step three of Example 25.

9    Q.    Why was the University of Wisconsin only trying to

10   reproduce step three of Example 25 when the task was to

11   reproduce the entirety of Example 25?

12   A.    No, the task was to identify what crystal form results

13   from the crystallization step at the end of Example 25, and

14   step three is the relevant step for that.

15   Q.    Let me represent to you that the task was to

16   faithfully reproduce Example 25.  Would you agree that means

17   to reproduce the entirety of Example 25?

18   A.    Well, that wasn't the task.  The task was to reproduce

19   step three of Example 25.

20   Q.    Sorry, I am representing to you that the task was

21   actually to faithfully reproduce Example 25.

22   A.    Okay.  This is a hypothetical?

23   Q.    Yes, it's a hypothetical.

24   A.    Okay.

25   Q.    And if that were the task, you would agree that the

1    University of Wisconsin should have gone back and done it

2    from the beginning; correct?

3    A.    No, that would have been impossible because they

4    wouldn't have had any seed material to step one.

5    Q.    There is synthesis in Example 2.

6    A.    Correct.

7    Q.    They could have gone back to that; right?

8    A.    They could have, but in step one of Example 25, they

9    wouldn't have had any seed material, so it would have been

10   impossible for them to do.

11   Q.    Couldn't the University of Wisconsin have gone back

12   further than they did?

13   A.    They could have gone back, arbitrarily followed, they

14   would have had to purchase the seed material if they had

15   gone back to step one.

16   Q.    Okay, but they could have started at Example 2; is

17   that right?

18   A.    It depends on the object of the experiment.  But you

19   can follow any published procedure.  The published procedure

20   they were following was step three.

21   Q.    Okay.  But again, in my hypothetical, the goal is to

22   faithfully reproduce Example 25.

23   A.    If you want to reproduce the whole of Example 25, then

24   you could in principle go and do that.  You'd have to get

25   some seed material from somewhere.

1    Q.    Okay.

2          We've spent a lot of time talking about impurities

3    and how they affect polymorphic form; right?

4    A.    Yes.

5    Q.    Now, given that the University of Wisconsin started

6    with step three of Example 24, isn't it possible that their

7    starting material could have had a different impurity

8    profile than if they had gone back and started at Example 2?

9    A.    Well, we know exactly what the impurity profile of

10   their starting material was.  It was pure material, and they

11   analyzed it.

12   Q.    But it is possible that it could be different than

13   someone who had gone back and started from Example 2;

14   correct?

15   A.    As Dr. Buschmann testified, one purifies these at each

16   step, so it should have been a pure material, and, indeed,

17   they proved that it was.

18   Q.    But all samples have some impurities; right?

19   A.    Yes.

20   Q.    And isn't it possible that the key impurity that

21   stabilizes Form B could be introduced in the steps prior to

22   step three of Example 24?

23   A.    I don't think so, no.

24   Q.    You testified earlier that you don't know the identity

25   of this impurity or how much of it is required to stabilize

1    Form B; right?

2    A.    Correct.

3    Q.    Yet it's your testimony that it's impossible that this

4    impurity could be introduced prior to step three of Example

5    24?

6    A.    It is my opinion that the impurity isn't introduced

7    there.  After all, the University of Wisconsin also got some

8    Form B, so their step must have had some impurity introduced

9    to stabilize their Form B, too.

10   Q.    They did get some Form B.  Isn't it possible that more

11   of this impurity could have been introduced prior to Example

12   24 such that the University of Wisconsin would have gotten

13   all Form B?

14   A.    I'm not sure I understand the question.  Could you

15   repeat it, please?

16   Q.    So the University of Wisconsin got some Form B in the

17   product of their Example 25?

18   A.    Yes.

19   Q.    So according to you, presumably, they had some of this

20   impurity.

21   A.    Correct.

22   Q.    Isn't it possible that had they gone back to Example 2

23   and started, there would have been more of this impurity

24   present?

25   A.    So you're postulating that it would be the same

CHARLES P. McGUIRE, C.C.R.

1    impurity introduced in at least two different places?

2    Q.    Sure.  We don't know what this impurity is.  There

3    could be multiple impurities.

4    A.    That doesn't make sense to me.

5    Q.    All right.  Let's move on to the reproductions of

6    Example 25 carried out by Ms. Marita Mueller.

7          MS. RANNEY:  Can we put up slide nine of

8    Defendants' demonstrative?

9    Q.    This is a slide you discussed yesterday in the context

10   of Ms. Mueller's reproductions of Example 25; right?

11   A.    Yes.

12   Q.    And on the left in blue is the column for Example 25,

13   and the steps one through five are listed.

14   A.    Correct.

15   Q.    And if we go on to slide 11, we have steps six through

16   10?

17   A.    Correct.

18   Q.    Dr. Steed, Example 2 is not on these slides; correct?

19   A.    That's right.

20   Q.    And neither are steps one or two of Example 24.

21   A.    Correct.

22   Q.    So this is just the third step of Example 25; correct?

23   A.    That's right.

24   Q.    And you've made 10 steps out of it.

25   A.    I've broken down the recipe for step three into the 10

1    operations that are required, 10 operations, plus the

2    product.

3    Q.    Okay.  That's fine.

4            I just wanted to confirm one other thing.  You

5    have a column for Grunenthal there with some X's in it.

6    A.    Correct.

7    Q.    Where you don't have an X, do you agree that

8    Ms. Mueller faithfully reproduced that step?

9    A.    Yes, I do.

10    Q.    Okay.  Thank you.

11            All right.  So looking at step one, you testified

12    yesterday that Ms. Mueller did not characterize the starting

13    material she used for step one; is that right?

14    A.    I was going by what she herself said in her

15    deposition.

16    Q.    Okay.  And that was the primary basis for your opinion

17    that Ms. Mueller did not faithfully execute this step;

18    right?

19    A.    She said in her deposition that she didn't analyze the

20    impurities in her starting material, and that she also

21    didn't use the same amount.

22            MS. RANNEY:  Could we go to Defendants' Exhibit

23    1206 and page 110768?

24            Could you just highlight the title at the top

25    there?

1    Q.    Doctor, this is the lab notebook page for

2    Ms. Mueller's first reproduction which resulted in

3    GB-Bu322-1-1.

4              THE COURT:  I'm sorry, what's the exhibit number?

5              MS. RANNEY:  Oh, I'm sorry.  It's Defendants'

6    Exhibit 1206.

7         (G B-Bu322-had 1-1.

8              THE COURT:  And the page on it?

9              MS. RANNEY:  It's Bates 110768.

10             THE COURT:  Oh, I see it.  Okay.  Thank you.

11   Q.    So just to go back, this appears to be the lab

12   notebook page for Ms. Mueller's first reproduction, which

13   was titled GB-Bu-322-1-1; correct?

14   A.    Correct.

15   Q.    Okay.  And if you look at where it says "Workup," I

16   believe -- I'm sorry, "Execution," and it says "mix Bu351

17   with HBR and stir for two hours while refluxing."

18             do you understand that Bu351 is the starting

19   material for this synthesis?

20   A.    Yes.

21   Q.    Okay.

22             MS. RANNEY:  If you could just go to the previous

23   page, and highlight the title.  I think it's the written

24   text there.

25   Q.    So this is kind of hard to read, but it looks like it

1    says GB-Bu-351-1, and I'm going to represent that to you

2    that's what it says.

3    A.    Yes, if you kind of catch it out of the corner of your

4    eye, it does.

5          (Laughter)

6    Q.    All right.  And if you go below there, it says "H-NMR"

7    down in the middle of the page?

8    A.    Yes.

9    Q.    This would indicate to you that Ms. Mueller

10   characterized her Bu351 starting material as proton NMR; is

11   that right?

12   A.    Yes, that's right.

13   Q.    And below that, if we can just go down a little more,

14   "Amount of Rotation," this would indicate that Ms. Mueller

15   characterized her starting material for optical rotation;

16   right?

17   A.    Yes.

18          MS. RANNEY:  Okay, and down a little more -- if we

19   can just highlight the second half of the page.

20   Q.    And this looks like it was also characterized by

21   thin-layer chromatography; right?

22   A.    Yes, that looks like a thin-layer chromatogram.

23   Q.    I know it's hard to see.

24   A.    I'm not sure what it's showing.

25   Q.    Okay.  But it was characterized by TLC, it looks like?

1    A.    Looks like it.

2    Q.    Okay.  Do you still believe that Ms. Mueller did not

3    characterize her starting material?

4    A.    She certainly characterized it in terms of being the

5    right molecule, and I think that's what she's implying by

6    the "OK" by H-NMR.  She hasn't carried out an analysis of

7    its impurity profile, and I believe that's what she was

8    referring to, and what I was referring to.

9    Q.    Okay.  Does Example 25 instruct the reader to examine

10    the impurity profile of the Bu351 starting material?

11    A.    No, it doesn't.

12    Q.    Okay.  And one last thing here.  Would you read the

13    yield at the bottom of this page?

14    A.    Yes.

15    Q.    It's 4.545 grams, correct?

16    A.    That's what it said -- oh, yes.  I'm not quite sure

17    what the NE calls for, but that looks reasonable.

18    Q.    Now, you also testified that Ms. Mueller used 4.55

19    grams of starting material for her Example 25 synthesis,

20    whereas the patent specifies 4.3 grams; right?

21    A.    Correct.

22    Q.    And presumably, the reason Ms. Mueller used 4.55 grams

23    was that that was the yield from the previous step?

24    A.    Well, without being able to be in her head, I don't

25    know, but that seems reasonable.

41

1    Q.    And Ms. Mueller performed this step; right?

2    A.    Performed which step?

3    Q.    Performed this step creating the starting material,

4    the (-23) compound, which was Bu351.

5    A.    Yes, she had the starting material.

6    Q.    And this was a step that the University of Wisconsin

7    didn't perform; right?

8    A.    They personally didn't make it.  I mean, it was made

9    by another chemist by a similar procedure, and then they

10   started from there with their reproduction, step three.

11   Q.    Okay.

12          MS. RANNEY:  Could we go back to the table sort of

13   near the top of this document?

14          Actually, let's go to the next page.

15   Q.    Okay.  Again, this is the page for the actual

16   synthesis of Bu-322-1-1.

17          MS. RANNEY:  If you could highlight that table.

18   Q.    And you see there where it says batch size of

19   Bu-351-1-1, and the mass in grams is 4.55.

20   A.    Right.

21   Q.    And you see the volume of aqueous HBR, hydrobromic

22   acid, is 111.47?

23   A.    Yes.

24   Q.    And I believe the value in the patent for hydrobromic

25   acid was a hundred milliliters; correct?

CHARLES P. McGUIRE, C.C.R.

1    A.    Yes.

2    Q.    So Ms. Mueller appears to have scaled up her

3    experiment to account for the larger mass of starting

4    material; is that right?

5    A.    Yes, she does.

6    Q.    Do you have any reason to believe that Ms. Mueller did

7    not scale up the rest of her experiment to account for this

8    larger value of starting material?

9    A.    I must say I haven't checked through to see whether

10   the other numbers are scaled up, but that would seem

11   reasonable.

12   Q.    Let's go back to the Defendants' demonstratives, slide

13   nine.

14         Okay.  You also have a red X next to step four,

15   which is, the "The residue was treated with concentrated

16   sodium hydrogen carbonate solution until an alkaline

17   reaction was obtained."

18         Is that right?  Did I read that correctly?

19   A.    Yes.

20         MS. RANNEY:  Okay.  Could we go back to

21   Defendants' Exhibit 1206, please, and highlight the "Workup"

22   section?

23   Q.    And here it says, "render the residue alkaline with

24   concentrated sodium hydrocarbonate solution."  Is that

25   right?

1    A.    Yes.

2    Q.    You testified yesterday that Ms. Mueller did not

3    measure that, record a pH here.

4    A.    That's correct.

5    Q.    And for that reason, you don't believe that she

6    actually did render the residue alkaline?

7    A.    I pointed out that it was a potential problem.  If it

8    was only just alkaline, it may not be enough to properly

9    kill off the hydrobromic acid, so it was a question mark.

10    Q.    Just a question mark.

11          MS. RANNEY:  Could we go back to Defendants'

12    demonstratives?

13          Let's go actually onto slide 10.

14    Q.    You used this slide to demonstrate how an extraction

15    process works; right?

16    A.    Correct.

17    Q.    This was a dichloromethanic extraction?

18    A.    Correct.

19    Q.    Could you just explain briefly again how that works?

20    A.    Sure.

21          So the mixture of the water solution which

22    contains the product and the neutralized hydrobromic acid

23    and all the impurities and everything is placed into the

24    separating funnel along with the 50 milliliters of

25    dichloromethane, and the two are mixed together.  They form

1    two layers, as it shows in the diagram here.  And in this

2    particular case, because we have -- because the water

3    solution is saturated with a salt, sodium bromide in this

4    case, it will actually be the more dense layers that will be

5    on the bottom.  Normally we chemists would realize

6    dichloromethane is more dense, so usually that will be on

7    the bottom, but in this particular case, we have so much

8    salt, it inverts the density order.  So the aqueous layer is

9    on the bottom.  The chemist opens the tap and drains off the

10   aqueous layer into the receiving flask, makes a decision as

11   to when the layer boundary is passing through the tap, turns

12   the tap off, stops the flow, changes the receiving flask,

13   and then puts the dichloromethane layer into another

14   receiving flask, and then because we're extracting twice

15   into two lots of 50 milliliters of dichloromethane, then the

16   aqueous layer has to go back into the separating funnel, add

17   more dichloromethane mix, repeat the separation, combine the

18   two organic layers.

19   Q.    Okay.  One last question on Ms. Mueller's experiment.

20         You don't dispute that Ms. Mueller obtained

21   tapentadol hydrochloride?

22   A.    She certainly got some.

23   Q.    Let's move on to your obviousness opinions.

24         MS. RANNEY:  Could we put up Defendants' Exhibit

25   755?

CHARLES P. McGUIRE, C.C.R.

1          All right.  If you would just highlight the title

2     and authors.

3     Q.    This is one of the documents you have testified about

4     in rendering your opinion that the '364 patent is obvious;

5     right, Doctor?

6     A.    Correct.

7     Q.    And at the bottom of the first column of page 945,

8     could you read the sentence beginning "Solid drug

9     substances"?

10    A.    Sure.  "Solid drug substances display a wide and

11    largely unpredictable variety of solid state properties.

12    Nevertheless, application of basic physicochemical

13    principles combined with appropriate analytical methodology

14    can provide a strategy for scientific and regulatory

15    decisions related to solid state behavior in the majority of

16    cases."

17    Q.    Do you disagree with the statement that solid drug

18    substances display a wide and largely unpredictable variety

19    of solid state properties?

20    A.    No, I don't disagree with it.

21    Q.    Can we go to Defendants' Exhibit 930?  Just highlight

22    the title and authors.

23    Q.    You also testified about this paper yesterday, Doctor.

24    A.    Correct.

25          MS. RANNEY:  All right.  Can we put up page 276 on

1    the left and 277 on the right?

2            Highlight the last paragraph in column -- on page

3    276, and then continuing onto the end of the paragraph

4    there.

5    Q.    Sorry, I know this is kind of long, but could you just

6    read this into the record.

7    A.    Not a problem.

8            "Despite more than a century of research, the

9    fundamental mechanisms and molecular properties that drive

10   crystal form diversity, specifically the nucleation of

11   polymorphic forms, are not well understood.  As a result,

12   predictive methods of assessing polymorphic behavior of

13   pharmaceutical compounds by ab initio calculations remain a

14   formidable challenge.  Even in cases where the existence of

15   a crystalline form is predicted, the stability relative to

16   other crystalline packing arrangements has been difficult to

17   estimate with accuracy.  Moreover, the prediction of packing

18   structures for multicomponent, e.g., solvates, hydrates,

19   co-crystals, or ionic systems is not yet possible."

20           Do you want me to stop there?

21   Q.    Could you just read the last sentence?

22           Sorry.

23           MS. RANNEY:  Pull it up.

24   A.    Sure.

25           "Due to these limitations solid form discovery

CHARLES P. McGUIRE, C.C.R.

1    maintains remains an experimental exercise, where manual

2    screening methods are employed to explore form diversity of

3    a compound."

4    Q.    Do you agree with the statements in this paragraph,

5    Doctor?

6    A.    Yes.

7    Q.    Okay.

8          MS. RANNEY:  And can we go to page 296?

9    Q.    In the first full paragraph on the second column,

10   could you read the sentence beginning, "Unlike salts?"  It's

11   kind of in the middle of the paragraph.

12   A.    Okay.

13         "Unlike salts, which for the most part can be

14   prophetically claimed based on an understanding of the

15   chemical structure of the compound and its ionization

16   constants, the existence and identity of hydrates, solvates,

17   co-crystals and polymorphs have defied prediction.

18   Therefore, in order to obtain patent protection on these

19   forms, some of which may have significantly different

20   properties and relevance as development candidates, it is

21   essential to prepare them, identify conditions for making

22   them and evaluate their properties as valuable new

23   pharmaceutical materials."

24   Q.    Do you agree that hydrates, solvates, co-crystals and

25   polymorphs have defied prediction at the time of this

CHARLES P. McGUIRE, C.C.R.

1    article?

2    A.    Yes, there's a difference here between calculation and

3    computational prediction in advance based on the chemical

4    structure and actually simply carrying out the experiment

5    and isolating the crystals.  So this is very much an

6    empirical science, although there have been some very nice

7    recent advances in computation prediction.

8    Q.    This is as of 2004, though; right?

9    A.    Yes.

10    Q.    Okay.  Thank you.

11          MS. RANNEY:  Let's put the '737 patent back up,

12    Defendants' Exhibit 752.

13    Q.    At the top right, you see that it says "Date of

14    Patent, June 19th, 2001"?

15    A.    Yes.

16    Q.    And you understand this to be the issue date of the

17    '737 patent?

18    A.    Yes.

19    Q.    Prior to June of 2001, there weren't any patents or

20    publications described in the polymorphic forms of

21    tapentadol hydrochloride, were there?

22    A.    Not that I'm aware of.

23    Q.    You've reviewed the '737 patent; right?

24    A.    Yes.

25    Q.    Do you have any sense of how many compounds this

1    patent covers?  Order of magnitude?

2    A.    There were 28 examples, and then there's a Markush

3    structure.

4    Q.    Okay.  And there's no disclosure in the '737 patent

5    that any of these claimed compounds exist in more than one

6    crystal form, is there?

7    A.    No, the '737 is not directed to crystal forms.

8    Q.    Right.  In fact, there's no discussion of polymorphism

9    at all in the '737 patent.

10    A.    Not that I'm aware of.

11    Q.    Now, there's no reason to believe that all the

12    compounds in the '737 patent will be polymorphic; right?

13    A.    The chances will be about 50 percent.

14    Q.    That all of them would be polymorphic?  There could be

15    millions of compounds in this patent.

16    A.    When polymorphs have been studied, about 50 percent of

17    them turn out to have more than one form.  On average.

18    Q.    That's for each individual polymorph.

19    A.    If you take any particular given compound, there's

20    about a 50 percent chance it will be polymorphic or have

21    some kind of other crystal form.

22    Q.    Okay.  For the compounds in this patent that do have

23    polymorphs, will each of them have the same number of

24    polymorphs?

25    A.    No.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Will they all have the same types of crystal form?

2    A.    Without empirically screening, we don't know.

3    Q.    You have to empirically screen to find out.

4    A.    Yes.

5    Q.    Okay.  Looking at the '737 patent, there's nothing in

6    particular that would motivate a person of ordinary skill in

7    2004 to select tapentadol hydrochloride as a compound for

8    further study; correct?

9    A.    Tapentadol hydrochloride is not singled out amongst

10   the examples.

11   Q.    Let's look at Example 25 in Column 20.

12           And you recognize this structure to be tapentadol

13   hydrochloride, of course.

14   A.    Yes.

15   Q.    Now, it wouldn't be possible for a person of ordinary

16   skill in 2004 to look at this structure and definitively say

17   that tapentadol hydrochloride is polymorphic, would it?

18   A.    Certainly not definitively.  You could -- you could

19   make some educated guesses based on the fact that it's got

20   some hydrogen bonding propensity.

21   Q.    If you could somehow predict that tapentadol

22   hydrochloride was polymorphic, there's no way to predict

23   that one of its forms would be monoclinic, is there?

24   A.    No, you wouldn't predict the particular crystal

25   structures.  As I said, you would simply empirically screen

1    for them and then find out from the crystals.

2    Q.    And there's no way to predict how many forms

3    tapentadol hydrochloride might have, is there?

4    A.    No, as I said, crystal structure prediction using a

5    computer by calculation is still in its infancy.

6    Q.    Is there any way in 2004 to predict what the most

7    stable form would be?

8    A.    Without actually doing the empirical screening, no.

9    This is the way we -- crystallographers proceed is by

10   empirical testing.

11   Q.    You can never know for certain that you have obtained

12   the most stable polymorphic form of a given compound, can

13   you?

14   A.    No, you can never be absolutely certain, that's right.

15   Q.    And you can never know for certain whether you have

16   discovered all the polymorphic forms of a given compound,

17   can you?

18   A.    That's right.  There's always the faint chance that

19   there's some other polymorphic form that has not yet been

20   discovered.  Obviously as a compound is studied more and

21   more, that becomes vanishingly small as a possibility.

22   Q.    So there could be other forms of tapentadol

23   hydrochloride out there?

24   A.    There could be.  That would be interesting.

25   Q.    Let's go to Defendants' Exhibit 304.

1              This is the '364 patent; right?

2     A.    Yes.

3     Q.    Do you see in the first column where it says "Foreign

4     Application Priority Data"?

5     A.    Yes.

6     Q.    And next to EP 0401 5091, it says June 28, 2004.

7     A.    Yes.

8     Q.    You understand that's the priority date of the '364

9     patent.

10    A.    Yes.

11    Q.    And between June 2001, when the '737 patent issued,

12    and June 2004, there weren't any patents or publications

13    describing the polymorphic forms of tapentadol, were there?

14    A.    Not that I'm aware.

15    Q.    Would you agree that the first time polymorphic was

16    mentioned in relation to tapentadol hydrochloride was when

17    the '364 patent was published?

18    A.    I believe so, yes.

19    Q.    Let's go to Defendants' Exhibit 974.

20           Do you recall testifying about this document

21    yesterday, Dr. Steed?

22    A.    Yes.

23    Q.    And do you recall this is Dr. Buschmann's lab notebook

24    entry for batch zero?

25    A.    Yes.

CHARLES P. McGUIRE, C.C.R.

1        MS. RANNEY:  Could we go to the last page of the

2    document?  It's Bates 18951.

3    Q.    Do you see the structure at the top left there?

4    A.    Yes.

5    Q.    Can you just confirm for me that that structure is

6    tapentadol hydrochloride?

7    A.    Yes, I believe it is.

8        MS. RANNEY:  Let's go to Plaintiff's Demonstrative

9    slide 2.

10   Q.    And you might want to have the '737 right in your

11   binder.  If we need to put it up on the screen, we will.

12        So I've put up a copy of slide 4 of your

13   demonstratives on the screen.  Do you recognize this?

14   A.    Yes.

15   Q.    And these are the same steps depicted in your expert

16   report; right?

17   A.    I'd have to refresh my memory, but I believe so.

18   Q.    The product of Example 25, of course, and the product

19   of step three of your diagram is tapentadol hydrochloride;

20   is that right?

21   A.    Right.

22   Q.    And this is compound (-21) in the '737 patent.

23   A.    Right.

24        MS. RANNEY:  Can we go to the next slide?  I've

25   just rearranged your steps to make a little more room.

1        These are the same steps.  It's from the previous slide.

2               And can we go ahead and put up compound (-21)?

3    Q.    This compound is tapentadol hydrochloride.  It's the

4    same compound that is the product of your step three; is

5    that right?

6    A.    Yes.

7    Q.    Let's see how we get there.

8               We talked earlier about how the starting material

9    for Example 25 is (-1) or at least the starting materials

10   for step one of Example 24.

11   A.    Okay.

12              MS. RANNEY:  So let's put that up.

13   Q.    Now, you see this is compound (-1).

14   A.    Okay.

15   Q.    Now, this is not the same compound as starting

16   material for your step one, is it?

17   A.    I'd have to go check.  Are you suggesting the

18   stereochemistry is different?

19   Q.    Yes, if you wouldn't mind just checking right now.

20   A.    Yes, it's a little bit difficult to do in the head on

21   a witness stand.  They're complicated, three-dimensional

22   manipulations.  I can't remember.  When I drew the synthesis

23   out, I drew it out just based on the diagrams, for example,

24   24 or 25.  So maybe my diagram refers to Example 24 because

25   that's got all three pictures in it.  So if it's the other

1   way around, that will be why.

2   Q.    Well, steps one, two, and three these are steps one,

3   two, and three of Example 24; right?

4   A.    Well, these are the three synthetic steps of both

5   Example 24 and 25.  I can't remember if I drew the diagrams

6   based on 24 or 25, and I must admit on the witness stand I'm

7   not -- not able to do the 3D in my head.

8   Q.    Absolutely.

9         You have the product of Example 25 here, not

10  Example 24.

11  A.    Okay.

12  Q.    You have tapentadol hydrochloride, which is (-21).

13  A.    Okay.

14  Q.    And this should have started with (-1).  But let's go

15  ahead and do it now.

16        If you look at the ether chain on your starting

17  material and compound (-1), it's in the plane of the screen;

18  right?

19  A.    The ether chain?  What's the ether chain?

20  Q.    It's the short chain -- see where the OH strip is?

21  It's across from that.

22  A.    Are you able to point?

23  Q.    Oh, yes.  Sorry.

24        This guy here.

25  A.    Okay.

1    Q.    It's in the plane of the screen, right, and it's in

2    the plane of the screen in compound (-1).  Right?  Not going

3    out or into the screen.

4    A.    Sorry.  Repeat the question, please.

5    Q.    This chain here is in the plane of the screen in this

6    diagram; right?

7    A.    Are you referring to the ethyl group?

8    Q.    Yes.

9    A.    Okay.

10    Q.    And it's in the plane of the screen in compound (-1);

11    right?

12    A.    I guess so, yes.

13    Q.    Okay.  And the longer chain with the dimethylamino

14    group, it's also in the plane of screen; right?

15    A.    Okay.

16    Q.    And it's also in the plane of screen here in compound

17    (-1).

18    A.    Okay.

19    Q.    But here, in your compound, you have the aromatic ring

20    coming out of the screen; right?  Or, sorry, going into the

21    screen.

22    A.    Going backwards, right.

23    Q.    Sorry.  And over here, it's coming out.

24    A.    Okay.

25    Q.    So the stereochemistry in these two compounds is

CHARLES P. McGUIRE, C.C.R.

1    different; correct?

2    A.    I must admit here on the witness stand I can't do it.

3    I usually use a model.  If I made an error in the

4    stereochemistry, I'm happy to put my hands up.

5    Q.    You reviewed these slides before you brought them to

6    the courtroom with you; right?

7    A.    I did.  Really, the point of this was to look at the

8    actual chemistry that's going on.  I must admit I didn't sit

9    down with my models and do the RS assignments when I checked

10   them through.

11   Q.    Okay.  But you've testified about this slide in quite

12   a bit of detail yesterday, right?

13   A.    The point was that I testified, actually not in a

14   great deal of detail, from the point of view of the chemical

15   transformations going on.  Like if the stereochemistry is

16   wrong and I can't see where it is, I hold my hands up.

17   Q.    Okay.  You also testified about step two; right?

18   A.    Correct.

19   Q.    And I believe the Judge asked a question about the

20   stereochemistry at that point.

21   A.    That's right.

22   Q.    And you said that there was some sort of inversion of

23   the stereochemistry in the step.

24   A.    Yes, in terms of the Cahn Ingold prelog rules, they're

25   based on the atomic weight, and so the chlorine takes

CHARLES P. McGUIRE, C.C.R.

1    priority one in the compound on the left, whereas the

2    hydrogen that replaces it would take priority four in the

3    compound on the right.

4    Q.    You were here for Dr. Buschmann's testimony; right?

5    A.    Correct.

6    Q.    Did you hear Dr. Buschmann testify that there is no

7    inversion of stereochemistry in this step?

8    A.    I think what he was implying was that the chlorine and

9    the hydrogen go into the same place without the carbon

10    inverting.

11    Q.    You've drawn an inversion here.  Here, the aromatic

12    ring is going into the screen, and here, it's coming out;

13    right?

14    A.    It may be.  If I've made a mistake, I hold my hands

15    up.  I must admit I didn't check the stereochemistry in

16    detail before I put the slides up.  The purpose wasn't to

17    show stereochemistry at all.

18    Q.    Okay.  But you didn't correct this mistake, of course,

19    when we were talking about it yesterday.

20    A.    Well, I didn't do the stereochemistry in my head.

21    It's quite complicated.

22         MS. RANNEY:  Okay.  Thank you, Dr. Steed.  I have

23    no further questions.

24         THE WITNESS:  Thank you.

25         THE COURT:  Thank you very much.

CHARLES P. McGUIRE, C.C.R.

1                    Counsel, anything further?

2                    MR. HARP:  Just a few questions, Your Honor.

3                    THE COURT:  Yes.  Go right ahead.

4                         REDIRECT EXAMINATION

5     BY MR. HARP:

6     Q.    Good morning, Professor Steed.

7     A.    Good morning.

8     Q.    You were asked a number of questions about the

9     impurity levels of samples of tapentadol.  Do you recall

10    that this morning?

11    A.    Yes.

12    Q.    Do we have the benefit of testing Dr. Buschmann's or

13    Ms. Mueller's samples anymore?

14    A.    No, we don't.  The samples don't exist is my

15    understanding.

16    Q.    And are you aware of any Form B samples -- for any

17    Form B sample that does not have impurities?

18    A.    No, I'm not.

19    Q.    If you could turn to Defendants' Exhibit 995, please,

20    page 10 of that exhibit.

21                    MR. HARP:  If we go actually down to the next

22    paragraph.  Blow up the table as well, please.

23    Q.    You were asked some questions this morning about the

24    table at the bottom of the page there.

25    A.    Yes.

1    Q.    What does the text of the document say about the

2    effect of an impurity on Form B?

3    A.    Reading from this?

4    Q.    Yes.

5    A.    "All experiments gave CG5503 solid material in greater

6    than 84 percent yield.  In the experiments in which no seeds

7    were used a mixture of Form A and B were obtained.  Higher

8    amounts of GRT0912Y were observed to have a larger influence

9    on the formation of polymorph B than GRT4045Y."

10    Q.    And what do you conclude from that statement about the

11    fact of the impurity on the formation of Form B?

12    A.    So in these particular experiments, Crystallics are

13    concluding that this particular impurity GR0912Y had more of

14    an influence on the formation of Form B than the other

15    impurity they looked at.

16    Q.    You were also asked this morning a number of questions

17    about the three steps that are laid out in Example 25;

18    correct?

19    A.    Correct.

20    Q.    Of those steps in Example 25, which one is important

21    to determine how the polymorphs are made?

22    A.    It's not made until the very end of step three, so

23    it's only step three that's of relevance to the polymorphic

24    form.

25    Q.    And why is that?

1    A.    Well, because up until that point, there isn't even

2    any tapentadol present, and the tapentadol is not present in

3    solid form and hence crystalline form until the very end of

4    that step.

5    Q.    How difficult is it in your field to do a polymorph

6    screen?

7    A.    Really quite straightforward.  I mean, in principle,

8    one experiment is the beginning of a polymorph screen:

9    Dissolve compound, evaporate solvent, analyze crystals that

10   result.  Of course, that will be a very limited screen, and

11   typically, you would want to use perhaps a hundred different

12   crystallizations or even more.

13   Q.    You've seen a number of crystallizations that have

14   been performed by Grunenthal and Crystallics or SSCI

15   regarding tapentadol.

16   A.    Correct.

17   Q.    And after all the work that has been done by

18   Grunenthal, Crystallics, and SSCI, how many forms of

19   tapentadol have been identified?

20   A.    Two.

21           MR. HARP:  Nothing further, Your Honor.

22           THE COURT:  Thank you very much.

23           Anything further?

24           MS. RANNEY:  Sorry.  Just real quickly.

25           THE COURT:  Yes.  Go ahead.

1                          RECROSS EXAMINATION

2      BY MS. RANNEY:

3      Q.     Dr. Steed, your counsel asked you if you were aware of

4      any samples of Form B with no impurities; is that right?

5      A.     I've already forgotten the question.

6      Q.     Sorry.  He just asked you if you were aware of any

7      samples of Form B without impurities.

8      A.     Okay.

9      Q.     And you said that you were not.

10     A.     That's right.

11     Q.     Are you aware of any samples of Form A without any

12     impurities?

13     A.     Well, as I testified before, all chemical substances

14     have small amounts of impurities.

15                MS. RANNEY:  Thank you.

16                Nothing further.

17                THE COURT:  Thank you.

18                Anything else?

19                MR. HARP:  No, Your Honor.  Thank you.

20                THE COURT:  No?  All right.

21                Dr. Steed, your testimony is complete here.  Thank

22     you very much.

23                THE WITNESS:  Thank you, Your Honor.

24                THE COURT:  We do appreciate your time here with

25     us.


                        CHARLES P. McGUIRE, C.C.R.

1          (Witness excused)

2              THE COURT:  All right.  I think at this point,

3      it's a good time for a five-minute break before we start

4      with the next witness.  All right?  So five minutes.

5              Thank you.

6              THE COURT CLERK:  All rise.

7          (Recess taken)

8              THE COURT CLERK:  All rise.

9              THE COURT:  Have a seat, everyone.

10             Are we ready to move on with the next witness?

11             MS. SHARKEY:  Yes, Your Honor.

12             I'm Lauren Sharkey, again, Your Honor.

13             And the Defendants would now like to call Dr. Adam

14     Matzger.

15             THE COURT:  Thank you.  And, I'm sorry, you're

16     representing?

17             MS. SHARKEY:  All Defendants are calling Adam

18     Matzger, but I'm for Roxane Labs.

19             THE COURT:  Thank you.

20             MS. SHARKEY:  May we approach?

21             THE COURT:  Yes, of course.  We'll have the

22     witness sworn in.

23             THE COURT CLERK:  Raise your right hand, place

24     your left hand on the bible.

25

CHARLES P. McGUIRE, C.C.R.

 1      A D A M   M A T Z G E R, called as a witness on behalf of

 2      the Defendants, and having been duly sworn, testified as

 3      follows:

 4              THE COURT CLERK:  If you can step up and state

 5      your name for the record.

 6              THE WITNESS:  Adam Matzger, M-a-t-z-g-e-r.

 7              THE COURT:  Counsel, taking a look at the exhibits

 8      and the demonstratives, are there any issues?

 9              MR. GLANDORF:  There's an exhibit in here, 1097,

10      that we objected to on foundational grounds several times

11      now and it still has never been used, so I think we'll

12      maintain that same objection until we see it used.

13              THE COURT:  And then we'll discuss it.  All right.

14      Sound good.

15              MS. SHARKEY:  I'll say initially, Your Honor, it's

16      a Grunenthal document, the bottom of it has the folder

17      location of where it was filed at Grunenthal so I'm not

18      really sure what they're disputing.

19              In any event, though, I have another document that

20      corroborates the information from -- authored by an inventor

21      on the patent, so I'm willing to give that out, but it was

22      the German original, and I'm trying to avoid putting

23      translations and German originals into the record here.

24              THE COURT:  All right.  Do you have copies for

25      everyone?

1          MS. SHARKEY:  I have copies for everyone.  I can

2     give that to them if that assuages their issue.

3          THE COURT:  Why don't we do that so they have a

4     chance to take a look at it?

5          So you think you're going to be using the

6     document, then?

7          MS. SHARKEY:  I am, and it's just a section of the

8     document, which the information is also in this document as

9     well, so...

10          These are marked DTX 1164 and DTX 1163.

11          And if it's all right, I can approach, Your Honor.

12          THE COURT:  Yes, please do.

13          MS. SHARKEY:  So, is it fine to proceed?

14          THE COURT:  Let me hear.  Any response?

15          MR. GLANDORF:  We still have the same objection.

16     He's not a fact witness.  We'd like to be able to lay a

17     foundation for it directly.  If he had relied on this

18     document or either of these documents in his expert report,

19     we understand as an expert he can do that, but I don't

20     believe he did.  So we would maintain our objection.

21          THE COURT:  All right.  So be prepared for a

22     foundation discussion and argument here.

23          MS. SHARKEY:  Okay.

24          THE COURT:  All right.  Let's start.

25

1                          DIRECT EXAMINATION

2        BY MS. SHARKEY:

3        Q.    Okay.  Can you please state your name for the record?

4        A.    Adam Matzger.

5        Q.    Good morning, Dr. Matzger.  Did you prepare some

6        slides today to aid in your testimony?

7        A.    Yes, I did.

8        Q.    And are these them right here?

9        A.    Yes, these are the documents.

10       Q.    Okay.  Now, in your binder -- you should have a binder

11       in front of you.  Can you turn to DTX 135?

12       A.    Okay.  I'm there.

13       Q.    And what is this document, Dr. Matzger?

14       A.    So this is my curriculum vitae.

15       Q.    And does this CV accurately reflect your background

16       and academic experience?

17       A.    Yes, it does.

18       Q.    And have you prepared a few slides for us today

19       summarizing this information?

20       A.    Yes, I have.

21       Q.    All right.  Dr. Matzger, can you summarize your

22       educational background?

23       A.    So after my undergraduate work at Oberlin College, I

24       went to the University of California at Berkeley, where I

25       obtained my Ph.D. in chemistry.  After that, I went home to

1    Cal Tech, where I conducted postdoctoral studies, and then I

2    began my independent career in 2000 at the University of

3    Michigan in Ann Arbor, where I'm currently the Charles G.

4    Overberger Collegiate Professor of Chemistry in the College

5    of Literature, Sciences and the Arts, and I also hold an

6    appointment in the College of Engineering in macromolecular

7    science and engineering.

8    Q.    And what courses do you teach at the school?

9    A.    So I teach courses at the undergraduate and at the

10   graduate level.  The undergraduate level, I mainly teach

11   courses about organic chemistry.  At the graduate level,

12   I've taught a number of courses on the characterization of

13   materials, solid state chemistry, spectroscopic courses, as

14   well as some courses about polymer chemistry and other

15   topics.

16   Q.    Moving on to slide five, do you publish any papers in

17   this field?

18   A.    So my publications so far are over 150 in

19   peer-reviewed journals.  These papers have collectively

20   garnered over 10,000 citations, and I have past experience

21   as a member of the editorial advisory board of the Journal

22   of Pharmaceutical Sciences, and I am currently an associate

23   editor for the American Chemical Society journal, Crystal

24   Growth & Design.

25   Q.    And have you received any awards for your work or

1    research?

2    A.    So I have.  Most recently, I received the American

3    Chemical Society Akron Prize.  I've also received the Alfred

4    P. Sloan Foundation Fellowship, an AAAS Fellowship, and then

5    earlier in my career, I have the 3M Untenured Faculty Award,

6    Beckman Award, and Ralph E. Pound, Jr. Faculty Award.

7            MS. SHARKEY:  Your Honor, Roxane and other

8    Defendants offer Dr. Adam Matzger as an expert in organic

9    materials in solid state and managed and prepared materials.

10            THE COURT:  Thank you.

11            Any objection?

12            MR. GLANDORF:  No objection.

13            THE COURT:  All right.  He is so admitted as an

14    expert in those fields.

15            Thank you.

16    BY MS. SHARKEY:

17    Q.    Can you please turn now to DTX 304 in your binder?

18    A.    Okay.

19    Q.    And what is this document?

20    A.    So this is the '364 patent which I have considered,

21    especially in formulating my opinions about utility, but

22    also other aspects here.

23    Q.    And have you prepared a slide today to summarize what

24    you believe the '364 patent relates to?

25    A.    Yes, I have.

1    So the '364 patent relates to Form A of tapentadol

2 hydrochloride, and it's claimed that this is different from

3 Form B, which is purported to be obtained by the procedure

4 Example 25 of what we'll call the '737 patent.

5 Q. And looking back at the face of the patent, what are

6 the pertinent dates you'd like to point out to us?

7 A. So the first is the priority date, which is June 2004,

8 and then the issue date, which is August 2011.

9 Q. Are you aware of the claims of the '364 that are

10 asserted in this case?

11 A. There are four claims that are asserted, but let me

12 actually first give a timeline for where the '364 patent and

13 '737 patent, how these relate.

14    So the '737 patent, which is the one that

15 describes Example 25 that is stated to produce Form B, so

16 that date is 1994, and then Form A, the present patent that

17 we're talking about, the '364, that's the one that was filed

18 in 2004.

19    So with regard to the claims, there are four

20 claims that are in question here.  The claims all relate to

21 crystalline Form A of tapentadol hydrochloride, and each of

22 the claims also refers to powder x ray diffraction data as

23 evidence of the identity of that Form A.

24 Q. Now, in coming to your opinions today, did you

25 consider the definition of a person ordinarily skilled in

1    the art?

2    A.    Yes, I did.  So my definition is somebody that would

3    have -- probably this would be a chemist or a chemical

4    engineer, somebody in a similar field who has experience in

5    development, preparation, characterization of polymorphic

6    forms of compounds.  Such a person might well have a Ph.D.

7    or a Master's degree.  If they had a Bachelor's, I would

8    expect that they would have a correspondingly longer

9    experience, maybe five to 10 years of relevant work

10   experience to be considered of ordinary skill in the art.

11   And, of course, the person would have knowledge of the

12   literature as of June 2004, the relevant date.

13           This is also -- I should point out the definition

14   that's offered by Professor Bernstein is substantially

15   similar to this, and my analysis doesn't hinge on which

16   definition is adopted.

17   Q.    Thank you.

18           Now, let's get into some of the opinions that

19   you'll be offering today.  Did you prepare a slide to

20   summarize these opinions?

21   A.    I did.  And so initially, I'll be discussing the issue

22   of utility, and the fact that the '364 patent specification

23   does not support the asserted utility.  I'll then discuss

24   the issue of misleading statements that were made to the

25   USPTO under the general heading of unclean hands, and then I

CHARLES P. McGUIRE, C.C.R.

1      will finish with a discussion of Marita Mueller's attempts

2      to recreate Example 25 of the '737 patent and how this

3      cannot be used as a basis to say that Form B alone is

4      produced.

5      Q.     Thank you.

6             Let's start with that first one.

7             Have you created a slide today to show your

8      understanding of the legal standard for -- of your

9      understanding of the legal standard in this realm?

10     A.     Yes, and I'm certainly not a lawyer, so I've -- I've

11     relied on these definitions.

12            My understanding of utility was pretty much

13     limited to, a patent needs to be useful, the subject matter

14     needs to be useful for patenting, but there are some other

15     subtleties which are here.  So that utility is determined as

16     of the effective filing date is an important issue, and that

17     if one of skill in the art would not accept without question

18     the statements, there really should -- there's an

19     expectation of evidence to support the statements.

20     Conclusory statements are not sufficient.

21     Q.     Thank you.

22            So let's look back now at DTX 304.  That's the

23     '364 patent.  You have that in front of you?

24     A.     Yes.

25     Q.     So what do you understand are the alleged disclosure

CHARLES P. McGUIRE, C.C.R.

1      of utility in the '364 patent?

2      A.    Okay.  So there's a slide that shows the statement of

3      utility.  So the statement of utility is:  "Crystalline Form

4      A according to the invention has the same pharmacological

5      activity as Form B but is more stable under ambient

6      conditions.  It can be advantageously used as active

7      ingredient in pharmaceutical compositions."

8            And as support that this is the utility claimed

9      for the patent, I've also shown here the pretrial brief, the

10     Plaintiffs' pretrial brief where they essentially say the

11     same thing, they say this is the utility of the patent.

12     Q.    And, Dr. Matzger, did you reach any conclusions about

13     whether a person of ordinary skill in the art would have

14     questioned this statement of utility?

15     A.    Yes, I think there are a number of questions around

16     the utility of this patent.  This statement does not support

17     utility of the patent.

18     Q.    And before we get into that, what analysis did you

19     undertake today and before today to arrive at these

20     conclusions?

21     A.    So for utility, I just looked at the '364 patent

22     itself.  So I confined my analysis to what was in the '364

23     patent, so that's what I'll be focusing on there, and then

24     we'll introduce other documents as we move on to the other

25     sections of my testimony.

CHARLES P. McGUIRE, C.C.R.

1    Q.    And so did you prepare a slide today to address your

2    concerns with this statement?

3    A.    Yes, and that's the next slide.

4    Q.    We have that.  Slide 20.

5    A.    So really, the statement is not something that would

6    be accepted without question.  The issue is, there's no data

7    that supports the alleged utility, and so this leads me to

8    conclude that the '364 patent fails to demonstrate

9    sufficient utility.

10   Q.    Okay.  On that first point, let's look at slide 22.

11         How do you interpret this statement here?

12   A.    Okay.  So this is sort of the crux of the issue how to

13   interpret the utility here.  So it says that "Crystalline

14   Form A according to the invention has the same

15   pharmacological activity as Form B but is more stable under

16   ambient conditions."

17         So we need to talk a little bit about what ambient

18   conditions means.

19         Itself, ambient conditions describes temperature,

20   pressure, and humidity, so it's a suite of conditions, it's

21   not just temperature and it's not just humidity.  And so

22   that term, ambient conditions, is reasonably well defined,

23   but it's not defined what aspect of the ambient conditions

24   this is allegedly more stable under.

25         Stable is not very well defined, so there are many

CHARLES P. McGUIRE, C.C.R.

1    different types of stability, and I have some slides to

2    discuss those.  In reading the statement, one can't know

3    what type of stability is being referred to here.

4    Q.    And here on slide 23, what is this type of stability?

5    A.    So this stability is stability towards hydration, so

6    this is actually a pretty big issue in pharmaceutical

7    manufacture.  Different polymorphs, different solid forms

8    can have different propensities to take up water.  And so

9    here is a crystalline form just where the molecules are

10   demonstrated as a lattice of spheres.  So if this were to

11   form a hydrate, you would see that as water molecules

12   contained within that lattice.

13          And having a hydrate changes the bioavailability

14   of a compound.  It affects different issues of

15   manufacturability.  So having a polymorph that's resistant

16   to hydration during manufacture is something that is

17   generally desirable, and it's a type of stability that is

18   influenced by polymorph.

19          I note there are no -- there are no data about

20   this type of stability in the patent.

21   Q.    And here on slide 24, what is the stability you're

22   referring to?

23   A.    So a second type of stability is that of chemical

24   stability.  So if you have a molecule that either through

25   the action of light, what's called photochemical degradation

1    or through just thermal processes can fall apart, you know,

2    basically, it changes its molecular structure.  This is a

3    type of chemical stabilization.  This is something that

4    sometimes is related to shelf life of a material, because if

5    the active pharmaceutical ingredient is degrading, it no

6    longer will have its medicinal action, so stability of that

7    sort towards chemical degradation is something that is also

8    influenced by polymorph.

9            I did not see any data for chemical degradation in

10   the patent either.

11   Q.    The next slide that you prepared, you have

12   thermodynamic stability.  Can you please explain this?

13   A.    So the third type of stability is thermodynamic

14   stability, and this basically says which polymorph is most

15   stable at a given temperature.  And so here is an example

16   where there's a monoclinic lattice on the left and an

17   orthorhombic lattice on the right, just two different

18   arrangements, two different polymorphs of the same things,

19   and depending on the conditions of temperature and pressure,

20   the conversion may go left to right or right to left.  So

21   this is another type of stability.

22   Q.    And why would thermodynamic stability be important for

23   pharmaceuticals?

24   A.    So thermodynamic stability is intimately related to

25   the concept of solubility, and so when a solid dosage is

1      taken, it dissolves in the body, and depending on which

2      solid form, which polymorph you're taking, it can affect the

3      rate of dissolution, and this, therefore, can affect the

4      rate of bioavailability.

5              In general, for that particular aspect of

6      thermodynamic stability, having a less stable form is more

7      favorable.  It will lead to better dissolution behavior to

8      have a less stable form.

9              On the other hand, there is considerations with

10     manufacturing, and often you don't want your polymorphic

11     form to change during manufacture, and so this would suggest

12     to one to use the most stable polymorph for that reason.

13             So you see these two factors are somewhat in

14     conflict about what is the most desirable polymorph to

15     develop into a dosage.

16     Q.     So did you prepare a slide to summarize, you know, all

17     these questions that you have about that disclosure of

18     utility?

19     A.     Yes.  I've broken out each part of the statement here.

20             So, first, the statement that "crystalline Form A

21     according to the invention has the same pharmacological

22     activity as Form B" is not a basis for utility, so this was

23     already -- that Form B was already there, and so this is not

24     new utility.

25             The stability, as we discussed, is not defined.

1    We don't know what type of stability we're talking about,

2    and if it's more stable under ambient conditions,

3    furthermore, we don't even know if that's advantageous

4    because of that tension between having a less stable form,

5    making it more soluble, or a more stable form sometimes

6    being more favorable for manufacture.

7           But I note in any case under ambient conditions we

8    don't see stability data for the chemical type of stability,

9    for the stability towards hydration.  Nor do we see data for

10   the thermodynamic stability.

11   Q.    So, Dr. Matzger, do you have an understanding of what

12   Plaintiffs claim is the utility disclosed in this patent?

13   A.    I do.  So Dr. Bernstein says that the '364 patent

14   discloses that Form A is thermodynamically more stable at

15   room temperature, so that third definition of stability we

16   talked about.  And he also claims that this stability

17   relationship holds both at room temperature and at body

18   temperature.

19   Q.    And I think you may have touched on this, but if true,

20   do you agree that this is a quality of utility?

21   A.    Well, it's -- it's not really clear.  I think that you

22   may want to have a less stable form for the potential

23   improvement in bioavailability, so it's not clearly a basis

24   for improvement.  But it's also not demonstrated in the

25   patent.

1    Q.    And so on thermodynamic stability, what kind of

2    information would you expect to see to learn about that?

3    A.    So the most typical way to determine stability

4    relationships between forms is to look at solubility data,

5    and I've got a slide on that particular issue, so here is

6    just some background.  So it just says "Solubility is an

7    important factor because the relative thermodynamic

8    stability of polymorphs and the direction of the

9    transformation between them are determined by the solubility

10   of polymorphs."

11             So solubility is the typical way to quantify the

12   energy difference between two forms.

13             There is no solubility data present in the patent.

14   Q.    And for the record, you're reading from DTX 141, which

15   is in your binder, but can you also just tell us what 141

16   is?

17   A.    So this is just an article by Kitamura that discusses

18   some of these issues of stability and transformation in

19   pharmaceutical polymorphs.

20   Q.    So considering that, do you know what Dr. Bernstein

21   relies on for his opinion?

22   A.    So my understanding is that his opinion comes from

23   Example 16, which is shown here, and also, this is data

24   about the conversion of one form to produce Form B from Form

25   A.    So what they did in this experiment was, they heated

1    Form B and then they monitored the form during that heating,

2    and they observed that Form A converted to Form B from

3    between 40 to 50 degrees Celsius.  And then they further

4    state that the result is reversible and that Form B changes

5    over into Form A at some lower temperature.

6           However, this lower temperature is not specified,

7    and it's critical for understanding the relationship between

8    the forms.

9    Q.    And to be clear, I think you said Form B was heated.

10   Which form is heated in this experiment?

11   A.    So -- okay.  In the powder x ray experiment, they

12   produced Form B from Form A, so Form A converts to Form B

13   between 40 and 50 degrees.

14   Q.    Thank you.

15          Now, is there anything else in the patent that

16   could inform you about this lower temperature?

17   A.    So there is a discussion of the reverse conversion, so

18   producing crystalline Form A from Form B.  And so the

19   description of that, it's in the specification, it's also as

20   shown here in Claim 17, and so if Form B is heated for a

21   time between 24 hours and 168 hours --

22   Q.    Sorry.  You said heated, or cooled?

23   A.    Sorry -- is cooled for a time between 24 hours and 168

24   hours to a temperature of between minus four and minus 80

25   degrees Celsius, so minus four, that's below freezing, so if

CHARLES P. McGUIRE, C.C.R.

1   you get that there, and then minus 80 is actually quite

2   cold, somewhere in there, and you hold it for this, you

3   know, over a day or more, then you can get conversion of

4   Form B to Form A.

5   Q.    And have you prepared a demonstrative for us to kind

6   of explain what these two statements now lead you to

7   question?

8   A.    Yes.  So these are all the data we have about the

9   conversions, and so what I did is put that on a graph here

10  so we can see what we know about the transformations.

11        So we know that above 50 degrees that B is

12  definitely more stable.  A converts to B.  That's shown by

13  the powder x ray diffraction experiments.

14        Now, between 40 and 50 degrees, I have that kind

15  of hatched because we don't know exactly where in that range

16  the conversion occurs.  They say it occurs between 40 and 50

17  degrees.  But somewhere at least between 40 and 50 degrees,

18  B becomes the most stable form.

19        Now, on the other side, we know that A becomes the

20  more stable form because B converts to A.  If we go to minus

21  four degrees C, so that's 25 degrees Fahrenheit, or below,

22  all the way down to minus 80, what this leaves us with,

23  though, and that's what I've boxed here, is this large area

24  of uncertainty where the patent is silent on what the

25  conversion is, and this encompasses a couple of very

CHARLES P. McGUIRE, C.C.R.

1      important temperatures.

2              For example, room temperature, 22 degrees,

3      roughly, Celsius, 72 Fahrenheit, we don't know which -- from

4      the patent which form is more stable there.

5              It also doesn't discuss at body temperature what

6      occurs.  This is important for knowing the relative

7      solubility relationship.

8              So the patent doesn't speak to these.

9  Q.    And again, what kind of data could have explained this

10     information?

11 A.    So let's see.  The trial exhibit -- I think I have it

12     on the next slide --

13 Q.    I believe you're -- yes, referring to DTX 928?

14 A.    DTX, yes, 928.

15             So this is an example -- we talked about the

16     importance of solubility in determining relative stability

17     relationships.  This is the type of data that one would

18     provide.  This was a study that was conducted by SSCI.  SSCI

19     is a contract crystallization group that's very expert in

20     doing these kinds of studies, as well as polymorph discovery

21     efforts, and so they had conducted solubility studies at

22     Grunenthal's direction to understand the relationships

23     between Form A and Form B.

24             I note these studies were conducted in 2002, a

25     couple of years before the priority date.  But these data

1    were not included in the patent.

2    Q.    Similarly, can you turn to DTX 1158?

3          And what is this document, Dr. Matzger?

4    A.    So 1158 includes some solubility data.  This was

5    collected at Grunenthal.

6    Q.    And you're looking at -- let me just point out the

7    page here -- Bates ending in 74578, which I believe -- is

8    that a snippet of that page?

9    A.    Yes, that is.

10          And so what's determined here is the solubility of

11   polymorph A and polymorph B in a couple of different

12   solutions.  These are data that are collected at -- around

13   room temperature, so the results would be slightly

14   different.  Actually, the solubilities we know from other

15   documents but not from the patent would be even more similar

16   in body temperature at 37 degrees.

17          Now, these data were not included in the patent,

18   but this was also collected about a year before that 2004

19   date that's of relevance for the '364.

20   Q.    So based on the foregoing, do you have an ultimate

21   conclusion on the utility of the '364 patent?

22   A.    Yes.  I don't see demonstrated utility of the '364

23   patent.

24   Q.    Thank you.

25          Okay.  Let's move on to the next opinion you're

1       going to be offering today.

2                   You are also here today to offer your opinions

3       about unclean hands.

4       A.      Correct.

5       Q.      And have you prepared a slide to summarize your

6       understanding of the legal standard?

7       A.      Yes, and I will repeat my warning that I am definitely

8       not a lawyer, but this is my understanding of the unclean

9       hands.   This is sort of my understanding in my own

10      interactions with the Patent Office.

11                  So the Patent Office has to rely on statements

12      that are made by applicants and use that in figuring out if

13      they should be granting a patent, and so if there's

14      misconduct, misleading statements made to the Patent Office,

15      those can be grounds for making a patent unenforceable.

16      Q.      Thank you.

17                  So let's turn back to DTX 304, which is the '364

18      patent.

19                  What did you want to call out for us here in this

20      patent?

21      A.      So we're looking at the summary of the invention here.

22      So the claimed invention is a new form, Form A, termed Form

23      A, and importantly, this was different, and this becomes

24      important in the examiner's determination, that this is

25      different from Form B that is said to be obtained by Example

CHARLES P. McGUIRE, C.C.R.

84

1    25 of the '737 patent.  That's the 1994 date patent.

2    Q.    And if we turn to the next slide you've prepared,

3    slide 40, you cited here DTX 1361, which is also in your

4    binder, but you've also prepared a snippet at page number

5    59017.

6          How is this significant to your opinion?

7    A.    So this is a statement of allowability for the patent,

8    for the '364 patent, and it gives a bit of the basis, things

9    that the Patent Examiner relied on in granting that patent,

10   and it points to the figures throughout the specification

11   and relates those to the closest prior art, which is the

12   '737 patent.  And so it's those pieces of information that

13   are used to draw the conclusion that the subject matter is

14   patentable.

15   Q.    And for this issue, what analysis did you undertake to

16   arrive at your opinion?

17   A.    So here, in contrast to the utility discussion that we

18   had, I looked beyond the '364 patent, I looked at internal

19   documents, and to understand more broadly what was known at

20   the time that this patent was filed.

21   Q.    And, Dr. Matzger, you have several bases for your

22   opinion in this regard; correct?

23   A.    Yes, I do.

24   Q.    And what is your first basis?

25   A.    So the first is -- I'll show a few examples from this

1      -- is that by 2001, well before the 2004 date, Grunenthal

2      knew that Form A was everywhere.  This stuff was ubiquitous.

3      It kept cropping up all the time.  Actually, the challenge

4      in many cases was to get Form B.

5      Q.    Okay.  Let's turn to DTX 1088 in your binder.

6      A.    Okay.

7      Q.    Okay?  And, Dr. Matzger, have you prepared a slide

8      summarizing the relevant parts of this document for us?

9      A.    Yes, I have.

10     Q.    So here we have on slide 43 a snippet from this

11     document.

12            What did you consider significant from this

13     document?

14     A.    So SSCI had been provided with Form A from Grunenthal,

15     and it was their goal to discover as many solid forms of

16     tapentadol hydrochloride as possible, and this is some of

17     the conclusions from their study.  So they had found this

18     Form B, which was a high-temperature polymorph, but they

19     found that they were having trouble generating it in pure

20     form during their polymorph screening.  In other words, it

21     was always contaminated with A when they tried to produce

22     it.

23     Q.    And, Dr. Matzger, do you know of SSCI outside this

24     litigation.

25     A.    Yes.  They're a very rep -- they were probably one of

CHARLES P. McGUIRE, C.C.R.

1      the first companies that really seriously did this business

2      of crystallization for hire, and so they developed quite a

3      lot of in-house expertise.

4      Q.     Okay.  And the next document we should turn to is

5      DTX 1087.  I believe it should be the next tab right before

6      that.

7             And have you prepared a slide for us to summarize

8      what you considered pertinent about this document?

9      A.     Yes.  So this is additional information about studies

10     that were going on with SSCI under Grunenthal's direction,

11     and basically, again, they reiterate Form B, pure Form B

12     they hadn't isolated at this point.  They explain that the

13     Form A is what they had received from Grunenthal.

14            And now we see something that's also highlighted

15     next that is the basis for what becomes Claim 16 that

16     we've --

17     Q.     Claim 17?  I'm sorry, is that what you're referring

18     to?

19     A.     Example --

20     Q.     Claim 17 or Example 16?  Lots of numbers.

21     A.     Sorry.  Example 16, sorry, that becomes the basis for

22     Example 16.  That's the powder x ray diffraction experiment.

23            And so you see they discuss here that they've

24     heated the material and that form -- they obtained Form B

25     through heating.  However, they did x ray analysis of the

1    same sample the next day.  Basically, this means it's

2    sitting under ambient conditions, you know, under this

3    condition, and that it converted back to Form A.

4            So here is a description, and this is not -- this

5    is absent from Example 16 in the patent where they just say

6    some lower temperature, they leave it ambiguous, but the

7    SSCI report says clearly that it just converts back to A

8    when it returns to room temperature.

9    Q.    And what is the date of this document?

10   A.    So this is 2001, so this is, you know, roughly three

11   years before the priority date of the '364 patent.

12   Q.    Now, can you please turn to DTX 1075?

13   A.    Yes.  This is internal Grunenthal documents.

14   Q.    And you prepared a slide to summarize the relevant

15   portions for us?

16   A.    Yes, I have.

17   Q.    And what did you find significant to your opinion?

18   A.    So this just is a statement where they've been

19   synthesizing tapentadol hydrochloride and they find that the

20   product from the synthesis is Form A.  This is the result

21   they were getting in-house.  They were producing Form A by

22   synthesis.

23   Q.    And I think one more document in the set.  I'll have

24   you turn to DTX 1242.

25   A.    Yes.  So there are quite a few points in here.  This

1    is Andreas Fischer's summary of polymorphism, again,

2    internal Grunenthal documents.

3    Q.    And who do you understand Andreas Fischer to be?

4    A.    He is one of the inventors on the patent.

5    Q.    And what is the general date of this document?

6    A.    So this is -- this is now 2005.

7    Q.    And what on this page that you've blown up for us here

8    at 129619 Bates stamp did you consider significant to your

9    opinion?

10    A.    So here, there are a few different things.  So one is,

11    the solubility is discussed, and the comparable

12    bioavailability is discussed.  Also, the issue is that

13    modification A is something they continue to be able to

14    produce reproducibly because it's, you know, the most stable

15    form and fairly easy to produce and stable.  They talk about

16    some of the analysis, and then they discuss that they're

17    still not -- don't have a full understanding of Form B, that

18    they're seeing shifting in thermal events.  So Form B,

19    again, paints a picture of Form B being a thing that's not

20    well understood, and Form A is the thing that they already

21    had a good understanding of.

22    Q.    And now, Dr. Matzger, what is the second basis for

23    your opinion of unclean hands?

24    A.    So I looked at the origin of various examples and

25    figures.  Let's talk first about the figures in the patent.

1        So this describes a preparation of Form B, so it

2    claims that this was prepared according to Example 25 of

3    European Patent '475.  That is equivalent, that Example 25,

4    to the '737 patent, the 1994 patent.

5        And so they say this is how they obtained

6    crystalline Form B, and that this is proven by powder x ray

7    diffraction.  This is what they call B(1).  Then Example 10,

8    they discuss the powder x ray diffraction pattern of B(1)m

9    and that's what appears in Figure 4.

10   Q.   And moving on now to slide 49, what is this figure

11   here?

12   A.   Okay.  So this is Figure 4, so this is the one that

13   was just referred to, and this is the only unique pattern in

14   the -- of Form B in the patent, so there is also Figure 8,

15   but it's equivalent, it's just got labels on it, so really,

16   this is the origin of where they're saying they got their

17   powder pattern from for their Form B, the supposed prior art

18   form.

19   Q.   So what is your issue with Figure 4 here?

20   A.   So Figure 4, it turns out, did not come from the

21   product of Example 25 as represented to the Patent Office.

22   Q.   And how do you know that?

23   A.   So if we can take a look at the next slide, so the --

24   it was -- in looking at CEPM1a, so looking at the lab

25   notebooks associated with the production of that and the

1    data that was disclosed, it was clear that this is the basis

2    for Figure 4 and the equivalent Figure 8 in the patent.  So

3    that's the material that was used for the PXRD patent.

4            This was certainly not prepared by Example 25 of

5    the '475 patent, and, in fact, the Plaintiffs admitted so in

6    this response.

7    Q.    And for the record here, you're citing to DTX 39,

8    which is in your binder, and DTX 146.

9            Can you refer to DTX 39 and let us know what that

10   is?  We may be coming back to it a few times.

11   A.    Okay.  So DXT 39.

12   Q.    It should be the first tab.

13   A.    Right.

14           Okay.  So these are deposition materials for

15   Struck.  These are from the Struck deposition.

16   Q.    Thank you.

17           So, Dr. Matzger, do you have an understand what

18   CEPM1a is?

19   A.    Yes, I do.  So I've reviewed the lab notes associated

20   with -- with that material.

21           So CEPM1a was made by a fairly unusual process,

22   which I'm going to illustrate here.

23           So when the crystals were grown -- when you grow

24   crystals, you have what's called the mother liquor.  It's

25   kind of a funny name, but it's the fluid that's on top of

CHARLES P. McGUIRE, C.C.R.

1    the crystals, and that is where the impurities become

2    concentrated.  So the relatively pure material crystallizes

3    out, and then the impurities that are rejected from the

4    crystals reside in the mother liquor.

5          So what you typically do is, you filter the

6    material, you collect it, and it's shown here, on filter

7    paper, and then that's your pure material.  And in this

8    case, the material on the filter paper is what is called

9    CEPM1.

10         Then CEPM1a is produced by removing the solvent

11   from the mother liquor, so concentrating down the impure

12   part of the sample to give the CEPM1a solid.

13   Q.    And you said that you relied on several lab notebooks

14   and other documents in this case for this understanding.

15         If I turn now to slide 53, is this one of the

16   documents that you relied on for your opinion in this case?

17   A.    Yes.  So this shows the preparation of this material,

18   and it shows that CEPM1, those are the crystals that are

19   separated by filtration, and then CEPM1a, that's the

20   material that's obtained by evaporating the filtrate.

21         And it's I think important to note here that

22   CEPM1, this is Form A.  You actually get Form A in that case

23   from the relatively pure material.

24         CEPM1a, which is concentrated in the impurities,

25   this becomes what they represent to be their Figure 4 of the

CHARLES P. McGUIRE, C.C.R.

92

1      '364 patent.

2      Q.    And for the record, this is DTX 1097, and the date on

3      that, can you let us know what the date is either by

4      onscreen or looking at the document?

5      A.    Yes.  So that's June 22nd, 2001, so again, well

6      obviously prior because this became the basis for figures

7      that were in the patent.

8      Q.    And for the record, this is at Grunenthal production

9      GRT-NUC00063351.

10            Okay.  Is there anything else that you'd like to

11     discuss about CEPM1a?

12     A.    Well, CEPM1a had another -- there was a very

13     interesting observation with it, which is illustrated on the

14     next slide.

15            So when this material was initially made, it

16     showed Form A contaminating Form B, and my own analysis has

17     confirmed this, but this is actually from Grunenthal.  They

18     put stars above the peaks that correspond to Form A.

19            So this material that became their representation

20     of Form B in the patent actually was initially found with

21     Form A in it.  This was not disclosed to the Patent Office.

22     Q.    And do you have the date of this document?

23     A.    So this is September 12th, 2001.

24     Q.    All right.  Dr. Matzger, let's turn to your next basis

25     for unclean hands.

CHARLES P. McGUIRE, C.C.R.

1        Can you explain a little bit about what you'll be

2   discussing here?

3   A.    So I looked at a number of examples to try to

4   understand the origin of those experiments, and I'll just

5   show you one of those in particular, but this is fairly

6   typical.  The examples are not supported by experiments that

7   were conducted.

8   Q.    And here on slide 56, you have DTX 304, and what have

9   you highlighted for us?

10  A.    So this is Example 2.  This is the preparation of

11  Form A.  And so it begins with the material that was -- is

12  used in this example, which they say is tapentadol

13  hydrochloride prepared according to Example 25 of the

14  European patent.

15       So this is what they represented is Form B, that

16  Example 25 of the European patent gives rise to Form B.  So

17  they're saying here that they have started this experiment

18  with Form B.

19  Q.    And what is your issue with this?

20  A.    Well, it's not true.  They didn't actually start with

21  Form B.  So the basis of this experiment is shown here.

22  This was conducted by -- starting with Form A.  So

23  essentially what they've done -- this is the material that

24  was given to SSCI, and you'll recall they were supplied with

25  Form A.  So what the example basically involves is taking

CHARLES P. McGUIRE, C.C.R.

1    Form A and converting it into Form A.  And so this was

2    misrepresented to the Patent Office.

3    Q.    So just for the record here, the top quote you have is

4    from DTX 39, which I believe we just looked at.  That was

5    the deposition materials of Grunenthal's 30(b)(6) witness --

6    A.    That's correct.

7    Q.    -- Dr. Struck; correct?

8    A.    That is correct.

9    Q.    Okay.  And below that are snippets from DTX 1001,

10   which is in your binder, but what is that document?

11   A.    Okay.  So 1001 is sort of an update, an internal

12   Grunenthal update from work that was going on in SSCI.

13   Q.    And the pages that you've provided here are at 21094

14   and 21102.  And can you just explain that one more time so

15   we don't get anything lost in translation here, how you

16   determined that it was Form A they started with?

17   A.    So basically, this is what was disclosed in that 39

18   document.  They gave the source of the examples.  They said

19   it came from SSCI.  SSCI received the material that they

20   determined to be Form A, and that's what they used in those

21   experiments that become the basis of this example.

22   Q.    And is this issue limited to Example 2?

23   A.    No, not at all.

24   Q.    All right.  Dr. Matzger, were you able to analyze any

25   study of tapentadol into your investigation of unclean

CHARLES P. McGUIRE, C.C.R.

1      hands?

2      A.    No, I was not.

3      Q.    And why do you understand that to be?

4      A.    Well, my understanding is, they were requested, but it

5      was claimed that no reference samples of Form B were

6      available.

7      Q.    And would you have been able to analyze these crystal

8      forms if samples had been provided to you?

9      A.    Yes, absolutely.  My lab is well equipped to run

10     powder x ray diffraction.  Even on extreme -- even if very

11     small sample quantities were supplied, I can get good powder

12     x ray diffraction patterns on those, but no material was

13     made available to me.

14     Q.    And for the record here, on this slide 59, you've

15     cited DTX 39, again, Dr. Struck's deposition, and then

16     DTX 146, which is a piece of discovery in this litigation.

17            And do these documents confirm your understanding

18     of why no samples were available?

19     A.    Yes.

20     Q.    All right.  Dr. Matzger, let's turn to the last part

21     of your opinion today.

22            As part of your work in this litigation, did you

23     consider the recreations done by Marita Mueller?

24     A.    Yes, I did.

25     Q.    And why did you consider them?

1    A.    Okay.  So -- and this is a bit of a subtle point.  So

2    the document in 1994 that had supposedly produced Form B by

3    Example 25, that material was never tested, so there was no

4    data on what the polymorphic form was of that.  So what

5    Grunenthal did was, they had Marita Mueller reproduce

6    Example 25 so that determination of the polymorphic form

7    could be done so that they could then say what the prior art

8    form was.

9    Q.    And do you know how many recreations there were?

10    A.    So I'm aware of four recreations that she conducted.

11    Q.    And have you prepared some slides to demonstrate these

12    runs?

13    A.    Yes.  So I have a slide on each of these re-creations.

14    But before, there's a little bit of background in terms of

15    what I used to assess whether the results of her re-creation

16    were consistent with the result of Example 25 of the prior

17    art, the '737 patent.

18          So though we don't have powder x ray diffraction

19    from that, we do have some characterization of the product

20    of the '737 patent.

21          And so one issue is color.  So in the most basic

22    organic chemistry lab course, we tell people that, you know,

23    your material, it should be white, and if it's off color,

24    you need to repurify it, you need to keep going.  So color

25    in an otherwise colorless compound is an indicator of

1    impurities.  And that's one of the things I considered,

2    because there was color data for the prior art material and

3    from the Mueller recreations.

4    Q.    And what background do you have here for us?

5    A.    So this discusses melting behavior, and the way I

6    represented this, this is differential scanning calorimetry,

7    so you're heating a sample and measuring heat flow.

8            And what this illustrates is two points, and these

9    will manifest no matter how you do the determination.  If

10   you use a melting point apparatus or a differential scaling

11   calorimeter, you'll see the same thing.  As you have a

12   fairly pure sample, you have a sharp melting point at a high

13   temperature, and then as impurities are introduced into the

14   sample, the melting point decreases and the melting

15   behavior, it broadens, it happens over a larger degree

16   range.

17           And so by looking at melting behavior, we can

18   conclude something about the purity of the sample.

19   Q.    And if we turn now to slide 63, you titled this

20   Bu-322-1-1.

21           What information did you highlight for us here?

22   A.    So this is the first attempted reproduction by Marita

23   Mueller.  So what is shown here is, the material she made,

24   the color of this was mustard-colored solid.  The documents

25   at Grunenthal show that the material obtained as the product

1    of Example 25 of the '737 patent was a white solid, and she

2    reports a melting point of 197 to 199 degrees Celsius.

3            The prior arts of the '737 patent said the melting

4    point was about 200 to 201, so a sharper and higher melting

5    point.

6            And that's consistent with a greater level of

7    impurities in the Mueller sample.

8    Q.    And for the record, what you're pointing out is

9    DTX 1206?

10   A.    That is correct.

11   Q.    And DTX 1202.

12           If we turn now to slide 64, what have you prepared

13   a summary for us of?

14   A.    So this also comes from that same lab notebook,

15   DTX 1202, but now this is the second attempt at recreating

16   Example 25.

17           In this case, she did not observe crystal

18   formation when following the procedure of Example 25, so she

19   deviated somewhat from the experiment to get crystals to

20   form.

21           When those crystals ultimately formed, they were

22   cream-colored and they had a very low melting point, so this

23   is almost 25 degrees lower than is expected, which for a

24   melting point is, you know, like a different compound,

25   almost.  And so I guess seeing these results, no analysis

CHARLES P. McGUIRE, C.C.R.

1    was done on the powder x ray diffraction of this material,

2    so we don't know what form she obtained.

3    Q.    And if you can see there, what is the date of these --

4    sorry.  Strike that.

5              What is the date of these experiments?

6    A.    So this one is November 26, 2002.

7    Q.    And now if we go on to your next slide that you

8    prepared for us regarding Bu-322-1-3, what would you like to

9    point out for us?

10   A.    So this is then November 29th, 2002, and so this is

11   the third attempted recreation.  The material now is beige

12   colored, again, not white, like the prior art.  The melting

13   point is rather broad and lower than was reported for the

14   original material that forms the basis of Example 25.

15   Q.    And did you analyze any other data in connection with

16   this run, Bu-322-1-3?

17   A.    Yes, I did.  I looked at the powder x ray diffraction

18   patterns that were provided.

19   Q.    So have you prepared this slide, Bu-322-1-3, to

20   discuss today?

21   A.    Yes.  So this is just sort of a global view of the

22   pattern, and I'm just comparing it to Figure 1, Form A in

23   the patent just to illustrate that the signal to noise in

24   this pattern is very poor.  So the one on the left is such

25   that you would not be able to determine even moderate levels

CHARLES P. McGUIRE, C.C.R.

1        of Form B in this sample.

2        Q.    And when you say "signal to noise," can you, you know,

3        maybe further explain that to us?

4        A.    Yes, absolutely.  So if you look at the -- and I --

5        Q.    If you want to come forward --

6              MS. SHARKEY:  Your Honor, I have a pointer.

7              THE COURT:  That's fine, if you'd like to do that.

8              THE WITNESS:  Okay.

9        (The witness stepped down.)

10       A.    All right.  So the noise level is essentially defined

11       by the width of this feature, so all of this -- these kind

12       of vast squiggles here are the noise level.  And they're

13       present here as well, but you see their magnitude relative

14       to the height of the peaks is much smaller.

15              So that's what we mean by signal, this signal

16       height, to the noise level.  So the signal height, to this

17       much smaller noise level.

18              So the signal to noise here is I'd say

19       reasonable, and the signal to noise here is quite poor.

20       Q.    And why does that make it difficult to see forms in

21       this pattern?

22       A.    Well, so, for example, if you were to see something

23       like this, is that enough, you know, signal, would that --

24       would you say that that's present or not?  When it gets that

25       close to the noise, it gets harder to make those kinds of

CHARLES P. McGUIRE, C.C.R.

1   assignments confidently.  And the same would hold for if

2   there was, you know, a moderate level of Form A in here, it

3   would be difficult to detect.

4           MS. SHARKEY:  Your Honor, is it okay if he stays

5   right here?  We have a couple more slides like this.

6           THE COURT:  Sure.  That's fine.

7           MS. SHARKEY:  Okay.

8   Q.   And did you prepare a blowup of this pattern for us

9   today?

10  A.   Yes.  So I looked at a couple of regions of this

11  pattern.  So now we've blown this up quite a bit.  We're

12  only looking at five degrees of the pattern.  So what's in

13  red here is identical to what you saw on the previous slide,

14  but now I've added, so it's the same as this, just blown up

15  in this region.

16          But what I've added on here is these blue boxes

17  that illustrate the expected positions from the '364 patent.

18  So at each position where a peak was reported in the table

19  of the '364 patent, I've put a box with a width of .2

20  degrees at the top.

21  Q.   And what form is that in blue?

22  A.   So that is Form B in blue.  So we're comparing Form B,

23  the peaks of Form B in that table to Mueller's recreation,

24  which was interpreted to lead to Form B.

25  Q.   And what have you pointed out for us here?

1    A.    So -- well, first, just globally, if you look at over

2    all, the pattern has kind of shifted from where the peaks

3    are expected to be in the table.  So this is not a very

4    accurate representation if this is, in fact, Form B.

5            But also, there are a number of peaks that are

6    unaccounted for.  So if you look at these signs and -- like

7    this peak here, here's a peak that is not expected for Form

8    B.

9            And there's another slide that shows you

10   similarly.

11           So these peaks have significant enough signal to

12   noise that they are real, but they're not found in the

13   Form B table.

14   Q.    And for the record here, we're on slide 67, and you

15   were first here pointing at a peak at around 17.6?

16   A.    That's correct, about 17.6.

17   Q.    And then on slide 68, you were pointing at a peak

18   around 24.4; is that correct?

19   A.    Correct.

20   Q.    And now can we talk about this last, fourth run by

21   Mueller?

22   A.    Yes.  So this was the final one I analyzed.

23   Q.    And what did you want to highlight for us here from

24   DTX 1034?

25   A.    So now the solid is described as cream-colored.  The

CHARLES P. McGUIRE, C.C.R.

1    melting point again is somewhat broader than was found in

2    the result of Example 25.

3              Now, this is, by the way, I'll note, a much later

4    recreation, so this is now 2009.  This is after, well after

5    the priority date of the patent.

6    Q.    And did you analyze any data in connection with this

7    run?

8    A.    Yes.  So now this one has a powder x ray diffraction

9    pattern that's of fairly high quality, and so this one can

10   be analyzed in a bit more detail than those very noisy ones.

11             Now, I want to point out there is still noise

12   here, it's just very low.  It's, you know, very low in the

13   baseline here.  So this is -- the signal to noise here is

14   fairly good.

15             So there are three patterns that are overlaid

16   here, okay?  And those three patterns are a standard of

17   Form A, that's in green, a standard of Form B that's in red,

18   and then the Mueller fourth recreation, that's in blue.

19   Q.    And was this something that you prepared?

20   A.    No, this was -- this was provided by Grunenthal.

21   Q.    And what are you pointing out for us here?

22   A.    So the things to look at -- there are a couple things.

23   So one is, if you look at green, this is Form A, and then

24   you look at red, which is the Form B standard, you see that

25   it's actually contaminated by form -- by the other forms.

1    So here, there's a peak under here that's evident, there's a

2    peek here that's evident.  So even their standard is not

3    free of Form A in this case.

4         But I think even more important is to look at the

5    differences between their standard pattern of Form B and the

6    material that Mueller created.

7         So if you look at blue and red here, they overlay

8    almost perfectly, so there's very good agreement between

9    these positions.  But then as we go over, you see blue and

10   red no longer overlay.  Then as we go over again, they

11   overlay well, they overlay well, and they don't overlay.

12        This sort of behavior is a telltale sign of

13   impurity incorporation.  So what happens is, the impurities

14   go into the lattice and they expand it selectively in some

15   dimensions and you get shifting of just some of the peaks of

16   the powder x ray diffraction.

17   Q.    Thank you.  And for the record, the peaks that you

18   were pointing to were at 20.2 and 22.0; is that correct?

19   A.    Those are the peaks that are shifted, and then at

20   about 19.6, that one's not shifted, and at about 21, there's

21   not much shifting.

22   Q.    And for the record, this is at DTX 1317.

23   A.    Correct.

24   Q.    So, thank you, Dr. Matzger.  I think you could just

25   conclude right now.  What is your ultimate opinion on these

1       Mueller recreations?

2       A.    So these are not faithful reproductions.  They don't

3       provide material with the same properties as that of Example

4       25, and so they're not a basis to show that Form B alone was

5       created.

6                   MS. SHARKEY:  Thank you.  I think you can return

7       to your seat.

8                   I have no further questions.

9                   THE COURT:  Thank you very much.

10                  You can begin your cross.

11                  MR. GLANDORF:  We'll hand out the binders at this

12      point, Your Honor.

13                  THE COURT:  Sounds good.  Thank you.

14                  MR. GLANDORF:  Your Honor, I think I have about an

15      hour.  I'm okay to power through it.

16                  THE COURT:  Do you want to take our lunch break

17      instead now?  It's up to you.

18                  MR. GLANDORF:  That would be fine.  We can take a

19      quick one, probably.

20                  THE COURT:  Do you want to do that, or do you want

21      to get started and then take your break?

22                  MR. GLANDORF:  Either is fine with me.  Let's take

23      a lunch break now and, we'll continue after a short break.

24                  THE COURT:  All right.  Let's do that.  So we'll

25      break for 45 minutes?  Yes?

1              I'll give the instruction, but is there any other

2     issue?  I know you popped up rather quickly.

3              MR. SCHULER:  I just wanted to verify that we can

4     actually take a break and see if lunch is here.

5              MS. WIGGINS:  We're not sure --

6              THE COURT:  Oh, whether the lunch has arrived?

7         (Off the record discussion)

8              THE COURT:  Why don't we do this:  Let's start a

9     little bit until our deputy comes back and lets us know.

10             MR. GLANDORF:  That will be fine.

11             THE COURT:  All right.

12             MR. GLANDORF:  May I approach with the --

13             THE COURT:  Yes, certainly.

14             Any issues with respect to the exhibits?

15             MS. SHARKEY:  Not at this time.

16             THE COURT:  Okay.  Are there any demonstratives?

17             MR. GLANDORF:  No.

18             THE COURT:  Very well.  Let's begin.

19                             CROSS-EXAMINATION

20     BY MR. GLANDORF:

21     Q.    Good afternoon, Dr. Matzger.

22     A.    Good afternoon.

23     Q.    My name is David Glandorf, I'm from Gibson Dunn, and

24     I'm representing Depomed today.

25             Were you here in the courtroom for Dr. Steed's

1     testimony?

2     A.    No, I was not.  I was here this morning.

3     Q.    You were here for the cross-examination; is that

4     right?

5     A.    That is right.

6     Q.    Now, Doctor, in your opinion, is Form A of tapentadol

7     hydrochloride the more stable form?

8     A.    Yes, of pure tapentadol hydrochloride, I think there's

9     little question that it's the more stable form.

10    Q.    And it's more stable at room temperature?

11    A.    Yes.

12    Q.    I think you testified to this, but let me just

13    confirm, what is room temperature in your mind?

14    A.    Around 22 degrees Celsius.

15    Q.    And at that temperature, is Form B unstable or is it

16    metastable?

17    A.    So it is certainly metastable, and it appears also to

18    be unstable when in pure form.

19    Q.    Could you tell us --

20          THE COURT:  I'm sorry.  Could you have the witness

21    explain what metastable is?

22          MR. GLANDORF:  That was my question.

23    A.    Oh.  Sorry.  Yes.

24          So metastable, at one temperature and pressure,

25    you typically can only have one form that's the most stable,

1    so one form that's the thermodynamically most stable.  So

2    any other form is metastable in that sense.  It's motivated

3    to convert to that other form, but then the issue is, will

4    it convert or not.

5              THE COURT:  Okay.  You can ask him your questions

6    again in terms of the temperature so we can get a clear

7    answer.  Thank you.

8              MR. GLANDORF:  Do you want me to ask the questions

9    again?

10             THE COURT:  Yes, at 22 degrees Celsius --

11   Q.   Would you describe Form B as metastable or unstable?

12   A.   So pure Form B is metastable under those conditions,

13   and I would say it's also unstable.

14   Q.   Let's talk about your criticisms of Ms. Mueller's

15   recreation.  Can we do that?

16   A.   Sure.

17   Q.   And you testified to how many recreations by

18   Ms. Mueller?

19   A.   I discussed four recreations, three where the product

20   was characterized.

21   Q.   And of those four, the four that you mentioned, do you

22   know how many Grunenthal relied on to obtain the '364

23   patent?

24   A.   So I don't know exactly.  I would assume they didn't

25   rely on the 2009 example because that was later.

CHARLES P. McGUIRE, C.C.R.

1    Q.    That leaves the three 2002 --

2    A.    Right.  So one of those they never tested, so I guess

3    they didn't rely on that one, and I don't know of the other

4    two how many of those they relied on.

5    Q.    But you criticized, like, for example, the 2009

6    recreation even though Grunenthal didn't rely on it to

7    obtain the patent; is that right?

8    A.    Yes.

9    Q.    Okay.  And the same for the second of the 2002

10   recreations?  You criticized it even though it wasn't relied

11   on, to your knowledge.

12   A.    Yes.

13   Q.    Now, you have not concluded that Form A was present in

14   Marita Mueller's first batch, which, if I call it 322-1-1,

15   are you okay with that?

16   A.    That's fine.

17   Q.    You did not conclude that Form A was present in Marita

18   Mueller's 322-1-1 batch; is that right?

19   A.    No, I concluded that it may have been present.

20   Q.    You didn't definitively conclude that it was present;

21   is that right?

22   A.    I did not definitively conclude that it was present or

23   absent.

24   Q.    Now, you were discussing impurities throughout today.

25   Is it your opinion that the only way to have stable Form B

CHARLES P. McGUIRE, C.C.R.

1     room temperature is to have impurities?

2     A.     So it's the only way I'm aware of it being stabilized

3     when it's -- when it's crystallized from solution.

4     Q.     And what are you basing that opinion on?

5     A.     Well, CEPM1a is a good example, so you have CEPM1,

6     which is Form A, and then you take the mother liquor, the

7     impurities from that, and you are able to obtain Form B.

8     Q.     So you know about -- you're referring specifically to

9     the CEPM1a example; is that right?

10    A.     Well, and CEPM1, the crystals that were harvested

11    prior to concentrating the mother liquor.

12    Q.     I see.  So those two samples, when you're

13    distinguishing them, did that provide you with that opinion?

14    Is that correct?

15    A.     So they helped to inform my opinion, but I think there

16    are other examples as well.

17    Q.     Okay.

18            MR. GLANDORF:  Rob, can we pull up his slide deck?

19    Let's go to slide 60, if we could.

20            Do you have the slide deck from Defendants?

21        (Off the record discussion)

22            MR. GLANDORF:  I believe your slide deck went up

23    to 70, is that -- 71?  Does that sound right?

24    Q.     All right.  We will get that figured out in short

25    order.  Let's just talk generally about it, though.

1              When you walked through your criticisms of

2      Ms. Mueller, all of your criticisms of Ms. Mueller were

3      focused on impurity; is that right?

4      A.    I believe that's correct.

5      Q.    And then your final conclusion here, I'll read it for

6      you, I don't think you have your demonstratives in front of

7      you here, but I'll read it:  "These recreations are not

8      faithful and do not provide proof that Example 25 created

9      Form B alone."

10             Do you recall that conclusion?

11     A.    Yes.

12     Q.    So that conclusion is based on your description of the

13     impurities throughout Ms. Mueller's recreation; is that

14     right?

15     A.    It's a comparison of the properties as described by

16     color and melting point relative to what had been reported

17     as the product of Example 25.

18     Q.    But the color and the melting point in your mind,

19     those are evidence of impurities; isn't that -- wasn't that

20     your testimony today?

21     A.    Those are evidence of impurities, yes.

22     Q.    I guess my question is, it seems like we're missing a

23     step here in the conclusion.  How is it that the fact there

24     are impurities in Ms. Mueller's samples lead you to the

25     conclusion that her recreations were not faithful

1    recreations?

2    A.    Okay.  So the faithful recreation should produce the

3    same product of Example 25 so that --

4    Q.    Are you testifying, then, that Ms. Mueller did not

5    create tapentadol hydrochloride?

6    A.    No.  I am testifying that she did not produce it in

7    the same -- to make the same material that is the product of

8    Example 25, which is the relevant thing because that's

9    what's being used to tell the Patent Office what the product

10   of Example 25 is.

11   Q.    Okay.  Well, let's unpack that a little bit.

12         You agree that she created tapentadol

13   hydrochloride; is that right?

14   A.    Yes, I believe she did.

15   Q.    And when you say there are differences compared with

16   what her recreation made and what the prior art made, what

17   do you mean by that?

18   A.    So there was data for the product from Example 25 that

19   is the basis of the '737 patent.  It's comparing the data --

20   though they don't have powder x ray diffraction, so we can't

21   compare that, but we can compare the melting point and the

22   color.

23   Q.    The melting point and the color.  And what is the

24   color that is reported for Example 25 in the prior art?

25   A.    I believe it's white.

1      Q.      And what are you basing that on?

2      A.      So it's an internal Grunenthal document, I believe.

3      Q.      Is it a lab notebook?  Did you present that lab

4      notebook here today?  Did you present that -- the color of

5      the prior art today to the Court?

6      A.      Did I discuss the -- yes, I did discuss the color of

7      the prior art.

8      Q.      You did discuss the color.  Did you provide for the

9      Court the basis, the evidentiary basis for that, the color?

10     A.      I don't think it was in -- I don't think it was in the

11     documents.

12     Q.      Well, let's discuss this.

13             Some of the colors of Ms. Mueller's were off

14     white; is that right?

15     A.      Well, there was -- there was mustard, there was beige,

16     there was -- I think one other color, I'd say.

17     Q.      A variety of colors; is that fair?

18     A.      A variety of colors.  Not a rainbow, but a variety of

19     colors, yes.

20             (Laughter)

21     Q.      Fine.  Fine with me.  We'll talk about the variety of

22     colors.

23             My question here is, where are you drawing the

24     line?  What color is okay for you?  If it was off white,

25     would that have been a faithful recreation?

CHARLES P. McGUIRE, C.C.R.

1    A.    Well, I would expect it to be as the -- I mean, in my

2    own experience, when you synthesize something, you expect it

3    to be the same color as the procedure you're following, so

4    if the procedure says it's white, and if I get something

5    that's off white or mustard, generally it means I'm in need

6    of additional purification steps or to rerun the procedure.

7    Q.    Now, this is not a spectroscopic evaluation of color;

8    is that right?

9    A.    Of course it is.

10   Q.    It's a qualitative measurement, though; isn't that

11   right?

12   A.    Yes.

13   Q.    It's a human understanding of what the color is; is

14   that fair?

15   A.    Yes.

16   Q.    It's possible to do it in an automated fashion and

17   compare it quantitatively; isn't that right?

18   A.    It's actually not so easy on solids as you might

19   imagine.  It can -- yes, it can be done.

20   Q.    It's possible.

21   A.    Yes, it's possible.

22   Q.    Now, you'd agree that all chemical samples contain

23   impurities; correct?

24   A.    Essentially, yes.

25   Q.    And, in fact, you would expect that a person

CHARLES P. McGUIRE, C.C.R.

1    performing Example 25 -- well, let's step back for a minute.

2            You understand Example 25, when I say Example 25,

3    I'm referring to Example 25 of the prior art of the '737

4    patent?

5    A.    I do understand that, yes.

6    Q.    And it's your understanding is that example, Example

7    25 of the '737 patent is the prior art here.  You understand

8    that term?

9            I'll step back with the term.  Let's not use that.

10           Let's go back to Example 25, though.

11           You would expect that a person of ordinary skill

12   performing Example 25 would get impurities; correct?

13   A.    Correct.

14   Q.    And yet you're drawing a line; at some point, the

15   impurities are, in your opinion, high enough that it no

16   longer represents a faithful recreation; isn't that true?

17   A.    Yes, that's true.

18   Q.    And what is that line, then, Dr. Matzger?

19   A.    So when it doesn't share the color with the product,

20   and when it doesn't share the melting point and melting

21   range of the product.

22   Q.    And so again, when you say color, you're relying on

23   the qualitative interpretation of the person in the lab; is

24   that right?

25   A.    Yes.

116

1      Q.     Let's talk about the melting point.

2             Melting point is a number; correct?

3      A.     Well, more properly, it's ideally a range of numbers.

4      Q.     It's a range.

5             Now, how close do the melting points have to be

6      before you, Dr. Matzger, would confirm that this is a

7      faithful reproduction?

8      A.     So we have two things that we can look at here.  So

9      one is the melting range, so sort of the breadth between the

10     low and the high number, and the other is the melting point.

11     So we can look at both of those in considering that.

12     Q.     Well, let's look at them both, then.  Let's look at

13     them one at a time.

14            My question to you is, how close does it have to

15     be?  Where is your dividing line so that you can come in

16     here and determine whether or not this is a faithful

17     reproduction?

18     A.     So I don't think I've got a firm answer for you on

19     what the dividing line is.  When you have something that

20     melts five degrees lower than something else, this is

21     clearly quite significant.  When the melting range sort of

22     doubles in broadness going from one degree to two degrees,

23     this also is -- usually means there's significant impurities

24     in the sample.

25     Q.     But you don't have a line, you don't have a dividing

CHARLES P. McGUIRE, C.C.R.

1    line.  It's just that you looked at these melting point

2    differences and you were comfortable with your conclusion

3    here that they're not faithful reproductions.  Is that true?

4    A.    Yes, that's true.

5    Q.    I first asked you when we talked on this topic whether

6    impurities stabilize B, and your testimony was that they do;

7    is that right?

8    A.    Yes, there are certain impurities that stabilize B.

9    Q.    And so --

10   A.    Something -- although I want to clarify something,

11   because I think there's some confusion about this.

12           It's -- the question is, are you stabilizing

13   something with the powder x ray diffraction of Form B or

14   substantially similar to Form B, or is it Form B in the

15   sense of tapentadol hydrochloride, you know, pure in form,

16   in Form B, and this is where things can get a little bit

17   more complicated, as I illustrated with that last powder Ray

18   diffraction pattern I showed you.

19   Q.    Let me make sure I understand what you're saying here.

20   You're saying that even though the x ray powder diffraction

21   pattern matches the standard for Form B, you won't go

22   forward and conclude that Form B is actually the crystal

23   form that's present?

24   A.    Yes, so that doesn't tell you if it's pure tapentadol

25   hydrochloride Form B.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Well, when you say "pure," are you talking about

2    chemical purity?

3    A.    Yes, chemical purity.

4    Q.    You're saying that even though the x ray powder

5    diffraction, the pattern indicates that we have Form B, what

6    you're trying to explain to me here, the qualification

7    you're making is that still may have impurities in it?  Is

8    that your statement?

9    A.    If it looks similar to Form B, it still does have

10    impurities in it, yes.

11    Q.    And isn't that true also for if you had a sample with

12    an x ray pattern of Form A?

13    A.    Yes, it's just in this case it seems like the impurity

14    incorporation into Form B is more substantial as shown by

15    the shifts in some of the powder x ray diffraction patterns

16    and it's substantial in effecting the conversion from Form B

17    to Form A as has been shown by the numerous experiments in

18    this case.

19    Q.    But you didn't show any analyses, any close-up

20    analyses of a Form A sample today; isn't that right?

21    A.    I just showed -- well, there was a close-up analysis

22    of the Form A -- yes, the last slide had a close-up of

23    Form A standard on it.

24    Q.    Well, it had the Form A standard and the Form B

25    standard, but the only sample you looked at was Marita

1    Mueller's.  You didn't compare those standards to a sample

2    that happened to be Form A; isn't that true?

3    A.    That's correct, I didn't do any overlays for this of

4    that nature.

5    Q.    Now, does the patent state that there is any advantage

6    of Form A over Form B?

7    A.    I would have to look at the statement.  Again, I think

8    it uses the term advantageous when comparing the forms.

9    Q.    We can look at it.  Shall we turn to '364 in your

10    binder?  Plaintiffs' Exhibit 304 -- Defendants' Exhibit 304.

11          It's not in my binder, it's in your binder.

12    A.    Oh, okay.

13          Okay.  So --

14    Q.    Now, you quoted from a section, I believe it's in

15    Column 4, about Row 13 or so.  Does that look like the

16    paragraph?

17    A.    Okay.  So crystalline Form A according to the

18    invention has the same pharmacological activity as Form B,

19    which I understand not to be utility, but is more stable

20    under ambient conditions.  So then it goes on to say "It can

21    advantageously be used as active ingredient in

22    pharmaceutical compositions.

23    Q.    So I'll ask my question again.  Does the patent state

24    that Form A has an advantage over Form B?

25    A.    So it -- it says it can be advantageously used in --

120

1    as the active ingredient in pharmaceutical compositions.  I

2    don't see a basis for this statement in the -- in the

3    patent.

4    Q.    Well, do you understand the basis for that statement

5    to be the second half of the sentence prior to it, that it

6    is more stable under ambient conditions?

7    A.    No, I don't, because sometimes it's desirable to have

8    something that's less stable under ambient conditions so it

9    will dissolve better.  So, no, I don't understand how those

10   are connected, in addition to the ambiguity about what

11   stability means in this case.

12   Q.    So let's go into your first comment there.  You

13   testified about this, I think, that when it comes to

14   thermodynamic stability, it may be an advantage in some

15   situations, it may not be an advantage in other situations;

16   is that fair?

17   A.    That's correct.

18   Q.    And how do you as a person of skill in the art, how

19   would you decide whether to use the more thermodynamically

20   stable polymorph form or the less thermodynamically stable?

21   A.    Well, I think it's the kind of thing one -- one tests,

22   because it can be -- it can be very complicated, because you

23   can get form conversions in vivo, and it's -- it's hard to

24   predict, let's say, until you've handled the material and

25   you know how it behaves during manufacture and how it

1    behaves during dosage.  So that's why these things, you

2    know, are done.

3    Q.    So you're aware, I assume, of some pharmaceutical

4    formulations where they have chosen to formulate and to

5    produce the more thermodynamically stable form?

6    A.    The more thermodynamically stable form?  Yes, sure.

7    Q.    But there are also situations where they have decided

8    to go with the less thermodynamically stable form; is that

9    correct?

10   A.    That's correct.

11   Q.    Now, is it your understanding that in order to

12   establish utility, the patent must establish that Form A is

13   superior to Form B?

14   A.    No, I don't think that that's the bar.

15   Q.    Do you have an understanding of whether Form A

16   tapentadol hydrochloride is useful as an analgesic?

17   A.    I have a general understanding that that's correct.

18         MR. GLANDORF:  Rob, do we have those slides?

19         Okay.  Before we get to that --

20         THE COURT:  I was about to say, also, whenever

21   you're ready to break, I think the lunch is actually here.

22         MR. GLANDORF:  Just two more questions.

23         THE COURT:  You can go as long as you want, but

24   we're in good shape.

25   Q.    Let's go to Example 16 if we could.  Do you recall

CHARLES P. McGUIRE, C.C.R.

1    testifying about Example 16?

2    A.    I do.

3    Q.    You have it in front of you there?

4    A.    Right here.

5    Q.    All right.  You knew it.

6          Now, what's being discussed here is the conversion

7    from one form to the other; is that right?

8    A.    Correct.

9    Q.    And in this case, we are converting from Form A to

10   Form B; is that right?

11         You can look.

12   A.    Well, it discusses conversions actually in both

13   directions.

14   Q.    Okay.  That's correct, right?  And the first

15   conversion it discusses is one at -- that happens within a

16   temperature range of 40 to 50, and which conversion is that?

17   A.    Okay.  So that is the conversion of Form A to Form B.

18   Q.    And does this data on the conversion from Form A to

19   Form B at 40 to 50 degrees provide you with some

20   understanding of the relative thermodynamic stability in

21   that temperature range?

22   A.    So it doesn't tell you exactly where B becomes more

23   stable, but it tells you that it's somewhere that above 40

24   to 50 degrees or maybe within that range, we don't quite

25   know, that B is more stable than A.

1    Q.    And this difference in stability, is that the kind of

2    data you would expect to see to establish utility?

3    A.    No, because there's ambiguity with that.  So let's say

4    there was a very sharp conversion at 50 degrees, and it

5    converts all the way from A to B.  That doesn't tell you

6    that 50 degrees is the temperature at which the stability

7    relationship changes.  So you still don't know about that

8    fundamental stability relationship at that temperature.  All

9    you can say is, well, apparently, at that temperature, at 50

10   degrees, B is more stable.

11   Q.    Okay.  So let me make sure I understand.  Let's go

12   down now, let's say if it was cooling, and it measured a

13   conversion from B back to A at 20 degrees.

14   A.    Okay.

15   Q.    Does that indicate to you the thermodynamic

16   relationship between the two forms at that temperature?

17   A.    So you would note that at 20 degrees, A is more stable

18   than B, but you would not know at what temperature the

19   stability relationship changed.

20   Q.    And just so I understand, when you talked about the

21   utility information of the patent, your testimony was that

22   there was no data on utility; is that right?

23   A.    So there is stated utility, but I don't find it

24   supported by anything in the patent.

25   Q.    And that's because, as you just discussed, there is

1    too much ambiguity here in Example 16; is that right?

2    A.    Well, I haven't only considered Example 16, but

3    Example 16 certainly is ambiguous, and it doesn't tell you

4    where the transition temperature is in terms of the change

5    in stability relationship.

6    Q.    So there's data --

7    A.    Thermodynamic stability relationship.

8    Q.    So there is data, you wanted more data here; is that

9    right?  Is that fair?

10   A.    I don't want anything.  I just don't know what -- I

11   just can't find support for the statement about stability of

12   any sort at ambient temperature --

13   Q.    All right.

14   A.    -- pressure --

15   Q.    Let me ask my question.  I understand.  Your desires

16   are not at issue here.

17   A.    Right.

18   Q.    When it comes to establishing utility, to establish

19   utility in this patent, you would have required more data on

20   the thermodynamic relationship; is that fair?

21   A.    No.  It depends on what they claimed the utility to

22   be.  So that's what they claim the utility to be, so that's

23   what I would expect to see evidence for.  If they claimed

24   that it had a particular morphology that was wonderful for

25   pressing into pharmaceutical tablets, I'd expect to see

CHARLES P. McGUIRE, C.C.R.

1    evidence of that.  You just -- whatever the utility is, I

2    would expect them to provide substantiation for that

3    utility.

4                MR. GLANDORF:  Let's take our break here, Judge,

5    if that's all right.

6                THE COURT:  That's fine.  Yes.

7                We'll go to lunch.  We'll take a 45-minute break.

8    Does that sound good?

9                All right.  Forty-five minutes, back here.

10               The witness is released off the witness stand, but

11   again, I remind you as I remind all witnesses that you are

12   under oath and you are not to discuss your testimony with

13   counsel.  All right?

14               THE WITNESS:  Okay.

15               THE COURT:  Thank you very much.  We'll see you in

16   45 minutes.

17               THE COURT CLERK:  All rise.

18          (Luncheon recess taken)

19

20

21

22

23

24

25

                        CHARLES P. McGUIRE, C.C.R.

1                A F T E R N O O N   S E S S I O N

2              THE COURT CLERK:  All rise.

3              THE COURT:  Hello, everyone.  Have a seat.

4              Let's have our witness return to the stand.

5          (The witness resumed the stand.)

6              THE COURT:  And we may continue with the cross.

7              Sir, I remind you that you remain under oath.

8              Thank you.

9              THE COURT:  Let's begin.

10             MR. GLANDORF:  Okay.

11             We did add one document here, Your Honor, which is

12      the deposition testimony, and I think we have some copies

13      for the witness and for the Court as well.

14             THE COURT:  Sounds fine.  You may pass it up.

15             Any issue with that?

16             MS. SHARKEY:  No, Your Honor.

17             THE COURT:  Thank you.

18             MR. GLANDORF:  May I approach?

19             THE COURT:  Yes.

20             THE COURT CLERK:  Are these the same?

21             MR. GLANDORF:  They are.

22             THE COURT:  Is it how they're copied?

23             MR. GLANDORF:  I believe it's how it's copied.

24      One is four to a page.

25


                    CHARLES P. McGUIRE, C.C.R.

1              CROSS-EXAMINATION (CONTINUED)

2     BY MR. GLANDORF:

3     Q.    Dr. Matzger, we were discussing before the lunch break

4     the standard that you had applied for utility.  Do you

5     recall that?

6     A.    Yes.

7     Q.    And I asked you if under your understanding of utility

8     whether it was necessary for Form A to be shown materially

9     better than the prior art.  Do you recall that?

10    A.    Yes.

11    Q.    And do you recall what your answer was?

12    A.    That's not my understanding of what the bar is for

13    utility.

14    Q.    Well, let's go to your deposition transcript, then,

15    and I think this question came up.

16         MR. GLANDORF:  Rob, do you have the deposition

17    transcript ready?

18    Q.    Let's go to 238, lines 10 through 14.

19         THE COURT:  Hold on one second.  We're just going

20    to make it a little bit easier to read this.

21         MR. GLANDORF:  That's better.

22         THE COURT:  Okay.

23    Q.    So at your deposition, you were asked:

24         "So it's your understanding that to satisfy the

25    utility requirement, the '364 patent must show that Form A

1    has a use that is materially different from the prior art,

2    correct?"

3              And your answer was "Yes."

4              Did I read that correctly, Dr. Matzger?

5    A.    Yes.

6    Q.    And I want to go back to one other thing.  Let's just

7    talk real quickly once more about Marita Mueller and your

8    criticism there.

9              You showed the pattern for Marita Mueller's

10   resynthesis, 322- -- find it here -- -1-3.  Do you recall

11   that?

12   A.    Yes.

13             MR. GLANDORF:  Let's go ahead and pull that up,

14   Rob.  That is 566.

15   Q.    You recall this slide, Dr. Matzger?

16   A.    Yes, I do.

17   Q.    And your testimony here was that Bu-322-1-3 was noisy;

18   is that correct?

19   A.    That is correct.

20   Q.    Did you also look for the --

21             THE COURT:  Just one second.  What slide number is

22   that?

23             MR. GLANDORF:  It doesn't have a page number, the

24   version I have, Judge, but it's 66.

25             MS. SHARKEY:  Yes, it look like the page number

1    didn't make it on the slide.

2              THE COURT:  Page 66.  Thank you.

3    Q.    Did you also look at the XRPD pattern for Bu-322-1-1?

4    A.    Yes, I did.  It's not included in this presentation,

5    but it's in my expert report.

6    Q.    And do you recall that that pattern was considerably

7    less noisy than 1-3?

8    A.    It was less noisy.  As I recall, it sort of was

9    intermediate between what we see here in Figure 1 and what

10   we see in Bu-322-1-3.

11   Q.    And Figure 1 is from the patent; is that right?

12   A.    Correct.

13   Q.    And when you're presenting representative patterns in

14   patents or in publications, would a person of ordinary skill

15   choose a pattern that was -- that had strong signal to noise

16   in your opinion?

17   A.    I mean, generally, it's desirable to have good signal

18   to noise if your purpose is to detect a low level of a

19   component within a pattern.

20   Q.    And you also discussed that Marita Mueller's

21   reproductions may have suffered from impurities.  Do you

22   recall that testimony?

23   A.    Yes.

24   Q.    And I just want to confirm, if we were to look at

25   Example 25 of the '737 patent, we won't find any purity

130

1      requirements there; is that right?

2      A.    I'm -- I'm not sure.  I don't believe so, but I -- you

3      would have to direct me to it.

4      Q.    Let's go ahead and look at it, then.  Let's get out

5      the '737 patent.

6            This is Defendants' Exhibit 752, and then Example

7      25 should be around Column 20 or so.

8      A.    Do I have 752 in your folder, or --

9      Q.    Not in our folder.  I believe it should be in their

10     folder.  It should be in your folder from the direct this

11     morning.

12     A.    752?

13           THE COURT:  You know what?  I think he has a

14     different number.  I'm trying to find it as well.

15           MR. GLANDORF:  All right.  One moment.  Let me

16     find it.

17     Q.    Do you have Dr. Steed's binder available to you?

18           It's not there?  Okay.

19           THE COURT:  We should have one.

20           Jackie, we need Dr. Steed's.

21           You're looking for the --

22           MR. GLANDORF:  I'm sure we can find it, Your

23     Honor.

24           THE COURT:  We have a pile from our witnesses

25     here.  If you want to take a look, you could probably find

1    it.

2                THE COURT CLERK:  Well, it's not here.  Somebody

3    cleaned it up before I came up here before.

4                THE COURT:  The cross?

5                THE COURT CLERK:  Do you need the cross notebook?

6           (Binders were provided to counsel.)

7                MR. GLANDORF:  May I approach?

8    A.    752?  Yes.

9                MR. GLANDORF:  Okay.

10               Thank you, Mr. Schuler.

11               THE COURT:  Thank you.

12   Q.    You do have Defendants' Exhibit 752 in front of you

13   now, Dr. Matzger?

14   A.    Yes.

15   Q.    And could you turn to column 20 and find Example 25?

16   A.    Yes, I'm there.

17   Q.    Do you see any purity requirement here in Example 25?

18   A.    What do you mean by a purity requirement?

19   Q.    Do you see any minimum or any -- I'm sorry, any

20   maximum percentages in terms of purity?

21   A.    No.

22   Q.    Do you see any particular impurities identified?

23   A.    No.

24   Q.    Is there a color identified here for the product of

25   Example 25?

1    A.    No.

2    Q.    Now, you do not consider Ms. Mueller's reproductions

3    to be faithful reproductions; is that right?

4    A.    That is correct.

5    Q.    Is it your testimony that it would not have been

6    possible for Grunenthal to consider those reproductions they

7    paid for as reproductions of Example 25?

8    A.    So, I mean, legally, I don't know, but I don't think

9    you'd want to rely on something -- so what they were trying

10   to do was figure out what was the solid form resulting from

11   practicing Example 25 of the '737 patent, so I would think

12   they would want the most accurate depiction of that.  So

13   since there were several problems in those reproductions, I

14   think it would be improper for them to rely on them for --

15   for anything.

16   Q.    Let's turn to some of your arguments on unclean hands.

17         Do you recall testifying about the destruction of

18   Grunenthal samples?

19   A.    Yes, I -- well, I discussed the inability for me to

20   get Grunenthal samples.

21         MR. GLANDORF:  Rob, let's go to the unclean slides

22   here.  That is 541.

23   Q.    And, Dr. Matzger, you just said -- I'd asked you if

24   you remembered testifying about the destruction of samples.

25   I believe your answer was you never testified that you were

1    unable to get the samples?

2    A.    Correct.

3    Q.    But look what you've written here in the slide.

4    You've actually wrote "Destruction of Samples," right?

5    A.    Correct.

6    Q.    That was your wording?  You wrote that?

7    A.    Yes.

8    Q.    Now, do you have any information that these samples

9    were actually destroyed?

10   A.    As opposed to what?

11   Q.    This is your word, Dr. Matzger, destruction,

12   destroyed, as opposed to --

13   A.    Retained.

14   Q.    As opposed to retained?

15   A.    As opposed to retained.

16   Q.    Are those the two options in your mind, either

17   destroyed or retained?

18   A.    Well, I don't -- I don't see -- I mean, you can

19   transform the sample onto something else, you know, make a

20   dosage of it, but I don't think that's relevant for samples

21   like CEPM1a.  The sample isn't consumed during the testing

22   like powder x ray diffraction testing, so if you decide to

23   discard the sample after analysis, I'd call that

24   destruction.

25   Q.    Well, but what we're leaving out, here, though, is

CHARLES P. McGUIRE, C.C.R.

1    that it is possible that it was used up through a variety of

2    different analytical techniques?  That's one option;

3    correct?

4    A.    Some of the -- some of the techniques would be more

5    difficult to recover the material from than others.

6    Q.    You don't have any actual knowledge of the

7    circumstances by which these samples were used up or

8    destroyed, to use your word; correct?

9    A.    No, I only have sort of the vague -- so they discuss

10   that some of the samples were -- disposed of or I don't know

11   what the term they used when there was a change in German

12   law.  I would -- I would classify that as destruction of

13   samples.  Then they had other possible explanations for

14   where it would be.  It didn't seem like they had any

15   documentation of where the samples had gone.

16   Q.    And if some of the samples were disposed of, according

17   to the change in German law, would that in your mind be an

18   unethical act?

19   A.    So -- I don't know -- I understand there is some --

20   there is under the law and when you're prosecuting a patent,

21   there's some responsibility on the party to maintain samples

22   for questions that may reasonably arise during prosecution,

23   and there's some expectation of holding onto samples when

24   litigation is expected.  I don't know all the nuances of

25   that, so that's not really a question for me to determine.

1    Q.    Are you suggesting under patent law there was a

2    responsibility to retain these samples?

3    A.    No, I was telling you I don't know.

4    Q.    You don't know.

5    A.    Yes.

6    Q.    You don't know, but yet you were comfortable in

7    putting destruction of samples under the heading "unclean

8    hands"; correct?

9    A.    Yes.

10   Q.    Let's talk about your second area here, if we could.

11   Let's go back to patent -- this is Defendants' Exhibit 304.

12   Do you have that?  When I say the patent, the '364 patent.

13   A.    Yes.  Okay.

14          MR. GLANDORF:  Let's look at example 10, Rob.

15   A.    Okay.

16   Q.    You've got Example 10 in front of you, Dr. Matzger?

17   A.    Yes, I do.

18   Q.    Do you recall testifying about this example?

19   A.    Yes.

20   Q.    And could you please read for me the second-to-last

21   sentence here in this example?

22   A.    "The x ray pattern for Form A is shown in Fig. 1, the

23   x ray pattern for Form B in Fig 4."

24   Q.    Okay.  Let's go now to Figure 4.

25   A.    Okay.

1    Q.    Figure 4 is on the fifth page of the exhibit.

2          Does Figure 4 show an XRPD pattern of Form B?

3    A.    That's how it's labeled, that's how I interpreted it.

4    Q.    Have you looked at the peaks to see if it is, in fact,

5    an XRPD pattern of Form B?

6    A.    So I believe I have matched it up with the table, the

7    claims in the table, and I think it is consistent with that,

8    but as I said, there's some complexities because of the fact

9    that impurities are incorporated into the crystal lattice.

10   Q.    As explained in Example 10, Figure 4 is, in fact, an

11   XRPD pattern of Form B.  You aren't contesting the fact that

12   this is an XRPD pattern of Form B; is that right,

13   Dr. Matzger?

14   A.    Well, no, I mean, this is what they're representing as

15   a pattern of Form B.  Whether it -- and it certainly has the

16   characteristic peaks that we associate with Form B.  How

17   pure the material is, it's -- it's not clear.

18   Q.    Okay.  Let's go now to -- let's fill in '364, let's go

19   to Example 2.

20   A.    Okay.  I'm there.

21   Q.    Do you recall testifying about Example 2 today?

22   A.    I do.

23   Q.    Let's walk through this a little bit.

24          You testified about Example 2 as part of your

25   unclean hands argument.  Do you recall that?

CHARLES P. McGUIRE, C.C.R.

1     A.     Yes.

2     Q.     And I believe after you presented your unclean hands

3     argument with respect to Example 2, Ms. Sharkey asked you if

4     your opinion was limited to Example 2, and I recall you

5     saying that it was not.  Does that sound right to you?

6     A.     That's correct.

7     Q.     What other examples here would your testimony about

8     unclean hands also apply to?

9     A.     So they're all enumerated in my expert report.

10          I can point out one thing here that I forgot to

11     point out in my direct.  So you see they claim here that the

12     material was examined by Raman microscopic analysis.  I

13     believe that is not a true representation.  The SSCI didn't

14     conduct Raman microscopic analysis on these samples.

15          Similar language is throughout.  You can see it in

16     Example 3, they say the same thing, this is also not

17     examined by Raman microscopic analysis; 4.

18          So I've listed all of those in my expert report,

19     but in the interest of time, I didn't go through each one.

20     They're mostly the same story.  The source of the material

21     was not accurately represented, and then aspects of the

22     characterization are not accurately represented.

23     Q.     I'm sorry, we're looking to -- again, this is in my

24     mind a serious accusation when we talk about unclean hands

25     here, and I would like to know which examples you are

1      accusing.

2              You can't recall at this time?

3      A.     So I -- as I recall -- well, so Examples 2, 3, 4, 5,

4      so they all have that -- the statement about Raman

5      microscopic analysis.

6      Q.     Well, again -- and thank you for providing that

7      testimony on Raman microscopic analysis.  You didn't show

8      any documents today relating to that theory, right?  You

9      didn't show your basis for this opinion that they didn't

10     actually perform a Raman analysis of these examples?

11     A.     Well, I can't show it.  It's not there.

12     Q.     You didn't show, I guess, a list of what SSCI did do.

13     A.     So I think you can find it in the SSCI reports.  Yes,

14     I mean, that was the basis.  I looked through the SSCI

15     report and looked at what characterization they conducted.

16     Q.     Okay.  If your counsel is able to find that, we'll let

17     them find that, and I'd ask you about it.

18             But let's go back to what you did testify during

19     your direct testimony was, about whether these examples were

20     compared according to Example 25.  Do you recall that?

21     A.     Yes.

22     Q.     And which examples does that criticism apply to?

23     A.     I can't recall.  I'd have to look back.  It's pretty

24     well enumerated in my expert report, and I don't think

25     anything has changed since then.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Okay.  Well, let's just talk about Example 2, then, if

2    we could.

3             Now, Example 2, it starts off by saying -- the

4    first thing that's mentioned here in Example 2 is the

5    chemical name of tapentadol hydrochloride.  Is that right?

6    A.    Correct.

7    Q.    And it refers then to Example 25 of the European

8    patent, which, as you testified, is for our purposes

9    equivalent to the '737 patent; is that right?

10   A.    Correct.

11   Q.    Now, according to the public at the time that this

12   patent, the '364, was filed, what methods were available to

13   the public to prepare tapentadol hydrochloride?

14   A.    I'm not sure.

15   Q.    One method that was available would be Example 25 of

16   the '737 patent or the European patent; is that fair?

17   A.    Yes.

18   Q.    Are you aware of any other methods that were available

19   to the public at the time of the filing of this patent to

20   prepare tapentadol hydrochloride?

21   A.    It's not something I've investigated.  I don't know.

22   Q.    Now, the first step in Example 2 once you have your

23   tapentadol hydrochloride, the first step is then to dissolve

24   the tapentadol hydrochloride; is that right?

25   A.    Yes.

1    Q.    And when you dissolve the tapentadol hydrochloride, it

2    dissolves the crystal structure; isn't that correct?

3    A.    That is correct.

4            MR. GLANDORF:  Let's go back to the unclean hands

5    slide, Rob, which is 41.

6    Q.    We're going to talk now about the first bullet point

7    here, that "Grunenthal knew by 2001 that Form A was

8    ubiquitous."

9            Do you recall that testimony, Doctor?

10   A.    I do.

11   Q.    Let me make sure I understand this here.  Is your

12   testimony that Grunenthal should have known at that time

13   that Form A was ubiquitous, or are you testifying that they

14   did know that Form A was ubiquitous?

15   A.    They did know.

16   Q.    They did know.  That's your testimony.

17   A.    Yes.

18   Q.    And because they did know, it was unreasonable for

19   them to seek this patent; is that your testimony?

20   A.    No.

21   Q.    You say they have unclean hands because they knew that

22   Form A was ubiquitous.  How does that knowledge lead to a

23   ground for unclean hands?

24   A.    Well, it's certainly not the only ground, but what you

25   see from those is a picture of Form A being everywhere, that

1    they find that internally, they find it when they send out

2    to companies that that's the easy form to make, Form B being

3    rather difficult to make.  And then what they represent to

4    the Patent Office is quite the opposite, which is that the

5    only thing that could be made in the prior art was Form B,

6    and we've, you know, all of a sudden discovered Form A.  So

7    that's the contrast being drawn.

8    Q.    Let's go to slide -- thank you.  Let's go to slide 43,

9    if we could, to look at some of these examples here.

10         You testified about this slide, do you recall?

11   A.    Yes.

12   Q.    This is about the SSCI investigation; correct?

13   A.    Correct.

14   Q.    And what year was this?  What time period is this

15   from?

16   A.    2001.

17   Q.    And Ms. Sharkey asked you that question, right, and

18   you said 2001; do you recall that?

19   A.    Yes.

20   Q.    Let's look at the next slide, 44.  This slide is also

21   about the SSCI investigation; is that right?

22   A.    Yes.

23   Q.    And again, what's the time period for this slide?

24   A.    It's again about 2001.

25   Q.    About 2001.  Okay.

1          Let's keep moving, and let's go to slide 44.

2    Sorry, 45.

3          What's the title on this slide?

4    A.    "Results so far."

5    Q.    "So far."  These are the results so far.

6          Do you know what time period this slide is from?

7    A.    I believe this is 2001.

8    Q.    I believe it is, 2001.

9          MR. GLANDORF:  Let's pull up, if we could, -- I'm

10   going to pull up a demonstrative from an earlier witness

11   that I think the Defendants have.

12         Let's go back -- can we go back to the Gruss

13   demonstratives and pull up the final timeline?

14   Q.    You may not have seen this slide.  Have you seen this

15   slide previously, Dr. Matzger?

16   A.    No, I have not.

17   Q.    Okay.  And I'm not going to assume that you agree that

18   it's correct or anything like that.  I just want you to kind

19   of reference ourselves.

20         There's an entry up here for April 2001.  Do you

21   see that?

22   A.    I do.

23   Q.    It says "Grunenthal commissions SSCI to perform a

24   polymorph investigation on tapentadol hydrochloride."  Do

25   you see that?

1    A.     I do.

2    Q.     And you just testified that the SSCI documents that we

3    were looking at in your slides, slides 43, 44, 45, those all

4    related to an SSCI investigation in 2001; is that right?

5    A.     All of them?  So I think two of them related to the

6    SSCI investigation.

7    Q.     I see.  You're right, and the third one we didn't

8    necessarily establish as SSCI, but you testified it was from

9    2001 as well.

10   A.     Yes, I think it's Grunenthal because they're talking

11   about the synthesis.  I think it's internal Grunenthal data

12   because they're talking about the synthesis, which I don't

13   understand SSCI to have done.

14   Q.     And the patent is filed later; the patent is filed in

15   June 2004.

16   A.     Correct.

17   Q.     Well, let's go back to your last slide there, which

18   was slide 46.

19          I believe Ms. Sharkey asked you here to identify

20   which bullet points were relevant to your opinion, or a

21   similar question.  Do you recall that?

22   A.     I do.

23   Q.     And you read, in fact, from the last bullet point, did

24   you not?

25   A.     That's one of the things I read, yes.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Let's look at that again.  Could you read that bullet

2    point, the last one, one more time?

3    A.    "The only challenge in the polymorphism of CG5503 was

4    the shifting in the DSC thermal events and the few cases

5    where Form B appeared and seemed to be stable at room

6    temperature."

7    Q.    And what is meant by DSC thermal events?

8    A.    So there's -- there was actually quite a lot of DSC

9    data that I didn't talk about.  It was internal, it's not

10   included in the patent, where they've been able to show the

11   conversion of Form A to B and B to A in some cases.

12   Q.    And what does it mean -- when it says there's -- well,

13   when it says there's shifting in the DSC thermal events, do

14   you understand that to mean that the temperature at which

15   these conversions happen seems to shift up and down in

16   temperature?

17   A.    That's my understanding.

18   Q.    And then there's a clause at the end here where it

19   says there are a few cases where Form B appeared and seemed

20   to be stable at room temperature.

21   A.    Yes.

22   Q.    Is that correct?

23         This is Grunenthal's knowledge; this is a

24   Grunenthal document; is that right?

25   A.    Yes.

1    Q.    And Grunenthal at this point in time, 2005, had an

2    understanding that there were cases where Form B appeared

3    and was stable at room temperature; is that right?

4    A.    That's their understanding of what was going on, yes.

5    Q.    And just to be clear, when I asked you earlier, we

6    weren't talking about what Grunenthal should have known.

7    You were testifying as to what Grunenthal knew, and your

8    testimony is that Grunenthal knows that Form A is

9    ubiquitous.

10          Here, we have Grunenthal stating that there are

11   cases of Form B that are stable at room temperature.  Is

12   that right?

13   A.    Yes, I don't know if that's exclusively Form B, but

14   yes, they're saying they saw cases of Form B that were

15   stable at room temperature.

16   Q.    Let's go then to a new exhibit.  Let's go to DTX 1009,

17   one zero zero nine.

18   A.    Do I have it?

19   Q.    You should have it in our cross binder.

20   A.    Okay.

21          Okay.

22   Q.    Have you seen Defendants' Exhibit 1009 previously,

23   Doctor?

24   A.    Yes.

25   Q.    Did you consider it when coming to your opinions that

1    you presented today?

2    A.    Yes, I think I used Table 4 out of it in one of my

3    slides.

4    Q.    Let's look here on the first page of this exhibit.

5           It mentions that polymorph B is metastable at room

6    temperature.  Do you see that?

7    A.    Yes.

8    Q.    And then let's go on to the second page, if we could.

9    A.    Okay.

10   Q.    It says here "Batches -- " -- let me make sure I find

11   where we are.  We are underneath the heading "Investigations

12   on the Polymorphic Properties of the Drug Substance."  Do

13   you have that section?

14   A.    I do.

15   Q.    I'll have you read it.  Will you read that first

16   sentence that starts "Batches"?

17   A.    "Batches from the Process Development Department

18   usually consist of polymorphic Form A.  Figure 2 shows the

19   DSC results of one of these ordinary batches."

20   Q.    Okay.  And just for reference here, we're on

21   GRTNUVO0002195.  Correct?

22   A.    Correct.

23   Q.    And what it says is that batches from Process

24   Development usually consist of Form A; correct?

25   A.    Correct.

1          MR. GLANDORF:  Let's go on then to the third page,

2     and, Rob, let's go ahead and -- that second paragraph

3     starting with other processed batches, let's zoom in on

4     that.

5     Q.    Dr. Matzger, do you see that paragraph we're referring

6     to there on the third page of this exhibit?

7     A.    Yes.

8     Q.    And go ahead and read the first -- those two sentences

9     there.

10    A.    "Other processed batches indicate a more complicated

11    picture of the transition.  In some batches the transition

12    temperature is significantly decreased, so that at room

13    temperature Form B seems to be metastable."

14          MR. GLANDORF:  Okay.  And now let's go all the way

15    back to the front of this document, and, Rob, if you want to

16    highlight that first paragraph under "General."

17    Q.    Dr. Matzger -- and this report is referring to work

18    that was conducted by SSCI for Grunenthal; is that right?

19    A.    I don't know if that's the only basis of the report.

20    It's clearly one of the bases.

21    Q.    And this report is indicating that Grunenthal had an

22    understanding that you would sometimes have Form B at room

23    temperature; isn't that true?

24    A.    They said they sometimes had batches where Form B

25    seems to be metastable.  Doesn't say anything about pure

CHARLES P. McGUIRE, C.C.R.

1    Form B, though, in the absence of Form A.

2    Q.    Let's go now to -- right.  I'm sorry.  It just refers

3    to batches of -- just refers to Form B; is that right?

4    A.    It just discusses the Form B, yes.

5    Q.    Let's look at another document here.

6              THE COURT:  Just on 1009, do we have a date on

7    that document?

8              MR. GLANDORF:  I don't know if we do.  Let me

9    confer.

10             THE COURT:  Okay.

11         (Off the record discussion among counsel)

12             THE WITNESS:  If you want me to keep reading on

13   that document, there's a lot of interesting stuff just on

14   the next few lines.

15             THE COURT:  You'll have to wait for a question.

16             THE WITNESS:  I'm sorry.

17             THE COURT:  That's okay.

18             MR. GLANDORF:  I don't know that we have a date

19   right now.  We'll look for it and we'll find one and get

20   back to you.

21             THE COURT:  Thank you.

22   Q.    Let's go on to Plaintiff's Exhibit 509, if we could.

23             And we have a translation as well.

24   A.    Thank you.

25   Q.    This is the translation, which is 509T, so they should

CHARLES P. McGUIRE, C.C.R.

1    follow one after the other in the document.

2            Will you read the first two sentences of the body

3    of the text here?

4    A.    "The 2 filled samples have been sent.  Now I still

5    have two new samples here.  However, CG5503 CEPM1a and

6    CEPM2a, which appear to still be Form B (after eight months,

7    double exclamation marks)."

8    Q.    Double exclamation point.  Two exclamation points, is

9    that what you're saying?

10   A.    Yes, because it's so surprising that they're finding

11   Form B in this ubiquitous Form A world that they've been

12   experiencing.

13   Q.    That's right, it was a surprise to them.  What's the

14   date, August 2001?

15   A.    Yes.

16   Q.    You see that?

17   A.    Yes.

18   Q.    They were surprised in light of their earlier

19   knowledge to find these stable Form B's.  Is that your

20   testimony?

21   A.    These stable things that they interpret as Form B.

22   Q.    Okay.  That's their interpretation.  You may disagree,

23   but according to this document, that's their -- that's

24   Grunenthal's interpretation.  Is that fair?

25   A.    It's one person at Grunenthal.  I don't -- I don't

1    know whether that's all of -- whether that's Grunenthal's

2    understanding.  It's an e-mail of one person to another, and

3    I don't see the response.

4    Q.    I see.  And let's look at who this e-mail is between.

5           It's from Dr. Andreas Fischer.  Do you recognize

6    that name in the context of our --

7    A.    I do.

8    Q.    And who is he?

9    A.    He's one of the inventors.

10   Q.    And who is he writing to here?

11   A.    Dr. Gruss.

12   Q.    And Dr. Gruss is?

13   A.    I believe so, I think he's the one who was doing the

14   powder x ray diffraction on some of the samples at this

15   point.

16   Q.    He's also an inventor on this patent, isn't he?

17   A.    I believe so.

18   Q.    Did you hear his testimony --

19   A.    No.

20   Q.    -- last week?

21          Okay.  Let's move on, then, to a new exhibit here,

22   Plaintiff's Exhibit 555.

23   A.    Okay.

24   Q.    Now, I understand you testified that you don't speak

25   German.  Is that correct?

CHARLES P. McGUIRE, C.C.R.

1      A.    That is correct.

2      Q.    Do you see the name of, you know, Grunenthal's

3    batch-naming convention here over on the left where it says

4    BN 200 hash sign 0?  Do you see that?

5      A.    I do.

6      Q.    And are you familiar with a batch labeled as hash

7    zero?

8      A.    Yes.

9      Q.    And as far as you know, this has been discussed in

10    this litigation as batch zero or batch number zero?

11      A.    That's my understanding.

12      Q.    And the indication here is that it's Form B; is that

13    correct?

14      A.    So, yes, I don't -- I can't read the other -- is there

15    a translation, perhaps, of what's going on on the right?

16      Q.    I don't know that we do have a translation of this

17    one.

18            Is your recollection, though, that batch zero --

19    batch number zero tested to be Form B?

20      A.    That's my understanding.

21      Q.    Okay.  Let's go on, then --

22            MS. SHARKEY:  Your Honor, I think the translation

23    is in the next tab if he wants to look at that.

24            MR. GLANDORF:  Thank you very much.

25            THE COURT:  Okay.

CHARLES P. McGUIRE, C.C.R.

152

1    Q.    Dr. Matzger, the translation is in the next tab.

2    A.    Either it's a bad translation or I don't understand

3    it.  I don't know what free of phases means.

4    Q.    I'm okay with that.  Your testimony is that you recall

5    batch zero having tested as Form B; is that right?

6    A.    Yes, that's my understanding, but the interpretation

7    of the powder x ray diffraction pattern was that it was Form

8    B.

9    Q.    Okay.  Let's go now to DTX 1242, which I believe is in

10   your binder, we were looking at it moments ago, it's on one

11   of your slides, but I believe it's in your binder, in the

12   direct examination binder.

13   A.    1242.  Okay.

14   Q.    Do you have it?

15   A.    I do.

16   Q.    And if we go to slide -- I believe it's slide 13, it's

17   Bates number 129619.

18         We looked at this table a moment ago.  Do you

19   recall that?

20   A.    I do.

21   Q.    It's one of the tables you relied on?

22   A.    Yes.

23         MR. GLANDORF:  Okay.  Let's go now to page 18,

24   Rob.

25   Q.    Have you seen this page before as well, Dr. Matzger?

1    A.    I mean, I've certainly seen these sentiments if not

2    this exact page.

3    Q.    These sentiments.  All right.  Let's look at the

4    second sentence, please, if we could, "In special cases..."

5    Do you see that?

6    A.    Yes.

7    Q.    Would you read that for the Court?

8    A.    "In special cases Polymorph B was obtained and seemed

9    to be stable at room temperature."

10   Q.    Seemed to.  Were you emphasizing the word "seem"

11   there?

12   A.    Yes.

13   Q.    Here's Grunenthal's understanding, though, that it

14   seemed to them, right, that there were cases where polymorph

15   B was obtained and stable at room temperature.  Is that

16   fair?

17   A.    So, again, we don't know anything about the purity

18   here, but they say yes, it seems to be stable at room

19   temperature, and this is Grunenthal's understanding.

20   Q.    I want to go back to the beginning, then, when I asked

21   you.  Again, this is a -- this is all underneath your

22   heading of unclean hands; correct?  You analyzed this

23   document as part of your --

24   A.    Oh, as part of the analysis, yes.

25   Q.    Where you were arguing that Grunenthal was making

1    misrepresentations to the Patent Office; is that fair?  This

2    is part of your argument that Grunenthal was making

3    misrepresentations; isn't that true?

4    A.    Yes.

5    Q.    That they were engaging in fraud with the Patent

6    Office?  Would you say that?

7    A.    Again, that's probably a legal opinion.  I don't want

8    to venture into that area.

9    Q.    Okay.  But in this particular batch, this particular

10    bullet point, your argument was that Grunenthal knew that

11    Form A was ubiquitous.  Isn't that what you said?

12    A.    Yes.

13    Q.    Now, we've looked at a variety of documents here where

14    they are talking about stable Form B that they're finding.

15    You may have been surprised, there may have been two

16    exclamation points, but they are discussing Form B in a

17    variety of circumstances.  Isn't that fair?

18    A.    Yes.

19    Q.    What's your knowledge of ubiquitous?  I mean, what's

20    your definition of ubiquitous here, then?

21    A.    That they're getting it everywhere, they're getting it

22    under all kinds of conditions, that it's not a particularly

23    special observation that Form A appears.  It's everywhere.

24    Q.    So it's your testimony that they knew Form A was

25    ubiquitous except for cases when it wasn't?

CHARLES P. McGUIRE, C.C.R.

155

1    A.    I'm sorry, I did not mean to say by ubiquitous that

2    there's only one form.  It's known there are two forms.

3    There's Form A and Form B.  What I was emphasizing when I

4    said it was ubiquitous is that it is obtained by them, it's

5    obtained by Crystallics, it's obtained by SSCI.  It's

6    continually uncovered, that form, rather than Form B.

7    Q.    So your testimony is not that -- and let's step back

8    here.

9            There's no debate that there are two forms that

10    exist; correct?

11    A.    No.  No.

12    Q.    The debate is whether or not Form B exists and can be

13    stable at room temperature; is that -- that's the debate

14    here, correct?

15    A.    I think the debate is whether that prior art form was

16    produced by Example 25 of the '737 patent.

17    Q.    Well, that's not what you're testifying about here,

18    though.  You're testifying that polymorph A was ubiquitous,

19    that it was everywhere; isn't that correct?

20    A.    Yes, but I -- I didn't -- didn't mean to imply that

21    that's the only form.  Certainly Form B is a real form.

22    Q.    It's a real form at room temperature; correct?

23    A.    Well, that, I don't believe.  I don't think there's

24    any evidence that there's a pure tapentadol hydrochloride

25    Form B that's stable at room temperature.

CHARLES P. McGUIRE, C.C.R.

Q.    Your belief is that there's no Form B stable at room
temperature.  Grunenthal's belief is that there are cases
where Form B was stable at room temperature.  Isn't that
fair?

A.    Well, no, you can look right down on the slide here.
They're saying that this has a mixed crystal formation as a
potential -- they realize there's something off with this
result, because they understand as a matter of science when
you have a phase transition and an established relationship
in thermodynamics between two forms that there's a stability
relationship that occurs at a particular temperature.  They
recognize that, and now they're trying to explain this
anomalous result that they have of this stability under
conditions where the material shouldn't be stable, and
they're offering several reasons why that may be occurring
right here.

Q.    That's right.  They are saying that there is in some
cases Form B that's stable at room temperature.  They're
offering reasons for that.  The question is, what I'm
missing here, Doctor, is why these reasons mean that the
ubiquity, as you say, of Form A leads to a conclusion that
there was some kind of unclean hands conduct before the
Patent Office.  Can you explain that?

A.    So certainly that alone is not -- I don't think would
be a basis for unclean hands necessarily.  It depends on

1    what is, you know, what is shared with the Patent Office, I

2    think.

3    Q.    And one of your challenges here is that polymorph B

4    doesn't result from the prior art.  Isn't that one of the

5    arguments that you're making?

6    A.    Yes, that certainly there's no basis for that

7    statement.

8    Q.    And here these possible reasons here, impurity

9    profile, particle size, mixed crystal formation, none of

10   those characteristics are proscribed or limited in any way

11   by the prior art; right?  None of those characteristics are

12   limited by Example 25 in the '737 patent; isn't that true?

13   A.    No, there is some information about the purity of the

14   material from the -- from Example 25.  Now, you asked me if

15   there was a purity spec.  There is not a purity spec.  But

16   there is information about the color and about the melting

17   point.  This is the data that I have, so this is what I can

18   analyze.

19   Q.    To be fair, we looked at Example 25.  There was no

20   information about the color there; correct?

21   A.    So that comes -- well, you might have also noticed in

22   Example 25 the melting point was wrong, too.  So there are a

23   couple of issues there, right?  But this is stuff that was

24   later disclosed and that were properties of the product of

25   Example 25.

1    Q.     And again, you have a line in your head in terms of

2    how close they have to be to those characteristics in that

3    Example 25, you have a line in your mind for when it's a

4    faithful reproduction and when it's not; correct?

5    A.     Well, I don't know exactly what that line is.  I can

6    tell as you move away from that line, it can be -- it can be

7    very clear, but sure, there will be a gray area somewhere.

8    But I don't think we're -- we're near that gray area in

9    these cases.

10             MR. GLANDORF:  If I could confer one time quickly,

11   Judge?

12             THE COURT:  Yes.  Yes.

13        (Off the record discussion between counsel)

14   BY MR. GLANDORF:

15   Q.    I do have just one more thing to check with you,

16   Dr. Matzger, and this relates to your testimony about the

17   Raman spectroscopy.  Do you recall that?

18   A.     I do.

19             MR. GLANDORF:  Rob, do you have Dr. Matzger's

20   opening report?  Can you go to paragraph 60?

21   Q.     Do you recall testifying in your report about whether

22   SSCI used Raman spectroscopy?

23   A.     I believe I did.

24   Q.     Okay.

25   A.     I don't know whether it was in the opening report or

CHARLES P. McGUIRE, C.C.R.

1      in the rebuttal report.

2      Q.    And here, you wrote that "SSCI used x ray powder

3      diffraction, differential scanning calorimetry,

4      thermogravimetry, hot stage microscopy, moisture balance,

5      infrared and Raman spectroscopy to characterize crystal

6      forms produced during the screen."  Do you see that?

7      A.    I do.

8      Q.    Does that refresh your memory that SSCI did use Raman

9      spectroscopy?

10     A.    You're confusing Raman spectroscopy with what's stated

11     in the patent.

12     Q.    And what's stated in the patent?

13     A.    Raman microspectroscopy or microscopy.

14     Q.    And that's certainly what you've written here; is that

15     right?

16     A.    Yes, one of the techniques, the Raman microscopy, is

17     very well suited to finding impurities in samples at low

18     levels, and the bulk form of Raman spectroscopy is much less

19     suited to do so.

20             MR. GLANDORF:  No further questions.

21             THE COURT:  Thank you.  Thanks very much.

22             Anyone?

23             MS. SHARKEY:  We have no further questions.

24             THE COURT:  All right.  That concludes the

25     testimony of this witness.


                    CHARLES P. McGUIRE, C.C.R.

1          Thank you very much for coming in and assisting us

2     today, and you may be released from the stand.

3          Thank you.

4       (Witness excused)

5          MS. SHARKEY:  Your Honor, do you mind if I get

6     that binder back?

7          THE COURT:  Go ahead.

8          MS. SHARKEY:  Thank you.

9          MR. FITZPATRICK:  Your Honor, we have binders to

10    hand out.

11         THE COURT:  Yes, please do, and then let's get the

12    comments and then we can continue.

13         MR. CAPUANO:  Your Honor, I'm sorry.

14         THE COURT:  Yes, go ahead.

15         MR. CAPUANO:  We submitted prior art binders on

16    the 7th, I think, including those of the '593 patent, and I

17    think that's probably the more focused set of exhibits for

18    this witness.

19         THE COURT:  That sounds fine.

20         MR. FITZPATRICK:  May I approach, Your Honor?

21         THE COURT:  Yes.

22         MR. CAPUANO:  Your Honor, we also have some

23    chemical models.

24         THE COURT:  That sounds good.  Where are they?

25         Oh, they're right in front of you.  I'm sorry.

CHARLES P. McGUIRE, C.C.R.

1          MR. CAPUANO:  These are two different things.

2          THE COURT CLERK:  These are for her?

3          MR. CAPUANO:  Yes.  You'll have to share.

4      (Laughter)

5          THE COURT:  Thank you.  Put them right up here.

6          MR. CAPUANO:  Don't take them apart because we'll

7  never get them --

8          THE COURT:  I'm not.  Actually, how tightly bound

9  are they?

10         MR. CAPUANO:  They're tightly enough.  You can

11  handle them.

12         THE COURT:  Thank you.

13     (Models were handed up to the Court.)

14         MR. CAPUANO:  They're not identical.  We'll

15  explain.

16         THE COURT:  Yes, I know.  Thank you.

17         MR. CAPUANO:  And if I could add, Your Honor,

18  these are -- well, first of all, Defendants would like to

19  call Professor Stephen Martin to the stand, Your Honor.

20         THE COURT:  All right.  Shall we bring him up and

21  then we can talk about all the related materials?

22         MR. CAPUANO:  Yes.

23         THE COURT:  Let's have the witness come up.

24         Let us have the witness sworn in.

25         Good afternoon.  How are you?

1              THE WITNESS:  Good afternoon.  How are you?

2              THE COURT:  Good, thank you.

3              THE COURT CLERK:  Raise your right hand, left hand

4       on the bible.

5       S T E P H E N    F.    M A R T I N, called as a witness on

6       behalf of the Defendants, and having been duly sworn,

7       testified as follows:

8              THE COURT CLERK:  Please step up and state your

9       name for the record.

10             THE WITNESS:  My name is Stephen Martin,

11      S-t-e-p-h-e-n, M-a-r-t-i-n.

12             THE COURT:  Thank you very much.

13             All right.  Let's go down the list of items that

14      we have to discuss before we get to the witness.

15             Have you looked at the exhibits on both sides?

16      Have we taken a look?  Any issue?

17             MR. BEST:  We've done so, Your Honor, and we see

18      no issues.

19             THE COURT:  All right, and the demonstratives as

20      well?

21             MR. BEST:  Correct.

22             THE COURT:  No issues.  Very well.  Okay.

23             MR. CAPUANO:  Thank you, Your Honor.

24             Vince Capuano for Actavis.

25             THE COURT:  Thank you.


                    CHARLES P. McGUIRE, C.C.R.

1          MR. CAPUANO:  We've handed out, in addition to the

2     demonstrative exhibits we're going to show on the screen and

3     that we've passed out, some chemical models.  These are

4     Professor Martin's chemical models.

5          As I understand it, they don't make these anymore.

6     You can sometimes get them off of E-bay or craigslist.

7          THE COURT:  Because I was going to say, we have

8     the plastic versions put together.  These look very nicely

9     done.

10         (Laughter)

11         MR. CAPUANO:  And what we'd ask is that Plaintiffs

12    return them at the end of the testimony, or even at the end

13    of the trial if they think they need them, you know, but

14    that -- the Court can keep them, and then maybe after the

15    case has been closed, we could have somebody come and pick

16    them up.

17         THE COURT:  That sounds perfectly fine.  Thank

18    you.

19         How much do I have to worry about breaking these?

20    Are these soldered?

21         (Laughter)

22         THE WITNESS:  Oh, no, you won't break them.

23         THE COURT:  All right.

24         MR. CAPUANO:  They're not soldered, though.  They

25    can be pulled apart.

1           THE COURT:  They're not.  So we'll be gentle with

2    them.

3           THE WITNESS:  I'll give a tutorial on how to play

4    with them.

5           THE COURT:  Very well.

6           MR. CAPUANO:  There may come a time when Professor

7    Martin may want to add something to the model, so he's got a

8    little box of stuff.

9           THE COURT:  I understand.

10          MR. CAPUANO:  May I proceed, Your Honor?

11          THE COURT:  Yes, go right ahead.

12                      DIRECT EXAMINATION

13   BY MR. CAPUANO:

14   Q.    Do you have a binder of exhibits up there?

15   A.    I have three binders, yes.

16   Q.    Okay.  Does one of them say "Stephen Martin"?

17   A.    One of them says "Defendants' Key Prior Art

18   References," one of them says "Stephen F. Martin Ph.D.

19   Exhibits," and one of them says "Depomed and Grunenthal."

20          This one here?

21   Q.    Okay.  Thank you.

22          THE COURT:  And again, the one that says

23   "Defendants' Key Prior Art References," those were the five

24   copies that you had previously submitted.  We just brought

25   them out and handed them out, which is what you requested,

1      correct?

2              MR. CAPUANO:  Correct, and each of those is also

3      in the exhibit book.

4              THE COURT:  Okay.

5      BY MR. CAPUANO:

6      Q.    Good afternoon, Professor Martin.

7      A.    Good afternoon.

8      Q.    Just for the record, would you please state your full

9      name?

10     A.    My name is Stephen Frederick Martin.

11     Q.    Okay.  And where are you currently employed, Professor

12     Martin?

13     A.    I'm employed at the University of Texas at Austin.

14     Q.    Okay.  And what is your position there?

15     A.    I'm a professor of chemistry, and I hold the M. June

16     and J. Virgil Wagner Chair in chemistry.

17     Q.    And to help the Court understand and for you to

18     explain your opinions in this case, have you prepared a set

19     of demonstrative exhibits?

20     A.    I have.

21     Q.    Okay.  Let's start with the first one.

22             Professor Martin, could you tell us about your

23     experiences and expertise, including your experiences and

24     expertise related to analgesics?

25     A.    Sure.

1          Generally speaking, my experience is in synthetic

2    organic, bio-organic, and medicinal chemistry.  I've got

3    extensive experience in the design, synthesis, and

4    optimization of small molecules that bind to biological

5    targets, especially proteins.

6          We've been involved in methods and synthesis of

7    compounds that are biologically active, and in that context,

8    we've studied activity of structure, activity relationships,

9    and we've worked on compounds that have activities ranging

10   from anti-cancer, African sleeping sickness, and then a

11   variety of neurological disorders, including

12   neurogeneration, addiction, pain, and the like.

13   Q.    Okay.  Professor Martin, you said structure activity

14   relationships.  Can you explain what is a structure activity

15   relationship or the study related to structure activity

16   relationships?

17   A.    Sure.

18         Generally speaking, what it involves is, we take

19   -- we start with a particular compound and we want to study

20   the effects of making structural changes on that molecule on

21   some property, and so if it's for some activity, say

22   analgesia, we would make a structural change in the

23   molecule, we would examine what the impact of that change

24   was on its analgesic effect, we'd make a number of

25   structural changes, some of these changes would be good,

CHARLES P. McGUIRE, C.C.R.

1    some of them would be bad, but in that process, you get a

2    sense for things that you can do to improve the situation,

3    let's say improve the analgesic properties or lead to

4    deterioration or loss of those properties.

5    Q.    Okay.  And when you say "we," do you have a research

6    group in Texas?

7    A.    I do.

8    Q.    Okay, and can you describe the composition of your

9    research group today and maybe over the years?

10   A.    Yes.  It's typically been a number of graduate

11   students ranging in number from, oh, 12 to 15 or 16 in the

12   last 10 or 15 years.  Now I've got about 12 graduate

13   students.  I've had a lot of postdocs over the years.  I've

14   mentored a number of undergraduates over the years, so

15   currently I have five undergraduates working in my lab.  I

16   have one research associate working in my lab.  I don't have

17   any postdocs at the moment.

18   Q.    And are the people who work in your lab, the postdocs

19   and graduate students and undergraduates, are they involved

20   in the synthesis of organic chemicals?

21   A.    Yes, they are.

22   Q.    Okay.  And do you also do, for example, when your

23   group is involved in a structure activity relationship

24   study, does your group do the testing of the activity?

25   A.    It depends.  It depends on what the activity is.

1    Right now, we're doing both.  Some compounds we send out for

2    testing, and some compounds we test ourselves.

3    Q.    Okay.  And have you had occasion or experience in your

4    research group over the years to work on compounds that are

5    analgesics?

6    A.    Yes, I have.  In fact, one of the first things I did

7    as a professor at the University of Texas, I had a small

8    contract with a small company for making methadone

9    derivatives, so I had that experience.

10        Early also in my career, we made a number of

11   compounds that are structurally closely related to morphine.

12   Morphine, in fact, was one of those molecules that I had on

13   an NIH proposal as a compound that I wanted to make.  We

14   never made it, but it was a compound we were interested in

15   the synthesis of.

16        We also had looked at the enkephalins.  The

17   enkephalins are peptides.  They're the body's natural

18   opioids.  They're the compounds, they're the peptides in

19   your body that interact with the so-called opioid receptors

20   and suppress the feeling, the sensation of pain of

21   analgesics, like morphine, and we had a program where we

22   were modifying the structures of these enkephalins, trying

23   to get analogues that would bind better.

24   Q.    And when you say "bind better," do you mean bind

25   better to -- to what?

1    A.    Bind better to the opioid receptors.  We were looking

2    for compounds that would bind better to each one of them.  I

3    mean, we were interested in the selectivity of binding

4    because that turns out to be important in the area.

5          We were also interested in the functional activity

6    of these compounds because there are two kinds of functional

7    activities:  There are those compounds that are agonists,

8    that is, they elicit the biological response, for example,

9    in this case, of morphine, or they're antagonists, which in

10   this case would be to suppress the effects of morphine, the

11   agonist.

12   Q.    And I think you mentioned methadone derivatives.  What

13   is methadone?

14   A.    Methadone is actually a very highly simplified

15   analogue of morphine.  It's an opioid.  It's been used for

16   years both as an analgesic and also for -- I think to try to

17   get people off of opioids.

18   Q.    In your experiences and your career, Professor Martin,

19   have you had occasion to consult with any pharmaceutical

20   companies?

21   A.    I have.  I've consulted with a number of major

22   companies - Abbott, Pfizer, Merck.

23   Q.    And in your career, have you served as an editor for

24   any journals?

25   A.    Yes, I've been an editor of Tetrahedron for the

1    Americas since about 1992.  This is an international journal

2    with a focus in generally organic chemistry, all areas of

3    organic chemistry.  As a member of -- as an editor of that

4    journal, I'm also on the editorial advisory board of a

5    family of journals, a suite of journals.  There are five

6    journals in that particular family.  Some are medicinal

7    chemistry journals, bio-organic chemistry journals, and

8    others are journals involved with focus on stereochemistry.

9         I've also been an editor of a series called

10    "Organic Syntheses."  This particular series is a book, a

11    series of books, collection of books wherein various people

12    who are editors, and this checks submitted procedures for

13    preparing compounds, check the procedures for

14    reproducibility and so forth.

15    Q.    And in your experiences throughout your career,

16    Professor Martin, did you become familiar with what's

17    sometimes called a lead compound?

18    A.    Yes, I have.

19    Q.    Okay.  And what is a lead compound in the field of

20    medicinal chemistry?

21    A.    Well, generally speaking, it's a compound that serves

22    as a lead for further investigation.  So I mentioned

23    structure activity relationships a minute ago.  You would

24    start with a lead somehow, and that would be the compound

25    that you would modify.

1          There are different ways of getting leads.  I

2  could talk about that if you want.

3  Q.    Please do.  What are the different ways of identifying

4  a lead or lead compounds?

5  A.    The different ways, we look to nature sometimes for

6  compounds in nature that have beneficial biological

7  activity, and then those compounds are our lead compounds

8  and the ones we might modify.

9          Sometimes a compound is a drug, and you might want

10  to develop analogues of that drug, and so that drug becomes

11  a lead compound.

12          Lead compounds also are identified today in

13  screening processes.  So a company will have a certain

14  biological target they're interested in, some enzyme or

15  something of that sort.  They will develop an assay, and

16  they will then screen sometimes tremendously large numbers

17  of compounds to look for compounds with activity, and then

18  they will find some, and from that group that they find will

19  emerge one or more lead compounds, actually.

20  Q.    Okay, and that anticipated my question.  Is there

21  always in a project like this just one lead compound?

22  A.    No.

23  Q.    Okay, and why and in -- what would cause there to be

24  more than one lead compound?

25  A.    Well, there might be several compounds that have maybe

1    different structures but similar properties, and so those

2    different compounds would all be independent leads, for

3    example.

4    Q.    Okay.  And when you consider starting with a lead and

5    making changes, structural changes to a lead compound, do

6    you make just one change, or do you sometimes make more than

7    one changes to a lead compound?

8    A.    Well, I think generally you like to make one change at

9    a time at the beginning because you don't want -- you want

10   to minimize the structural changes that you make because you

11   want to do this incrementally to find out what the effect of

12   incremental changes are, and then as you learn, you make

13   bigger changes and bigger changes, and pretty soon you start

14   making multiple changes and, you know, it kind of depends.

15   It's an iterative process.  The's sort of driven by the

16   biological results that you obtain as you make these

17   structural changes.

18   Q.    Okay.  And in your consulting with pharmaceutical

19   companies, is that approach that you just mentioned

20   consistent with the way drug discovery happens at

21   pharmaceutical companies?

22   A.    Yes, it is.

23   Q.    In your time at the University of Texas, have you had

24   responsibilities for teaching?

25   A.    Yes, I have.

1    Q.    Okay.  Can you tell us about some of those?

2    A.    Yes.  I have taught courses really only in the general

3    area of organic chemistry; sophomore organic chemistry,

4    that's an undergraduate level introductory course; upper

5    division courses in organic chemistry; lecture courses to

6    undergraduates.  I teach an advanced undergraduate lab

7    course.  At the graduate level, I've taught a number of

8    courses in advanced synthesis and heterocyclic chemistry,

9    bio-organic chemistry, all generally under the broad

10   umbrella of organic and bio-organic chemistry.

11   Q.    Okay.  Professor Martin, can you take us through your

12   educational background, beginning with college?

13   A.    Yes.  I was an undergraduate at the University of

14   New Mexico, and I got my B.S. degree in 1968.  I then went

15   to Princeton University -- well, I should say, I guess, that

16   I majored in organic chemistry, or in chemistry, I should

17   say, when I was in college.  I had a math minor.

18        When I went to graduate school, my focus was in

19   organic chemistry with the subspecialty of heterocyclic

20   chemistry.  I graduated from Princeton in '72.  I got a

21   Master's along the way because it's what you did, it just

22   happened.

23        And then I went to the University of Munich as a

24   postdoc, where I was -- I was there for about 15 months in

25   Munich, and I worked again in the general area of

CHARLES P. McGUIRE, C.C.R.

1    heterocyclic chemistry, straining compounds.

2            And then I went to Massachusetts Institute of

3    Technology, again working in the general area of

4    heterocyclic chemistry, in this case, alkaloids, alkaloid

5    synthesis.  Alkaloids are a type of natural product that

6    contain nitrogen, like morphine.

7    Q.    And throughout your career, have you published your

8    work in peer-reviewed journals?

9    A.    I have.  I have.  I've got some 320 publications in

10   refereed journals.  Thirteen published books - basically,

11   this is a series of editions and second editions, third

12   editions of an undergraduate laboratory textbook that I'm

13   the co-author of.  I like to say it's popular.  I wish it

14   were more popular, but yes.

15           And I'm an inventor on some patents that we've

16   done recently in the context of some of our work on

17   neurological disorders.

18   Q.    And throughout your career, Professor Martin, have you

19   been selected for any honors or awards?

20   A.    Yes, I have some.  I've listed some.  Some go back to

21   sort of the time -- I included some that go back to the

22   time, in the time frame, really, of the patent at issue.  So

23   I was an NIH Career Development awardee; American Cyanamid.

24   So there are various companies that give out certain kinds

25   of awards, and I had some of those.

CHARLES P. McGUIRE, C.C.R.

1           The Pettit Centennial Professor of Chemistry is an

2    internal recognition in the department.  It's an endowed

3    position that was conferred based on my scientific

4    accomplishments.

5           I also received the Alexander Von Humboldt Prize

6    in 1995, and that carried with it an obligation to spend six

7    months in Germany, and I took that over two different

8    summers.

9           An ACS Award; the Arthur C. Cope Scholar Award.

10          Now, as I said earlier, I'm the M. June and

11   J. Virgil Wagner Chair in chemistry.

12          Received the Japan Science Award for the promotion

13   of science.

14          And maybe most recently, this International

15   Society of Heterocyclic Chemistry Senior Award.

16   Q.    Very well.

17          Professor Martin, can you tell us, have you had

18   occasion to serve as an expert witness in any legal matters?

19   A.    I have.

20   Q.    And could you tell us about some of those, with

21   particular focus on those cases where you provided either

22   deposition or trial testimony?

23   A.    Yes.  So 13 cases where I basically was involved at

24   various levels.  It sort of got up to the point of maybe a

25   deposition.  Sometimes it was writing some expert things for

CHARLES P. McGUIRE, C.C.R.

176

1      attorneys.  But largely it was -- I was serving as a

2      consultant, really, in these cases.  And then four of these

3      that I have been involved in have gone to some kind of

4      trial.  The Neurochem v. Intech was a tribunal, not a trial,

5      and the Apotex v. Lilly was actually in Canada, a trial in

6      Canada.

7      Q.    And in your service as an expert witness, have you

8      worked on the side of both the patent owner and the side of

9      the party being accused of infringement or challenging

10     validity of the patent?

11     A.    Yes, only three of these actually had patent

12     litigations.  The first one, I was with Rhone Poulenc, and

13     they were the patent owner.  The last two, I was involved

14     with Apotex and Sandoz.  And interestingly enough, Sandoz

15     you think of a major pharmaceutical company, but it was

16     actually not the patent holder in that case.

17     Q.    And in some of these cases, have you testified at

18     trial in U.S. District Court?

19     A.    Yes, in fact, in the first one, and I guess the last

20     one.

21     Q.    And, Professor Martin, are you aware of any instances

22     where the Court did not accept you as an expert witness?

23     A.    No.

24           MR. CAPUANO:  Your Honor, Defendants offer

25     Professor Stephen Martin as an expert in organic and

CHARLES P. McGUIRE, C.C.R.

1    medicinal chemistry, including the study of structure

2    activity relationships and the design and synthesis of

3    pharmaceutically active compounds, including analgesics.

4              THE COURT:  Any objection?

5              MR. BEST:  I guess I have some problem with the

6    "including analgesics," but I think the rest of that sounds

7    correct.

8              THE COURT:  All right.  Well, we're going to hear

9    from him today, and I'm sure he's going to cover all those

10   areas.  I mean, he's talked about analgesics in his

11   background, and I don't know if there's anything else you

12   would like to elicit on that.

13             Is there any further development to your

14   objection?

15             MR. BEST:  I think not at this time without

16   hearing the testimony.

17             THE COURT:  All right.  Well, we will be admitting

18   him as an expert.  He is deemed an expert.

19             MR. CAPUANO:  Thank you, Your Honor.

20   BY MR. CAPUANO:

21   Q.    Professor Martin, in the course of your work on this

22   case, have you had a chance to review what we've been

23   calling the '593 patent?

24   A.    I have.

25   Q.    Okay.  And do you have an understanding of when the

1    application was first filed for this patent?

2    A.    I understand that -- yes, there's a priority date in

3    the foreign application which I recall was July 23rd, 1994.

4    Q.    Okay.  And have you provided opinions in this case

5    with respect to certain publications that are prior art to

6    the '593 patent?

7    A.    I did.

8    Q.    Okay.  And do you have an understanding whether

9    there's a date that you can use to determine whether a

10   publication can be considered prior art to the '593 patent?

11   A.    I do.  It's my understanding that anything before that

12   filing date may be considered as prior art.  I think there's

13   -- again, I'm not an attorney, but I think, I've been told

14   that there's a one-year window, like at least -- for --

15   beyond one year prior to the filing date, there really is no

16   controversy.  Within that one year time frame just before

17   the filing date I understand there could be controversy or

18   could be discussion.

19   Q.    Okay.  And have you had a chance to review the claims

20   of the '593 patent?

21   A.    Yes.  There are many.

22   Q.    Okay.  Well, do you understand which claims have been

23   asserted against Actavis?

24   A.    Oh, yes.

25   Q.    Are those shown on the slide here?

1    A.    Claim 8, Claim 61, Claim 117, and Claim 147.

2    Q.    Okay.  And with regard to Claim 8, do you see a

3    structure there as part of the claim --

4    A.    I do.

5    Q.    -- generic structure?  Does that structure include

6    tapentadol hydrochloride?

7    A.    Yes, it does.

8    Q.    Okay.  And Claim 61, do you have an understanding of

9    what the chemical compound is that's written in Claim 61?

10   A.    Yes.  I think that would be what we might refer to as

11   the IUPAC, I-U-P-A-C, those are all capital letters, name,

12   nomenclature for a compound that we refer to in these

13   proceedings as tapentadol.  It's a lot easier to say.

14   Q.    Okay.  Is that --

15   A.    Hydrochloride.  Sorry.

16   Q.    Thank you.  Tapentadol hydrochloride?

17   A.    Tapentadol hydrochloride.

18   Q.    And what about Claim 117:  Do you understand which

19   compound -- well, first of all, do you understand that Claim

20   117 is referring to a method?  Do you see that?

21   A.    Right, dependent claim I guess of compound 8, yes.

22   Q.    And what is the method of Claim 8?

23   A.    Well, the method of Claim 8 is a method of treating a

24   mammal suffering from pain, and said method comprising

25   administering to said animal an effective analgesic amount

CHARLES P. McGUIRE, C.C.R.

1     of a compound of the general formula that they have depicted

2     there.

3     Q.     And that general formula, I think you testified to,

4     encompasses tapentadol hydrochloride.

5     A.     Correct.  And then Claim 117 calls out tapentadol

6     hydrochloride specifically.

7     Q.     And Claim 147 also asserted; do you have an

8     understanding of what the compound is that's written for

9     Claim 147?

10     A.     I do.

11     Q.     Okay, and what is that compound?

12     A.     Well, this is, again, tapentadol, but it's -- in this

13     particular case, it's not limited to the hydrochloride salt.

14     It includes the hydrochloride salt or any pharmaceutically

15     acceptable salt.

16     Q.     Okay, and you have a note here that this is subject to

17     December 4, 2012 Certificate of Correction.  Do you see

18     that?

19     A.     I do.

20     Q.     Okay.  Why do you have that there?

21     A.     Well, I have that there because in the -- I can't

22     point, but there's an R --

23     Q.     I got it.

24     A.     You're pointing -- yes.  This -- that R right there

25     doesn't make any sense, and so I think that is removed in

1       the correction.

2       Q.      Okay.  And with the correction, does this recite a

3       pharmaceutically acceptable salt of tapentadol?

4       A.      Yes, it does, tapentadol, right.

5       Q.      Okay.  And in the course of your work in this case,

6       have you been asked to provide an opinion on whether these

7       four claims are valid or invalid?

8       A.      I have.

9       Q.      And have you considered whether in view of the prior

10      art as a whole these claims would have been obvious to a

11      person of ordinary skill in the art as of July 1994?

12      A.      I have.

13      Q.      Okay.  And what opinion have you reached?

14      A.      I have reached the opinion that they are obvious.

15      Q.      And because they're obvious, does that give you a

16      further opinion whether they're valid or invalid?

17      A.      I understand they're invalid because they are --

18      they're invalid for the purposes of a patent because they're

19      obvious.

20      Q.      Okay.  And in considering your opinions with respect

21      to obviousness, did you reach your opinions based on the

22      views of a person of ordinary skill in the art?

23      A.      I did.  It's my understanding that that is -- I guess

24      -- that's the lens, that's the perspective that you need to

25      take in order to determine whether a compound or an

1    invention is obvious.

2    Q.    Okay.  And have you provided here on Demonstrative

3    slide 8 your definition of a person of ordinary skill in the

4    art?

5    A.    I have, and I believe this is lifted verbatim from my

6    opening report.

7    Q.    Could you read it into the record, please?

8    A.    Yes, sure.  It says "Education and/or experience in a

9    field related to the design and synthesis of new analgesic

10    compounds, including the fields of organic chemistry,

11    medicinal chemistry and pharmacology, and knowledge of the

12    scientific literature concerning the same, specifically the

13    design and synthesis of organic compounds used for the

14    treatment of pain, including opioid analgesic and opioid

15    analogs for the treatment of pain as of July 1994."

16        And then I went on to say what the educational --

17    what I think the educational qualifications should be, and I

18    said that this in my opinion should be a person having a

19    Ph.D. with three to five years of experience in the design

20    and synthesis of analgesics, including opioid analgesics.

21        And I think also prior to this, given the -- this

22    person of ordinary skill would be working as part of a team

23    of expert people who knew something about pharmacology,

24    medicinal chemistry, structure activity relationships,

25    because this person would have to be able to understand and

1    communicate with these other individuals during the course

2    of this process.

3    Q.    Do you have an understanding of what the level of

4    education was of the inventors on the '593 patent?

5    A.    I believe they're all Ph.D.s.  I know Dr. Buschmann

6    was a Ph.D. -- I know -- Dr. -- yes.  I know it was

7    Dr. Buschmann because he got his Ph.D. in Aachen, as I

8    recall.

9    Q.    Are you aware of the definition of the person of

10   ordinary skill in the art from one of Plaintiff's experts

11   that's different from yours?

12   A.    Yes, I'm familiar with Professor Roush's definition.

13   Q.    Okay, and how does Professor Roush's definition of a

14   person of ordinary skill in the art differ from yours?

15   A.    You know, I don't remember the details and the

16   wording.  I think if you compare his definition and my

17   definition, they're really -- they're equivalent except for

18   the one difference being what degree that person should

19   have.  I think in his definition he believes one holding a

20   Bachelor's degree would qualify, and my definition is a

21   Ph.D.

22   Q.    Okay.  And whether the Court accepts your definition

23   or Professor Roush's deposition, would your opinions change

24   in this matter?

25   A.    No, they wouldn't.

1    Q.    Professor Martin, in considering whether the compound

2    claims that encompass tapentadol hydrochloride were obvious

3    to a person of ordinary skill in the art as of July 1994,

4    what kind of analysis did you perform?

5    A.    Well, I did a lead compound analysis, and that's based

6    on what's written here that this proof of obviousness, in

7    order to prove obviousness based on structural similarity,

8    it requires that this person of ordinary skill would have

9    been motivated first to select a lead compound, and then

10    that person would have been I think motivated by prior art

11    literature references and so forth to modify that lead

12    compound, that prior art compound, and arrive at the claim

13    compound with the reasonable expectation of success that

14    this new compound would have either similar or improved

15    properties relative to the original lead.

16    Q.    And do you have an understanding of whether as part of

17    a lead compound analysis there's a requirement that the

18    prior art directed a person of ordinary skill in the art to

19    just a single lead compound or whether multiple lead

20    compounds can be part of that analysis?

21    A.    It's my understanding that there's no requirement that

22    this be a single lead compound.  It's my understanding that

23    there's some legal case law or something like that that says

24    that that would be too restrictive a requirement.

25    Q.    Okay.  And this framework for analyzing obviousness

CHARLES P. McGUIRE, C.C.R.

1    where first you consider what the prior art would suggest a

2    lead compound and suggest modifications to that lead

3    compound, one or more lead compounds, does that analysis

4    match up with the realities of how medicinal chemistry

5    groups design and develop new compounds?

6    A.    Yes, I think so.  I think we've sort of -- I sort of

7    explained this a little bit before, that you identify your

8    lead and then you start modifying that lead in ways that you

9    hope will improve it ultimately.

10   Q.    And does this also match up with your experience in

11   designing new pharmaceutically active compounds?

12   A.    Well, yes, it's certainly -- I mean, we've been

13   involved in a lot of structure activity relationships for

14   over 25 years in looking in great detail at interactions

15   between small molecules and proteins, and, yes, you make

16   incremental changes and you see what happens, and then you

17   use that information to then make subsequent changes.

18   Q.    Okay.  And now in terms of the steps a person of

19   ordinary skill in the art would take in 1994 to make a new

20   analgesic compound, have you summarized those steps?

21   A.    Yes.  I think so.  I think first of all you have to

22   select the lead.  You have to identify what your lead is.

23   And then you study the prior art to select the lead.

24         I think one of the important things that we do in

25   science is, we're constantly going back to the previous

1    literature, looking for precedent for things we like to do

2    and looking for knowledge that has been developed before us

3    in fields that or field situations, whatever, closely

4    related or as closely related as we can find them to what

5    we're trying to do.

6            Do you want me to go through all three of these

7    steps right now?

8    Q.    Yes, let's go through all three of these and then

9    we'll take them one at a time.

10   A.    All right.  So first of all, we select this lead, and

11   in order to do that, we will study the prior art in a given

12   area.  We will identify the pharmacophore of that lead

13   compound.  I think the pharmacophore has been discussed

14   before, but let me just go through it again.

15           Essentially, a pharmacophore is -- these molecules

16   that we have that we're talking about are three-dimensional,

17   and these molecules have groups attached to them, and it's

18   these groups that interact with the receptors, the

19   biological targets that ultimately elicit the biological

20   response that you want.

21           And so there are two important -- well, a couple

22   of important things.  One is what the nature of these groups

23   is, so the nature of those groups is important because they

24   interact with the protein, for example, and then their

25   arrangement, the three-dimensional arrangement in space is

CHARLES P. McGUIRE, C.C.R.

1    important, because, for example, if you need to interact

2    this hand with this hand like this, it doesn't do you any

3    good if this is your molecule that won't interact with your

4    hand very well.

5              And so this pharmacophore is a combination of

6    shape, stereochemistry, three-dimensional orientation of

7    atoms in space, and different kinds of groups that are

8    arranged in space, and that are essential for -- and I

9    forgot -- that are essential for activity.

10   Q.    And then the last of the iterative steps?

11   A.    Right.  And then so then it's modifying the lead

12   compound, so -- and we modify the lead compound in accord

13   with what we learned in step two here, and we start to make

14   changes in that lead that have precedent in the literature

15   first, that's what we do first, and then we move on to

16   making other changes, and each time we do this, as I said

17   before, it's an iterative process, and each time we make a

18   structural change, we evaluate the activity, in this case

19   analgesic activity, for example, see what the effect is, and

20   then we move on.

21   Q.    Okay.  Well, let's start at the beginning with

22   selecting a lead compound based on prior art.

23              And if you could, Professor Martin, I'd like you

24   to start at the beginning, take us back to the early 90's

25   and tell us how would a person of skill in the art in the

1    early 90's, before 1994, begin to consider what might be

2    lead compounds for developing a new analgesic.

3    A.    Okay.

4         So as I said before, what they would do is, they

5    would familiarize themselves with all different kinds of

6    compounds that had analgesic activity.  They would look at

7    properties, they would look at side effects, they would

8    consider in general all the things that were known about

9    those different compounds, and then they would make

10   judgments on what they thought might be a good starting

11   point.

12   Q.    And so -- sorry.  Go to the library, that would be the

13   first step, I guess?

14   A.    Yes, you would go to the library.  You know, these

15   days, we're a lot luckier than they were back in the 90's

16   and before.  Nowadays you just walk up to your computer and

17   you go to Google and you type something in and you get more

18   information than you want.  In science, there are special

19   search engines to find scientific information, but Google's

20   still pretty good for that.

21        But back in those days, I think people relied on

22   abstracting services and books, and certainly one of the

23   premier abstracting services in this general area would have

24   been Chemical Abstracts, and so that would probably have

25   been the historically the place that a person would have

1    relied on.  And these abstracts are -- basically, they're

2    indexed, and you can just look up words like analgesic, and

3    you would find a bunch of references to analgesic agents.

4    And then as you went through this, you would find various

5    literature references, and then ultimately you would have

6    explored the field.

7    Q.    Okay.  And you've listed here what you referred to as

8    various possibilities among analgesics.

9    A.    Yes.  Certainly the first two, the opioids and the

10   NSAIDS, these are the ones that most people know about.

11   They're certainly the workhorses.  Opioids are the

12   workhorses for severe pain.  The NSAIDS are the workhorses

13   for not such severe pain.

14   Q.    I'm sorry.  Tell the Court, what is an NSAID?

15   A.    Yes.  NSAID -- thank you.  NSAID is an acronym for

16   nonsteroidal antiinflammatory drug, and, the "S" is the

17   plural part.

18   Q.    Go ahead.  And are there NSAIDS that maybe lay people

19   would be familiar with?

20   A.    Yes.  I mean, aspirin is an NSAID.  Tylenol,

21   acetaminophen is an NSAID.  Ibuprofen, Aleev, those are all

22   NSAIDS.

23         And as far as opioids are concerned, morphine,

24   codone, hydrocodone, hydromorphine, there are a lot of

25   derivatives of morphine, opioid analgesics.

CHARLES P. McGUIRE, C.C.R.

Q.    And monoamine uptake inhibitors?  What's a monoamine

uptake inhibitor?

A.    Yes.  So monoamine refers to the amines like

adrenalin, also known as epinephrine; noradrenaline, also

known as norepinephrine; serotonin.  They're basically

aerial ethylamines.  But these are neurotransmitters, and

compounds that have developed to inhibit their reuptake in

the synapses, which are part of the nerve, have been used to

treat a common -- one of the common treatments is

depression, attention deficit disorder, things like that.

          But there are also -- I mean, you can go back

years.  Clonidine is a monoamine uptake inhibitor, and it

was also used as an analgesic.  Cannabinoids are another

possibility.

          And then I come down to tramadol.  Tramadol is

the only one of these that is -- well, it's not a single

compound.  We'll I guess get to that.

          But these other classes, the opioids, the

NSAIDS, monoamine uptake inhibitors, cannabinoids, these are

all groups of compounds, they're sort of generic classes,

whereas tramadol is a single compound -- well -- yes, it's

an enantiomeric mixture, but yes.

Q.    So why have you listed certain classes of compounds

and then singled out one particular drug, tramadol, in this

list?

CHARLES P. McGUIRE, C.C.R.

1    A.    Well, the reason is is because of all of the

2    analgesics that a person of ordinary skill would find in

3    this search that we've just conducted, you would find all of

4    these compounds act by single mechanisms of action.  The

5    opioids involve binding to opioid receptors.  The NSAIDS

6    typically are cyclooxygenase inhibitors, so they have a

7    specific mode of action.  Monoamine uptake inhibitors,

8    again, we've talked about those.  Cannabinoids are generally

9    those compounds related to compounds found in marijuana.

10            Right.  And so tramadol was unique amongst these

11    in that it had two modes of action.  It had a dual

12    pharmacology, and it was a combination of opioid activity

13    and monoamine uptake activity.

14    Q.    And in conducting your review of the prior art for

15    this case, did you identify any other analgesic that had a

16    dual mode of action that you just described, opioid plus

17    nonopioid mechanism of action that existed prior to 1994?

18    A.    No, I didn't, and that's what made this particular

19    compound stand out.  That's why I -- you look at that and

20    you say, this is different; this is special.

21    Q.    And when you conducted your analysis for trying to

22    determine what a person of ordinary skill in the art would

23    select as a lead compound to develop new analgesics in 1994,

24    did you consider this landscape of known analgesics in

25    conducting your analysis?

1   A.    Yes, I eventually came around to considering all of

2   these.  I started with the opioids and the NSAIDS because

3   those are the ones that are obvious, and then as you

4   continue looking at these, you become aware of these other

5   possibilities.

6   Q.    Did you have a chance to read the transcript of

7   Dr. Buschmann's testimony here in court last week?

8   A.    Yes, I did.  I had a chance to look through it.

9   Q.    Did you read the part of his testimony where he agreed

10  that there was no other analgesic in the prior art with a

11  combination of activities that tramadol had?

12  A.    I'm not sure he was that unequivocal.  I think he may

13  have said something to the effect he was unaware of any.  I

14  don't remember exactly what he said.  But it was along the

15  lines of, yes, at least he was unaware of anything else.  I

16  think he also -- I mean, I think in that testimony there was

17  a mention to Friderichs, I guess, and he had been asked, I

18  think, the same question, and he also didn't know of another

19  example.

20  Q.    And are you aware of references that existed in the

21  prior art before 1994 that describe tramadol as unique and

22  atypical among analgesics?

23  A.    Yes, I did.

24  Q.    Okay.

25        MR. CAPUANO:  Can we have Defendants' Exhibit 866,

1    please?

2    Q.    Professor Martin, do you know what Defendants' Exhibit

3    866 is?

4    A.    Yes.  I think we referred to this as Raffa I, and it

5    was published in 1992, and it's a paper about the opioid or

6    nonopioid -- I'll read the title:  "The opioid and nonopioid

7    components independently contribute to the mechanism of

8    action of tramadol, an 'atypical' opioid analgesic."

9    Q.    So the word "atypical" is right in the title there?

10   A.    Yes.  Atypical, and italicized for emphasis -- well,

11   no, set off in quotes for emphasis.

12   Q.    Is this a paper that you considered in rendering your

13   opinion in this case?

14   A.    It is.

15   Q.    And let's look at Exhibit page four, right-hand

16   column, just above "Antinociception test," and starting with

17   "The ability," and then going to the end.

18           Professor Martin, could you read this highlighted

19   portion into the record, please?

20   A.    Yes.  It says:  "The ability of tramadol to inhibit

21   the neuronal uptake of monoamines in the same concentration

22   range at which it binds to Mu-opioid receptors is quite

23   distinct from the results for morphine or codeine and

24   clearly differentiate tramadol from these 'typical'

25   opioids."

1    Q.    Okay.

2          MR. CAPUANO:  And then, Ted, could you go to the

3    first page of the document, the bottom right-hand column,

4    and then that leads -- that continues onto the next page.

5          Thank you.  Okay.  And let's highlight sort of

6    from here to -- well, let's just take the highlighting off.

7    Q.    Professor Martin, how does this paper, the Raffa I

8    prior art reference, inform your opinions about the dual

9    mechanism of action of tramadol?

10   A.    Well, I mean, one of the things it says here, looking,

11   starting at the second line where it says "the clinical

12   experience," "the clinical experience has proven tramadol to

13   be unique among centrally acting strong analgesics."  And so

14   that is, again, this word "unique" is now a word.

15         "Unlike typical opioid analgesics the therapeutic

16   use of tramadol has not been associated with clinically

17   significant side effects, such as respiratory depression,

18   constipation, or sedation," and it goes on further to say

19   "analgesic tolerance has not been a significant problem."

20         And I think if you -- let me just read a little

21   further.

22         Yes.  The next part talks about psychological

23   dependence not being a problem, euphoria not being a

24   problem.

25         So I think the important message here is that

1    tramadol is unique, it has this dual mode of action, it's

2    got opioid and nonopioid mechanisms of action, and because

3    it has a dual mode of action, we can tone down how much we

4    use the opioid part of it for our analgesic effect because

5    we can use a combination of two different things, and

6    because we can tone down the opioid part of the equation, it

7    means that we don't have some of the side effects, at least

8    certainly not to the same degree as we have in the opioid

9    analgesics, and that's a big plus, because one of the huge

10   negatives of all of these opioids is, are there side

11   effects, and if you have a compound that certainly has

12   minimal or no side effects, no significant side effects, as

13   this passage says, that's pretty impressive.  That's pretty

14   good.

15   Q.    Okay.  And with regard to combining these two modes of

16   action, on the one hand opioid action and on the other hand

17   nonopioid monoamine uptake inhibition action, have you put

18   together a little demonstration of how those things can be

19   combined to provide benefits?

20   A.    I did.  Is that the next slide?

21   Q.    It is.

22   A.    Yes, okay.

23          So here we have -- right.  So we've got -- we

24   started off with the opioid and non-opioid, and in this

25   particular context, this nonopioid activity is again this

1    monoamine uptake inhibition, so we should probably be

2    specific about that.  But again it has the reduced side

3    effects.  So we started off -- we started off with -- yes.

4              I don't know why I can't get this pointer to work

5    over here.

6              Okay.  We started off with opioid and non-opioid,

7    and we combine those two, and we get a compound with this

8    dual pharmacology, and that's got its advantages, as we've

9    seen, because of the reduced side effect profile of such

10   compounds.  So that means you can use lower doses, hit the

11   opioid receptor in this particular case not quite so hard.

12   You're not relying on that mode of action solely to achieve

13   your analgesic effect.

14   Q.   Okay.  And you put this together to sort of illustrate

15   the idea?

16   A.   I did.  Yes, I did.

17             So another way of thinking about this is, we've

18   got cars, right?  We've got cars that are gas -- have

19   gasoline engines --

20   Q.   That's here on the left?

21   A.   Right -- and cars that have electric engines, and then

22   we have the sort of hybrid of that car, which is the Prius,

23   and it has benefits.  So the gas engine is polluting; it

24   gets bad mileage, it's noisy, at least sometimes.  Electric

25   cars are quiet; electric cars get better mileage, electric

CHARLES P. McGUIRE, C.C.R.

1    cars are nonpolluting.  And so when you combine the two into

2    a single car, you get better fuel economy, less pollution,

3    and -- yes.

4            So there's a real advantage, and this is an easy

5    thing for a lot of people to understand, I think, about the

6    advantages of having something that has hybrid activity or

7    dual activity.

8    Q.    Okay.  And you mentioned before that tramadol is not a

9    single compound.  Remember that?

10   A.    I did.

11   Q.    Okay.  And so can you explain what is tramadol and in

12   particular discuss how it's a mixture?

13   A.    Right.  So tramadol is actually comprised of two

14   different compounds called enantiomers, the R,R enantiomer

15   here and the S,S enantiomer.  These are two mirror-image

16   isomers.

17   Q.    Let me stop you there and ask you to explain what that

18   is exactly, mirror image openings?

19   A.    I was in here opening, and I don't know how much of

20   this has been explained, but mirror means isomers.  What

21   this refers to is everything has a mirror image, except

22   vampires, I guess, that's what I tell my class, they don't

23   math mirror images.  Everything has a mirror image, but the

24   question about isomerism is, are these different.  And so in

25   this particular case, you can do your hands.  And so you've

1    got your hands, and you can see if you imagine a plane

2    through these hands, these hands are mirror images.  They

3    reflect one another.

4              The microphone is in the way.

5              They reflect one another, but they're not the same

6    because they're not superimposable.  So if I try to

7    superimpose my hands, I can't.  It's kind of like you can't

8    put a left-handed glove on a right hand.

9              So this particular way of viewing this, you have

10   to actually pick these molecules up and put them down on top

11   of each other like that.  So enantiomers are mirror images,

12   but they're isomers, they're stereoisomers, which means they

13   have exactly the same items, the same functional groups, the

14   connectivity, everything is connected in exactly the same

15   way.  The only difference is the way these atoms are

16   oriented in space.

17   Q.    Okay.  And with respect to tramadol, when a person

18   takes tramadol orally, what happens to this mixture?

19   A.    Well, at least to some degree, and that degree varies

20   as I understand it with the individual who's taking the

21   drug, that is metabolized into what we call the metabolites,

22   which is these two compounds here, R,R ODMT I think is a

23   abbreviation for O-desmethyltramadol, and S,S

24   O-desmethyltramadol.

25   Q.    When you say S,S, what does that mean?

CHARLES P. McGUIRE, C.C.R.

1    A.    The difference between --

2    Q.    I can try to do it if you talk.

3    A.    Okay.  Sometimes this works.

4          THE COURT:  If you want to get up, you can walk

5    around if it will make it easier to point at the screen

6    forward, that might be fine.

7          THE WITNESS:  All right.

8          (The witness stepped down.)

9    Q.    Professor, maybe over by the microphone.

10   A.    Perhaps I should use your pointer.

11   Q.    So we say this is metabolized, it's a desmethyl.  So

12   this group here is a CH3 group; it's a carbon atom with

13   three hydrogens attached to it.  It's a derivative of

14   methane, and so it's the simplest hydrocarbon there is.

15   It's natural gas, methane.

16         And so what this group is called to when you take

17   one of the hydrogen atoms off and replace it with something

18   else, we have -- what is left is called a methyl group, and

19   that's abbreviated CH3.

20         And so in going from this compound here, we have

21   this OCH3 or this O-methyl, we go down here, and this methyl

22   group is replaced with a hydrogen atom, and so we refer to

23   that as desmethyl, so it's lost the methyl group.

24   Q.    And how does that happen in the body?

25   A.    Metabolically, there are a set of enzymes in the liver

1    called cytochrome P450 enzymes, and they're responsible for

2    these -- these demethylations and processes like that.  And

3    there is a whole suite of these cytochrome P450s.  Not

4    everyone has all of these P450 enzymes and not everyone has

5    them in the same amount, and so that's what makes metabolism

6    of these compounds different in different people.

7    Q.    And so is it the case that some people can in their

8    body perform this metabolism better than others, or are

9    there even some people who can't have this conversion happen

10   in their body at all?

11   A.    Yes.  That was well known in the art at the time.

12   Q.    And now with respect to the art and the prior art

13   before 1994, do you know whether these mixtures, the mixture

14   of tramadol isomers, the R,R and S,S enantiomers, that

15   mixture, and whether this mixture, the mixture of

16   metabolites, the R,R and S,S ODMT were studied as mixtures

17   and whether each of these four compounds had been studied

18   for activity?

19   A.    Yes, they were.  They were studied extensively --

20   well, quite extensively.  We've got a number of references

21   that we'll go through, but yes, tramadol is -- the mixture

22   of enantiomers was studied as such, the mixture of

23   O-desmethyltramadol was studied, and then each of the

24   enantiomers of tramadol and O-desmethyltramadol was studied.

25   Q.    So what do you have summarized here on this slide 17?

CHARLES P. McGUIRE, C.C.R.

1    A.    So this is some of the prior art that I looked at, and

2    certainly I looked at an awful lot of prior art, but these I

3    think are the ones that are most relevant to the case at

4    hand.

5           There's this 1978 paper by Flick, and we'll talk

6    about that more I think a lot later, but basically, he

7    looked at compounds that we could call racemic tramadol and

8    racemic O-desmethyltramadol.

9           Frankus was one of Flick's contemporaries.  They

10   published together.  I think they were both on the original

11   tramadol panel.  Frankus looked at tramadol, he looked at

12   the two isomers of tramadol, and he also studied a

13   diastereomer of tramadol, the so-called cis form of tramadol

14   which has a different arrangement of atoms in space than

15   tramadol itself.

16          Hennies is another person.  He studied racemic

17   tramadol and racemic O-desmethyltramadol.

18          Driessen, there are two papers by Driessen.  In

19   one of them, he studied racemic tramadol, the two

20   enantiomers of tramadol, and racemic O-desmethyltramadol.

21          Driessen in the second one studied racemic

22   tramadol, racemic O-desmethyltramadol, and their

23   enantiomers.

24          Raffa, racemic tramadol; Raffa, the second

25   reference to Raffa, racemic tramadol and the two enantiomers

CHARLES P. McGUIRE, C.C.R.

1    of tramadol.

2            And then Sevcik studied the enantiomers, the

3    individual enantiomers of the four different compounds.

4            So there's quite a lot of prior art related to the

5    properties of these molecules in combination and

6    individually.

7    Q.    Okay.  And we already looked at Raffa I, so maybe

8    let's start with one of the orders.

9            MR. CAPUANO:  Can I have Defendants' Exhibit 691?

10   Q.    Do you recognize what's been marked as Defendants'

11   Exhibit 691, Professor Martin?

12   A.    I do.  It's a paper by Hennies.  I think the date of

13   this was '88.  I think I just have it on the previous slide.

14   It doesn't say it here.  But it's a paper -- right, 1988.

15   It's a paper about receptor binding analgesic and

16   antitussive potency of tramadol and other selected opioids.

17   Q.    Okay, and let's go to the second page of the document,

18   the upper right-hand corner.  There's some structures up

19   there.

20            Professor Martin, what's being studied in this

21   paper?  What are these different structures?

22   A.    So this study was I think intended as a pairwise

23   study, but you can compare all these compounds, and what

24   they were doing was trying to find out what the effect of

25   the difference was between compounds with this O methyl

CHARLES P. McGUIRE, C.C.R.

1    group and compounds with the OH group.

2              So if you look over here, there's this R group on

3    this ring system, and you see the R group down here, you see

4    an R group down here.  Organic chemists lots of times when

5    they're going to look at a series of compounds and they're

6    going to be replacing a substituent in a particular position

7    will oftentimes use the designation of R as sort of a

8    generic substituent, and then they to the side in some way

9    tell you what those substituents are.

10             So in each of these cases, R is OH and OCH3.

11             This compound is morphine.

12   Q.    Sorry.  The one with R equals OH?

13   A.    Right, and it's codeine, that's R equals OCH3.

14             This molecule here, which differs from morphine

15   in that we don't have -- this is a representation of a

16   carbon-carbon double bond.  This is an unsaturation, so the

17   difference between these two molecules is essentially

18   hydrogen, H2, and then at the bottom is O-desmethyltramadol

19   and tramadol.

20             So they were comparing the effect of having the OH

21   versus the OCH3, which is better.

22   Q.    And in going from the top structures, morphine and

23   codeine, and moving on down, how do these compounds relate

24   to each other in terms of structure as opioids?

25   A.    Well, they're all opioids.  They all have opioid

CHARLES P. McGUIRE, C.C.R.

1    activity.  Morphine, of course, is the natural occurring

2    compound.  I don't know that hydromorphine occurs naturally.

3    I don't know.  But this is the parent sort of opioid

4    analgesic.

5              And in the history of studying opioids, there's a

6    long tradition in the area to try -- of people trying to

7    improve on the activity of morphine; that is, what they're

8    trying to do is find a way to keep the analgesic activity

9    but get rid of some of the side effects.  And so what they

10   did -- there's many, many references to people doing this --

11   they start simplifying the structure of morphine, and you

12   can go all the way down to tramadol to find it, but

13   basically what people did is they would remove atoms from

14   morphine, they would remove rings from morphine, they would

15   cleave bonds in morphine, and they would look at things, and

16   ultimately, if you look at tramadol down here and

17   O-desmethyltramadol, the way they've drawn it, we can see

18   how this structure relates to the structures above.  This

19   ring here, is this ring, and this ring; this ring over here

20   we'll call a cyclohexane ring because that's what we call

21   it.  It's a six-membered ring, it's saturated.  You see that

22   cyclohexane ring here, and you see that cyclohexane ring

23   here in morphine, although it has this carbon-carbon double

24   bond.

25             And then you look at this carbon atom here in all

1    of these compounds, and this carbon atom in each case has

2    got four different substituents.  And so here the

3    substituent is oxygen; here, the substituent is a carbon

4    atom; here, the substituent is a carbon atom.  A lot of

5    similarities.  And then finally --

6    Q.    And just let me -- sorry to interrupt.

7          Each of these intersections in organic chemistry,

8    does that represent a carbon atom?

9    A.    Yes, it is.

10   Q.    Okay.

11   A.    Okay.

12   Q.    All right.  Go ahead.

13   A.    And then finally, we have this amino group.  This is

14   the nitrogen, so this happens to be what we call an amino

15   group, it's a functional group, and this amino group in this

16   particular case has two methyl groups, but the important

17   thing here is this nitrogen atom is attached to three

18   different carbons, okay?  These two carbons are the same,

19   they're methyl groups, but this one is different.  So this

20   nitrogen is attached to three different Cs, so this is a

21   carbon atom here, too, and you see the arrangement.  This

22   connectivity here in tramadol is the same as what you have

23   up here, and the same as in morphine.

24          So there are a lot of structural similarities is

25   what --

CHARLES P. McGUIRE, C.C.R.

1    Q.    And in each case, are the compounds similar with

2    respect to the number of carbon atoms separating the

3    nitrogen atom in the phenyl ring?

4    A.    Right.  So in each case, I think -- it's a little hard

5    for me to see here -- here.  It's easy, there's one, two,

6    three carbon atoms that separate this amino group from the

7    aromatic ring.  It's a little harder to count here -- one,

8    two, three -- so there's three atoms, three carbon atoms

9    between the nitrogen atom and the aromatic ring in all of

10   these compounds.

11   Q.    So in a way, is tramadol -- looking at morphine is

12   kind of a stripped-down version of morphine, a simplified

13   version of morphine?

14   A.    Yes, it.

15   Q.    And that's a -- I think you testified -- is that a

16   common approach to developing analgesics?

17   A.    Yes, it certainly is in the opioid area.  And Flick,

18   which we didn't discuss yet, even comments on this.

19   Q.    Okay.  And so just so we understand what's being

20   studied with respect to tramadol, they're going to compare

21   tramadol as a mixture of S,S and R,R isomers, right,

22   enantiomers --

23   A.    Yes.

24   Q.    -- with O-desmethyltramadol, that same mixture that we

25   looked at two slides ago; right?

1    A.    That's correct.

2         MR. CAPUANO:  Okay.  So let me have, on that same

3    page, Ted, at the bottom there, there's Table I.

4         I need the whole row.  Yes.

5    Q.    Professor Martin, what's being presented in Table 1

6    here with respect to a comparison between tramadol mixture

7    of enantiomers and the O-desmethyltramadol mixture of

8    enantiomers where the methyl group has been replaced with

9    hydrogen?

10   A.    Essentially, what they're doing here in layman's terms

11   is looking at potency of O-desmethyltramadol and tramadol,

12   and they're binding to various opioid receptors.  In other

13   words, how good are they?  And in these cases, the smaller

14   the number, the better it is.  And so if you look across

15   this column, you can see that the O-desmethyltramadol wins

16   every time.  Sometimes it wins bigger than other times, but

17   it's always -- it's always better than the -- the

18   O-desmethyltramadol is always better than tramadol.

19   Q.    Okay.  And so just to clarify here, in the first

20   column, 4.4 times 10 to the minus seven is less than 1 .710

21   times to the minus six; correct?

22   A.    Right.  It's about one fourth or something -- one

23   third.

24   Q.    And going across, in each case, is every reported

25   value for IC50 for the O-desmethyl less than the reported

CHARLES P. McGUIRE, C.C.R.

1    value for tramadol?

2    A.    Yes, the average values that they're reporting here

3    are -- we could talk about these -- these overlapping

4    numbers, these ranges, but I think that -- one of the main

5    interests here was on analgesic activity, and that would be

6    Mu-opioid, so that makes this column, at least from the

7    standpoint of opioid analgesic activity, that makes this

8    column here the most important.  So here, there's a more

9    significant difference.

10    Q.    Now, with respect to tramadol, what does this data

11    tell you about the relative importance of the OCH3 group in

12    tramadol and the OH group in desmethyltramadol for analgesic

13    effect?

14    A.    Well, it tells you, and I think it's written in the

15    abstract or the summary for this paper is that the hydroxy

16    compounds are more potent than the methoxy.  So those OH

17    compounds are more potent than the OCH3 compounds.

18          MR. CAPUANO:  Okay.  And, sorry, Ted, just the

19    summary on DTX 691, the beginning of the summary, first

20    page.  Here.

21    Q.    Is this the language you were talking about, Professor

22    Martin, starting with "The influence?"

23    A.    Yes, so there's the influence.  I think it's a little

24    further down.

25          So there, where it says "All three hydroxy

CHARLES P. McGUIRE, C.C.R.

1    compounds had higher opioid receptor affinities than the

2    corresponding methoxy derivatives and were more active at

3    the Mu-site," the Mu-opioid side site.

4    Q.    Okay.  So what's the take-home message with respect to

5    this reference and your opinions with respect to the

6    relative analgesic potency of tramadol versus

7    O-desmethyltramadol?

8    A.    Well, we haven't really looked at the table that

9    speaks to the analgesic activity, I don't think, have we?

10   Q.    All right.  Let's look at Table 2.

11   A.    To answer your question.

12   Q.    What's being presented in Table 2, and how does the

13   data in Table 2 inform your opinion?

14   A.    Okay.  So in Table 2 here, if we look at Column 1, we

15   see the names of the compounds that were tested, and in

16   Column 2, we see the analgesic effect, and this is an

17   effective dose -- the ED50, and so an ED50 is the dose at

18   which half of the animals exhibit the effect that you're

19   looking for.  So some level of analgesic effect.

20           And so the smaller the number, the better.  And so

21   desmethyltramadol is almost three whereas tramadol is almost

22   nine.  You see O-desmethyl isn't much weaker than morphine,

23   actually.  So it's -- but basically, the message here is

24   O-desmethyl is a better analgesic than tramadol, and that's

25   the take-home.

1    Q.    Okay.  Well, let's look at one of the other papers on

2    your list.

3              MR. CAPUANO:  Let's go back to the slides.

4    Q.    Let's look at the Driessen I paper, 1992.  It's

5    Defendants' Exhibit 758.

6              Professor Martin, do you recognize what's been

7    marked as Defendants' Exhibit 758, and what is it?

8    A.    I do.  This is a paper, as you said, we referred to as

9    Driessen I.  It was published in 1992, and it was a paper

10   that studied the interaction of the analgesic agent tramadol

11   with the uptake and release of 5-hydroxytryptamine in the

12   rat brain, five hydroxytryptamine would be known to lay

13   people as serotonin.  So we can use serotonin, I think,

14   probably easier.

15             MR. CAPUANO:  Ted, could you put page one, on the

16   right-hand column, could you blow that up for us please?

17   Q.    Could you summarize, Professor Martin, the key finding

18   from this paper as reflected in Table 1?

19   A.    Well, I think, you know, the most important finding in

20   this table that informs an opinion of what might ultimately

21   turn out to be a good lead compound is the fact that

22   O-desmethyltramadol has the weakest affinity for this

23   serotonin reuptake mechanism; tramadol itself and the plus

24   enantiomer about the same, three and two, roughly, whereas

25   the tramadol enantiomer is somewhat weaker, but still more

CHARLES P. McGUIRE, C.C.R.

1   potent than the O-desmethyltramadol tramadol.  So it's

2   perhaps important to point out that this O-desmethyltramadol

3   is the racemate, it's not the single compound, it's a

4   mixture of the two enantiomers, the R,R and the S,S.

5           But I think normally people are trying to avoid

6   serotonin activity, and one of the reasons is is that a lot

7   of compounds that bind to serotonin receptors have

8   hallucinogenic psychometric results.  LSD, for example, is a

9   mimic of serotonin that is better than serotonin, mescaline,

10  these drugs of abuse, that are bad.

11  Q.    And with respect to binding to the serotonin receptor,

12  which you mentioned is related to these side effects, how

13  does the O-desmethyltramadol compare with either the

14  tramadol mixture or either of the tramadol enantiomers with

15  respect to IC50 and binding?

16  A.    Well, it has a weaker effect at that -- that serotonin

17  reuptake.

18  Q.    And with respect to what you might consider a lead

19  compound, how does this data lead a person of ordinary skill

20  in the art to -- well, how does this paper inform a person

21  of ordinary skill in the art when trying to select the lead?

22  A.    As I said, what this would tell someone of skill in

23  the art is that O-desmethyltramadol had weaker interactions

24  with the serotonin reuptake and so would likely have fewer

25  serotonin-related side effects associated with it.

1    Q.    Okay.  Let's look at one of the other papers.  Let's

2    go back to the slide.

3              Let's look at Driessen II, 1992 paper.  It's

4    Defendants' Exhibit 694.

5              Professor Martin, do you recognize Defendants'

6    Exhibit 694, and what is it?

7    A.    Yes.  This is another paper by Driessen.  Driessen was

8    studying the other mode of action in this series of papers.

9    He recognized that these compounds were opioids, and he was

10   studying this non-opioid contribution to the analgesic

11   effect.  So this was published in 1993, and essentially now

12   he's looking at the effects of tramadol on norepinephrine

13   reuptake.

14   Q.    Okay.  Let's put up Table 2 on Exhibit page four,

15   right-hand column at the top.

16             Professor Martin, what does this tell you about

17   the substances that were tested in this paper in terms of

18   whether they were mixtures or individual tramadol and

19   O-desmethyltramadol enantiomers?

20   A.    Well, so in this paper, we're studying everything.

21   We're studying tramadol --

22   Q.    Mixture ?

23   A.    The mixture, we're studying O-desmethyltramadol as a

24   mixture, and we're studying each of the individual

25   enantiomers of tramadol and each of the individual

1    enantiomers of O-desmethyltramadol.

2    Q.    Okay.  And here, is this reporting on binding to the

3    noradrenaline receptor?

4    A.    Yes.  Basically what they're looking at is how -- how

5    potent are these compounds at releasing norepinephrine.

6    Q.    Which is a reflection of how strongly they're binding

7    to the receptor?

8    A.    Well --

9    Q.    Go ahead.

10    A.    It's not a simple question like that.  I think what

11    we're looking for is how they interact with this reuptake

12    system, and it's a little more complicated than just a

13    receptor.  But yes, a receptor is involved.

14          And so I think the lesson to be taken from this is

15    that the minus enantiomers seem to be the best.  So minus

16    tramadol is 1.6, so it's roughly twice as good as the

17    mixture of tramadol, and the minus enantiomer of

18    O-desmethyltramadol is about the same potency.  So both of

19    those are very potent in this system and about the same.

20    Q.    So as compared to the plus enantiomer of tramadol, the

21    minus enantiomer is more potent in this assay; is that the

22    conclusion?

23    A.    Correct.

24    Q.    And with respect to the O-desmethyltramadol metabolite

25    mixture, the minus enantiomer is more potent than the plus

1    enantiomer; is that --

2    A.    Yes, that's correct.

3    Q.    -- what the data show?

4    A.    Right.  And the minus enantiomer is also more potent

5    than the mixture.

6    Q.    And how does this data inform a person of ordinary

7    skill in the art about selecting a lead compound among this

8    mixture -- of mixtures and individual compounds?

9    A.    So these data suggest that if you were to select

10   things, like I said at the beginning, the minus enantiomers

11   look to be -- well, they are the more potent -- the more

12   potent compounds in this assay, and they're comparable.  And

13   so each one of these prior art references, we're looking at,

14   you know, what is the lesson learned and what is the potency

15   and so forth and so on.  And so at the end, you kind of put

16   all of that together and say, okay, so which is going to be

17   my best -- my best starting point.

18   Q.    Okay, and these are all references that existed in the

19   literature prior to the filing date of the Buschmann; right?

20   A.    Yes, and I think all of these references are

21   Grunenthal references, too.  They're from, within that

22   company.

23   Q.    Okay.  Let's look at the next paper.  This will be the

24   Raffa II paper, 1993 Raffa II paper, Defendants' Exhibit

25   733.

1          And do you recognize what's been marked as

2     Defendants' Exhibit 733, Professor Martin, and what is it?

3     A.    I do.  It's, as you represented, it's the Raffa II

4     manuscript -- paper, sorry.  It was published in 1993, it

5     looks like, and it was a "Study on the complementary and

6     synergistic antinociceptive interaction between the

7     enantiomers of tramadol."

8          MR. CAPUANO:  Okay.  Ted, if you could put the

9     abstract at the top of the screen and then Table 1 and

10    Exhibit page four at the bottom of the screen.

11    Q.    Okay.  Professor Martin, take us through the data.

12         MR. CAPUANO:  And also, Ted, if you could

13    highlight here on the left-hand side of the abstract,

14    starting with the plus enantiomer K1 values, and down to

15    here.  Maybe blow that up, and just pull it up a little bit

16    so we can see the top of the table.  There you go.  Good

17    enough.  Thank you.

18    Q.    Professor Martin, can you summarize the key findings

19    from this data and this paper as they relate to your opinion

20    regarding selection of a lead compound by 1994 for further

21    development of an analgesic?

22    A.    Yes.  I mean, in words, it summarizes -- the key

23    points are summarized in the abstract, but I think in this

24    particular case, I think it's easier to look at the table

25    and figure out what's going on.

1          So we're comparing tramadol as the racemate, as

2     the mixture, and we've got the two individual enantiomers,

3     and we're looking at how well these different compounds

4     interact with different receptors.  And so there's a Mu

5     receptor that's a Mu-opioid receptor.  There's the delta and

6     kappa which for all intents and purposes aren't very

7     important here, and then there's the NE, that's the

8     norepinephrine receptor, and then the 5-HT, which is the

9     serotonin receptor.

10          And so again, in this table, lower is better, and

11    so you can see from the binding at the Mu-opioid receptor

12    the plus tramadol is much better than minus tramadol, and

13    there's not a whole lot of difference between tramadol and

14    minus tramadol -- and plus tramadol, not even a factor of

15    two.

16          And then if you look at -- under the NE column,

17    you see that minus tramadol has its greatest effect, has the

18    greatest effect at the norepinephrine receptor --

19    Q.    And again, lower numbers mean?

20    A.    Minus is better, right, lower number is better.

21          And then if we go to the serotonin receptor, it's

22    plus tramadol that has the best affinity.

23    Q.    Okay, and that serotonin affinity, that's the affinity

24    that is related to the serotonin side effects that you

25    talked about.

CHARLES P. McGUIRE, C.C.R.

1    A.    Right.  Right.  Right.  And so it is the most potent

2    binder, that serotonin receptor.

3    Q.    Go ahead.  Sorry.

4    A.    Well, I guess the next thing is, what do I conclude

5    from this?

6              So, you know, plus tramadol -- I mean, minus

7    tramadol it looks like has very little Mu-opioid activity,

8    so it's certainly not going to have a lot of analgesic

9    effect associated with its binding at that site.  The

10   analgesic effect it does have will result from its

11   interaction with norepinephrine.

12             Plus tramadol on the other hand I would say has

13   significant affinity for all three of these.  The Mu-opioid

14   receptor is the best of the three.

15             At the norepinephrine, it's weak, but not

16   insignificant.

17             And then at the serotonin receptor, of course,

18   we said it's the best.

19             And so there's kind of a balance here.  When I

20   say it's -- the norepinephrine affinity is not bad for it,

21   it's comparable to the Mu affinity of the tramadol mixture.

22   So it's 2.1 versus 2.5, so it's very similar.

23             So really, plus tramadol has not dual mode of

24   action, perhaps; it has maybe triple mode of action, with

25   serotonin being maybe the one you don't want.  But it's got

1    a triple mode of action.

2    Q.    Okay.

3    A.    So maybe -- it's the one that has perhaps the best

4    balance amongst these different receptor activities.

5    Q.    Let's go back to the slide.

6          Okay.  And then let's look at the final paper you

7    have listed here, the Sevcik 1993 paper, Defendants' Exhibit

8    736.

9          Do you recognize Defendants' Exhibit 736,

10   Professor Martin, and what is it?

11   A.    Right.  This is a paper by Sevcik, published in 1993,

12   and it's a study of the "Effects of the central analgesic

13   tramadol and its main metabolite, O-desmethyltramadol, on

14   rat locus coerleus neurons."  The locus coerleus is the part

15   of the brain that senses nociceptive pain, so it's relevant

16   to the analgesic effect we're trying to find, to study.

17   Q.    And let's look at summary point four.

18         Okay.  So try to explain to us, what's going on in

19   these experiments?  How are these experiments being

20   conducted and what substances are being tested?

21   A.    So to the question of what substances are being

22   studied, you see that plus -- sorry, minus tramadol is being

23   studied.  Here's plus O-desmethyltramadol being studied.

24   Here's plus tramadol being studied, and here's minus

25   O-desmethyl.  So this is the study of the individual

CHARLES P. McGUIRE, C.C.R.

1    enantiomers.

2    Q.    Okay.

3    A.    And the other two compounds that are listed here,

4    well, actually, naloxone -- yes, naloxone and rauwolscine,

5    these are antagonists.  So naloxone is a opioid antagonist,

6    and I'll explain this a bit more in a second, and

7    rauwolscine is a norepinephrine antagonist.

8         And so what they were looking at was what is the

9    mode of action of these different enantiomers.  Are they

10   single, do they interact with the norepinephrine, the

11   opioid, or both.

12   Q.    And by introducing either rauwolscine or naloxone or

13   both, are they able to determine which of the actions each

14   of these individual compounds has?

15   A.    Correct, and so they determine that minus tramadol,

16   because of the effect of rauwolscine, is primarily

17   interacting with the alpha two adrenergic receptor, which is

18   the norepinephrine one.

19   Q.    Because the presence of rauwolscine turns off the

20   action?

21   A.    It turns off the action, right.  It's an antagonist.

22   It turns off the action of the minus tramadol.

23        And then plus tramadol is an opioid, because its

24   action is turned off by Naloxone, which is an opioid

25   antagonist.  But in the case of plus tramadol and minus

1    O-desmethyltramadol, you needed both of these in order to

2    wipe out the analgesic activity.  So that experiment tells

3    you that tramadol and O-desmethyltramadol act by two modes

4    of action, and those modes of action are the opioid and

5    norepinephrine pathways.

6    Q.    Okay.  So let's go to point eight in the summary, and

7    is that what -- can you explain how this relates to the

8    summary that you just gave?

9    A.    Yes, I just said that.

10         (Laughter)

11   A.    Do you want me to read it?

12   Q.    No, it's in the Exhibit.

13   A.    And I think the important thing here is, since we

14   started talking about dual mode of action, what we know at

15   this point fairly conclusively is that two of these

16   compounds, two of these individual compounds, the plus

17   tramadol and the minus O-desmethyltramadol, have a combined

18   mode of action relating to Mu-opioid and norepinephrine

19   reuptake.  Or the alpha two adrenergic.

20   Q.    Okay.  So in reviewing these papers that studied the

21   various mixtures of tramadol isomers, mixtures of

22   O-desmethyltramadol isomers, and each individual component,

23   are there take-home messages for these four papers?

24   A.    Yes.  Yes.

25   Q.    And can you go through them?

CHARLES P. McGUIRE, C.C.R.

A.    If I can remember these exactly.

So we haven't really talked much about Flick or
Frankus, but Hennies essentially informed us that the
hydroxy compound O-desmethyltramadol was about threefold
more potent than tramadol itself.  And then these are the
mixtures, these are the racemates, these are the mixtures
and enantiomers.

Driessen, he studied the serotonin aspects, you
know, the extent to which these compounds interacted with
the serotonin reuptake system or receptor, and what he found
is that -- let's see -- that the tramadol and its two
enantiomers are I would say reasonably potent, but the
racemic O-desmethyltramadol tramadol was not very potent
against that receptor, so it had weak activity.

And Driessen II, we studied the norepinephrine
reuptake system, and we found the lesson there was the minus
enantiomers are the better ones.

And Raffa III -- II, sorry, we studied -- we found
out that the plus isomer of tramadol is probably the better
of the three possibilities.

And in Sevcik, we learned that plus tramadol and
O-desmethyltramadol are -- plus tramadol and minus
O-desmethyltramadol have a dual mode of action.

There's another conclusion that we didn't talk
about that I think is important and formed my opinion, and

1        that is that -- if we could look at the summary bullets

2        again, there was a point in there where -- actually, I

3        didn't comment on it, in that first bullet that you showed?

4        It suggests that the -- we're looking at that exhibit --

5        Q.      From Sevcik?

6        A.      The Sevcik paper.

7        Q.      Okay.  Let's bring back up Sevcik, Exhibit 736.

8        A.      Something I forgot to mention because I realized I was

9        maybe getting longwinded on my explanation.  I'm sorry.

10              No, it's not that one.

11              Go to four.

12              Right.

13              So there is certainly the suggestion here in this

14       last sentence that O-desmethyltramadol is three times more

15       potent than tramadol itself because the concentration they

16       use for tramadol is three times what the concentration they

17       use for O-desmethyl to see the same effects.

18       Q.      And when you say tramadol, you mean plus tramadol?

19       A.      I'm sorry.  Plus tramadol and minus

20       O-desmethyltramadol.  So minus O-desmethyl looks like it may

21       be three times more potent than plus tramadol.

22       Q.      Okay.  So let's go back to the slides, and putting

23       this all together now after your review of the prior art,

24       and considering the body of literature that existed prior to

25       July 1994 for tramadol and its metabolite and its mixtures

CHARLES P. McGUIRE, C.C.R.

1    and enantiomers, what would a person of ordinary skill in

2    the art select as a lead compound for developing an improved

3    analgesic?

4    A.    Well, let's take this stepwise.

5            I think initially our goal was to find something

6    with the dual mode of action.  That was what tramadol --

7    that's what got our attention at the beginning.  And so we

8    learned that only two of these have that dual mode of

9    action.  Maybe R,R has three, R,R and tramadol may have

10   three.  So these are the two that have that dual mode of

11   action.

12           Of these two, our analysis, my analysis of the

13   prior art says that this S,S O-desmethyltramadol is the

14   better of the two.  It has, as I said a minute ago, the dual

15   mode of action.  There's no metabolism that's necessary, so

16   people without enough cytochrome P450 enzymes can use this

17   drug, we don't have to rely on metabolism.

18   Q.    That's because the methyl group is already off; right?

19   A.    The methyl group is already off.

20           It's more active than R,R tramadol.

21   Q.    I'm sorry, which is the other compound --

22   A.    Which is tramadol, the other compound -- it

23   disappeared.  But the other compound with dual mode of

24   actions.

25           And it has low serotonin activity.

CHARLES P. McGUIRE, C.C.R.

224

1           So for those four reasons, this would be the most

2     promising of all of them.

3     Q.    And in arriving at your conclusion about what the lead

4     compound would be for that person of ordinary skill in the

5     art at the time, in 1994, did you consider anything that

6     wasn't -- did you consider anything that was published on or

7     after July 1994?

8     A.    No.

9     Q.    Did you look at the '593 patent in arriving at your

10    conclusion with regard to what the lead compound would be?

11    A.    No.

12    Q.    Did you look at any Grunenthal documents to arrive at

13    your conclusion about what the lead compound would be?

14    A.    No.  This was all an analysis in my opening report,

15    and it was all absent any information from Plaintiff.

16    Q.    And nevertheless, are you aware that Plaintiffs have

17    criticized your selection of the lead compound as being

18    driven by hindsight?

19    A.    I am.

20    Q.    And what is your understanding of Plaintiffs'

21    criticism of your lead compound analysis?

22    A.    I don't understand it.

23    Q.    Well, do you understand what they're criticizing you

24    of doing?

25    A.    Well, yes, I think what they're criticizing me of

CHARLES P. McGUIRE, C.C.R.

1    doing is starting with tapentadol and working my way back to

2    tramadol.

3    Q.    And was tapentadol described in any of the papers that

4    you considered and relied on for your opinion about what

5    would be a lead compound?

6    A.    No, tramadol -- I'm sorry, tapentadol wasn't known at

7    the time.

8    Q.    And so do you agree with Plaintiffs' criticism that

9    you worked backwards from tapentadol with perfect hindsight

10   and arrived at this compound as your lead compound?

11   A.    No, I don't agree at all.

12             MR. CAPUANO:  Okay.  Your Honor, we're going to go

13   to the next of the three steps, and if we're looking for a

14   break, this might be a good time.

15             THE COURT:  I think that sounds like a perfect

16   time.

17             All right.  Let's take a few minutes for a break.

18             I will tell the witness that you may be released

19   from the stand right now, but you remain under oath, and

20   since you still are testifying, you cannot talk to your

21   counsel about your testimony.

22             And everyone else can take a break, stretch out a

23   little bit, and we'll come back and revisit the issue.

24             All right.  Thank you very much.

25             THE COURT CLERK:  All rise.

1          (Recess taken)

2                    THE COURT CLERK:  All rise.

3                    THE COURT:  All right.  Everyone, have a seat.

4                    The witness resumed the stand.)

5                    THE COURT:  We got a little longer break.  Sorry

6      about that.  I was attending to a couple of things.

7                    So let's begin.  Thank you.

8                    Any estimate as to the time for this witness?

9                    MR. CAPUANO:  We've got a ways to go, maybe at

10     least another half.

11                   THE COURT:  A half.  Okay.

12                   MR. CAPUANO:  At least another half.

13                   THE COURT:  At least another half.

14                   And what are we thinking in terms of cross?  Any

15     kind of estimate?

16                   MR. BEST:  My guess is sort of hour to an hour and

17     a half.

18                   THE COURT:  All right.  So it sounds like he may

19     not be finished tonight, then.  All right.  And he's

20     prepared to come back tomorrow?

21                   All right.  So let's keep going and see how much

22     ground we cover.  Thank you.

23                   MR. CAPUANO:  Thank you, Your Honor.

24     BY MR. CAPUANO:

25     Q.    Professor Martin, you had indicated a sort of

1    three-step process that you went through, and we've looked

2    at the first step, which was selecting a lead compound, and

3    now let's turn to the second step that you've identified

4    here which is "identify pharmacophore of lead compound,

5    study prior art to learn SAR."

6          So having arrived at a lead compound, what would

7    be the next step a person of ordinary skill in the art would

8    take in developing a new and improved analgesic starting

9    with tramadol for in particular minus O-desmethyltramadol?

10   A.    Okay.  So as the bullet says, we need to essentially

11   study the prior art and what the prior art says about

12   structure activity relationships for this lead compound to

13   the extent we find information, and as I said earlier, part

14   of this will be to identify the pharmacophore, that is, the

15   part of the molecule that's essential for biological

16   activity.

17   Q.    Okay.

18          THE COURT:  And also, I just want to remind the

19   witness, but you remain under oath, sir, so we're not

20   re-swearing you in.  All right?

21          THE WITNESS:  Okay.  Thank you.

22          THE COURT:  Thank you.

23          Go ahead.

24   BY MR. CAPUANO:

25   Q.    And Professor Martin, was there any prior art

1    available before 1994 that would have informed a person of

2    ordinary skill in the art to determine the pharmacophore for

3    tramadol, in particular minus O-desmethyltramadol?

4    A.    Yes, there was.

5          MR. CAPUANO:  Okay.  And let's have first

6    Defendants' Exhibit 715.  The next page.

7    Q.    Professor Martin, do you recognize what's been marked

8    as Defendants' Exhibit 715?

9    A.    Yes.  This is the German version of a paper by Flick.

10   I think this was published in 1978.  My German pronunciation

11   is not very good anymore, but perhaps we could have the

12   English version.

13         MR. CAPUANO:  Yes, let's have the English version.

14   Actually let's have Exhibit -- and I mentioned this before

15   when Dr. Buschmann was on the stand.  Deposition Exhibit 108

16   from Professor Roush is the best photocopy we have of the

17   English translation.

18         No, it's in Exhibit 108 from the Roush deposition.

19         I believe the English translation is in the prior

20   art binder, and it's also included with the binders we

21   handed out.

22         This was used in the cross-exam with

23   Dr. Buschmann, if that's helpful, Ted.

24         Well, let's use the ELMO, Your Honor, if that's

25   acceptable.

CHARLES P. McGUIRE, C.C.R.

1                  THE COURT:  That's fine.  Yes, that's fine.

2                  MR. CAPUANO:  We've got a lot of this summarized

3       on slides.

4       Q.    Okay.  Well, this has some of my highlighting on it,

5       so we won't use all of it.

6       Q.    Professor Martin, do you recognize the document that's

7       shown here on the screen?

8       A.    Yes, this is the English translation of that article

9       that you just had up, "Studies on the chemical structure and

10      the analgesic activity of phenyl-substituted

11      aminomethylcyclohexanols," and so these phenyl substitute

12      aminoclohexanols are compounds that have the structure of

13      tramadol, so essentially this is one of the things I

14      referred to earlier.  It's a study of structure activity

15      relationships.

16                 MR. CAPUANO:  Okay.  And just go to the slides,

17      Ted.  I think that would probably be the easiest thing to

18      do.

19      Q.    Professor Martin, you've reviewed the Flick 1978 paper

20      as part of your work in this case; is that right?

21      A.    I have.

22      Q.    Okay.  And can you explain for the Court how -- well,

23      what the Flick paper presents in terms of structure activity

24      relationships for these compounds?

25      A.    Right.  Well, it presents a number of aspects of the

1    structure activity relationships, and so what he's looking

2    at specifically is how changes in structure affect analgesic

3    activity.

4              And this particular slide, and in this particular

5    slide what he's looking at is basically the effects of

6    changing the substitution on this nitrogen atom here.

7              MR. CAPUANO:  Can you blow this up a little bit

8    here?

9              Oh, it's a PowerPoint, so you can't.

10   A.    So he's looking at changes of these R groups, which

11   are these R groups here.  From memory, I think they're 3 and

12   4.

13   Q.    Okay.  So there are two groups on this nitrogen 1

14   labeled R3 and one labeled R4; is that right?

15   A.    That's correct.

16   Q.    Going back, and I apologize, groups on the nitrogen

17   atom there, how does this table relate to changes in those

18   groups?

19   A.    Okay.  There's several parts of this table that we'll

20   go through, but the first part involves the first three

21   entries, these first three compounds here, and the way these

22   R groups are being varied in these first three entries, as

23   you pointed out, or as I pointed out, or maybe we both

24   pointed out, would be these R groups are the substituents,

25   the R3 and R4 on this nitrogen atom.  And so if you have as

1    R3 and R4, you have Hs, that compound would be called a

2    primary amine.  So there's a categorization of amines based

3    on primary, secondary and tertiary, and that's probably

4    language that's been used already in these proceedings, but

5    if there is -- there are three substituents on the nitrogen,

6    it's tertiary; if there's two substituents, two carbon

7    substituents on the nitrogen, it's secondary; and if there's

8    only one carbon substituent, it's primary.  So this first

9    entry has one carbon substituent, both these carbons are Hs

10   and so it's primary, and you can see that when you look at

11   the activity of that compound, essentially, there's no

12   analgesic activities at the maximum dose they looked at.

13           If you look then at the compound where one of

14   these R,S is H and one of them is a methyl group, that's

15   this compound, this compound also seems to be devoid of any

16   analgesic activity.

17           But when -- both of these R groups are methyl

18   groups, CBCH3 groups, and that now we call a dimethylamino

19   group because there's two methyls and an amino group, that

20   compound now has quite nice analgesic activity.

21   Q.    Okay.  So what they've done is, they've kept

22   everything else the same.  This first column is R1.  That's

23   the group on the phenyl ring; is that right?

24   A.    Right, that's maintained the same.  R2 is maintained

25   the same.

CHARLES P. McGUIRE, C.C.R.

1    Q.    R2 is this group here on the bridge carbon, what they

2    call the bridge carbon?

3    A.    Correct.

4    Q.    So they've kept those things the same, and they've

5    varied the nitrogen by either taking one or two methyl

6    groups off and replacing them with hydrogen.  Is that what's

7    happened here?

8    A.    Well, the way the table is arranged, it looks like

9    it's the opposite, but yes, that's essentially it.

10   Whatever.  It's the same thing, yes.

11   Q.    Okay.  And when they did that, when one methyl group

12   is replaced with hydrogen or when both methyl groups are

13   replaced with hydrogen, the analgesic activity disappears.

14   Does that looks like what happened?

15   A.    That's correct.

16   Q.    And now, L 201 that's listed here, that's the compound

17   with the two methyl groups on nitrogen?

18   A.    That's correct.

19   Q.    Okay.  And you understand that that is tramadol?

20   A.    Yes, that has the formula -- structural formula of

21   tramadol.

22   Q.    Okay.  Does it include the S,S and R,R enantiomers of

23   tramadol?

24   A.    It does.

25   Q.    Does it also include the S,R and the R,S enantiomers

1    of tramadol?  Do you know that from this paper?

2    A.    You don't know that from this paper, no.  This paper

3    is silent on the presence of diastereomers.

4    Q.    Is there any other information that you have in the

5    prior art that might inform you as to what exactly is L 201

6    with respect to whether it's just the two tramadol isomers

7    or also the other two R,S and S,R isomers?

8    A.    Yes, the other paper that presents information on this

9    is a paper by Frankus, one of the coinventors of tramadol

10    and also co-author on this paper, and he's studied that, so

11    he's the one -- you know in reading his paper that this

12    L 201 is the mixture you referred to, the so-called R,R,

13    S,S, R,S and S,R.

14    Q.    Okay, and we'll look at Frankus in a little bit.

15        Do you know if this L 201 is predominantly more

16    R,R S,S, or R,S S,R?

17    A.    I -- I can make a reasonable guess based on the

18    Frankus paper, yes.

19    Q.    Okay, and we'll look at that in a bit.

20        I'll just show you on the ELMO, the authors of

21    this paper have summarized just below, just in table -- in a

22    section called 3.2.1 a heading called "Group I,"

23    "Substitution on the amine nitrogen."  Do you see that?

24    A.    I do.

25    Q.    And what are the authors concluding from the data you

1    looked at?

2    A.    Well, this actually summarizes more than the data

3    we've discussed, but it's still the same conclusion.

4    Q.    Just focus on the data that we just discussed, please.

5    A.    It says that "The dimethylamino derivative has the

6    strongest analgesic activity."

7    Q.    And then continuing on?

8    A.    "This is already lost entirely when one methyl group

9    is replaced by a hydrogen atom.  The bis-desmethyl

10   derivative E450 is also inactive as an analgesic."

11   Q.    Now, How do you relate this to your opinion regarding

12   the tramadol or minus O-desmethyltramadol pharmacophore?

13   A.    Well, based on what we've analyzed so far, it says

14   that you need -- the dimethylamino group is important, and

15   that based on the information we looked at, it also says

16   that -- well, another way of saying it is that the primary

17   means and secondary means are not good.

18   Q.    Okay.  And these authors also in the Discussion

19   section, at section 2 of the Discussion section discuss

20   replacement of one or both methyl groups with hydrogen; is

21   that right?

22   A.    That's right.

23   Q.    And what do they conclude based on this data?

24   A.    Well, again, they say "The analgesic activity is

25   associated with the dimethylamino group.  The replacement of

CHARLES P. McGUIRE, C.C.R.

1    one or both methyl groups with hydrogen eliminates the

2    activity."

3    Q.    Okay.  Let's go back to the slide.

4          Okay.  And continuing in Table 3 -- well, there's

5    your -- that's the conclusion that you just made?

6    A.    Yes.

7    Q.    And can you just read that conclusion into the record?

8    A.    Oh.  I'll read it again.  Yes.  "Primary and secondary

9    amine derivatives of tramadol are much less active as

10   analgesics."

11   Q.    Thank you.

12         And then continuing, here's another highlighted

13   portion that you've made of Table 3.

14         What's the take-home message here?  What are the

15   key points here with respect to your opinion?

16   A.    Well, basically what's being done here is looking at

17   other groups other than methyl as substituents for R3 and

18   R4, taking less --

19   Q.    I'm sorry.  We're still keeping R1 and R2 the same?

20   A.    R1 and R2 will remain the same

21   Q.    And now we're making changes from L 201's two methyl

22   groups.  What are we doing now?

23   A.    We're changing those to two substituent groups.  In

24   the next case down, I can't read that --

25   Q.    L 228.  Do you see that?

1    A.    Yes, L 228, you're replacing them it looks like with

2    ethyl groups, so instead of methyl, this is a two-carbon

3    group called the ethyl group.  So you replace both of them,

4    the activity goes away.

5    Q.    Sorry.  So that's instead of one carbon, now we have

6    two carbons on each nitrogen?

7    A.    Right.  So we're comparing these all with the sort of

8    parent, L 201.

9    Q.    Okay.  And each group, rather than being one carbon,

10    one CH3 methyl group, now each group is C2H5.

11    A.    That's correct.

12    Q.    And what happens to analgesic activity when you make

13    that change?

14    A.    It basically looks like it's abolished.  It's great,

15    they only measured this up to looks like 200 milligrams per

16    kilogram, and there was no activity.

17    Q.    So the highest dose they tested, they could not see

18    analgesic activity; is that right?

19    A.    That is correct, that's what it looks like.

20    Q.    And the next entry down, L 206, what did they change

21    here?

22    A.    Again, the only thing they're changing are these

23    groups on the nitrogen atom, and now they're changing them

24    both.  Both of those methyl groups that were up here in

25    L 201 are being changed to groups they call allyl groups,

CHARLES P. McGUIRE, C.C.R.

1    and an allyl group is -- well, it's three carbon atoms, and

2    it has a carbon-carbon double bond in it.

3    Q.    Okay, and what happens to activity?

4    A.    Again, the activity, basically, it goes away.  At the

5    highest dose they tested, there was no activity.

6    Q.    Okay, and the last two entries you have highlighted

7    here are L 208 and E 445.  What did they do the nitrogen

8    atom substituents and how did that affect analgesic

9    activity?

10   A.    Well, again, in this case the first example here,

11   L 208, they changed one of the substituents, one of the

12   methyl groups to a benzyl group, and that benzyl group is an

13   aromatic ring with one carbon atom, and the activity again

14   at the highest dose they tested, there was no analgesic

15   activity.  When they made both of these R groups on the

16   nitrogen atom, benzyl groups similarly, there was no

17   activity at the highest dose they tested.

18   Q.    Okay.  And now let's go to the ELMO for a second.

19          Looking at the English translation of the Flick

20   1978 paper, section 3.2.1, how do the authors of this paper

21   characterize the changes that you just made as they impact

22   analgesic activity?

23   A.    So reading from here, and I'll have to go read it on

24   my monitor, it says "Likewise the replacement of the methyl

25   groups by higher homologs such as ethyl (L 228), allyl

1    (L 236) or benzyl groups (L 208, E 445) also leads to

2    disappearance of the analgesic activity."

3    Q.    And Professor Martin, if it is easier, you do have the

4    paper copies.

5    A.    Oh, yes, I've got -- yes, I don't have that out.

6    Q.    Okay.

7    A.    And it's easier for me to look here because I have to

8    find it in the other copy.

9    Q.    Understood.

10          Okay.  And how do you summarize this data?

11    A.    Well, basically similarly.  I summarize it by saying

12    "replacing the methyl groups, these CH3 groups with other

13    alkyl groups results in significant loss of...activity."

14    Q.    And these authors did one more thing with this group.

15    What's being presented in this table with respect to the

16    things they kept the same and the things that they varied on

17    the nitrogen atom?

18    A.    Okay.  So once again, they're keeping everything the

19    same except what's on the nitrogen atom, so the R1 group --

20    the substituent on the aromatic ring and the OH is the same

21    -- there we go -- the OH is the same.  And so what we're

22    changing are these R groups on the nitrogen atom.  And now

23    these are -- these are cyclic groups, these are rings, so if

24    you see this little sort of space here, the nitrogen atom

25    would be in here, in this particular example the nitrogen

1    atom is in a five-membered ring with four carbon atoms and

2    the nitrogen atom.  When you do that, you abolish activity.

3          If you put the nitrogen atom up here so you make

4    it part of the ring, this time the ring contains two carbon

5    atoms -- four carbon atoms, I'm sorry -- totally and an

6    oxygen atom.  That also abolishes activity.

7          The nitrogen atom is part of a six-membered ring,

8    so we've got four -- five other carbon atoms and the

9    nitrogen atom, that also abolishes activity.

10   Q.    Okay, and when you say they make a ring, looking at

11   the structure, this nitrogen combined with R3 and R4,

12   together, these are all part of a ring; right?

13   A.    Correct.

14   Q.    And compounds L 218, L 206 and L 225, right?

15   A.    That is correct.

16   Q.    Okay.  And then looking at the ELMO again, in the

17   conclusions of this paper, what did the authors conclude

18   with regard to possibilities for substitution on this

19   nitrogen atom?

20   A.    Well, they basically concluded it's extremely limited.

21   They say "In the phenyl cyclohexanols, the substitution

22   possibility on the nitrogen is extremely limited.  Among all

23   of the amines investigated, only the dimethylamino group

24   showed analgesic activity."

25   Q.    And other than the Flick 1978 paper that we're looking

1    at, are you aware of any other publications dated prior to

2    1994 where this substitution pattern on nitrogen in these

3    compounds, these compounds that include tramadol and other

4    cyclohexanols, are you aware of any other paper that

5    conducted a structure activity relationship study with

6    respect to that group?

7    A.    No, I'm not aware of any other studies that looked at

8    that.  This is the -- the only one.

9    Q.    Okay.  Well, let's look at some other things that were

10   varied in the Flick 1978 paper.

11          Here's your conclusion slide on the dimethylamino

12   group, and what is your conclusion with respect to things

13   that are taught in the Flick paper with regard to this

14   substitution?

15   A.    Well, these actually are not my conclusions.  These

16   are lifted from the paper itself.  So these are statements

17   by the authors, by the people who did the work.  These are

18   their conclusions.  They say "The analgesic activity is

19   associated with the dimethylamino group.  The replacement of

20   one or both of the methyl groups with hydrogen eliminates

21   the activity.  Substitution with higher alkyl groups or with

22   substituents in which the nitrogen was integrated into a

23   ring system also leads to loss of effect."

24          And then I think we said this before, didn't we,

25   that "In the phenyl cyclohexanols the substitution

CHARLES P. McGUIRE, C.C.R.

1    possibility on the nitrogen is extremely limited.  Among all

2    of the amines investigated, only the dimethylamino group

3    showed analgesic activity."

4    Q.    Okay, and what do you say at the top?

5    A.    Well, yes, so in my -- what's been at the top of all

6    these slides is the fact that this dimethylamino group is

7    important and it should not be changed.  It is part of the

8    tramadol pharmacophore.

9    Q.    Okay, and I just want to note for the record that

10    Defendants' Exhibit 834 is the English translation of the

11    Flick 1978 paper, although the photocopy quality is not very

12    great.

13         Let's look at some other things that Flick changed

14    in his structure activity relationship study.

15         Now, this is in Table 4 of Flick.

16         Can you tell us, Professor Martin, walk us through

17    what's being varied here, what's being kept the same and how

18    the changes influence analgesic activity?

19    A.    Well, this table actually shows a number of things,

20    some different things going on.  So let's focus first on

21    what I've got here, and that has to do with the substituent

22    on the bridge carbon, and it's saying it may be changed.

23    Again --

24    Q.    I'm sorry.  Can you just explain, clarify what you

25    mean by the bridge carbon?

242

1    A.    I was just about to.

2    Q.    I'm sorry.

3    A.    So the bridge carbon is a term that is used by the

4    authors, and it is --

5    Q.    Is it this group that --

6    A.    Yes.

7    Q.    -- at R2?

8    A.    Right, it's at group R2.  So the bridge carbon is the

9    carbon to which R2 is attached.  It's the same carbon atom

10    that is attached to the phenyl ring, the aromatic ring, and

11    is a carbon in the chain, the three-carbon chain that links

12    the aromatic ring with the dimethylamino group as you're

13    showing on the slide, right.

14            So the question is, is, what can we do, what

15    changes in substitution can we make at that carbon atom and

16    retain biological activity?

17            And so I've highlighted three examples here --

18    three things here, again starting with L 201, and in all of

19    these examples, the substituent on the aromatic ring is the

20    same, it's methoxy, and if you could -- okay, mine's working

21    again.  So the methoxy is the same in all of these cases.

22    The dimethylamino group is in all of these cases, so both of

23    these R groups are methyl in all these cases.

24            So those are staying constant, as well as the ring

25    size, and which we'll come to momentarily.  The ring size in

CHARLES P. McGUIRE, C.C.R.

1     these three examples is constant.

2              MR. CAPUANO:  Your Honor, may I give the witness

3     maybe a better laser pointer?

4              THE COURT:  Yes, definitely.  Go ahead.

5              MR. CAPUANO:  Maybe that will work better.

6              THE WITNESS:  Oh, yes.  Okay.

7     A.    So do you want me to go through --

8     Q.    What I'd like you to do is explain the activity

9     chains, going for example from L 201 to E 609.

10    A.    Okay.  So in that particular chains, we are converting

11    this R group from a hydroxyl group that's here to a hydrogen

12    atom, which is down here.  And so the question is what's the

13    effect of doing that.

14              And so you can see over here this is the analgesic

15    activity, which is the biological readout here, analgesic

16    activity for OH, and we'll just focus on these numbers

17    outside the parentheses for the moment, is 16, and I'll

18    round it off, and down here it's 24, it's about, almost 24.

19    Q.    Okay.

20    A.    So there's a -- the author's described this as a

21    slight loss of activity.

22              If I look at this and consider the -- what's in

23    the brackets here, I see overlapping arrow bars, overlapping

24    results here, so I would say they're comparable, but there's

25    no real loss of activity by making that replacement.

CHARLES P. McGUIRE, C.C.R.

244

1    Q.    Okay, and let's look at what the author said in

2    section 3.2.2.2 of the paper with respect to that compound

3    E 609.  Do you see that?  It's highlighted here.

4    A.    Right.  Right here.  So E 601, which has a hydrogen

5    substituent on bridge carbon C1, and skipping a little bit,

6    "should have no analgesic activity," because it doesn't

7    correspond to the structure of the morphine analgesic.

8    Q.    Let me just interrupt you there.  I apologize.

9              What is your understanding of the meaning of this,

10   that with the hydrogen there at the bridge carbon it no

11   longer corresponds to the general formula of the morphine

12   analgesic?

13   A.    So I talked about this briefly when we had the Hennies

14   article up.

15             Do we need to get that up again?

16             Essentially, what it's saying is that that bridge

17   carbon and the morphine-related compounds is always fully

18   substituted.

19   Q.    And by "fully substituted," do you mean has four

20   nonhydrogen substituents on it?

21   A.    Yes, it has four nonhydrogen atoms associated with it.

22   Q.    Okay.  Please continue.

23   A.    Okay.  So their thought, I think, when they did this,

24   was that, their prediction was that it should not have any

25   analgesic activity.

CHARLES P. McGUIRE, C.C.R.

1              However, they say, "The prediction was not

2    confirmed for compound E 609.  This substance, with an ED50

3    of 23.6 milligrams per kilogram p.o.," which is oral, per

4    os, "has strong analgesic activity."

5    Q.    Okay.  So going back to the slide, what does this tell

6    you about that group, that bridge carbon group R2?  You have

7    here in your statement that it may be changed.  At the top.

8    A.    Ah.  Right.  So I'm saying that substituent on the

9    bridge carbon may be changed without significantly change --

10   altering or losing biological activity.

11   Q.    Okay.  Let's look at the next slide.

12              What are you showing in this slide?  This is the

13   same Table 4.  You've got a couple different rows

14   highlighted.  Can you explain what's being changed here?

15   What is the change that's being made and how does that

16   affect analgesic activity?

17   A.    Okay.  So, again, the benchmark compound is L 201,

18   where we have the OH, and now the difference between this

19   compound -- again, the ring size is the same, the

20   substituents on the aromatic ring are the same, the

21   substituents on the nitrogen atom are all the same, but what

22   we've done is, we've performed a reaction, and our organic

23   chemist would refer to these compounds as esters of this

24   hydroxy compound.

25   Q.    Okay.  And can you explain what an ester is and how

1    L 205 and L 204 differ in structure from L 201?

2    A.    Right.  So what's happened here is that we've replaced

3    this hydrogen on the OH with a -- well, that's what we've

4    done is we've replaced this hydrogen on the OH with this

5    group here, which is a carbon doubly bonded to an oxygen

6    atom with another carbon atom.  So that's a functional group

7    in organic chemistry, and that's an ester.

8    Q.    And when you make that change, what does the structure

9    activity result -- what does the structure activity resolve

10   with respect to analgesic activity?

11   A.    Again, it's -- it's virtually all lost.  At the

12   highest dose they looked at, this showed no activity.  It

13   looks like this may show some activity at 200 milligrams per

14   kg.  So you lose -- you lose biological activity.  You lose

15   analgesic activity.

16   Q.    So when we looked at the time change to hydrogen, you

17   said that was something that may be changed that shows that

18   the bridge carbon may be changed --

19   A.    Yes.

20   Q.    -- and here you're saying what, that -- what are you

21   saying here?

22   A.    Well, I'm saying we would not change the hydroxyl

23   group to groups like this.

24   Q.    Okay.  So some changes look like they might be

25   promising and others do not; is that right?

1    A.    That's exactly right.

2    Q.    Okay.  And let's continue.  This is Table 5 of Flick.

3          Can you tell us again here, now, what did Flick

4    change and what did those changes mean for analgesic

5    activity, and also, maybe in doing that, could you explain

6    what these little m's and p's are?  In the R1 column.

7    Sorry, sir.

8    A.    I've highlighted the two compounds that I would say

9    are most referred.  One is tramadol, one is the

10   desmethyltramadol.

11         What's not being changed is the nature of the

12   bridge carbon substituent, so that's OH in all cases.  The

13   substitution on the nitrogen is not being changed, so that's

14   this dimethylamino group in all cases.

15         And so what's being changed now is this

16   substituent R on the aromatic ring.

17   Q.    Okay.

18   A.    And it's being changed through a variety of things

19   you can see here.

20         Now, you asked about the m's and the p's.

21   Q.    Right, and -- go ahead.

22   A.    So this refers to the orientation on the aromatic

23   ring.

24         Maybe I could use the model.  I don't know.

25   Q.    If you could use the model to help.  It will at least

1    give us something to do with our hands.

2    A.    Yes.  I see people have been playing with it, so

3    hopefully it's still in its proper form.

4    Q.    So you have the -- what are you holding there?

5    A.    So this, Your Honor, is the model with two rings, and

6    this is the cyclohexane at the bottom.  And so this is the

7    aromatic ring.  This is the phenyl ring that we've been

8    talking about.  So there's one substituent here, and there's

9    another substituent over here.

10          So these two substituents are in a 1-3

11   relationship, and so that's referred to by organic chemists

12   as meta to each other.  If they were a 1-2 relationship to

13   each other, we'd call that ortho.  We don't have that up

14   here.  And with the 1-4 relationship, so a substituent on

15   this carbon atom, not this one, that would be para.  These

16   things here with nothing dangling on it are hydrogen atoms.

17   And so --

18   Q.    And so when you say one, two, three, four like that,

19   are you counting around the ring?

20   A.    I'm counting around the ring from the carbon atom that

21   is bonded to the cyclohexane ring.

22   Q.    Okay.  So if two things are on adjacent carbons, you'd

23   call that 1-2?

24   A.    1-2, or ortho.

25   Q.    And then 1-3 you would call?

1    A.    Meta.

2    Q.    And that's what m means in this table?

3    A.    That's what m means in this table.  And as you can

4    see, with two exceptions, R is a meta substituent.  The

5    first entry, there's no substituent, it's a hydrogen.  And

6    in an entry, I don't know, E 432, it's a paramethoxy group.

7    So that methoxy group is at the 4 position.

8    Q.    Okay, and then looking at what you have highlighted,

9    here you've highlighted L 201, which has meta O methyl.  Is

10   that right?

11   A.    That's correct.

12   Q.    And you're comparing that with L 235, which, again, is

13   still meta, still at the same position on the ring, but now

14   instead of O methyl it's O hydrogen; is that right?

15   A.    That is correct.

16   Q.    And this is the same difference between tramadol and

17   O-desmethyltramadol; is that correct?

18   A.    That is correct.

19   Q.    Okay, and when you make that change, when you go from

20   the meta O methyl that's in tramadol to the methyl

21   O hydroxy that's in O-desmethyltramadol, what happens to

22   analgesic activity?

23   A.    Well, it's much greater if you have the hydrogen, the

24   OH.  It gives you much better analgesic -- much better.

25   It's about a factor of three here.


CHARLES P. McGUIRE, C.C.R.

250

1    Q.    And then so with this data, does that give you any

2    information about the relative analgesic activity of

3    tramadol versus O-desmethyltramadol?

4    A.    Yes.    The tramadol has less analgesic activity.

5              I think another important point to make here also

6    is a column we really haven't talked about yet.    So there

7    are a number of biological readouts here.    There's a column

8    here I really haven't discussed, which is the toxicity,

9    which is something you don't want.    But the other important

10    thing is this therapeutic index.    And so this

11    desmethyltramadol has a threefold better therapeutic index,

12    too, so when you're making compounds for giving to humans,

13    you want to maximize the therapeutic index.

14    Q.    Okay.    So for that column, therapeutic index, it's

15    actually the higher number that's the more --

16    A.    That's correct.    It's essentially a ratio of the toxic

17    effects with the beneficial effects.

18    Q.    Okay.    I'm just looking at what the authors had to say

19    on the ELMO here in the bottom section of 3.2.3.    Do you see

20    where it says "substitution on the phenyl ring"?

21    A.    I'm sorry, point -- where are you -- oh, right.    Oh,

22    okay.    "Substitution on the phenyl ring."    Yes.    Yes, I do.

23    Q.    And what does it say about that compound, L 235, that

24    we just looked at?

25    A.    Let me read it.    I think it says it was maximum.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Sorry.  Oh, there you go.

2         (The document was redisplayed.)

3    A.    So it essentially says "The action maximum is seen

4    with the meta hydroxyl derivative (L235), for which an

5    analgesic ED50 of 5.2 milligrams per kilograms oral was

6    found."  So it's saying the meta hydroxy group is the best

7    group.

8    Q.    And what does it say about when you make that a methyl

9    group instead for L 201?

10   A.    It says "Conversion of the free hydroxyl group to the

11   methyl ether (L 201) weakens the effect to an ED50 value of

12   16.1," and to read further, we didn't talk about these

13   compounds, but extension to the ethyl, ether, L 233 or

14   conversion to the benzyl ether, L 230, causes a further

15   decrease in activity.

16        So of the various substituents on an oxygen atom,

17   alkyl groups, that is, nonhydrogen substituents, again, the

18   methyl group is the best.

19   Q.    Okay.  Let's go back to the PowerPoint, please.

20        Now, also in this table, you did note the one

21   compound where there's a parasubstituent.  Is that E 432?

22   A.    That is.

23   Q.    Okay, and can you compare E 432 with L 201 and talk

24   about what that change from meta in L 201 to para in E 432

25   means for analgesic activity?

1    A.    Yes.   There's a dramatic decrease.  So I mean, here is

2    the paramethoxy.  Everything else, again, is the same.   And

3    you can see if you look in the column for analgesic activity

4    that it's about 200, so that's saying that they had to go to

5    a dose of 200 milligrams per kilogram to see much of an

6    effect.

7    Q.    Okay.  So just moving that group, that OCH3 group from

8    the 3 position to the 4 position does what for analgesic

9    activity?

10   A.    Well, it has a dramatic negative effect.  There's a

11   big loss in activity.  And so that wouldn't be -- that would

12   be something you would not want to do in making analogs

13   because you know from the prior art that that's deleterious.

14   Q.    Continuing on, in Table 4, Demonstrative slide 29,

15   what are you trying to explain here, Dr. Martin, with

16   respect to Table 4?

17   A.    So these entries that -- we've been at Table 4 before

18   but now I'm focusing on a slightly different change, and so

19   you'll notice that the group on the aromatic ring, this

20   R group, is the same.  We're dealing with the same bridge

21   carbon substituent.  We have the dimethylamino group here.

22   So the only thing we're changing now is the size of this

23   ring.

24          And so what they did was to see what the effect

25   of constricting the ring is, that is, reducing the ring size

CHARLES P. McGUIRE, C.C.R.

1    from six to five, and they look to see what expanding the

2    size of the ring would do, that is, changing the ring size

3    from six to seven.

4    Q.    Okay.  So in tramadol or in L 201, that ring has six

5    members; right?

6    A.    Yes.

7    Q.    And we call that cyclohexane; correct?

8    A.    That's correct.

9    Q.    And they looked at, for E 601, where N is zero, now

10   that's a five-membered ring, right?

11   A.    That's a five-membered ring.  That's a cyclopentane.

12   Q.    Okay.  And then if you go from six and make it bigger

13   to seven, is that what's being done for compound L 257?

14   A.    Yes, it is.  And so that seven-membered is

15   cycloheptane.

16   Q.    Right.  And what does the data show when you go from

17   the six-membered ring of L 201 and either make it smaller or

18   bigger by one carbon?

19   A.    Well, so if you make it smaller, you see a dramatic

20   loss of analgesic effect, so, again, about 200.  When you

21   make it larger by one carbon atom, you lose analgesic

22   activity -- you lose significant analgesic activity.

23   Q.    Well, and in particular, what happens to toxicity when

24   you make the ring bigger?  How does that -- how is that

25   reflected in the therapeutic index?

CHARLES P. McGUIRE, C.C.R.

254

1    A.    Well, the therapeutic index drops to 5.1.  So the

2    analgesic activity dropped by a factor of three.  The

3    therapeutic index got less favorable by a factor of five.

4    So it got even worse because of the slight increase in

5    toxicity.

6    Q.    Okay.  And what do the authors conclude with respect

7    to this data you have here on your slide?

8    A.    So again, this is taken directly from the paper

9    itself.  "The constriction or expansion of the cyclohexyl

10   radical results in a loss of activity.  This is much weaker

11   in the case of ring expansion to cycloheptane than in the

12   case of reduction to a cyclopentane ring."

13   Q.    Now, continuing on, tramadol, as we've discussed, as

14   several witnesses have discussed in this trial, is a mixture

15   of R,R and S,S enantiomers, and that's shown here on the

16   slide.

17   A.    Shown on the left on this slide, right.

18   Q.    Now, is there information in the prior art before 1994

19   on how the stereochemical relationships in these compounds

20   relate to their analgesic activity?

21   A.    There is, and this is this paper by Frankus that we

22   alluded to earlier from 1978.

23   Q.    I'm sorry.  Let me just bring that up.

24   A.    Oh.

25   Q.    Defendants' Exhibit 717.

1            Do you recognize Defendants' Exhibit 717,

2    Professor Martin?

3    A.    Right.  This is the German version of the Frankus

4    paper.  It's talking about separating the isomers,

5    structural determination, pharmacological effects.

6    Q.    Okay.  And this paper is in the German language except

7    for the summary; is that right?

8    A.    I believe that's correct.  Yes, that seems correct.

9    Q.    Okay.  And you've reviewed an English -- have you

10   reviewed an English translation of this as part of your work

11   in this case?

12   A.    Yes, in addition to looking at the German version, I

13   reviewed the English translation.

14   Q.    Okay.  And let's put up the English translation.

15           MR. CAPUANO:  Your Honor, the English version of

16   this document -- Ted, I can use the ELMO if you can't find

17   it -- is a document that was produced in this case.  It

18   doesn't appear on anybody's exhibit list, and so I'd like to

19   mark it as Defendants' Exhibit 2052.

20           THE COURT:  Any objection to that?

21           MR. BEST:  We have no objections, Your Honor.

22           THE COURT:  Thank you.

23        (Defense Exhibit DFX 2052 marked for identification)

24   Q.    Looking at page two of what's been marked as

25   Defendants' Exhibit 2052, Professor Martin, do you see two

1    structures there on the page?

2    A.    I do.

3    Q.    Okay, and what are these representing?

4    A.    Well, these are representing the two diastereomers of

5    tramadol.  They're the cis form and the trans form.  And

6    it's the trans form that is the tramadol structure, and so

7    this structure, the cis form is a diastereomer of tramadol,

8    so which means these two compounds are not mirror-image

9    isomers, they are stereoisomers.  They differ with respect

10   to the way the atoms are arranged in space, but they're not

11   mirror images isomers, and we call those diastereomers.

12   Q.    Is it the case that the two isomers that are in the

13   trans form are the two isomers that are in the mixture of

14   tramadol?

15   A.    That is correct.

16   Q.    And the then two isomers that are in the cis form,

17   those are not in tramadol; is that right?

18   A.    Well, there could be traces of it in tramadol, I

19   suppose, but not that I know of, no.

20   Q.    If they were there, they would be there as impurities;

21   is that your understanding?

22   A.    They would be there as impurities.

23   Q.    And what did Frankus do with respect to looking at the

24   analgesic activity of these different forms of tramadol, the

25   cis and trans forms?

1    A.    So this is the table I sort of talked about.  So here

2    you see the L 201, and he presents that as a mixture of cis

3    and trans isomers.

4    Q.    Actually, the German DTX 717 table, on Exhibit page

5    eight.  It's easier to look at.  It's DTX 717, Exhibit page

6    eight, Table 6.

7            There you go.

8            So what's being compared here, Dr. Martin?

9    A.    Okay.  So as I started, we've got the L 201, so this

10   is a mixture of the cis and trans isomers.  It doesn't say

11   what the mixture is in this table.  It gives an activity.

12   And then what Frankus did was, he separated the two

13   compounds, the two -- the two forms, the trans and the cis.

14   And so we've got the tramadol structure here, and he gives

15   us the analgesic activity of that, and it's 10.3, and then

16   that's the trans isomer, and then the cis isomer is the next

17   entry, it's E 383, and he gives the activity of that

18   compound, again, a mixture of enantiomers, and it 's 78.  So

19   it's -- you know, it's about eightfold less potent as an

20   analgesic than tramadol itself.

21   Q.    Okay.  And what does this tell you with respect to the

22   importance of stereochemistry in tramadol?

23   A.    Well, it tells you that the relative stereochemistry

24   in tramadol is important, because if you change the relative

25   stereochemistry at those two centers, in other words, if

1    it's R,S and S,R instead of R,R and S,S, that's bad.  That's

2    something you don't want to do because that gives you a

3    significant loss in analgesic activity.

4              MR. CAPUANO:  Okay.  Let's go back to the

5    PowerPoint.

6    Q.    Now, Professor Martin, we've looked at Flick 1978 and

7    Frankus 1978.  In your opinion, are those the two most

8    important prior art references for learning about the

9    structure activity relationships for tramadol and other

10   cyclohexanols in that class?

11   A.    Yes, they are.

12   Q.    Now, you're aware of other references in the prior art

13   that relate to morphine and other opioids, aren't you?

14   A.    Yes, there's a lot.

15   Q.    Okay.  So why is Flick and Frankus more important for

16   a person of ordinary skill in the art looking at the

17   structure activity for tramadol than other papers and books

18   related to opioids more generally?

19   A.    Well, I think the important thing is trying to keep,

20   maintain the close structural relationship when you're

21   comparing things for a structure activity relationship.  But

22   I said very early on that we would only change one thing at

23   a time, and then we would -- we would move slowly as an

24   iterative process.  If we try to compare tramadol and

25   structure activity relationships with tramadol and those

1    with morphine, we're changing a whole bunch of things.

2    We've seen the structures of morphine again in the Hennies

3    paper.  They're very, very different.  And so there's no

4    expectation that an SAR that's been developed for morphine

5    will be valid for tramadol, and vice versa.

6    Q.    And now based on Flick and Frankus, what you referred

7    to as the closest prior art with respect to the structure

8    activity relationships of tramadol, have you summarized your

9    conclusions with respect to those studies?

10    A.    Yes.  They're outlined on this slide.  And so we have

11    the conclusions I have drawn from Flick, and the conclusions

12    from Frankus.  And from Flick, I say the analog activity is

13    associated with the dimethylamino group.  That's something

14    Flick also -- that's what Flick says.

15                The meta hydroxyl group gives the best

16    strengthening of action.  That's a direct quote from Flick.

17                The six-membered ring is better than the five or

18    seven-membered ring.  I don't know if that's a direct quote,

19    but that's basically what Flick says.

20                And then finally, the hydroxyl group on the bridge

21    carbon in the 1-position on the cyclohexane ring can be

22    replaced with a hydrogen atom to get a compound which has

23    strong analgesic activity.  So that's paraphrased from

24    Flick.

25                And then on Frankus, what we learn is the trans

1    isomer is more active than the cis, and that teaches us that

2    the relative stereochemistry at those two stereocenters in

3    tramadol is important, so they should not be changed.

4    Q.    Okay, and based on these structural activity lessons

5    from Flick and Frankus in 1978, those 1978 papers, can you

6    identify or could a person of ordinary skill in the art at

7    the time, in 1994, could that person have identified the

8    pharmacophore for tramadol?

9    A.    Yes, and they would have come up with the

10   representation like this, where I've highlighted in red what

11   we've learned, basically, from the prior art of what the

12   important structural features are of tramadol for biological

13   activity.

14        I'm exemplifying this just for R,R tramadol just

15   to simplify the slide rather than to draw four different

16   structures and highlight them the same way.  This

17   pharmacophore applies equally to the S,S isomer.  It applies

18   equally to the two enantiomers of desmethyltramadol as well.

19   So the regions here in red are those regions that you do not

20   want to change.

21   Q.    And that's what you have written here, you have red,

22   known as part of tramadol pharmacophore:  "Do not change."

23   Is that what you have there?

24   A.    Yes.

25   Q.    And let's talk about the green.  What do you mean by

1       showing these other parts of the tramadol structure in

2       green?

3       A.     Well, okay.  So let's start with the easy one.  It's

4       the methyl group that's the metabolite.  So we know we can

5       change that.  In fact, we know if it's H, it's better.

6              The bridge carbon substituent, this hydroxyl

7       group, we know we can change that, to an H, for example.

8              With the cyclohexane ring, we actually don't know

9       very much from the prior art about what we can do with that.

10      What we know is you shouldn't expand the ring size or

11      decrease the ring size.

12      Q.     And when you say the prior art, you mean from Flick

13      and Frankus.

14      A.     I mean -- no --

15      Q.     From Flick.

16      A.     In that particular case, I mean Flick.  Only Flick.

17      Q.     Okay.  So part of your three-step analysis, first, you

18      said identify a lead, that's what a person of skill in the

19      art would do, and then that person of skill in the art would

20      identify the pharmacophore, and then what's your third step?

21      A.     So then it's time to modify the lead, to try to find

22      the compound with improved analgesic activity.  And so what

23      a person of ordinary skill would do was, he'd take these

24      teachings that we've developed, take the prior art teaching

25      and begin to make structural changes and see what the effect

CHARLES P. McGUIRE, C.C.R.

1    of making those structural changes is on the biological

2    activity of the new compound that you make.

3    Q.    Okay.  And you identified those areas of the molecule

4    in green that were promising or could be promising or at

5    least available for change without interfering with the

6    pharmacophore; is that right?

7    A.    That's correct.  And so that's where you would start,

8    in my opinion.

9    Q.    Okay.  And so one of the things you identified was the

10   bridge carbon region.  You said that was in green, and that

11   you could change that; right?

12   A.    Right.  And with the teaching of Flick, we know we can

13   change that to a hydrogen.

14   Q.    Okay.  Now, you can change it to other things as well,

15   couldn't you?

16   A.    You could.  The only other substituent -- we didn't

17   discuss it -- the only other substituent that Flick put

18   there and had good activity was the chlorine atom.

19   Q.    Okay.  And so why would -- you say replace OH with H

20   from Flick.  Why would a person of skill in the art be

21   motivated to make that particular change?

22   A.    Well, because we're simplifying the molecule.  Again,

23   this is, if you will, it's in keeping with the morphine

24   story, the opioid story, we're simplifying the molecule, so

25   we're going to take that group off, and we know we can

1    replace it with the hydrogen and maintain activity.  So

2    Flick has already done that for us.

3    Q.    And when Flick did that, did he expect there to be

4    analgesic activity when making that change?

5    A.    No, I think we discussed that they were a little

6    surprised at that because it was a departure in their view

7    from the morphine -- the opioid analgesics.

8    Q.    Okay.  And what would a person of ordinary skill in

9    the art make of that change from OH to H, which was expected

10    by the authors not to have activity but, in fact, resulted

11    in what they called strong activity?

12    A.    Well, you know, I think that would catch the person of

13    ordinary skill's -- the person of ordinary skill in the art,

14    that would catch his or her attention, and so that would be

15    an interesting place to start.

16    Q.    And then one of the other areas -- and there's that

17    change shown on the slide from OH to H.

18            The other area you said could be promising for

19    modification or at least wouldn't interfere with the

20    pharmacophore, which we know we can't change, was the

21    cyclohexane region.  And what are you showing here on this

22    slide?

23    A.    So I'm showing three different possibilities for how

24    you could modify the cyclohexane ring.

25    Q.    Okay.  Take us through each of those.

1    A.    Okay.

2           Over here on the left-hand side of the slide, I

3    referred to this as the open ring, so we're going to open up

4    the cyclohexane ring, and I refer to this as a scission

5    mode.

6           The second box here describes another way to open

7    the cyclohexane ring where you would remove carbon atoms,

8    and I have highlighted the carbons 1 and 2 here as those you

9    would remove.

10          You notice I have bonds A, B and C and I have only

11   carbons 1 and 2, and you might ask, well, why not cleave

12   other bonds?  Why not remove other methylene groups or

13   carbon atoms?

14          And the answer to that question very clearly is,

15   if you do that, you destroy these stereocenters, you remove

16   these stereocenters and you lose what we'll learn and what a

17   person of skill would have known are important control

18   elements for maintaining the three-dimensional shape of

19   these molecules in a way that corresponds to the

20   six-membered ring compounds.

21   Q.    Okay.  So we're not going to touch the red part;

22   right?  That's the pharmacophore.

23   A.    We're not touching the red.

24   Q.    And in your open-ring version called scission, what

25   you're suggesting is you just cleave one of these bonds, A,

 1     B, or C.  Is that the structure you're suggesting?

 2     A.    That's what I'm suggesting.

 3     Q.    And when you would do that, you would form an

 4     open=ring structure; is that right?

 5     A.    You would form an open ring, an acyclic molecule, I

 6     think it's been referred to as a linear compound in these

 7     proceedings.

 8     Q.    Do you remember Dr. Buschmann calling it linear?

 9     A.    Right.  Right.

10     Q.    Okay.  And then so in your second option for opening

11     the ring, you say you could just remove or excise a carbon.

12     Is that what you're showing there?

13     A.    Right.  You could excise either one of these or both

14     of them.

15     Q.    Okay.  But you couldn't excise any of the red ones;

16     right?

17     A.    No, because, again, if you did that, you would remove

18     the stereocenter here, and as I'll try to explain, it's not

19     going to be easy, but as I'll try to explain, you would lose

20     the conformational preferences about this carbon-carbon bond

21     that are very important in terms of maintaining the

22     three-dimensional aspects of the pharmacophore.

23     Q.    And does Flick give you any information on making the

24     ring bigger or smaller?  We looked at that; right?

25     A.    Right.  He doesn't give us -- no guidance on anything

1    else.  No guidance on substitution, either.

2    Q.    And the third option you have is what you call

3    substitution, and what's that?  That's when you start adding

4    things --

5    A.    Right.

6    Q.    -- or changing the ring?

7    A.    Right.  So these R groups could be added at a number

8    of positions.  You'd have to be careful, again, because

9    adding those R groups at certain places might have adverse

10   effects on the conformational preferences, but you could

11   analyze that and predict what those might be.

12         That, you know, that kind of flies in the face of

13   the strategies in the art for making opioid, improved opioid

14   analgesics.  In this case, we're actually adding

15   complexities.  If I start adding substituents back to the

16   compound, I'm making the structure more complicated, not

17   simpler.

18   Q.    So this option, the substitution option that you've

19   put here, although theoretically possible, is it the case

20   that it would go against the -- what, the way these

21   compounds have been -- well, explain.  How would

22   substitution be something that would or wouldn't be looked

23   at as favorable for a person of ordinary skill in the art?

24   A.    Well, I don't know favorable or unfavorable.  It's

25   just that it's increasing the complexity of the system, and

CHARLES P. McGUIRE, C.C.R.

1    it's increasing certainly the conformational, the

2    three-dimensional complexity of the system and what the

3    results of those substitutions is going to be.  So there

4    would be a lot to analyze in those situations, and as I

5    said, I think we started with the work of Hennies and

6    described how in the morphine area we constantly are

7    simplifying things.

8    Q.    Okay.  And we also know --

9    A.    But I can't say it's really bad.  It's just something

10   I wouldn't do first.

11   Q.    Fair enough.

12         And is the prior art that would guide us in

13   considering options for modifying the cyclohexane ring

14   beyond what -- beyond, say, Flick or the things that were

15   specifically done in that paper?

16   A.    Well, so, again, it has to do with adding flexibility

17   to opioids, and I think I pointed out very early on in this

18   it's reiterated in Flick.  I mean, Flick basically

19   acknowledges or notes that these compounds that he's made --

20   and these are the compounds in Flick, these

21   phenyl-substituted cyclohexanols, he says, these, quote,

22   "can also be envisioned as highly simplified morphine

23   derivatives the structure of which was made very flexible by

24   elimination of some parts of the ring."  And earlier, when

25   we had Hennies up, we showed how that happened, but you can

1    see it here, too.  Morphine in a different form, but you can

2    see how much simpler this is.  The relationships, again, you

3    can see the two aromatic rings, the six-membered ring here,

4    the six-membered ring here, you can see these relationships,

5    and you can see how this is very much a simplified version

6    of morphine.  Morphine is essentially a rigid rock, and

7    tramadol has a number of bonds that you can rotate very

8    easily about, so it's much more flexible.

9    Q.    And this idea of flexibility and rigidity, how does

10   flexibility relate to the option of opening the cyclohexane

11   ring?

12   A.    Well, when you open the ring, it will be more

13   flexible, and if we go back, if we come back to thinking

14   about what we're trying to do here, I'll come back to this

15   dual mode of action, what is this dual mode of action, it's

16   opioid and it's norepinephrine.  And so what we do if we

17   want to optimize the interactions at both receptors is we

18   think about what these molecules are, and if you consider

19   norepinephrine, this is very flexible.  There's this ring

20   here, but that phenyl ring is everywhere.

21            This molecule is quite flexible.  There's lots of

22   rotational freedom.

23            There are analogs of norepinephrine in the

24   literature.  This is an analog that I had in my expert

25   report.  It's an analog of norepinephrine.  It's a

CHARLES P. McGUIRE, C.C.R.

1      norepinephrine reuptake inhibitor.

2              Duloxetine is a compound that Professor Roush had

3      I think in his opening report.

4              Both of these are compounds are not drugs.  They

5      weren't at the time, they were in clinical trials.

6              But these compounds also are very flexible, and so

7      what you'd like to do if you wanted to optimize the chances

8      for enhancing your binding to the norepinephrine receptor,

9      you would say, oh, maybe I should make it a little bit more

10     flexible so it can optimize interactions not only with that,

11     but maybe also opioid receptor.

12             And so we're trying to see if we can make a

13     molecule that -- that fits those receptors a little bit

14     better, and it can do that because it's a little more

15     flexible.

16     Q.    Okay, and that increased flexibility, how does that

17     relate to when you want a molecule to be a target for more

18     than one receptor?

19     A.    Well, again, more flexible molecules typically are --

20     have -- are a little less selective.  They bind to more

21     places, and that can become a downfall for flexibility as

22     well.

23     Q.    So, for example, you said morphine, you called it a

24     rigid rock.

25     A.    Right.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Were you referring to its rigidity versus flexibility?

2    A.    Yes, it's rigid.  I mean, when you make one of these

3    models of it, it's -- you can't move much.

4    Q.    And it's almost, in fact, designed by nature to fit

5    into the opioid receptor; is that right?

6    A.    Oh, I don't know what nature was thinking.

7    Q.    All right.  But it does --

8    A.    It happens -- it happens to fit that.  But morphine

9    looks nothing like the enkephalins, really, either.

10    Q.    And does morphine bind to norepinephrine receptors?

11    Have you seen anything about that in your review?

12    A.    No, I don't know anything about that.

13    Q.    Okay.

14          So you've talked about how the substitution option

15    -- okay.  You talked about how we had the three options, and

16    the substitution option, you said although something you

17    could do, it wouldn't be one of the first things you'd try.

18    Is that --

19    A.    I'm sorry, which one?  I lost you.

20    Q.    Substitution.

21    A.    Right.  Right.  Sorry.

22    Q.    Okay, and the other option was scission, and we'll

23    come back to that at the end of the presentation.

24          But here, what you have is this option of what you

25    call excision, removing one of these two, or both, you say,

271

1     carbon atoms.

2     A.    That's correct.

3     Q.    Okay.

4           And is the prior art -- well, let me hand you or

5     let me show you Defendants' Exhibit 729.

6           Do you recognize Defendants' Exhibit 729,

7     Professor Martin, and what is it?

8     A.    I do.  It's a paper by Arbuzov and coworkers.  It was

9     published, I think, in 1995.

10          MR. CAPUANO:  Show the second page, Ted.

11    A.    There must be a page number somewhere.  I think this

12    was published in 1955, and it's an account of their efforts

13    to make compounds that have anesthetic activity, and the

14    class of compounds that they were looking at are these

15    1-phenyl-1 alkyl-3-dialkylaminopropanols of that structure.

16          MR. CAPUANO:  All right.  Let's look at the next

17    page, Ted, and look at what those compounds look like.

18    Q.    Where are these compounds, Dr. Martin?

19    A.    Okay.  So the compounds of interest here would include

20    this group of compounds, and this group of compounds.

21    Q.    Okay.

22    A.    Is that right?

23          Actually, those two are the same, right?  So this

24    one.

25    Q.    Okay.  And are these compounds related to what would

1    be a ring-open or linear version of tramadol?

2    A.    Yes, they are.  It's -- it may be a little hard to see

3    it here, and that's why I redrew it on I think the slide you

4    showed a moment ago.

5            MR. CAPUANO:  Show the slide.

6    A.    Right.  So this is the same compound drawn in a way

7    that shows the relationships between this compound and

8    tramadol.  I think actually I showed that on the next slide.

9            The point of looking at this, and again, I've

10   tried to emphasize all the way through that one of skill in

11   the art is constantly relying on the available precedent,

12   the prior art, what is known in the literature.  And so

13   whenever we have questions of what we want to do as

14   scientists, we ask what's known, and then we make a decision

15   as to, do we follow what's known or do we depart from what's

16   known.

17           And so I think in taking initial steps to develop

18   SAR here, I think what one of skill in the art would do was

19   look for compounds that are similar to the things I have and

20   have to think about, and ask, are they known, and if they

21   are known, is anything known about their activity, and in

22   this particular case, we're interested in CNS, in analgesic

23   activity.  And so when you search for compounds, so what a

24   person would do would be to look at this structure, and I've

25   highlighted only one of the carbon atoms, which is the one

273

1    that corresponds to getting this structure, but remember

2    I've highlighted this carbon atom and this carbon atom over

3    here, but what the prior art tells us is that there is

4    precedent in the literature for taking this carbon out, and

5    that the resultant compounds that you get by doing that

6    operation have CNS activity.

7         So analgesia is a CNS-active thing, and so you

8    would say, wow, that's great, that means I would -- I could

9    do this, I could take this carbon atom out of this molecule,

10    that would give me this molecule, and I would have a

11    reasonable expectation that I would have a molecule that had

12    analgesic activity.

13    Q.    Okay.  And aside from the Nazarov paper --

14         MR. CAPUANO:  Let's put up, Ted, Exhibit 739.

15    Q.    Professor Martin, do you recognize Defendants' Exhibit

16    739?

17    A.    Right.  That's a paper by Spassov, published in 1981.

18    Q.    Okay.  And -- go ahead, sorry.

19    A.    And it's a paper whose focus is on the stereochemistry

20    of these compounds, these diastereomeric

21    3-alkylaminopropanols and their O derivatives.

22    Q.    Let's look at the compounds just below that on the

23    first page that are described in the Spassov paper.

24    A.    I think 2a is the one that is the close one.  So this

25    one here.

CHARLES P. McGUIRE, C.C.R.

1    Q.    Okay, is this another linear or open-chain type of

2    molecule?

3    A.    It is.  And there are two of them here.  You see this

4    R group here is either an H or an ethyl, so ethyl is the one

5    that's the close corresponder with tramadol.  And also to

6    the point of being closely related to tramadol, you see this

7    -- this amino group here, it has two substituents, and this

8    compound 2a has the dimethylamino group that we learned from

9    Flick is so important in the analgesic activity of compounds

10   of this type.

11   Q.    Okay.

12   A.    And so 2a is the compound that's a close

13   correspondent.  And this compound is identical to the first

14   compound that you highlighted in the Nazarov paper.

15        MR. CAPUANO:  Okay.  And let's look at the second

16   page of 739, Ted, near the bottom, last paragraph, beginning

17   "The neural pharmacological screening of amine alcohols 1

18   and 2."  Just highlight that first sentence.

19   Q.    Professor Martin, what activity is described for these

20   compounds in the Spassov paper, Defendants' Exhibit 739?

21   A.    Well, again, it talks about these compounds as having

22   central nerve activity, so that's activity in the central

23   nervous system, and in the course of this, you learn that

24   the so-called threo isomers have the greater activity.

25   There's a footnote nine here that relates to the testing of

1    these compounds.  There's no information in this particular

2    paper about -- other than the statement about the activity.

3    But it does say the threo isomers are the more active.

4    Q.    Okay.  And the Nazarov and Spassov papers and the sort

5    of open-chain or linear compounds that are described there

6    and their activity, how would those papers inform a person

7    of ordinary skill in the art's decision regarding options

8    for opening that ring and making linear compounds of

9    tramadol?

10    A.    As I think I said, if we -- can we go back to the

11    structure --

12    Q.    Sure.

13    A.    -- maybe the --

14    Q.    Here?

15    A.    Yes, okay, this structure -- this prior art informs

16    the person of ordinary skill that if you have a compound

17    like this, and you already have the idea, so the person of

18    skill already has the idea, I want to make this more

19    flexible, and I'm looking for how to do that, what are the

20    guides out there to tell me, give me some help on which of

21    these things I should look at first, what should be my

22    priority, because I already know there are a number of ways

23    I can do this.  Is there anything that helps me out here?

24           And so the answer is yes, it tells you that this

25    is the carbon atom that you should take out that will give

1    you a compound of this structure, and you can see the

2    relationships once again.   The difference is this compound

3    doesn't have the ortho methoxy, and this compound is a

4    mixture of stereoisomers, this one isn't.   But we know the

5    importance of this ortho methoxy already, so that's pretty

6    easy to deal with.

7         And so you would have, the person of ordinary

8    skill when they did this would have a reasonable expectation

9    this compound would have analgesic activity.   These

10   compounds have CNS activity.   And so -- we know this

11   compound does, and so we can expect this compound to have

12   that same activity.

13   Q.   Okay, and have you prior to the summary of those

14   modifications to tramadol, O-desmethyltramadol,

15   modifications that are not part of interfering with the

16   pharmacophore that would be motivated by the prior art?

17   A.   Yes, I have two slides here that are very closely

18   related, and they're essentially illustrative of the

19   concepts that we've been talking about.   And so we can apply

20   this analysis to the racemate.   We can apply this analysis

21   to the single enantiomers.   The point is is that here we

22   have tramadol, and -- let's just take this compound over

23   here, we'll just follow it easily, so this happens to be

24   R,R.   If we apply the teachings of Flick, we would remove

25   this hydroxyl group, and Flick already tells us at least the

1    combination of these two molecules, I'm going to have

2    analgesic activity.  So I already know these have activity.

3    There's no presumption on my part; I know it.

4         And so then we go to the next step and we apply

5    Nazarov, and we do this excision of this carbon, and now

6    from the teachings of Nazarov, I know those compounds have

7    analgesic activity, I would have a very good expectation

8    that these compounds, too, would have analgesic activity.

9         We can turn it around and say, okay, I'm going to

10   apply Nazarov first and get the open-chain compounds and

11   then apply Flick and that takes us to the same point.

12        And these compounds all have the O methyl group.

13   At any point in time here, you could take that methyl group

14   off.  But to illustrate them without the methyl group, on

15   the next slide, I do the same thing, and so the explanation

16   is the same:  You first apply the teaching of Flick, you

17   apply the teaching of Nazarov, and you're here.  Or you

18   apply the teach of Nazarov first, gives you a different set

19   of compounds to test, then you apply the teaching of Flick,

20   and then you're here, you're at tapentadol.

21   Q.   And now with respect to making those same changes with

22   what you earlier described as the most promising lead --

23   A.   Right, so if we start with the most promising lead,

24   which is minus O-desmethyl, we apply the teaching of Flick,

25   we get this compound, which we don't know anything about,

1     but we then do this, we get tapentadol.  We apply the

2     teaching of Nazarov, we get to here, and when we apply the

3     teaching of Flick, we go to here.  And so in two steps, we

4     go from the metabolite to tapentadol from our preferred lead

5     compound.

6     Q.    Now, Professor Martin, you mentioned you read the

7     transcript of Dr. Buschmann's testimony in court last week;

8     right?

9     A.    Yes.

10    Q.    And did you read where he testified about how the

11    cyclohexane ring in tramadol was important to obtain the

12    correct positioning of the groups in tapentadol and -- I'm

13    sorry.  Let me start it over.

14          Did you read in the testimony of Dr. Buschmann

15    where he testified about how the cyclohexane ring was

16    important in tramadol and O-desmethyltramadol to obtain the

17    correct positioning of the groups with respect to each

18    other?

19    A.    I remember that testimony, yes.

20    Q.    Okay.  And would a person of ordinary skill in the art

21    have believed in 1994 that the only way to get those groups

22    to adopt that preferred orientation was by maintaining them

23    with the cyclohexane ring?

24    A.    No, I would say not.

25    Q.    Okay.

CHARLES P. McGUIRE, C.C.R.

1    A.    And I -- we have --

2    Q.    So can you tell us -- let me just -- this is what

3    we've just been talking about, right?  This is tramadol or

4    O-desmethyltramadol on the left?

5    A.    Actually --

6    Q.    I'm sorry.

7    A.    -- this is without the -- the hydroxyl group here.

8    Q.    Okay.  And Dr. Buschmann testified about a preferred

9    orientation that existed in these compounds based on the

10   cyclohexane ring.  Do you remember reading about that?

11   A.    Yes.

12   Q.    Okay.  Now, you've got some funny circles here and

13   some sticks, and we're going to need some explanation for

14   the Court about what these sticks and circles all are about.

15   And have you prepared a way to do that?

16   A.    Yes, I have.  And let me just first start off by

17   saying that these representations are representations that

18   we call Newman projections.  These are -- this is something

19   that we teach in the first semester of sophomore organic

20   chemistry.  Everybody that takes organic chemistry learns

21   about Newman projections and how to create them and so

22   forth.

23         And what a Newman projection is, and I have a

24   movie here to kind of help the Court understand this a

25   little bit better, is, what one does is one views down in

1    this particular instance, you view down this carbon-carbon

2    bond.  So if you've never seen structures like this, you're

3    probably not going to be able to view down this bond and

4    come up with this.  So I'll help show you how we can do

5    that.  But -- so the video that we have shows you -- okay.

6    So here's a very simple organic molecule --

7    Q.    Let me just -- you might at some point hand out the

8    models with respect to this.

9    A.    Everybody has their models?

10        THE COURT:  Yes, we do.

11   A.    So if you hold the model in front of you like it

12   appears on the screen, -- let me see yours.

13        Has yours been twisted around?  Yes.  Somebody's

14   been playing with your model.

15        (Laughter)

16        THE WITNESS:  Let me fix it for you.  Yes.  Okay.

17   That's much better.

18        THE COURT:  Thank you.

19        THE WITNESS:  Small kids like these things.

20        THE COURT:  Small kids, adults, everyone.

21        (Laughter)

22        FROM THE GALLERY:  Not everyone.

23        (Laughter)

24        THE COURT:  Okay.  Fair enough.

25   A.    So if you hold it, and this is again why we've gotten

CHARLES P. McGUIRE, C.C.R.

1    this model, is two carbon atoms, and these balls, these

2    colored balls are going to represent substituent groups.

3    These two things with nothing at the end, with no balls,

4    these are hydrogen atoms.

5                    And so this is the starting structure, and what

6    you're going to see is this structure move, rotate in space,

7    and turn around and be something that you can look straight

8    down that bond.  So what you can do is look straight down

9    there, and you can see that arrangement.

10                    THE COURT:  Okay.

11                    THE WITNESS:  So if you watch the movie --

12   Q.    So is it going to be that you're going to end up

13   looking -- okay.  So when this turns, our eyes are going to

14   be looking this way?

15   A.    Yes.  Right.  So it's going to turn, so at the end,

16   what you're going to be doing is looking at it this way.

17                    THE COURT:  Oh, like this?

18                    THE WITNESS:  Like this.

19                    THE COURT:  Looking from this direction?

20                    THE WITNESS:  Yes, exactly right.

21                    THE COURT:  Okay.

22                    THE WITNESS:  Okay.  So watch.

23   Q.    Okay.  Now we're looking down that bond; is that

24   right?

25   A.    Right.  So now it's like you're looking right down

CHARLES P. McGUIRE, C.C.R.

1    that bond.

2              THE COURT:  Okay.

3    A.    And if you put this right in front of your eye like

4    this and look straight on to this little black dot, and it's

5    a carbon atom, and put that black dot behind it, you'll see

6    something that very much looks like what's on the screen

7    there.  Do you see that?

8    Q.    The blue on the upper right, the yellow on the upper

9    left?

10   A.    Right.  The other direction -- you need to look at it

11   from the other direction.  And flip it -- put it like this.

12   Q.    The blue should be close to you and the yellow --

13             THE COURT:  The blue and the yellow should be

14   close to me.

15             THE WITNESS:  Yes, and on top.

16             THE COURT:  And on top.  I think that's what I

17   have.

18             Now I have it.

19             (Laughter)

20             THE WITNESS:  Okay.  Now we've got it.  It gets

21   more fun as we go.

22             THE COURT:  Okay.  Keep going.

23   Q.    So we're looking down that bond, and now what do we

24   see, Professor Martin?

25   A.    Let's leave the blue -- okay.  So now what I've done

CHARLES P. McGUIRE, C.C.R.

1    here is brought back that Newman projection from a previous

2    slide so the -- this carbon atom --

3    Q.    Maybe I can point.

4    A.    This battery is about to die.  It was so good for a

5    while.

6          Yes, you're pointing at it.  That carbon atom is

7    in the front, and we can't see this atom in the back because

8    we're looking straight down, and what we do is, we represent

9    the carbon atom in the back with this big circle.  So if you

10   look at the front carbon atom, you see the yellow ball up in

11   the upper left, the blue ball on the upper right, so you

12   look at the screen, and then you see the red ball, the lower

13   right, and the white ball, the lower left.  And the

14   correspondence to this Newman projection that we showed

15   before, if we take away these colors, we see what that looks

16   like, and then maybe if we can go back to the slide that --

17   where we started here -- or maybe we go forward; I can't

18   remember.  So basically, now what we have is -- yes, we need

19   a new battery.

20         We have this structure here, which is the --

21         MR. CAPUANO:  May I, Your Honor?

22         THE COURT:  Certainly.  Go right ahead.

23   Q.    Here you go.

24   A.    Too many people pointing these things.

25         Okay.  This isn't as cool as the green one, but

CHARLES P. McGUIRE, C.C.R.

1    here's that structure again, and so if you look at this and

2    then if you sort of fast-forward to the other thing, you can

3    see that they're the same.  I don't know if we have to --

4    yes, there we go.

5            So that is the -- and then we'll get to some more

6    of this in a minute.  That's the preferred conformation for

7    this molecule.

8            And the important thing to know is that it

9    correlates very nicely with the preferred conformation of

10   this cyclohexane precursor.  So this is a little bit more

11   complicated.  There are two Newman projections here, but

12   this is a representation of a Newman projection of this

13   cyclohexane, and it's very much the same.  We're looking

14   down this carbon-carbon bond.  That would be that

15   carbon-carbon bond.  And you can see, anyway, that this part

16   looks exactly like this.  And in fact, if I were to take

17   away the red lines, this H, the red line and that little red

18   line there, this would look very much like this, and I'd

19   have to take away that little circle back there, but that

20   circle is this carbon atom here.  So essentially, these are

21   identical.

22   Q.    Okay and so Dr. Bushmann's point is the only way to

23   get this one on the right -- on the left, sorry, is with the

24   cyclohexane ring.  Is that your understanding of his

25   testimony?

1    A.     That's my understanding of his testimony.

2    Q.     Okay, and now on the right-hand side with the linear

3    or open chain, is it the same relative orientation between

4    the nitrogen and the aromatic ring as on -- in the

5    cyclohexane version?

6    A.     Yes, it is.  You can see it's identical.  You could --

7    in your mind, you could pick this up and move it over here,

8    and they would -- you wouldn't see them both, you'd see only

9    one.  And we'll do a superimposition later, but we're not

10   ready for that.

11   Q.     Now, those models that you have you can spin around;

12   right, Dr. Martin?

13   A.     Right.  So this is where it gets fun.

14   Q.     And when you spin those around, for example, you could

15   spin this around so the nitrogen was on the bottom, right,

16   the nitrogen group?

17   A.     Right.

18   Q.     Keep going close clockwise until it's over there.

19   A.     That's exactly right.  You can -- yes, okay.  So we

20   don't want -- yes, that's right.  That's what we want.

21   Okay.

22          So what Mr. Capuano is saying is, this is the

23   starting point that we just talked about.

24          Let me just explain something here.

25          These two things that you see, if you look down,

CHARLES P. McGUIRE, C.C.R.

 1    right down there, you see that these atoms are kind of

 2    close, and in reality, these substituent groups are bigger.

 3    Well, imagine these as being actually much bigger.  I have

 4    these little balls, but I don't want to take the Court's

 5    time.  If you want, I can show you this afterwards, but

 6    these --

 7                THE COURT:  Do it now.  You can do it.

 8    Q.    We can do it now, Professor Martin.  It's okay.

 9    A.    Okay.

10                MR. CAPUANO:  We could take a break and he can put

11    it together.

12                THE COURT:  That's fine.  How much are we

13    thinking, because I'm trying to get a feel for the end of

14    this day.

15                MR. CAPUANO:  Getting pretty close to the end.  I

16    mean, I've got no more than another 30 minutes.

17         (Off the record discussion)

18                THE COURT:  I think we may be very much done for

19    the day.  Our Court Reporter has been sitting, and -- I

20    think that that might be it.  So you know what?  Why don't

21    we do this.

22         (Off the record discussion)

23                THE COURT:  You would start again tomorrow

24    morning.

25                MR. CAPUANO:  I think I've got a little bit more,

1    and I certainly want to respect the Court Reporter --

2              THE COURT:  He's been sitting all day.  And I'm

3    grateful.

4              MR. CAPUANO:  We can stop.

5              THE COURT:  And pick back up with the models in

6    the morning.

7              You know what?  Let's do this.  Do you want to end

8    at this point?  Do you want to ask a follow-up question

9    instead of just taking a break, maybe we could just disband

10   for the day?  How would you like to handle it?

11             MR. CAPUANO:  I think he's got to put it together.

12   I think it's going to be more than one or two questions.

13   Maybe it's best just to call it a day and continue tomorrow.

14             THE COURT:  That's fine.  All right.  So we will

15   conclude for the day.

16             Yes?  Anything?

17             MR. FITZPATRICK:  Your Honor, may I raise just a

18   kind of general scheduling issue --

19             THE COURT:  Yes.

20             MR. FITZPATRICK:  -- for tomorrow and Friday?

21             THE COURT:  Yes.  What are you thinking?

22             MR. FITZPATRICK:  So the Defendants plan to call

23   -- after Dr. Martin concludes tomorrow, our plan is to call

24   three further witnesses this week:  Dr. Wolf, Dr.

25   Hollingsworth, and Dr. Prisinzano.

1          We have a fourth further witness, Dr. Buvanendran,

2     who due to professional obligations is not available until

3     Monday.

4          As I understand it from the Plaintiffs, they would

5     prefer to start their rebuttal validity case on Monday also.

6     They wouldn't have witnesses ready to go on Friday.

7          So what we are potentially looking at is perhaps a

8     shortish day on Friday.

9          THE COURT:  Which sounds fine, obviously.

10          (Laughter)

11          MR. FITZPATRICK:  It's conceivable, although

12     probably unlikely, but it is conceivable that we could, if

13     we had a day like last Friday, for instance, tomorrow, we

14     might not have anybody on Friday.

15          THE COURT:  So you're saying if we have a long day

16     tomorrow, we might obviate the need for Friday.

17          MR. FITZPATRICK:  It's possible.

18          THE COURT:  All right.  Well, you know what?  Why

19     don't we take it as it is?  We'll see how it goes.  We'll

20     obviously be able to adjust the schedule.  Generally that

21     sounds fine.

22          So what that means, since you're saying we

23     probably would like to sit a long day tomorrow, do you want

24     to start at what time, 8:30 or nine?

25          MR. FITZPATRICK:  Nine.

1          THE COURT:  Nine?  Nine is the preference?  Okay.

2     Nine is good?  All right.  So we'll start tomorrow morning

3     at nine o'clock, and it looks like if we get everything

4     done, we might not have to do Friday.  If it looks like we

5     have to do Friday, that's fine, but that would be a short

6     day.  Okay.  It's going to be a little truncated, which is

7     entirely fine.

8          Let me see.  Any other issues before we conclude

9     for the day?  Anything?

10          MR. GALLAGHER:  Nothing from Roxane.

11          THE COURT:  All right.  Excellent.  Anything else?

12          MR. RICHTER:  Nothing.

13          MR. BEST:  Nothing from us, Your Honor.

14          THE COURT:  All right.  So I'll remind the witness

15     that you are still under oath, so you're going to come back

16     and you're going to continue with your testimony.  You are

17     not to talk with your counsel about the testimony today and

18     any proposed testimony.  All right?

19          THE WITNESS:  Okay.

20          THE COURT:  Thank you very much.

21          With that, I'm going to adjourn for the day.

22          Thank you, everyone.  Thank you very much.

23          THE COURT CLERK:  All rise.

24          (Matter adjourned until Thursday, March 17, 2016,

25     commencing at 9 a.m.)


                    CHARLES P. McGUIRE, C.C.R.

1                              **INDEX**

2
                     **Direct**    **Cross**    **Redirect**    **Recross**
3
     **WITNESSES FOR**
4    **THE DEFENDANTS:**

5    **JONATHAN STEED**              7           59             62

6    **ADAM MATZGER**      66       106

7    **STEPHEN F. MARTIN**  164

8

9
     **EHXIBITS**                              **I. D.**        **EVID**.
10
     **DFX 2052**                               130
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25


**CHARLES P. McGUIRE, C.C.R.**

1

**'364** [33] - 45:4, 52:1, 52:8, 52:17, 68:20, 68:24, 69:1, 69:9, 69:12, 69:17, 70:22, 71:23, 72:1, 72:21, 72:22, 73:8, 77:13, 82:19, 82:21, 82:22, 83:17, 84:8, 84:18, 87:11, 92:1, 101:17, 101:19, 108:22, 119:9, 127:25, 135:12, 136:18, 139:12
**'475** [2] - 89:3, 90:5
**'593** [7] - 160:16, 177:23, 178:6, 178:10, 178:20, 183:4, 224:9
**'72** [1] - 173:20
**'733** [1] - 22:10
**'737** [33] - 28:6, 48:11, 48:17, 48:23, 49:4, 49:7, 49:9, 49:12, 50:5, 52:11, 53:10, 53:22, 69:4, 69:13, 69:14, 71:2, 84:1, 84:12, 89:4, 96:17, 96:20, 98:1, 98:3, 112:19, 115:3, 115:7, 129:25, 130:5, 132:11, 139:9, 139:16, 155:16, 157:12
**'88** [1] - 202:13
**'atypical'** [1] - 193:8
**'typical'** [1] - 193:24

**0**

**0** [1] - 151:4
**0.2** [1] - 12:21
**0.35** [2] - 12:21, 13:20
**02110-1724** [1] - 3:3
**0401** [1] - 52:6
**07102** [3] - 2:3, 2:18, 3:8
**08543-5276** [1] - 2:11
**0912Y** [2] - 17:13, 18:13

**1**

**1** [16] - 54:9, 55:17, 56:10, 99:22, 129:9, 129:11, 135:22, 207:5, 207:20, 209:14, 210:18, 215:9, 230:13, 264:8, 264:11, 274:17
**1)** [4] - 54:13, 55:14, 56:2, 56:17

**1-1** [4] - 7:23, 7:25, 8:16, 38:7
**1-2** [3] - 248:12, 248:23, 248:24
**1-3** [6] - 8:8, 8:10, 128:10, 129:7, 248:10, 248:25
**1-4** [1] - 248:14
**1-phenyl-1** [1] - 271:15
**1-position** [1] - 259:21
**1.15** [2] - 13:20, 14:2
**1.6** [1] - 213:16
**10** [15] - 5:23, 36:16, 36:24, 36:25, 37:1, 43:13, 59:20, 70:9, 89:7, 127:18, 135:14, 135:16, 136:10, 167:12, 207:20
**10,000** [1] - 67:20
**10.3** [1] - 257:15
**100** [1] - 3:2
**100-percent** [1] - 21:15
**1001** [2] - 94:9, 94:11
**1009** [3] - 145:16, 145:22, 148:6
**1034** [1] - 102:24
**106** [1] - 290:6
**1075** [1] - 87:12
**108** [2] - 228:15, 228:18
**1087** [1] - 86:5
**1088** [1] - 85:5
**1097** [2] - 64:9, 92:2
**11** [1] - 36:15
**110768** [2] - 37:23, 38:9
**111.47** [1] - 41:22
**1158** [2] - 82:2, 82:4
**1163** [1] - 65:10
**1164** [1] - 65:10
**117** [4] - 179:1, 179:18, 179:20, 180:5
**12** [2] - 167:11, 167:12
**1202** [2] - 98:11, 98:15
**1206** [4] - 37:23, 38:6, 42:21, 98:9
**1242** [3] - 87:24, 152:9, 152:13
**129619** [2] - 88:8, 152:17
**12th** [1] - 92:23
**13** [5] - 30:14, 31:6, 119:15, 152:16, 175:23
**13-cv-4507-CCC** [1] - 1:3

**13-cv-6929-CCC** [1] - 1:10
**13-cv-7803-CCC** [1] - 1:10
**130** [1] - 290:10
**1317** [1] - 104:22
**135** [1] - 66:11
**1361** [1] - 84:3
**14** [1] - 127:18
**14-cv-3941-CCC** [1] - 1:11
**14-cv-4617-CCC** [1] - 1:11
**14-cv-6797-CCC** [1] - 1:12
**141** [2] - 78:14, 78:15
**146** [2] - 90:8, 95:16
**147** [3] - 179:1, 180:7, 180:9
**15** [3] - 167:11, 167:12, 173:24
**150** [1] - 67:18
**1579** [1] - 11:14
**16** [14] - 1:14, 78:23, 86:15, 86:20, 86:21, 86:22, 87:5, 121:25, 122:1, 124:1, 124:2, 124:3, 167:11, 243:17
**16.1** [1] - 251:12
**164** [1] - 290:7
**168** [2] - 79:21, 79:23
**17** [5] - 79:20, 86:17, 86:20, 200:25, 289:24
**17.6** [2] - 102:15, 102:16
**18** [2] - 30:16, 152:23
**18951** [1] - 53:2
**19.6** [1] - 104:20
**1955** [1] - 271:12
**1968** [1] - 173:14
**197** [1] - 98:2
**1978** [12] - 201:5, 228:10, 229:19, 237:20, 239:25, 240:10, 241:11, 254:22, 258:6, 258:7, 260:5
**1981** [1] - 273:17
**1988** [1] - 202:14
**199** [1] - 98:2
**1992** [5] - 170:1, 193:5, 210:4, 210:9, 212:3
**1993** [5] - 212:11, 214:24, 215:4, 218:7, 218:11
**1994** [24] - 9:1, 69:16, 84:1, 89:4, 96:2, 178:3, 181:11, 182:15, 184:3, 185:19, 188:1, 191:17, 191:23, 192:21, 200:13,

215:20, 222:25, 224:5, 224:7, 228:1, 240:2, 254:18, 260:7, 278:21
**1995** [2] - 175:6, 271:9
**19th** [1] - 48:14

**2**

**2** [37] - 14:1, 28:1, 30:17, 30:20, 30:21, 33:5, 33:16, 34:8, 34:13, 35:22, 36:18, 53:9, 93:10, 94:22, 101:19, 136:19, 136:21, 136:24, 137:3, 137:4, 138:3, 139:1, 139:3, 139:4, 139:22, 146:18, 149:4, 209:10, 209:12, 209:13, 209:14, 209:16, 212:14, 234:19, 264:8, 264:11, 274:18
**2.1** [1] - 217:22
**2.5** [1] - 217:22
**20** [7] - 20:5, 50:11, 73:4, 123:13, 123:17, 130:7, 131:15
**20.2** [1] - 104:18
**200** [7] - 98:4, 151:4, 236:15, 246:13, 252:4, 252:5, 253:20
**2000** [1] - 67:2
**20001** [1] - 2:14
**2001** [19] - 9:11, 48:14, 48:19, 52:11, 85:1, 87:10, 92:5, 92:23, 140:7, 141:16, 141:18, 141:24, 141:25, 142:7, 142:8, 142:20, 143:4, 143:9, 149:14
**2002** [5] - 81:24, 99:6, 99:10, 109:1, 109:9
**2003** [3] - 14:15, 19:1, 19:11
**2003-05-12** [1] - 18:25
**2004** [12] - 48:8, 50:7, 50:16, 51:6, 52:6, 52:12, 69:7, 69:18, 70:12, 82:18, 85:1, 143:15
**2005** [2] - 88:6, 145:1
**2009** [3] - 103:4, 108:25, 109:5
**201** [30] - 98:4, 232:16, 233:5, 233:12, 233:15, 236:8, 236:25, 242:18, 243:9, 245:17, 246:1, 249:9, 251:9, 251:11, 251:23, 251:24,

253:4, 253:17, 257:2, 257:9
**201's** [1] - 235:21
**2011** [1] - 69:8
**2012** [1] - 180:17
**2016** [2] - 1:14, 289:24
**204** [1] - 246:1
**205** [1] - 246:1
**2052** [4] - 255:19, 255:23, 255:25, 290:10
**206** [2] - 236:20, 239:14
**208** [3] - 237:7, 237:11, 238:1
**20952** [2] - 14:20, 15:5
**21** [6] - 20:6, 20:9, 27:4, 53:22, 54:2, 104:20
**21)** [3] - 20:8, 27:8, 55:12
**21094** [1] - 94:13
**21102** [1] - 94:14
**218** [1] - 239:14
**22** [5] - 29:15, 73:10, 81:2, 107:14, 108:10
**22.0** [1] - 104:18
**225** [1] - 239:14
**228** [3] - 235:25, 236:1, 237:25
**22nd** [1] - 92:5
**23** [6] - 19:14, 30:23, 31:12, 41:4, 74:4
**23.6** [1] - 245:3
**230** [1] - 251:14
**233** [2] - 3:10, 251:13
**235** [2] - 249:12, 250:23
**236** [1] - 238:1
**237** [1] - 29:23
**238** [1] - 127:18
**23rd** [1] - 178:3
**24** [28] - 27:10, 27:15, 27:18, 27:22, 29:4, 29:9, 29:12, 30:16, 31:4, 31:13, 31:18, 34:6, 34:22, 35:5, 35:12, 36:20, 54:10, 54:24, 55:3, 55:5, 55:6, 55:10, 74:21, 79:21, 79:23, 243:18
**24.4** [1] - 102:18
**2400** [1] - 3:2
**25** [106] - 7:18, 20:1, 20:5, 20:6, 20:12, 20:15, 21:1, 21:6, 21:22, 22:10, 22:15, 23:22, 23:23, 24:2, 24:4, 24:14, 24:21,

24:22, 26:23, 27:3, 27:9, 27:18, 27:24, 28:6, 32:3, 32:7, 32:8, 32:10, 32:11, 32:13, 32:16, 32:17, 32:19, 32:21, 33:8, 33:22, 33:23, 35:17, 36:6, 36:10, 36:12, 36:22, 40:9, 40:19, 50:11, 53:18, 54:9, 54:24, 55:5, 55:6, 55:9, 60:17, 60:20, 69:4, 69:15, 71:2, 80:21, 84:1, 89:2, 89:3, 89:21, 90:4, 93:13, 93:16, 96:3, 96:6, 96:16, 98:1, 98:16, 98:18, 98:23, 99:14, 103:2, 105:4, 111:8, 111:17, 112:3, 112:8, 112:10, 112:18, 112:24, 115:1, 115:2, 115:3, 115:7, 115:10, 115:12, 129:25, 130:7, 131:15, 131:17, 131:25, 132:7, 132:11, 138:20, 139:7, 139:15, 155:16, 157:12, 157:14, 157:19, 157:22, 157:25, 158:3, 185:14

**257** [1] - 253:13
**26** [1] - 99:6
**276** [2] - 45:25, 46:3
**277** [1] - 46:1
**28** [3] - 1:22, 49:2, 52:6
**29** [1] - 252:14
**296** [1] - 47:8
**297** [1] - 6:18
**29th** [1] - 99:10
**2a** [3] - 273:24, 274:8, 274:12

## 3

**3** [9] - 16:3, 16:19, 19:22, 137:16, 138:3, 230:11, 235:4, 235:13, 252:8
**3-alkylaminopropanols** [1] - 273:21
**3-effect** [1] - 15:9
**3.2.1** [2] - 233:22, 237:20
**3.2.2.2** [1] - 244:2
**3.2.3** [1] - 250:19
**30** [1] - 286:16
**30(b)(6** [1] - 94:5
**300** [1] - 14:1

**3000** [1] - 2:5
**301** [1] - 2:11
**304** [8] - 51:25, 68:17, 71:22, 83:17, 93:8, 119:10, 135:11
**320** [1] - 174:9
**322** [1] - 128:10
**322-1-1** [2] - 109:14, 109:18
**330** [1] - 2:20
**35** [2] - 14:1, 14:2
**351** [1] - 14:1
**37** [1] - 82:16
**383** [1] - 257:17
**39** [6] - 90:7, 90:9, 90:11, 94:4, 94:17, 95:15
**3D** [1] - 55:7
**3M** [1] - 68:5

## 4

**4** [25] - 53:12, 89:9, 89:12, 89:19, 89:20, 90:2, 91:25, 119:15, 135:23, 135:24, 136:1, 136:2, 136:10, 137:17, 138:3, 146:2, 180:17, 230:12, 241:15, 245:13, 249:7, 252:8, 252:14, 252:16, 252:17
**4.3** [1] - 40:20
**4.4** [1] - 207:20
**4.545** [1] - 40:15
**4.55** [3] - 40:18, 40:22, 41:19
**40** [9] - 79:3, 79:13, 80:14, 80:16, 80:17, 84:3, 122:16, 122:19, 122:23
**400** [1] - 2:10
**4045Y** [2] - 17:15, 18:13
**41** [1] - 140:5
**43** [3] - 85:10, 141:8, 143:3
**432** [4] - 249:6, 251:21, 251:23, 251:24
**44** [3] - 141:20, 142:1, 143:3
**445** [2] - 237:7, 238:1
**45** [5] - 20:10, 105:25, 125:16, 142:2, 143:3
**45-minute** [1] - 125:7
**46** [1] - 143:18
**49** [1] - 89:10

## 5

**5** [2] - 138:3, 247:2
**5-HT** [1] - 216:8
**5-hydroxytryptamine** [1] - 210:11
**5.1** [1] - 254:1
**5.2** [1] - 251:5
**50** [17] - 43:24, 44:15, 49:13, 49:16, 49:20, 79:3, 79:13, 80:11, 80:14, 80:16, 80:17, 122:16, 122:19, 122:24, 123:4, 123:6, 123:9
**507** [1] - 11:13, 25:10, 25:23
**509** [1] - 148:22
**5091** [1] - 52:6
**509T** [1] - 148:25
**53** [1] - 91:15
**541** [1] - 132:22
**553** [1] - 18:21
**555** [2] - 2:5, 150:22
**56** [1] - 93:8
**566** [1] - 128:14
**59** [2] - 95:14, 290:5
**59017** [1] - 84:5

## 6

**6** [3] - 15:25, 16:2, 257:6
**60** [2] - 110:19, 158:20
**601** [2] - 244:4, 253:9
**60606** [1] - 3:11
**60611** [1] - 2:21
**609** [3] - 243:9, 244:3, 245:2
**61** [3] - 179:1, 179:8, 179:9
**62** [1] - 290:5
**63** [1] - 97:19
**64** [1] - 98:12
**66** [3] - 128:24, 129:2, 290:6
**6600** [1] - 3:10
**67** [1] - 102:14
**68** [1] - 102:17
**691** [3] - 202:9, 202:11, 208:19
**694** [2] - 212:4, 212:6

## 7

**7** [2] - 30:18, 290:5

**70** [1] - 110:23
**71** [1] - 110:23
**710** [1] - 207:20
**715** [2] - 228:6, 228:8
**717** [4] - 254:25, 255:1, 257:4, 257:5
**72** [1] - 81:3
**729** [2] - 271:5, 271:6
**733** [2] - 214:25, 215:2
**736** [3] - 218:8, 218:9, 222:7
**739** [4] - 273:14, 273:16, 274:16, 274:20
**74578** [1] - 82:7
**74898** [1] - 19:15
**752** [8] - 20:5, 26:25, 48:12, 130:6, 130:8, 130:12, 131:8, 131:12
**753** [1] - 1:22
**755** [1] - 44:25
**758** [2] - 210:5, 210:7
**78** [1] - 257:18
**7th** [1] - 160:16

## 8

**8** [1] - 89:14, 90:2, 179:1, 179:2, 179:21, 179:22, 179:23, 182:3
**80** [3] - 79:24, 80:1, 80:22
**834** [1] - 241:10
**84** [1] - 60:6
**866** [2] - 192:25, 193:3
**8:30** [1] - 288:24

## 9

**9** [1] - 289:25
**90's** [3] - 187:24, 188:1, 188:15
**901** [1] - 2:13
**928** [2] - 81:13, 81:14
**930** [1] - 45:21
**94105-0921** [1] - 2:6
**945** [1] - 45:7
**97** [2] - 14:18, 19:7
**974** [1] - 52:19
**995** [2] - 14:9, 59:19

## A

**a.m** [1] - 289:25
**AAAS** [1] - 68:4
**Aachen** [1] - 183:7

**ab** [1] - 46:13
**Abbott** [1] - 169:22
**abbreviated** [1] - 199:19
**abbreviation** [1] - 198:23
**ability** [2] - 193:17, 193:20
**able** [17] - 21:11, 21:14, 40:24, 55:7, 55:22, 65:16, 88:13, 94:24, 95:7, 99:25, 110:7, 138:16, 144:10, 182:25, 219:13, 280:3, 288:20
**abolish** [1] - 239:2
**abolished** [1] - 236:14
**abolishes** [2] - 239:6, 239:9
**absence** [1] - 148:1
**absent** [3] - 87:5, 109:23, 224:15
**absolutely** [4] - 51:14, 55:8, 95:9, 100:4
**abstract** [4] - 208:15, 215:9, 215:13, 215:23
**abstracting** [2] - 188:22, 188:23
**Abstracts** [1] - 188:24
**abstracts** [1] - 189:1
**abuse** [1] - 211:10
**AC** [1] - 17:11
**academic** [1] - 66:16
**accelerated** [2] - 14:17, 14:18
**accept** [2] - 71:17, 176:22
**acceptable** [3] - 180:15, 181:3, 228:25
**accepted** [1] - 73:6
**accepts** [1] - 183:22
**accessed** [1] - 21:12
**accomplishments** [1] - 175:4
**accord** [1] - 187:12
**according** [13] - 21:6, 28:1, 35:19, 72:4, 73:14, 76:21, 89:2, 93:13, 119:17, 134:16, 138:20, 139:11, 149:23
**account** [3] - 42:3, 42:7, 271:12
**accuracy** [1] - 46:17
**accurate** [4] - 1:23, 29:8, 102:4, 132:12
**accurately** [3] - 66:15, 137:21, 137:22
**accusation** [1] - 137:24

**accused** [1] - 176:9
**accusing** [1] - 138:1
**acetaminophen** [1] - 189:21
**achieve** [1] - 196:12
**acid** [4] - 41:22, 41:25, 43:9, 43:22
**acknowledges** [1] - 267:19
**acronym** [1] - 189:15
**ACS** [1] - 175:9
**act** [3] - 134:18, 191:4, 220:3
**Actavis** [6] - 3:6, 3:6, 4:23, 162:24, 178:23
**ACTAVIS** [1] - 1:7
**acting** [1] - 194:13
**action** [38] - 74:25, 75:6, 191:4, 191:7, 191:11, 191:16, 191:17, 193:8, 194:9, 195:1, 195:2, 195:3, 195:16, 195:17, 196:12, 212:8, 217:24, 218:1, 219:9, 219:20, 219:21, 219:22, 219:24, 220:4, 220:14, 220:18, 221:23, 223:6, 223:9, 223:11, 223:15, 251:3, 259:16, 268:15
**actions** [2] - 219:13, 223:24
**active** [13] - 72:6, 75:5, 119:21, 120:1, 166:7, 177:3, 185:11, 209:2, 223:20, 235:9, 260:1, 273:7, 275:3
**activities** [5] - 166:9, 169:7, 192:11, 218:4, 231:12
**activity** [150] - 72:5, 73:15, 76:22, 119:18, 166:8, 166:13, 166:14, 166:15, 166:21, 167:23, 167:24, 167:25, 169:5, 170:23, 171:7, 171:17, 177:2, 182:24, 185:13, 187:9, 187:18, 187:19, 188:6, 191:12, 191:13, 195:25, 197:6, 197:7, 200:18, 204:1, 204:7, 204:8, 208:5, 208:7, 209:9, 211:6, 217:7, 220:2, 221:14, 223:25, 227:12, 227:16, 229:10, 229:14, 229:23, 230:1, 230:3, 231:11, 231:16, 231:20, 232:13, 234:6, 234:24, 235:2, 236:4, 236:12, 236:16, 236:18, 237:3, 237:4, 237:5,

237:9, 237:13, 237:15, 237:17, 237:22, 238:2, 239:2, 239:6, 239:9, 239:24, 240:5, 240:18, 240:21, 241:3, 241:14, 241:18, 242:16, 243:8, 243:15, 243:16, 243:21, 243:25, 244:6, 244:25, 245:4, 245:10, 245:16, 246:9, 246:10, 246:12, 246:13, 246:14, 246:15, 247:5, 249:22, 250:2, 250:4, 251:15, 251:25, 252:3, 252:9, 252:11, 253:22, 254:2, 254:10, 254:20, 256:24, 257:11, 257:15, 257:17, 258:3, 258:9, 258:17, 258:21, 258:25, 259:8, 259:12, 259:23, 260:4, 260:13, 261:22, 262:2, 262:18, 263:1, 263:4, 263:10, 263:11, 271:13, 272:21, 272:23, 273:6, 273:12, 274:9, 274:19, 274:22, 274:24, 275:2, 275:6, 276:9, 276:10, 276:12, 277:2, 277:7, 277:8
**actual** [3] - 41:15, 57:8, 134:6
**acyclic** [1] - 265:5
**Adam** [5] - 63:13, 63:17, 64:6, 66:4, 68:8
**ADAM** [1] - 290:6
**add** [5] - 28:4, 44:16, 126:11, 161:17, 164:7
**added** [3] - 101:14, 101:16, 266:7
**addiction** [1] - 166:12
**adding** [5] - 266:3, 266:9, 266:14, 266:15, 267:16
**addition** [3] - 120:10, 163:1, 255:12
**additional** [3] - 30:1, 86:9, 114:6
**address** [1] - 73:1
**adjacent** [1] - 248:22
**adjourn** [1] - 289:21
**adjourned** [1] - 289:24
**adjust** [1] - 288:20
**administering** [1] - 179:25
**admit** [6] - 16:10, 30:19, 55:6, 57:2, 57:8, 58:15
**admitted** [2] - 68:13, 90:5
**admitting** [1] - 177:17

**adopt** [1] - 278:22
**adopted** [1] - 70:16
**adrenalin** [1] - 190:4
**adrenergic** [2] - 219:17, 220:19
**adults** [1] - 280:20
**advance** [1] - 48:3
**advanced** [2] - 173:6, 173:8
**advances** [1] - 48:7
**advantage** [5] - 119:5, 119:24, 120:14, 120:15, 197:4
**advantageous** [2] - 77:3, 119:8
**advantageously** [3] - 72:6, 119:21, 119:25
**advantages** [2] - 196:8, 197:6
**adverse** [1] - 266:9
**advisory** [2] - 67:21, 170:4
**aerial** [1] - 190:6
**affect** [6] - 34:3, 76:2, 76:3, 230:2, 237:8, 245:16
**affected** [1] - 15:13
**affects** [2] - 15:21, 74:14
**affinities** [1] - 209:1
**affinity** [7] - 210:22, 216:22, 216:23, 217:13, 217:20, 217:21
**afraid** [3] - 11:16, 13:13, 16:15
**African** [1] - 166:10
**afternoon** [6] - 106:21, 106:22, 161:25, 162:1, 165:6, 165:7
**afterwards** [1] - 286:5
**agent** [1] - 210:10
**agents** [1] - 189:3
**ago** [6] - 152:10, 152:18, 170:23, 206:25, 223:14, 272:4
**agonist** [1] - 169:11
**agonists** [1] - 169:7
**agree** [17] - 8:19, 9:6, 21:9, 28:5, 28:11, 32:16, 32:25, 37:7, 47:4, 47:24, 52:15, 77:20, 112:12, 114:22, 142:17, 225:8, 225:11
**agreed** [1] - 192:9
**agreement** [1] - 104:8
**ahead** [20] - 54:2, 55:15, 59:3, 61:25, 128:13, 130:4, 147:2, 147:8, 160:7, 160:14, 164:11, 189:18, 205:12,

213:9, 217:3, 227:23, 243:4, 247:21, 273:18, 283:22
**Ahmed** [1] - 5:13
**AHMED** [1] - 3:14
**aid** [1] - 66:6
**Akron** [1] - 68:3
**alcohols** [1] - 274:17
**Aleev** [1] - 189:21
**ALENCI** [1] - 3:5
**Alexander** [1] - 175:5
**Alfred** [1] - 68:3
**alkaline** [4] - 42:16, 42:23, 43:6, 43:8
**alkaloid** [1] - 174:4
**alkaloids** [2] - 174:4, 174:5
**Alkem** [3] - 3:14, 5:10, 5:14
**ALKEM** [1] - 1:7
**alkyl** [3] - 238:13, 240:21, 251:17
**alkyl-3-dialkylaminopropanols** [1] - 271:15
**alleged** [2] - 71:25, 73:7
**allegedly** [1] - 73:24
**allow** [1] - 5:10
**allowability** [1] - 84:7
**allowed** [1] - 4:22
**alluded** [1] - 254:22
**alluding** [1] - 31:15
**allyl** [3] - 236:25, 237:1, 237:25
**almost** [8] - 9:13, 98:23, 98:25, 104:8, 209:21, 243:18, 270:4
**alone** [4] - 71:3, 105:4, 111:9, 156:24
**alpha** [2] - 219:17, 220:19
**altering** [1] - 245:10
**Aly** [1] - 5:15
**ALY** [3] - 3:11, 5:15, 7:1
**ambient** [13] - 72:5, 73:16, 73:17, 73:19, 73:22, 73:23, 77:2, 77:7, 87:2, 119:20, 120:6, 120:8, 124:12
**ambiguity** [3] - 120:10, 123:3, 124:1
**ambiguous** [2] - 87:6, 124:3
**American** [3] - 67:23, 68:2, 174:23
**Americas** [1] - 170:1
**amine** [4] - 231:2, 233:23, 235:9, 274:17

**amines** [4] - 190:3, 231:2, 239:23, 241:2
**amino** [6] - 205:13, 205:14, 205:15, 206:6, 231:19, 274:7
**aminoclohexanols** [1] - 229:12
**aminomethylcyclohexanols** [1] - 229:11
**Amount** [1] - 39:14
**amount** [3] - 37:21, 179:25, 200:5
**amounts** [3] - 19:10, 60:8, 62:14
**Amy** [1] - 5:3
**AMY** [1] - 2:19
**analgesia** [2] - 166:22, 273:7
**analgesic** [98] - 121:16, 166:24, 167:3, 169:16, 179:25, 182:9, 182:14, 185:20, 187:19, 188:2, 188:6, 189:2, 189:3, 190:13, 191:15, 192:10, 193:8, 194:19, 195:4, 196:13, 202:15, 204:4, 204:8, 208:5, 208:7, 208:12, 209:6, 209:9, 209:16, 209:19, 209:24, 210:10, 212:10, 215:21, 217:8, 217:10, 218:12, 218:16, 220:2, 223:3, 227:8, 229:10, 230:2, 231:12, 231:16, 231:20, 232:13, 234:6, 236:14, 236:24, 236:12, 236:18, 237:8, 237:14, 237:22, 238:2, 239:24, 240:18, 241:3, 241:18, 243:14, 243:15, 244:6, 244:7, 244:12, 244:25, 245:4, 245:16, 246:10, 246:15, 247:4, 249:22, 249:24, 250:2, 250:4, 251:5, 251:25, 252:3, 252:8, 253:20, 253:21, 253:22, 254:2, 254:20, 256:24, 257:15, 257:20, 258:3, 259:23, 261:22, 263:4, 272:22, 273:12, 274:9, 276:9, 277:2, 277:7, 277:8
**analgesics** [21] - 165:24, 168:5, 168:21, 177:3, 177:6, 177:10, 182:20, 189:8, 189:25, 191:2, 191:23, 191:24, 192:22, 194:13, 194:15, 195:9, 206:16, 235:10, 263:7, 266:14

**analog** [3] - 259:12,
268:24, 268:25
**analogs** [3] - 182:15,
252:12, 268:23
**analogue** [1] - 169:15
**analogues** [2] -
168:23, 171:10
**analyses** [1] - 118:19,
118:20
**analysis** [32] - 40:6,
70:15, 72:18, 72:22,
84:15, 86:25, 88:16,
92:16, 98:25, 118:21,
133:23, 137:12, 137:14,
137:17, 138:5, 138:7,
138:10, 153:24, 184:4,
184:5, 184:17, 184:20,
185:3, 191:21, 191:25,
223:12, 224:14, 224:21,
261:17, 276:20
**analytical** [2] - 45:13,
134:2
**analyze** [9] - 37:19,
61:9, 94:24, 95:7,
99:15, 103:6, 157:18,
266:11, 267:4
**analyzed** [5] - 34:11,
102:22, 103:10, 153:22,
234:13
**analyzing** [1] - 184:25
**AND** [1] - 1:10
**Andreas** [3] - 88:1,
88:3, 150:5
**anesthetic** [1] -
271:13
**animal** [1] - 179:25
**animals** [1] - 209:18
**Ann** [1] - 67:3
**anomalous** [1] -
156:13
**answer** [9] - 31:10,
108:7, 116:18, 127:11,
128:3, 132:25, 209:11,
264:14, 275:24
**antagonist** [4] -
219:5, 219:7, 219:21,
219:25
**antagonists** [2] -
169:9, 219:5
**Anthony** [1] - 4:25
**ANTHONY** [1] - 3:4
**anti** [1] - 166:10
**anti-cancer** [1] -
166:10
**anticipated** [1] -
171:20
**antiinflammatory** [1]
- 189:16
**antinociception** [1] -
193:16

**antinociceptive** [1] -
215:6
**antitussive** [1] -
202:16
**anyway** [1] - 284:15
**apart** [3] - 75:1,
161:6, 163:25
**apologize** [2] -
230:16, 244:8
**Apotex** [2] - 176:5,
176:14
**apparatus** [1] - 97:10
**appear** [2] - 149:6,
255:18
**APPEARANCES** [2] -
2:1, 3:1
**appeared** [3] - 144:5,
144:19, 145:2
**applicants** [1] - 83:12
**application** [4] -
45:12, 52:4, 178:1,
178:3
**applied** [1] - 127:4
**applies** [1] - 260:17
**apply** [15] - 137:8,
138:22, 276:19, 276:20,
276:24, 277:4, 277:10,
277:11, 277:16, 277:17,
277:18, 277:19, 277:24,
278:1, 278:2
**appointment** [1] -
67:6
**appreciate** [1] - 62:24
**approach** [8] - 63:20,
65:11, 106:12, 126:18,
131:7, 160:20, 172:19,
206:16
**appropriate** [1] -
45:13
**April** [1] - 142:20
**aqueous** [4] - 41:21,
44:8, 44:10, 44:16
**arbitrarily** [1] - 33:13
**Arbor** [1] - 67:3
**Arbuzov** [1] - 271:8
**area** [15] - 80:23,
135:10, 154:8, 158:7,
158:8, 169:4, 173:3,
173:25, 174:3, 186:12,
188:23, 204:6, 206:17,
263:18, 267:6
**areas** [4] - 170:2,
177:10, 262:3, 263:16
**arguing** [1] - 153:25
**argument** [5] - 65:22,
136:25, 137:3, 154:2,
154:10
**arguments** [2] -
132:16, 157:5
**arise** [1] - 134:22

**aromatic** [16] - 56:19,
58:11, 206:7, 206:9,
237:13, 238:20, 242:10,
242:12, 242:19, 245:20,
247:16, 247:22, 248:7,
252:19, 268:3, 285:4
**arranged** [2] - 187:8,
232:8, 256:10
**arrangement** [5] -
186:25, 201:14, 205:21,
281:9
**arrangements** [2] -
46:16, 75:18
**arrive** [4] - 72:19,
84:16, 184:12, 224:12
**arrived** [3] - 106:6,
225:10, 227:6
**arriving** [1] - 224:3,
224:9
**arrow** [1] - 243:23
**art** [99] - 70:1, 70:10,
71:17, 72:13, 84:11,
89:17, 96:7, 96:17,
97:2, 99:12, 112:16,
112:24, 113:5, 113:7,
115:3, 115:7, 120:18,
127:9, 128:1, 141:5,
155:15, 157:4, 157:11,
160:15, 178:5, 178:10,
178:12, 181:10, 181:11,
181:22, 182:4, 183:10,
183:14, 184:3, 184:10,
184:12, 184:18, 185:1,
185:19, 185:23, 186:11,
187:22, 187:25, 191:14,
191:22, 192:10, 192:21,
194:8, 200:11, 200:12,
201:1, 201:2, 202:4,
211:20, 211:21, 211:23,
214:7, 214:13, 222:23,
223:2, 223:13, 224:5,
227:5, 227:7, 227:11,
227:25, 228:2, 228:20,
233:5, 252:13, 254:18,
258:8, 258:12, 258:16,
259:7, 260:6, 260:11,
261:9, 261:12, 261:19,
261:24, 262:20, 263:9,
263:13, 266:13, 266:23,
267:12, 271:4, 272:11,
272:12, 272:18, 273:3,
275:15, 276:16, 278:20
**Art** [2] - 164:17,
164:23
**art's** [1] - 275:7
**Arthur** [1] - 175:9
**article** [4] - 48:1,
78:17, 229:8, 244:14
**Arts** [1] - 67:5
**arts** [1] - 98:3

**aside** [1] - 273:13
**aspect** [2] - 73:23,
76:5
**aspects** [5] - 68:22,
137:21, 221:8, 229:25,
265:22
**aspirin** [1] - 189:20
**assay** [3] - 171:15,
213:21, 214:12
**asserted** [5] - 69:10,
69:11, 70:23, 178:23,
180:7
**assess** [2] - 23:8,
96:15
**assessing** [1] - 46:12
**assignments** [2] -
57:9, 101:1
**assisting** [1] - 160:1
**associate** [3] - 67:22,
136:16, 167:16
**associated** [9] -
89:25, 90:19, 194:16,
211:25, 217:9, 234:25,
240:19, 244:21, 259:13
**assuages** [1] - 65:2
**assume** [4] - 10:11,
108:24, 121:3, 142:17
**atom** [53] - 199:12,
199:22, 204:25, 205:1,
205:4, 205:8, 205:17,
205:21, 206:3, 206:9,
230:6, 230:17, 230:25,
234:9, 236:23, 237:8,
237:13, 237:16, 238:17,
238:19, 238:22, 238:24,
239:1, 239:2, 239:3,
239:6, 239:7, 239:9,
239:19, 242:9, 242:15,
243:12, 245:21, 246:6,
248:15, 248:20, 251:16,
253:21, 259:22, 262:18,
273:2, 273:9, 275:25,
282:5, 283:2, 283:6,
283:7, 283:9, 283:10,
284:20
**atomic** [1] - 57:25
**atoms** [24] - 187:7,
198:15, 199:17, 201:14,
204:13, 206:2, 206:6,
206:8, 237:1, 239:1,
239:5, 239:8, 244:21,
248:16, 256:10, 264:7,
264:13, 271:1, 272:25,
281:1, 281:4, 286:1
**attached** [6] - 186:17,
199:13, 205:17, 205:20,
242:9, 242:10
**attempt** [1] - 98:15
**attempted** [2] - 97:22,
99:11

**attempting** [2] - 32:3,
32:6
**attempts** [1] - 71:1
**attending** [1] - 226:6
**attention** [3] - 190:10,
223:7, 263:14
**attorney** [1] - 178:13
**attorneys** [1] - 176:1
**Attorneys** [5] - 2:9,
2:16, 2:23, 3:6, 3:14
**atypical** [3] - 192:22,
193:9, 193:10
**August** [2] - 69:8,
149:14
**Austin** [1] - 165:13
**author** [3] - 174:13,
233:10, 244:1
**author's** [1] - 243:20
**authored** [1] - 64:20
**authors** [13] - 45:2,
45:22, 233:20, 233:25,
234:18, 237:20, 238:14,
239:17, 240:17, 242:4,
250:18, 254:6, 263:10
**automated** [1] -
114:16
**available** [11] - 95:6,
95:13, 95:18, 130:17,
139:12, 139:15, 139:18,
228:1, 262:5, 272:11,
288:2
**Avenue** [2] - 2:13,
2:20
**average** [2] - 49:17,
208:2
**avoid** [2] - 64:22,
211:5
**Award** [7] - 68:5,
68:6, 175:9, 175:12,
175:15
**awardee** [1] - 174:23
**awards** [3] - 67:25,
174:19, 174:25
**aware** [4] - 48:22,
49:10, 52:14, 59:16,
62:3, 62:6, 62:11, 69:9,
96:10, 110:2, 121:3,
139:18, 176:21, 183:9,
192:4, 192:20, 224:16,
240:1, 240:4, 240:7,
258:12
**awful** [1] - 201:2

**B**

**B's** [1] - 149:19
**B(1)** [1] - 89:7
**B(1)m** [1] - 89:8
**B-Bu322-had** [1] -

38:7
**B.S** [1] - 173:14
**Bachelor's** [2] - 70:7, 183:20
**background** [7] - 66:15, 66:22, 78:6, 96:14, 97:4, 173:12, 177:11
**backwards** [2] - 56:22, 225:9
**bad** [7] - 152:2, 167:1, 196:24, 211:10, 217:20, 258:1, 267:9
**balance** [3] - 159:4, 217:19, 218:4
**ball** [4] - 283:10, 283:11, 283:12, 283:13
**balls** [4] - 281:1, 281:2, 281:3, 286:4
**bar** [2] - 121:14, 127:12
**bars** [1] - 243:23
**based** [30] - 23:3, 23:9, 23:11, 23:19, 24:7, 24:9, 24:11, 24:12, 47:14, 48:3, 50:19, 54:23, 55:6, 57:25, 82:20, 111:12, 175:3, 181:21, 184:5, 184:7, 187:22, 231:2, 233:17, 234:13, 234:15, 234:23, 259:6, 260:4, 279:9
**baseline** [1] - 103:13
**bases** [2] - 84:21, 147:20
**basic** [2] - 45:12, 96:21
**BASIL** [1] - 2:14
**basing** [2] - 110:4, 113:1
**basis** [26] - 37:16, 71:3, 76:22, 77:23, 84:8, 84:24, 86:15, 86:21, 88:22, 90:1, 92:6, 92:24, 93:21, 94:21, 99:14, 105:4, 112:19, 113:9, 120:2, 120:4, 138:9, 138:14, 147:19, 156:25, 157:6
**batch** [19] - 8:24, 9:1, 9:4, 9:6, 9:10, 9:13, 9:17, 41:18, 52:24, 109:14, 109:18, 151:3, 151:6, 151:10, 151:18, 151:19, 152:5, 154:9
**batch-naming** [1] - 151:3
**Batches** [2] - 146:10, 146:16

**batches** [8] - 146:17, 146:19, 146:23, 147:3, 147:10, 147:11, 147:24, 148:3
**Bates** [2] - 15:5, 19:15, 38:9, 53:2, 82:7, 88:8, 152:17
**battery** [2] - 283:4, 283:19
**bay** [1] - 163:6
**became** [2] - 92:6, 92:19
**Beckman** [1] - 68:6
**become** [5] - 91:1, 94:21, 170:16, 192:4, 269:21
**becomes** [9] - 51:21, 80:18, 80:19, 83:23, 86:15, 86:21, 91:25, 122:22, 171:10
**BEFORE** [1] - 1:16
**began** [3] - 29:4, 29:9, 67:2
**begin** [10] - 4:8, 6:1, 6:15, 7:11, 105:10, 106:18, 126:9, 188:1, 226:7, 261:25
**beginning** [15] - 30:16, 30:17, 33:2, 45:8, 47:10, 61:8, 153:20, 172:9, 173:12, 187:21, 187:24, 208:19, 214:10, 223:7, 274:16
**begins** [2] - 14:17, 93:11
**behalf** [9] - 4:12, 4:17, 4:23, 5:3, 5:9, 5:13, 6:5, 64:1, 162:6
**behaves** [2] - 120:25, 121:1
**behavior** [7] - 45:15, 46:12, 76:7, 97:5, 97:15, 97:17, 104:12
**behind** [1] - 282:5
**beige** [2] - 99:11, 113:15
**belief** [2] - 156:1, 156:2
**believes** [1] - 183:19
**below** [7] - 39:6, 39:13, 79:25, 80:21, 94:9, 233:21, 273:22
**benchmark** [1] - 245:17
**beneficial** [2] - 171:6, 250:17
**benefit** [1] - 59:12
**benefits** [2] - 195:19, 196:23
**benzyl** [5] - 237:12,

237:16, 238:1, 251:14
**Berkeley** [1] - 66:24
**Bernstein** [3] - 70:14, 77:13, 78:20
**Bernstein's** [3] - 1:18, 11:25, 13:6
**Best** [1] - 4:14
**BEST** [7] - 162:17, 162:21, 177:5, 177:15, 226:16, 255:21, 289:13
**best** [13] - 21:10, 213:15, 214:17, 216:22, 217:14, 217:18, 218:3, 228:16, 251:6, 251:18, 259:15, 287:13
**better** [36] - 76:7, 120:9, 127:9, 127:21, 168:23, 168:24, 168:25, 169:1, 169:2, 196:25, 197:2, 200:8, 203:21, 207:14, 207:17, 207:18, 209:20, 209:24, 211:9, 216:10, 216:12, 216:20, 221:17, 221:19, 223:14, 243:3, 243:5, 249:24, 250:11, 259:17, 261:5, 269:14, 279:25, 280:17
**between** [37] - 22:25, 48:2, 52:11, 77:4, 78:4, 78:9, 78:12, 79:3, 79:7, 79:13, 79:21, 79:23, 79:24, 80:14, 80:16, 80:17, 81:23, 104:5, 104:8, 116:9, 123:16, 129:9, 150:4, 156:10, 158:13, 185:15, 199:1, 202:25, 203:17, 206:9, 207:6, 215:6, 216:13, 245:18, 249:16, 272:7, 285:3
**beyond** [4] - 84:18, 178:15, 267:14
**BIANCO** [1] - 2:15
**bible** [2] - 63:24, 162:4
**big** [4] - 74:6, 195:9, 252:11, 283:9
**bigger** [9] - 172:13, 207:16, 253:12, 253:18, 253:24, 265:24, 286:2, 286:3
**Bill** [1] - 4:19
**bind** [9] - 166:4, 168:23, 168:24, 169:1, 169:2, 211:7, 269:20, 270:10
**binder** [21] - 53:11, 66:10, 68:17, 78:15, 84:4, 85:5, 90:8, 94:10, 119:10, 119:11, 130:17,

145:19, 152:10, 152:11, 152:12, 160:6, 164:14, 217:2, 228:20
**binders** [7] - 6:14, 105:11, 131:6, 160:9, 160:15, 164:15, 228:20
**binding** [11] - 169:3, 191:5, 202:15, 207:12, 211:11, 211:15, 213:2, 213:6, 216:11, 217:9, 269:8
**binds** [1] - 193:22
**bio** [4] - 166:2, 170:7, 173:9, 173:10
**bio-organic** [4] - 166:2, 170:7, 173:9, 173:10
**bioavailability** [4] - 74:13, 76:4, 77:23, 88:12
**biological** [15] - 166:4, 169:8, 171:6, 171:14, 172:16, 186:19, 227:15, 242:16, 243:15, 245:10, 246:14, 250:7, 260:12, 262:1
**biologically** [1] - 166:7
**bis** [1] - 234:9
**bis-desmethyl** [1] - 234:9
**bit** [28] - 17:8, 54:20, 57:12, 73:17, 84:8, 93:1, 96:1, 96:14, 101:11, 103:10, 106:9, 112:11, 117:16, 127:20, 136:23, 185:7, 215:15, 219:6, 225:23, 230:7, 233:14, 233:19, 244:5, 269:9, 269:13, 279:25, 284:10, 286:25
**black** [2] - 282:4, 282:5
**blow** [4] - 59:22, 210:16, 215:15, 230:7
**blown** [3] - 88:7, 101:11, 101:14
**blowup** [1] - 101:8
**blue** [12] - 36:12, 101:16, 101:21, 101:22, 103:18, 104:7, 104:9, 282:8, 282:12, 282:13, 282:25, 283:11
**BN** [1] - 151:4
**BN300** [3] - 12:13, 12:21, 13:20
**board** [2] - 67:21, 170:4
**body** [10] - 76:1, 77:17, 81:5, 82:16,

149:2, 168:19, 199:24, 200:8, 200:10, 222:24
**body's** [1] - 168:17
**bond** [12] - 203:16, 204:24, 237:2, 265:20, 280:2, 280:3, 281:8, 281:23, 282:1, 282:23, 284:14, 284:15
**bonded** [2] - 246:5, 248:21
**bonding** [1] - 50:20
**bonds** [5] - 204:15, 264:10, 264:12, 264:25, 268:7
**book** [2] - 165:3, 170:10
**books** [5] - 170:11, 174:10, 188:22, 258:17
**Boston** [1] - 3:3
**bottom** [16] - 12:6, 40:13, 44:5, 44:7, 44:9, 45:7, 59:24, 64:16, 194:3, 203:18, 207:3, 215:10, 248:6, 250:19, 274:16, 285:15
**bound** [1] - 161:8
**boundary** [1] - 44:11
**box** [3] - 101:19, 164:8, 264:6
**boxed** [1] - 80:23
**boxes** [1] - 101:16
**brackets** [1] - 243:23
**brain** [2] - 210:12, 218:15
**breadth** [1] - 116:9
**break** [18] - 63:3, 105:16, 105:21, 105:23, 105:25, 106:4, 121:21, 125:4, 125:7, 127:3, 163:22, 225:14, 225:17, 225:22, 226:5, 286:10, 287:9
**breaking** [1] - 163:19
**bridge** [17] - 232:1, 232:2, 241:22, 241:25, 242:3, 242:8, 244:5, 244:10, 244:16, 245:6, 245:9, 246:18, 247:12, 252:20, 259:20, 261:6, 262:10
**brief** [2] - 72:9, 72:10
**briefly** [2] - 43:19, 244:13
**bring** [3] - 161:20, 222:7, 254:23
**British** [1] - 19:2
**broad** [2] - 99:13, 173:9
**broadens** [1] - 97:15
**broader** [1] - 103:1

**broadly** [1] - 84:19
**broadness** [1] - 116:22
**broken** [2] - 36:25, 76:19
**bromide** [1] - 44:3
**brought** [3] - 57:5, 164:24, 283:1
**Bu-322-1-1** [3] - 41:16, 97:20, 129:3
**Bu-322-1-3** [5] - 99:8, 99:16, 99:19, 128:17, 129:10
**Bu-351-1-1** [1] - 41:19
**Bu351** [8] - 12:13, 12:21, 13:20, 38:16, 38:18, 39:10, 40:10, 41:4
**bulk** [1] - 159:18
**bullet** [9] - 19:4, 19:19, 140:6, 143:20, 143:23, 144:1, 154:10, 222:3, 227:10
**bullets** [1] - 222:1
**bunch** [2] - 189:3, 259:1
**Buschmann** [10] - 34:15, 58:6, 183:5, 183:7, 214:19, 228:15, 228:23, 265:8, 278:14, 279:8
**Buschmann's** [5] - 52:23, 58:4, 59:12, 192:7, 278:7
**bushmann's** [1] - 284:22
**business** [1] - 86:1
**Buvanendran** [1] - 288:1
**BV** [1] - 14:19
**BY** [22] - 2:4, 2:6, 2:12, 2:14, 2:19, 2:21, 3:3, 3:9, 3:11, 7:13, 59:5, 62:2, 66:2, 68:16, 106:20, 127:2, 158:14, 164:13, 165:5, 177:20, 226:24, 227:24
**by-product** [1] - 20:18
**by-products** [3] - 20:20, 21:3, 21:7

**C**

**C.C.R** [2] - 1:19, 1:25
**C1** [1] - 244:5
**C2H5** [1] - 236:10
**CA** [1] - 2:6
**Cahn** [1] - 57:24

**Cal** [1] - 67:1
**calculation** [2] - 48:2, 51:5
**calculations** [1] - 46:13
**California** [1] - 66:24
**calorimeter** [1] - 97:11
**calorimetry** [2] - 97:6, 159:3
**Canada** [2] - 176:5, 176:6
**cancer** [1] - 166:10
**candidates** [1] - 47:20
**cannabinoids** [3] - 190:13, 190:19, 191:8
**cannot** [3] - 26:10, 71:3, 225:20
**capital** [1] - 179:11
**CAPUANO** [58] - 3:4, 160:13, 160:15, 160:22, 161:1, 161:3, 161:6, 161:10, 161:14, 161:17, 161:22, 162:23, 163:1, 163:11, 163:24, 164:6, 164:10, 164:13, 165:2, 165:5, 176:24, 177:19, 177:20, 192:25, 194:2, 202:9, 207:2, 208:18, 210:3, 210:15, 215:8, 215:12, 225:12, 226:9, 226:12, 226:23, 226:24, 227:24, 228:5, 228:13, 229:2, 229:16, 230:7, 243:2, 243:5, 255:15, 258:4, 271:10, 271:16, 272:5, 273:14, 274:15, 283:21, 286:10, 286:15, 286:25, 287:4, 287:11
**Capuano** [2] - 162:24, 285:22
**car** [2] - 196:22, 197:2
**carbon** [83] - 58:9, 199:12, 203:16, 204:23, 204:25, 205:1, 205:3, 205:4, 205:8, 205:21, 206:2, 206:6, 206:8, 231:6, 231:8, 231:9, 232:1, 232:2, 236:2, 236:5, 236:9, 237:1, 237:2, 237:13, 239:1, 239:4, 239:5, 239:8, 241:22, 241:25, 242:3, 242:8, 242:9, 242:11, 242:15, 244:5, 244:10, 244:17, 245:6, 245:9, 246:5, 246:6, 246:18, 247:12, 248:15, 248:20, 252:21, 253:18, 253:21,

259:21, 261:6, 262:10, 264:7, 264:13, 265:11, 265:20, 271:1, 272:25, 273:2, 273:4, 273:9, 275:25, 277:5, 280:1, 281:1, 282:5, 283:2, 283:6, 283:9, 283:10, 284:14, 284:15, 284:20
**carbon-carbon** [7] - 203:16, 204:23, 237:2, 265:20, 280:1, 284:14, 284:15
**carbonate** [1] - 42:16
**carbons** [7] - 205:18, 231:9, 236:6, 248:22, 264:8, 264:11
**career** [8] - 67:2, 68:5, 168:10, 169:18, 169:23, 170:15, 174:7, 174:18
**Career** [1] - 174:23
**careful** [2] - 25:5, 266:8
**Carnegie** [1] - 2:11
**CAROLYN** [1] - 3:5
**carried** [5] - 19:8, 23:20, 36:6, 40:6, 175:6
**carry** [1] - 22:19
**carrying** [1] - 48:4
**cars** [6] - 196:18, 196:21, 196:25, 197:1
**case** [54] - 30:24, 44:2, 44:4, 44:7, 69:10, 77:7, 91:8, 91:14, 91:16, 91:22, 98:17, 104:3, 118:13, 118:18, 120:11, 122:9, 163:15, 165:18, 169:9, 169:10, 174:4, 176:16, 177:22, 178:4, 180:13, 181:5, 184:23, 187:18, 191:15, 193:13, 196:11, 197:25, 200:7, 201:3, 205:1, 205:16, 206:1, 206:4, 207:24, 215:24, 219:25, 229:20, 235:24, 237:10, 254:11, 254:12, 255:11, 255:17, 256:12, 261:16, 266:14, 266:19, 272:22, 288:5
**cases** [26] - 45:16, 46:14, 85:4, 144:4, 144:11, 144:19, 145:2, 145:11, 145:14, 153:8, 153:14, 154:25, 156:2, 156:18, 158:9, 175:21, 175:23, 176:2, 176:17, 203:10, 207:13, 242:21, 242:22, 242:23, 247:12, 247:14

**CASES** [1] - 1:10
**cases..** [1] - 153:4
**catch** [3] - 39:3, 263:12, 263:14
**categorization** [1] - 231:2
**causes** [1] - 251:14
**CBCH3** [1] - 231:18
**CECCHI** [1] - 1:17
**CEHS93-95** [2] - 13:8, 13:14
**Celsius** [6] - 79:3, 79:25, 81:3, 98:2, 107:14, 108:10
**Centennial** [1] - 175:1
**Center** [2] - 2:3, 2:11
**centers** [1] - 257:25
**central** [3] - 218:12, 274:22
**centrally** [1] - 194:13
**century** [1] - 46:8
**CEPM1** [5] - 91:9, 91:18, 91:22, 110:5, 110:10
**CEPM1a** [14] - 12:7, 89:24, 90:18, 90:21, 91:10, 91:12, 91:19, 91:24, 92:11, 92:12, 110:5, 110:9, 133:21, 149:5
**CEPM2a** [2] - 12:7, 149:6
**certain** [9] - 51:11, 51:14, 51:15, 117:8, 171:13, 174:24, 178:5, 190:23, 266:9
**certainly** [29] - 9:15, 40:4, 44:22, 50:18, 71:10, 90:4, 106:13, 107:17, 124:3, 136:15, 140:24, 153:1, 155:21, 156:24, 157:6, 159:14, 185:12, 188:22, 189:9, 189:11, 195:8, 195:11, 201:2, 206:17, 217:8, 222:13, 267:1, 283:22, 287:1
**Certificate** [1] - 180:17
**certified** [1] - 1:22
**CEWS141/1** [2] - 12:17, 25:25
**CG5503** [5] - 18:24, 19:7, 60:5, 144:3, 149:5
**CH3** [4] - 199:12, 199:19, 236:10, 238:12
**chain** [12] - 55:16, 55:19, 55:20, 56:5, 56:13, 242:11, 274:1, 275:5, 277:10, 285:3

**chains** [2] - 243:9, 243:10
**Chair** [2] - 165:16, 175:11
**challenge** [3] - 46:14, 85:3, 144:3
**challenges** [1] - 157:3
**challenging** [1] - 176:9
**chance** [8] - 6:16, 49:20, 51:18, 65:4, 177:22, 178:19, 192:6, 192:8
**chances** [2] - 49:13, 269:7
**change** [36] - 76:11, 124:4, 134:11, 134:17, 166:22, 166:23, 172:6, 172:8, 183:23, 187:18, 236:13, 236:20, 245:9, 245:15, 246:8, 246:16, 246:22, 247:4, 249:19, 251:24, 252:18, 257:24, 258:22, 260:20, 260:22, 261:5, 261:7, 262:5, 262:11, 262:13, 262:14, 262:21, 263:4, 263:9, 263:17, 263:20
**changed** [17] - 123:19, 138:25, 236:25, 237:11, 241:7, 241:13, 241:22, 245:7, 245:9, 245:14, 246:17, 246:18, 247:11, 247:13, 247:15, 247:18, 260:3
**changes** [33] - 44:12, 74:13, 75:2, 79:4, 123:7, 166:20, 166:25, 172:5, 172:7, 172:10, 172:12, 172:13, 172:14, 172:17, 185:16, 185:17, 187:14, 187:16, 230:2, 230:10, 230:17, 235:21, 237:21, 241:18, 242:15, 246:24, 247:4, 261:25, 262:1, 277:21
**changing** [9] - 230:6, 235:23, 236:22, 236:23, 238:22, 252:22, 253:2, 259:1, 266:6
**characteristic** [1] - 136:16
**characteristics** [3] - 157:10, 157:11, 158:2
**characterization** [5] - 67:12, 70:5, 96:19, 137:22, 138:15
**characterize** [4] - 37:12, 40:3, 159:5,

237:21
    **characterized** [6] - 39:10, 39:15, 39:20, 39:25, 40:4, 108:20
    **Charles** [1] - 67:3
    **CHARLES** [1] - 1:19
    **check** [5] - 13:24, 54:17, 58:15, 158:15, 170:13
    **checked** [2] - 42:9, 57:9
    **checking** [1] - 54:19
    **checks** [1] - 170:12
    **Chemical** [3] - 67:23, 68:3, 188:24
    **chemical** [20] - 21:9, 47:15, 48:3, 57:14, 62:13, 70:3, 74:23, 75:3, 75:7, 75:9, 77:8, 114:22, 118:2, 118:3, 139:5, 160:23, 163:3, 163:4, 179:9, 229:9
    **chemicals** [1] - 167:20
    **chemist** [7] - 21:12, 21:14, 25:3, 41:9, 44:9, 70:3, 245:23
    **Chemistry** [3] - 67:4, 175:1, 175:15
    **chemistry** [36] - 57:8, 66:25, 67:11, 67:13, 67:14, 96:22, 165:15, 165:16, 166:2, 170:2, 170:3, 170:7, 170:20, 173:3, 173:5, 173:8, 173:9, 173:10, 173:16, 173:19, 173:20, 174:1, 174:4, 175:11, 177:1, 182:10, 182:11, 182:24, 185:4, 205:7, 246:7, 279:20
    **chemists** [5] - 21:19, 25:5, 44:5, 203:4, 248:11
    **Chicago** [2] - 2:21, 3:11
    **chlorine** [3] - 57:25, 58:8, 262:18
    **choose** [1] - 129:15
    **chosen** [1] - 121:4
    **Christie** [1] - 4:20
    **CHRISTINE** [1] - 2:7
    **Christine** [1] - 4:14
    **chromatogram** [1] - 39:22
    **chromatography** [1] - 39:21
    **Chuderewicz** [1] - 4:17
    **CHUDEREWICZ** [2] -

2:12, 4:16
    **CHUNG** [1] - 2:8
    **circle** [3] - 283:9, 284:19, 284:20
    **circles** [2] - 279:12, 279:14
    **circumstances** [2] - 134:7, 154:17
    **cis** [10] - 201:13, 256:5, 256:7, 256:16, 256:25, 257:2, 257:10, 257:13, 257:16, 260:1
    **citations** [1] - 67:20
    **cited** [4] - 11:21, 11:25, 84:3, 95:15
    **citing** [1] - 90:7
    **Civ** [5] - 1:10, 1:10, 1:11, 1:11, 1:12
    **Civil** [1] - 1:3
    **claim** [7] - 77:12, 124:22, 137:11, 179:1, 179:3, 179:21, 184:12
    **Claim** [17] - 79:20, 86:15, 86:17, 86:20, 179:1, 179:2, 179:8, 179:9, 179:18, 179:19, 179:22, 179:23, 180:5, 180:7, 180:9
    **claimed** [8] - 47:14, 49:5, 69:2, 72:8, 83:22, 95:5, 124:21, 124:23
    **claims** [14] - 69:9, 69:11, 69:19, 69:20, 69:22, 77:16, 89:2, 136:7, 178:19, 178:22, 181:7, 181:10, 184:2
    **CLAIRE** [1] - 1:17
    **clarify** [3] - 117:10, 207:19, 241:24
    **class** [3] - 197:22, 258:10, 271:14
    **classes** [3] - 190:18, 190:20, 190:23
    **classify** [1] - 134:12
    **clause** [1] - 144:18
    **clean** [1] - 20:13
    **cleaned** [1] - 131:3
    **cleanly** [1] - 20:1
    **clear** [8] - 31:8, 77:21, 79:9, 90:1, 108:6, 136:17, 145:5, 158:7
    **clearly** [6] - 77:23, 87:7, 116:21, 147:20, 193:24, 264:14
    **cleave** [3] - 204:15, 264:11, 264:25
    **CLERK** [16] - 4:1, 63:6, 63:8, 63:23, 64:4, 125:17, 126:2, 126:20, 131:2, 131:5, 161:2,

162:3, 162:8, 225:25, 226:2, 289:23
    **clinical** [3] - 194:11, 194:12, 269:5
    **clinically** [1] - 194:16
    **clockwise** [1] - 285:18
    **Clonidine** [1] - 190:12
    **close** [16] - 100:25, 116:5, 116:14, 118:19, 118:21, 118:22, 158:2, 258:20, 273:24, 274:5, 274:12, 282:12, 282:14, 285:18, 286:2, 286:15
    **close-up** [3] - 118:19, 118:21, 118:22
    **closed** [1] - 163:15
    **closely** [5] - 168:11, 186:3, 186:4, 274:6, 276:17
    **closest** [2] - 84:11, 259:7
    **CNS** [4] - 272:22, 273:6, 273:7, 276:10
    **CNS-active** [1] - 273:7
    **co** [9] - 4:13, 4:18, 5:4, 5:10, 46:19, 47:17, 47:24, 174:13, 233:10
    **co-author** [2] - 174:13, 233:10
    **co-counsel** [4] - 4:13, 4:18, 5:4, 5:10
    **co-crystals** [3] - 46:19, 47:17, 47:24
    **Code** [1] - 1:22
    **codeine** [3] - 193:23, 203:13, 203:23
    **codone** [1] - 189:24
    **coerleus** [2] - 218:14
    **coinventors** [1] - 233:9
    **cold** [1] - 80:2
    **colleagues** [1] - 4:25
    **collect** [1] - 91:6
    **collected** [3] - 82:5, 82:12, 82:18
    **collection** [1] - 170:11
    **collectively** [1] - 67:19
    **college** [2] - 173:12, 173:17
    **College** [3] - 66:23, 67:4, 67:6
    **Collegiate** [1] - 67:4
    **color** [24] - 96:21, 96:23, 96:24, 97:2, 97:24, 111:16, 111:18, 112:22, 112:23, 112:24,

113:4, 113:6, 113:8, 113:9, 113:16, 113:24, 114:3, 114:7, 114:13, 115:19, 115:22, 131:24, 157:16, 157:20
    **colored** [5] - 97:24, 98:22, 99:12, 102:25, 281:2
    **colorless** [1] - 96:25
    **colors** [6] - 113:13, 113:17, 113:18, 113:19, 113:22, 283:15
    **column** [26] - 12:4, 12:10, 12:12, 18:2, 36:12, 37:5, 45:7, 46:2, 47:9, 52:3, 131:15, 193:16, 194:3, 207:15, 207:20, 208:6, 208:8, 210:16, 212:15, 216:16, 231:22, 247:6, 250:6, 250:7, 250:14, 252:3
    **Column** [8] - 20:5, 30:16, 30:18, 50:15, 119:15, 130:7, 209:14, 209:16
    **combination** [6] - 187:5, 191:12, 192:11, 195:5, 202:5, 277:1
    **combine** [3] - 44:17, 196:7, 197:1
    **combined** [4] - 45:13, 195:19, 220:17, 239:11
    **combining** [1] - 195:15
    **comfortable** [2] - 117:2, 135:6
    **coming** [7] - 56:20, 56:23, 58:12, 69:24, 90:10, 145:25, 160:1
    **commencing** [1] - 289:25
    **comment** [2] - 120:12, 222:3
    **comments** [2] - 160:12, 206:18
    **commissions** [1] - 142:23
    **common** [3] - 190:9, 206:16
    **communicate** [1] - 183:1
    **companies** [7] - 86:1, 141:2, 169:20, 169:22, 172:19, 172:21, 174:24
    **company** [5] - 29:5, 168:8, 171:13, 176:15, 214:22
    **comparable** [4] - 88:11, 214:12, 217:21, 243:24

**compare** [10] - 112:21, 114:17, 119:1, 183:16, 202:23, 206:20, 211:13, 251:23, 258:24
    **compared** [5] - 25:11, 112:15, 138:20, 213:20, 257:8
    **comparing** [9] - 99:22, 101:22, 112:19, 119:8, 203:20, 216:1, 236:7, 249:12, 258:21
    **comparison** [2] - 111:15, 207:6
    **complementary** [1] - 215:5
    **complete** [1] - 62:21
    **complex** [2] - 16:11, 16:16
    **complexities** [2] - 136:8, 266:15
    **complexity** [2] - 266:25, 267:2
    **complicated** [8] - 54:21, 58:21, 117:17, 120:22, 147:10, 213:12, 266:16, 284:11
    **component** [2] - 129:19, 220:22
    **components** [1] - 193:7
    **composition** [1] - 167:8
    **compositions** [3] - 72:7, 119:22, 120:1
    **compound** [142] - 20:6, 21:10, 27:4, 27:8, 27:9, 27:15, 30:23, 31:12, 31:16, 41:4, 47:3, 47:15, 49:19, 50:7, 51:12, 51:16, 51:20, 53:22, 54:2, 54:3, 54:4, 54:13, 54:15, 55:17, 56:2, 56:10, 56:16, 56:19, 58:1, 58:3, 61:9, 74:14, 96:25, 98:24, 166:19, 168:13, 168:14, 170:17, 170:19, 170:21, 170:24, 171:9, 171:11, 171:21, 171:24, 172:5, 172:7, 179:9, 179:12, 179:19, 179:21, 180:1, 180:8, 180:11, 181:25, 184:1, 184:5, 184:9, 184:12, 184:13, 184:14, 184:17, 184:19, 184:22, 185:2, 185:3, 185:20, 186:13, 187:12, 187:22, 190:17, 190:21, 191:19, 191:23, 195:11, 196:7, 197:9,

199:20, 203:11, 204:2,
210:21, 211:3, 211:19,
214:7, 215:20, 221:4,
223:2, 223:21, 223:22,
223:23, 224:4, 224:10,
224:13, 224:17, 224:21,
225:5, 225:10, 227:2,
227:4, 227:6, 227:12,
231:1, 231:11, 231:13,
231:15, 231:20, 232:16,
244:2, 245:2, 245:17,
245:19, 245:24, 250:23,
251:21, 253:13, 257:18,
259:22, 261:22, 262:2,
265:6, 266:16, 269:2,
272:6, 272:7, 274:8,
274:12, 274:13, 274:14,
275:16, 276:1, 276:2,
276:3, 276:9, 276:11,
276:22, 277:25, 278:5
     **compounds** [124] -
27:12, 46:13, 48:25,
49:5, 49:12, 49:15,
49:22, 56:25, 70:6,
166:7, 166:9, 168:1,
168:2, 168:4, 168:11,
168:18, 169:2, 169:6,
169:7, 170:13, 171:4,
171:6, 171:7, 171:12,
171:17, 171:19, 171:25,
172:2, 174:1, 177:3,
182:10, 182:13, 184:20,
185:3, 185:5, 185:11,
188:2, 188:6, 188:9,
190:7, 190:20, 190:23,
191:4, 191:9, 196:10,
197:14, 198:22, 200:6,
200:17, 201:7, 202:3,
202:23, 202:25, 203:1,
203:5, 203:23, 205:1,
206:1, 206:10, 208:16,
208:17, 209:1, 209:15,
211:7, 212:9, 213:5,
214:8, 214:12, 216:3,
219:3, 219:14, 220:16,
221:9, 229:12, 229:24,
230:21, 239:14, 240:3,
244:17, 245:23, 247:8,
250:12, 251:13, 254:19,
256:8, 257:13, 264:20,
266:21, 267:19, 267:20,
269:4, 269:6, 271:13,
271:14, 271:17, 271:18,
271:19, 271:20, 271:25,
272:19, 272:23, 273:5,
273:20, 273:22, 274:9,
274:20, 274:21, 275:1,
275:5, 275:8, 276:10,
277:6, 277:8, 277:10,
277:12, 277:19, 279:9
     **comprised** [1] -

197:13
     **comprising** [1] -
179:24
     **computation** [1] -
48:7
     **computational** [1] -
48:3
     **computer** [2] - 51:5,
188:16
     **conceivable** [2] -
288:11, 288:12
     **concentrated** [4] -
42:15, 42:24, 91:2,
91:24
     **concentrating** [2] -
91:11, 110:11
     **concentration** [3] -
193:21, 222:15, 222:16
     **concentrations** [1] -
19:8
     **concept** [2] - 30:22,
75:25
     **concepts** [1] - 276:19
     **concerned** [1] -
189:23
     **concerning** [1] -
182:12
     **concerns** [2] - 19:6,
73:2
     **conclude** [19] - 8:3,
8:12, 8:16, 9:7, 18:15,
60:10, 73:8, 97:18,
104:25, 109:17, 109:20,
109:22, 117:22, 217:4,
234:23, 239:17, 254:6,
287:15, 289:8
     **concluded** [4] -
15:13, 109:13, 109:19,
239:20
     **concludes** [3] -
159:24, 287:23
     **concluding** [2] -
60:13, 233:25
     **conclusion** [19] -
82:21, 84:13, 111:5,
111:10, 111:12, 111:23,
111:25, 117:2, 156:21,
213:22, 221:24, 224:3,
224:10, 224:13, 234:3,
235:5, 235:7, 240:11,
240:12
     **conclusions** [9] -
72:12, 72:20, 85:17,
239:17, 240:15, 240:18,
259:9, 259:11
     **conclusively** [1] -
220:15
     **conclusory** [1] -
71:20
     **condition** [1] - 87:3

     **conditions** [18] -
47:21, 72:6, 73:16,
73:18, 73:19, 73:20,
73:22, 73:23, 75:19,
77:2, 77:7, 87:2,
108:12, 119:20, 120:6,
120:8, 154:22, 156:14
     **conduct** [2] - 137:14,
156:22
     **conducted** [15] -
7:18, 14:5, 67:1, 81:18,
81:21, 81:24, 93:7,
93:22, 96:10, 138:15,
147:18, 191:3, 191:21,
218:20, 240:5
     **conducting** [2] -
191:14, 191:25
     **confer** [2] - 148:9,
158:10
     **conferred** [1] - 175:3
     **confidently** [1] -
101:1
     **confined** [1] - 72:22
     **confirm** [7] - 7:16,
37:4, 53:5, 95:17,
107:13, 116:6, 129:24
     **confirmed** [2] - 92:17,
245:2
     **conflict** [1] - 76:14
     **conformation** [2] -
284:6, 284:9
     **conformational** [3] -
265:20, 266:10, 267:1
     **confusing** [1] -
159:10
     **confusion** [1] -
117:11
     **connected** [2] -
120:10, 198:14
     **connection** [4] -
11:18, 28:18, 99:15,
103:6
     **connectivity** [2] -
198:14, 205:22
     **Connolly** [1] - 5:5
     **CONNOLLY** [1] - 2:22
     **consider** [18] - 69:25,
85:12, 88:8, 95:23,
95:25, 132:2, 132:6,
145:25, 172:4, 185:1,
188:1, 188:8, 191:24,
211:18, 224:5, 224:6,
243:22, 268:18
     **considerably** [1] -
129:6
     **considerations** [1] -
76:9
     **considered** [10] -
68:20, 70:10, 86:8,
97:1, 124:2, 178:10,

178:12, 181:9, 193:12,
225:4
     **considering** [7] -
78:20, 116:11, 181:20,
184:1, 192:1, 222:24,
267:13
     **consist** [2] - 146:18,
146:24
     **consistent** [4] -
96:16, 98:6, 136:7,
172:20
     **CONSOLIDATED** [1]
- 1:10
     **constant** [2] - 242:24,
243:1
     **constantly** [3] -
185:25, 267:6, 272:11
     **constants** [1] - 47:16
     **constipation** [1] -
194:18
     **constricting** [1] -
252:25
     **constriction** [1] -
254:9
     **consult** [1] - 169:19
     **consultant** [1] - 176:2
     **consulted** [1] -
169:21
     **consulting** [1] -
172:18
     **consumed** [1] -
133:21
     **contain** [2] - 114:22,
174:6
     **contained** [3] - 9:19,
24:9, 74:12
     **contains** [2] - 43:22,
239:4
     **contaminated** [2] -
85:21, 103:25
     **contaminating** [1] -
92:16
     **contemporaries** [1] -
201:9
     **contesting** [1] -
136:11
     **context** [5] - 36:9,
150:6, 166:7, 174:16,
195:25
     **continually** [1] -
155:6
     **continuation** [1] -
5:20
     **continue** [9] - 88:13,
105:23, 126:6, 160:12,
192:4, 244:22, 247:2,
287:13, 289:16
     **CONTINUED** [1] -
127:1
     **continues** [1] - 194:4

     **continuing** [6] - 46:3,
234:7, 235:4, 235:12,
252:14, 254:13
     **contract** [2] - 81:19,
168:8
     **contrast** [2] - 84:17,
141:7
     **contribute** [1] - 193:7
     **contribution** [1] -
212:10
     **control** [1] - 264:17
     **controversy** [2] -
178:16, 178:17
     **convention** [1] -
151:3
     **conversion** [17] -
75:20, 78:24, 79:17,
80:3, 80:16, 80:25,
118:16, 122:6, 122:15,
122:16, 122:17, 122:18,
123:4, 123:13, 144:11,
200:9, 251:14
     **Conversion** [1] -
251:10
     **conversions** [4] -
80:9, 120:23, 122:12,
144:15
     **convert** [2] - 108:3,
108:4
     **converted** [2] - 79:2,
87:3
     **converting** [3] - 94:1,
122:9, 243:10
     **converts** [5] - 79:12,
80:12, 80:20, 87:7,
123:5
     **cool** [1] - 283:25
     **cooled** [2] - 79:22,
79:23
     **cooling** [2] - 19:9,
123:12
     **Cope** [1] - 175:9
     **copied** [2] - 126:22,
126:23
     **copies** [5] - 64:24,
65:1, 126:12, 164:24,
238:4
     **copy** [4] - 29:24, 30:1,
53:12, 238:8
     **corner** [3] - 14:14,
39:3, 202:18
     **correct** [137] - 7:19,
8:24, 9:2, 9:19, 10:23,
12:8, 12:25, 16:19,
16:22, 17:16, 17:20,
18:14, 19:1, 27:20,
28:2, 29:6, 31:18, 32:1,
33:2, 33:6, 34:14, 35:2,
35:21, 36:14, 36:17,
36:18, 36:21, 36:22,

37:6, 38:13, 38:14, 40:15, 40:21, 41:25, 43:4, 43:16, 43:18, 45:6, 45:24, 50:8, 57:1, 57:18, 58:5, 58:18, 60:18, 60:19, 61:16, 83:4, 84:22, 94:6, 94:7, 94:8, 98:10, 102:16, 102:18, 102:19, 104:18, 104:23, 110:14, 111:4, 114:23, 115:12, 115:13, 116:2, 119:3, 120:17, 121:9, 121:10, 121:17, 122:8, 122:14, 128:2, 128:18, 128:19, 129:12, 132:4, 133:2, 133:5, 134:3, 134:8, 135:8, 137:6, 139:6, 139:10, 140:2, 140:3, 141:12, 141:13, 142:18, 143:16, 144:22, 146:21, 146:22, 146:24, 146:25, 150:25, 151:1, 151:13, 153:22, 155:10, 155:14, 155:19, 155:22, 157:20, 158:4, 162:21, 165:1, 165:2, 177:7, 180:5, 207:1, 207:21, 213:23, 214:2, 219:15, 230:15, 232:3, 232:15, 232:18, 236:11, 236:19, 239:13, 239:15, 249:11, 249:15, 249:17, 249:18, 250:16, 253:7, 253:8, 255:8, 256:15, 262:7, 271:2, 278:12, 278:17

**Correction** [1] - 180:17

**correction** [2] - 181:1, 181:2

**correctly** [5] - 20:3, 23:20, 30:25, 42:18, 128:4

**correlates** [1] - 284:9

**correspond** [2] - 92:18, 244:7

**correspondence** [1] - 283:14

**correspondent** [1] - 274:13

**corresponder** [1] - 274:5

**corresponding** [1] - 209:2

**correspondingly** [1] - 70:8

**corresponds** [3] - 244:11, 264:19, 273:1

**corroborates** [1] - 64:20

**counsel** [15] - 4:13, 4:18, 5:4, 5:10, 9:3, 59:1, 62:3, 64:7, 125:13, 131:6, 138:16, 148:11, 158:13, 225:21, 289:17

**count** [1] - 206:7

**counterparts** [1] - 11:2

**counting** [2] - 248:19, 248:20

**couple** [12] - 7:4, 7:16, 80:25, 81:25, 82:11, 101:5, 101:10, 103:22, 157:23, 186:21, 226:6, 245:13

**course** [17] - 20:23, 50:13, 53:18, 58:18, 61:10, 63:21, 70:11, 96:22, 114:9, 173:4, 173:7, 177:21, 181:5, 183:1, 204:1, 217:17, 274:23

**courses** [10] - 67:8, 67:9, 67:11, 67:12, 67:13, 67:14, 173:2, 173:5, 173:8

**COURT** [180] - 1:1, 4:1, 4:2, 4:6, 4:15, 4:21, 5:1, 5:7, 5:16, 5:18, 5:22, 6:1, 6:8, 6:13, 6:15, 6:23, 6:25, 7:2, 7:6, 7:10, 30:3, 30:5, 30:8, 30:12, 38:4, 38:8, 38:10, 58:25, 59:3, 61:22, 61:25, 62:17, 62:20, 62:24, 63:2, 63:6, 63:8, 63:9, 63:15, 63:19, 63:21, 63:23, 64:4, 64:7, 64:13, 64:24, 65:3, 65:12, 65:14, 65:21, 65:24, 68:10, 68:13, 100:7, 101:6, 105:9, 105:13, 105:16, 105:20, 105:24, 106:6, 106:8, 106:11, 106:13, 106:16, 106:18, 107:20, 108:5, 108:10, 121:20, 121:23, 125:6, 125:15, 125:17, 126:2, 126:3, 126:6, 126:9, 126:14, 126:17, 126:19, 126:20, 126:22, 127:19, 127:22, 128:21, 129:2, 130:13, 130:19, 130:24, 131:2, 131:4, 131:5, 131:11, 148:6, 148:10, 148:15, 148:17, 148:21, 151:25, 158:12, 159:21, 159:24, 160:7, 160:11, 160:14, 160:19, 160:21, 160:24, 161:2, 161:5, 161:8, 161:12, 161:16, 161:20, 161:23, 162:2, 162:3, 162:8, 162:12, 162:19, 162:22, 162:25, 163:7, 163:17, 163:23, 164:1, 164:5, 164:9, 164:11, 164:22, 165:4, 177:4, 177:8, 177:17, 199:4, 225:15, 225:25, 226:2, 226:3, 226:5, 226:11, 226:13, 226:18, 227:18, 227:22, 229:1, 243:4, 255:20, 255:22, 280:10, 280:18, 280:20, 280:24, 281:10, 281:17, 281:19, 281:21, 282:2, 282:13, 282:16, 282:22, 283:22, 286:7, 286:12, 286:18, 286:23, 287:2, 287:5, 287:14, 287:19, 287:21, 288:9, 288:15, 288:18, 289:1, 289:11, 289:14, 289:20, 289:23

**court** [2] - 192:7, 278:7

**Court** [20] - 1:20, 24:1, 24:3, 24:7, 113:5, 113:9, 126:13, 153:7, 161:13, 163:14, 165:17, 176:18, 176:22, 183:22, 189:14, 229:22, 279:14, 279:24, 286:19, 287:1

**Court's** [1] - 286:4

**courtroom** [2] - 57:6, 106:25

**cover** [2] - 177:9, 226:22

**covers** [1] - 49:1

**coworkers** [1] - 271:8

**craigslist** [1] - 163:6

**cream** [2] - 98:22, 102:25

**cream-colored** [2] - 98:22, 102:25

**create** [2] - 112:5, 279:21

**created** [5] - 71:7, 104:6, 105:5, 111:8, 112:12

**creating** [1] - 41:3

**creation** [1] - 96:15

**creations** [1] - 96:13

**criteria** [1] - 21:18

**critical** [1] - 79:7

**criticism** [4] - 128:8, 138:22, 224:21, 225:8

**criticisms** [4] - 24:3, 108:14, 111:1, 111:2

**criticized** [3] - 109:5, 109:10, 224:17

**criticizing** [2] - 224:23, 224:25

**cropping** [1] - 85:3

**Cross** [1] - 290:2

**cross** [9] - 6:2, 105:10, 107:3, 126:6, 131:4, 131:5, 145:19, 226:14, 228:22

**CROSS** [3] - 7:12, 106:19, 127:1

**cross-exam** [1] - 228:22

**CROSS-EXAMINATION** [3] - 7:12, 106:19, 127:1

**cross-examination** [1] - 107:3

**CRUTCHER** [1] - 2:5

**crux** [1] - 73:12

**Crystal** [1] - 67:23

**crystal** [16] - 32:12, 46:10, 49:6, 49:7, 49:21, 50:1, 50:24, 51:4, 95:7, 98:17, 117:22, 136:9, 140:2, 156:6, 157:9, 159:5

**Crystallics** [1] - 14:5, 14:10, 14:19, 15:13, 15:22, 18:25, 19:11, 60:12, 61:14, 61:18, 155:5

**Crystalline** [1] - 73:13

**crystalline** [10] - 46:15, 46:16, 61:3, 69:21, 72:3, 74:9, 76:20, 79:18, 89:6, 119:17

**crystallization** [6] - 18:24, 19:6, 19:18, 32:13, 81:19, 86:2

**crystallizations** [3] - 19:7, 61:12, 61:13

**crystallized** [1] - 110:3

**crystallizes** [1] - 91:2

**crystallographers** [1] - 51:9

**crystals** [14] - 46:19, 47:17, 47:24, 48:5, 51:1, 61:9, 90:23, 90:24, 91:1, 91:4, 91:18, 98:19, 98:21, 110:10

**Cs** [1] - 205:20

**CUMMIS** [1] - 2:17

**Cummis** [1] - 5:3

**curriculum** [1] - 66:14

**CV** [1] - 66:15

**Cyanamid** [1] - 174:23

**cyclic** [1] - 238:23

**cycloheptane** [2] - 253:15, 254:11

**cyclohexane** [22] - 204:20, 204:22, 248:6, 248:21, 253:7, 259:21, 261:8, 263:21, 263:24, 264:4, 264:7, 267:13, 268:10, 278:11, 278:15, 278:23, 279:10, 284:10, 284:13, 284:24, 285:5

**cyclohexanols** [5] - 239:21, 240:4, 240:25, 258:10, 267:21

**cyclohexyl** [1] - 254:9

**cyclooxygenase** [1] - 191:6

**cyclopentane** [2] - 253:11, 254:12

**cytochrome** [3] - 200:1, 200:3, 223:16

## D

**dangling** [1] - 248:16

**data** [56] - 10:12, 10:13, 10:14, 10:15, 10:20, 52:4, 69:22, 73:6, 74:19, 75:9, 77:8, 77:9, 78:4, 78:13, 78:23, 80:8, 81:9, 81:17, 81:25, 82:4, 82:12, 82:17, 90:1, 96:4, 97:2, 99:15, 103:6, 112:18, 112:19, 122:18, 123:2, 123:22, 124:6, 124:8, 124:19, 143:11, 144:9, 157:17, 208:10, 209:13, 211:19, 214:3, 214:6, 214:9, 215:11, 215:19, 233:25, 234:2, 234:4, 234:23, 238:10, 250:1, 253:16, 254:7

**date** [32] - 14:13, 18:22, 48:16, 52:8, 69:7, 69:8, 69:16, 70:12, 71:16, 81:25, 82:19, 84:1, 85:1, 87:9, 87:11, 88:5, 92:2, 92:3, 92:22, 99:3, 99:5, 103:5, 148:6, 148:18, 149:14, 178:2, 178:9, 178:12, 178:15, 178:17, 202:12, 214:19

**Date** [1] - 48:13

**dated** [1] - 240:1

**dates** [1] - 69:6
**DAVID** [1] - 2:7
**David** [2] - 4:14, 106:23
**days** [2] - 188:15, 188:21
**deal** [2] - 57:14, 276:6
**dealing** [1] - 252:20
**debate** [4] - 155:9, 155:12, 155:13, 155:15
**December** [1] - 180:17
**decide** [3] - 24:7, 120:19, 133:22
**decided** [1] - 121:7
**decision** [3] - 44:10, 272:14, 275:7
**decisions** [1] - 45:15
**deck** [3] - 110:18, 110:20, 110:22
**decrease** [3] - 251:15, 252:1, 261:11
**decreased** [1] - 147:12
**decreases** [1] - 97:14
**deemed** [1] - 177:18
**Defendant** [4] - 2:23, 3:14, 5:4, 5:14
**Defendants** [14] - 1:5, 3:6, 4:23, 6:6, 63:13, 63:17, 64:2, 68:8, 110:20, 142:11, 161:18, 162:6, 176:24, 287:22
**DEFENDANTS** [1] - 290:4
**Defendants'** [45] - 14:9, 20:4, 26:25, 36:8, 37:22, 38:5, 42:12, 42:21, 43:11, 44:24, 45:21, 48:12, 51:25, 52:19, 59:19, 119:10, 130:6, 131:12, 135:11, 145:22, 164:17, 164:23, 192:25, 193:2, 202:9, 202:10, 210:5, 210:7, 212:4, 212:5, 214:24, 215:2, 218:7, 218:9, 228:6, 228:8, 241:10, 254:25, 255:1, 255:19, 255:25, 271:5, 271:6, 273:15, 274:20
**Defendants/ Counterclaim** [1] - 1:8
**Defense** [1] - 255:23
**deficit** [1] - 190:10
**defied** [2] - 47:17, 47:25
**defined** [5] - 73:22, 73:23, 73:25, 76:25, 100:10

**definitely** [3] - 80:12, 83:7, 243:4
**definition** [15] - 69:25, 70:2, 70:13, 70:16, 77:15, 154:20, 182:3, 183:9, 183:12, 183:13, 183:16, 183:17, 183:19, 183:20, 183:22
**definitions** [1] - 71:11
**definitively** [4] - 50:16, 50:18, 109:20, 109:22
**degradation** [3] - 74:25, 75:7, 75:9
**degrading** [1] - 75:5
**degree** [9] - 70:7, 97:15, 116:22, 173:14, 183:18, 183:20, 195:8, 198:19
**degrees** [26] - 79:3, 79:13, 79:25, 80:11, 80:14, 80:17, 80:21, 81:2, 82:16, 98:2, 98:23, 101:12, 101:20, 107:14, 108:10, 116:20, 116:22, 122:19, 122:24, 123:4, 123:6, 123:10, 123:13, 123:17
**deleterious** [1] - 252:13
**delta** [1] - 216:5
**demethylations** [1] - 200:2
**demonstrate** [3] - 43:14, 73:8, 96:11
**demonstrated** [3] - 74:10, 77:24, 82:22
**demonstration** [1] - 195:18
**Demonstrative** [3] - 53:8, 182:2, 252:14
**demonstrative** [9] - 6:25, 7:3, 7:8, 27:7, 36:8, 80:5, 142:10, 163:2, 165:19
**demonstratives** [9] - 7:10, 42:12, 43:12, 53:13, 64:8, 106:16, 111:6, 142:13, 162:19
**dense** [2] - 44:4, 44:6
**density** [1] - 44:8
**dep** [1] - 30:9
**depart** [1] - 272:15
**Department** [1] - 146:17
**department** [1] - 175:2
**departure** [1] - 263:6
**dependence** [1] - 194:23

**dependent** [1] - 179:21
**depicted** [2] - 53:15, 180:1
**depiction** [1] - 132:12
**DEPOMED** [1] - 1:3
**Depomed** [4] - 2:9, 4:12, 106:24, 164:19
**Deposition** [1] - 228:15
**deposition** [16] - 29:21, 29:24, 37:15, 37:19, 90:14, 90:15, 94:5, 95:15, 126:12, 127:14, 127:16, 127:23, 175:22, 175:25, 183:23, 228:18
**depression** [2] - 190:10, 194:17
**deputy** [1] - 106:9
**derivative** [4] - 199:13, 234:5, 234:10, 251:4
**derivatives** [7] - 168:9, 169:12, 189:25, 209:2, 235:9, 267:23, 273:21
**describe** [3] - 108:11, 167:8, 192:21
**described** [13] - 25:6, 26:22, 48:20, 102:25, 111:15, 191:16, 225:3, 243:20, 267:6, 273:23, 274:19, 275:5, 277:22
**describes** [4] - 69:15, 73:19, 89:1, 264:6
**describing** [1] - 52:13
**description** [3] - 79:19, 87:4, 111:12
**design** [9] - 16:10, 18:5, 18:16, 166:3, 177:2, 182:9, 182:13, 182:19, 185:5
**Design** [1] - 67:24
**designation** [1] - 203:7
**designed** [1] - 270:4
**designing** [1] - 185:11
**desirable** [4] - 74:17, 76:14, 120:7, 129:17
**desires** [1] - 124:15
**desmethyl** [10] - 199:11, 199:23, 207:25, 209:22, 209:24, 218:25, 222:17, 222:20, 234:9, 277:24
**desmethyltramadol** [53] - 198:23, 198:24, 200:23, 200:24, 201:8,

201:17, 201:20, 201:22, 203:18, 204:17, 206:24, 207:7, 207:11, 207:15, 207:18, 208:12, 209:7, 209:21, 210:22, 211:1, 211:2, 211:13, 211:23, 212:19, 212:23, 213:1, 213:18, 213:24, 218:13, 218:23, 220:1, 220:3, 220:17, 220:22, 221:4, 221:13, 221:22, 221:23, 222:14, 222:20, 223:13, 227:9, 228:3, 234:12, 247:10, 249:17, 249:21, 250:3, 250:11, 260:18, 276:14, 278:16, 279:4
**despite** [2] - 8:15, 46:8
**destroy** [1] - 264:15
**destroyed** [4] - 133:9, 133:12, 133:17, 134:8
**destruction** [6] - 132:17, 132:24, 133:11, 133:24, 134:12, 135:7
**Destruction** [1] - 133:4
**detail** [5] - 57:12, 57:14, 58:16, 103:10, 185:14
**details** [2] - 31:14, 183:15
**detect** [2] - 101:3, 129:18
**deterioration** [1] - 167:4
**determination** [4] - 83:24, 96:6, 97:9, 255:5
**determine** [11] - 60:21, 78:3, 99:25, 116:16, 134:25, 178:9, 181:25, 191:22, 219:13, 219:15, 228:2
**determined** [5] - 71:15, 78:9, 82:10, 94:16, 94:20
**determining** [1] - 81:16
**develop** [6] - 76:15, 171:10, 171:15, 185:5, 191:23, 272:17
**developed** [5] - 86:2, 186:2, 190:7, 259:4, 261:24
**developing** [4] - 188:2, 206:16, 223:2, 227:8
**Development** [3] - 146:17, 146:24, 174:23
**development** [4] - 47:20, 70:5, 177:13,

215:21
**deviated** [1] - 98:19
**devoid** [1] - 231:15
**DFX** [2] - 255:23, 290:10
**diagram** [4] - 44:1, 53:19, 54:24, 56:6
**diagrams** [2] - 54:23, 55:5
**diastereomer** [2] - 201:13, 256:7
**diastereomeric** [1] - 273:20
**diastereomers** [3] - 233:3, 256:4, 256:11
**dichloromethane** [5] - 43:25, 44:6, 44:13, 44:15, 44:17
**dichloromethanic** [1] - 43:17
**die** [1] - 283:4
**differ** [3] - 183:14, 246:1, 256:9
**difference** [13] - 48:2, 78:12, 123:1, 183:18, 198:15, 199:1, 202:25, 203:17, 208:9, 216:13, 245:18, 249:16, 276:2
**differences** [4] - 30:22, 104:5, 112:15, 117:2
**different** [65] - 11:11, 28:14, 29:20, 31:21, 34:7, 34:12, 36:1, 47:19, 54:18, 57:1, 61:11, 69:2, 74:1, 74:7, 74:8, 74:14, 75:17, 75:18, 82:11, 82:14, 83:23, 83:25, 88:10, 98:24, 128:1, 130:14, 134:2, 161:1, 171:1, 171:3, 171:5, 172:1, 172:2, 175:7, 183:11, 187:7, 188:5, 188:9, 191:20, 195:5, 197:14, 197:24, 200:6, 201:14, 202:3, 202:21, 205:2, 205:18, 205:19, 205:20, 216:3, 216:4, 218:4, 219:9, 241:20, 245:13, 252:18, 256:24, 259:3, 260:15, 263:23, 268:1, 277:18
**differential** [3] - 97:6, 97:10, 159:3
**differentiate** [1] - 193:24
**differs** [2] - 31:14, 203:14
**difficult** [7] - 46:16,

54:20, 61:5, 100:20, 101:3, 134:5, 141:3
**diffraction** [22] - 69:22, 80:13, 86:22, 89:7, 89:8, 95:10, 95:12, 96:18, 99:1, 99:17, 103:8, 104:16, 112:20, 117:13, 117:18, 117:20, 118:5, 118:15, 133:22, 150:14, 152:7, 159:3
**dimensional** [7] - 54:21, 186:16, 186:25, 187:6, 264:18, 265:22, 267:2
**dimensions** [1] - 104:15
**dimethylamino** [16] - 56:13, 231:18, 234:5, 234:14, 234:25, 239:23, 240:11, 240:19, 241:2, 241:6, 242:12, 242:22, 247:14, 252:21, 259:13, 274:8
**direct** [10] - 5:20, 5:21, 5:25, 130:3, 130:10, 137:11, 138:19, 152:12, 259:16, 259:18
**Direct** [1] - 290:2
**DIRECT** [2] - 66:1, 164:12
**directed** [2] - 49:7, 184:18
**direction** [6] - 78:8, 81:22, 86:10, 281:19, 282:10, 282:11
**directions** [1] - 122:13
**directly** [2] - 65:17, 254:8
**disagree** [5] - 24:1, 24:3, 45:17, 45:20, 149:22
**disappearance** [1] - 238:2
**disappeared** [1] - 223:23
**disappears** [1] - 232:13
**disband** [1] - 287:9
**discard** [1] - 133:23
**disclosed** [7] - 29:11, 30:15, 77:12, 90:1, 92:21, 94:17, 157:24
**discloses** [1] - 77:14
**disclosure** [3] - 49:4, 71:25, 76:17
**discover** [1] - 85:15
**discovered** [3] - 51:16, 51:20, 141:6

**discovery** [4] - 46:25, 81:20, 95:16, 172:20
**discuss** [20] - 64:13, 70:23, 74:2, 81:5, 86:23, 88:16, 89:8, 92:11, 99:20, 113:6, 113:8, 113:12, 125:12, 134:9, 162:14, 197:12, 206:18, 234:19, 262:17
**discussed** [18] - 27:2, 36:9, 76:25, 88:11, 88:12, 108:19, 122:6, 123:25, 129:20, 132:19, 151:9, 186:13, 234:3, 234:4, 250:8, 254:13, 254:14, 263:5
**discusses** [5] - 78:17, 97:5, 122:12, 122:15, 148:4
**discussing** [5] - 70:21, 93:2, 109:24, 127:3, 154:16
**discussion** [12] - 49:8, 65:22, 71:1, 79:17, 84:17, 106:7, 110:21, 148:11, 158:13, 178:18, 286:17, 286:22
**Discussion** [2] - 234:18, 234:19
**disorder** [1] - 190:10
**disorders** [2] - 166:11, 174:17
**display** [2] - 45:10, 45:18
**displayed** [1] - 14:25
**disposed** [2] - 134:10, 134:16
**dispute** [1] - 44:20
**disputing** [1] - 64:18
**dissolution** [2] - 76:3, 76:7
**dissolve** [4] - 61:9, 120:9, 139:23, 140:1
**dissolves** [2] - 76:1, 140:2
**distinct** [1] - 193:23
**distinguishing** [1] - 110:13
**DISTRICT** [2] - 1:1, 1:2
**District** [1] - 176:18
**diversity** [2] - 46:10, 47:2
**dividing** [3] - 116:15, 116:19, 116:25
**division** [1] - 173:5
**Doctor** [12] - 10:15, 11:15, 14:3, 28:9, 38:1, 45:5, 45:23, 47:5, 107:6, 140:9, 145:23,

156:20
**document** [49] - 6:19, 11:10, 13:4, 14:25, 19:3, 19:14, 25:9, 41:13, 52:20, 53:2, 60:1, 64:16, 64:19, 65:6, 65:8, 65:18, 66:13, 68:19, 82:3, 85:8, 85:11, 85:13, 86:4, 86:8, 87:9, 87:23, 88:5, 92:4, 92:22, 94:10, 94:18, 96:2, 113:2, 126:11, 144:24, 147:15, 148:5, 148:7, 148:13, 149:1, 149:23, 153:23, 194:3, 202:17, 229:6, 251:2, 255:16, 255:17
**documentation** [1] - 134:15
**documents** [21] - 10:22, 11:1, 11:21, 11:25, 45:3, 65:18, 66:9, 72:24, 82:15, 84:19, 87:13, 88:2, 91:14, 91:16, 95:17, 97:24, 113:11, 138:8, 143:2, 154:13, 224:12
**DoE** [3] - 16:3, 16:16, 16:19
**done** [28] - 11:16, 13:5, 21:11, 28:9, 28:12, 31:24, 33:1, 61:17, 93:23, 95:23, 96:7, 99:1, 114:19, 121:2, 143:13, 162:17, 163:9, 174:16, 231:21, 235:16, 245:22, 246:4, 253:13, 263:2, 267:15, 282:25, 286:18, 289:4
**dosage** [4] - 75:25, 76:15, 121:1, 133:20
**dose** [9] - 209:17, 231:12, 236:17, 237:5, 237:14, 237:17, 246:12, 252:5
**doses** [1] - 196:10
**dot** [2] - 282:4, 282:5
**double** [5] - 149:7, 149:8, 203:16, 204:23, 237:2
**doubles** [1] - 116:22
**doubly** [1] - 246:5
**down** [44] - 17:7, 36:25, 39:7, 39:13, 39:18, 57:9, 59:21, 80:22, 91:11, 100:9, 123:12, 144:15, 156:5, 162:13, 190:15, 195:3, 195:6, 198:10, 199:8,

199:21, 203:3, 203:4, 203:23, 204:12, 204:16, 206:12, 208:24, 215:14, 235:24, 236:20, 243:12, 243:18, 279:25, 280:1, 280:3, 281:8, 281:23, 281:25, 282:23, 283:8, 284:14, 285:25, 286:1
**downfall** [1] - 269:21
**Dr** [81] - 5:20, 7:14, 11:18, 11:25, 13:6, 24:13, 34:15, 36:18, 52:21, 52:23, 58:4, 58:6, 58:22, 59:12, 62:3, 62:21, 63:13, 66:5, 66:13, 66:21, 68:8, 72:12, 77:11, 77:13, 78:20, 82:3, 84:21, 85:7, 85:23, 88:22, 90:17, 92:24, 94:7, 94:24, 95:15, 95:20, 104:24, 106:21, 106:25, 115:18, 116:6, 127:3, 128:4, 128:15, 130:17, 130:20, 131:13, 132:23, 133:11, 135:16, 136:13, 142:15, 147:5, 147:17, 150:5, 150:11, 150:12, 152:1, 152:25, 158:16, 158:19, 183:5, 183:6, 183:7, 192:7, 228:15, 228:23, 252:15, 257:8, 265:8, 271:18, 278:7, 278:14, 279:8, 284:22, 285:12, 287:23, 287:24, 287:25, 288:1
**drains** [1] - 44:9
**dramatic** [3] - 252:1, 252:10, 253:19
**draw** [2] - 84:13, 260:15
**drawing** [2] - 113:23, 115:14
**drawn** [6] - 22:25, 58:11, 141:7, 204:17, 259:11, 272:6
**drew** [3] - 54:22, 54:23, 55:5
**Driessen** [10] - 201:18, 201:21, 210:4, 210:9, 212:3, 212:7, 221:8, 221:15
**drive** [1] - 46:9
**Drive** [1] - 3:10
**driven** [2] - 172:15, 224:18
**dropped** [1] - 254:2
**drops** [1] - 254:1
**Drug** [1] - 146:12
**drug** [11] - 45:8,

45:10, 45:17, 171:9, 171:10, 172:20, 189:16, 190:24, 198:21, 223:17
**drugs** [2] - 211:10, 269:4
**DSC** [8] - 10:13, 10:20, 26:15, 144:4, 144:7, 144:8, 144:13, 146:19
**DSCs** [1] - 26:18
**DTX** [34] - 65:10, 66:11, 68:17, 71:22, 78:14, 81:13, 81:14, 82:2, 83:17, 84:3, 85:5, 86:5, 87:12, 87:24, 90:7, 90:8, 90:9, 92:2, 93:8, 94:4, 94:9, 95:15, 95:16, 98:9, 98:11, 98:15, 102:24, 104:22, 145:16, 152:9, 208:19, 257:4, 257:5
**dual** [17] - 191:11, 191:16, 194:8, 195:1, 195:3, 196:8, 197:7, 217:23, 220:14, 221:23, 223:6, 223:8, 223:10, 223:14, 223:23, 268:15
**Duane** [1] - 4:24
**DUANE** [1] - 3:2
**Due** [1] - 46:25
**due** [1] - 288:2
**Duloxetine** [1] - 269:2
**duly** [2] - 64:2, 162:6
**DUNN** [1] - 2:5
**Dunn** [2] - 4:13, 106:23
**DUNNER** [1] - 2:13
**during** [12] - 20:23, 74:16, 76:11, 79:1, 85:20, 120:25, 121:1, 133:21, 134:22, 138:18, 159:6, 183:1
**DXT** [1] - 90:11

**E**

**E-bay** [1] - 163:6
**e-mail** [2] - 150:2, 150:4
**e.g** [1] - 46:18
**E450** [1] - 234:10
**Early** [1] - 168:10
**early** [4] - 187:24, 188:1, 258:22, 267:17
**easier** [1] - 127:20, 179:13, 199:5, 210:14, 215:24, 238:3, 238:7, 257:5
**easiest** [1] - 229:17

**easily** [2] - 268:8, 276:23
**easy** [8] - 88:15, 114:18, 141:2, 197:4, 206:5, 261:3, 265:19, 276:6
**economy** [1] - 197:2
**ED50** [5] - 209:17, 245:2, 251:5, 251:11
**editions** [3] - 174:11, 174:12
**editor** [5] - 67:23, 169:23, 169:25, 170:3, 170:9
**editorial** [2] - 67:21, 170:4
**editors** [1] - 170:12
**educated** [1] - 50:19
**Education** [1] - 182:8
**education** [1] - 183:4
**educational** [4] - 66:22, 173:12, 182:16, 182:17
**effect** [40] - 10:16, 10:18, 10:19, 14:5, 15:16, 16:4, 16:13, 19:18, 19:21, 19:24, 60:2, 166:24, 172:11, 187:19, 192:13, 195:4, 196:9, 196:13, 202:24, 203:20, 208:13, 209:16, 209:18, 209:19, 211:16, 212:11, 216:17, 216:18, 217:9, 217:10, 218:16, 219:16, 240:23, 243:13, 251:11, 252:6, 252:10, 252:24, 253:20, 261:25
**effecting** [1] - 118:16
**effective** [4] - 23:15, 71:16, 179:25, 209:17
**effects** [22] - 10:12, 23:9, 166:20, 169:10, 188:7, 194:17, 195:7, 195:11, 195:12, 196:3, 204:9, 211:12, 211:25, 212:12, 216:24, 222:17, 230:5, 250:17, 255:5, 266:10
**Effects** [1] - 218:12
**efforts** [2] - 81:21, 271:12
**EHXIBITS** [1] - 290:9
**eight** [5] - 9:13, 149:6, 220:6, 257:5, 257:6
**eightfold** [1] - 257:19
**either** [19] - 21:2, 65:18, 74:24, 75:10, 92:3, 105:22, 133:16, 152:2, 175:21, 184:14,

211:13, 211:14, 219:12, 232:5, 253:17, 265:13, 266:1, 270:9, 274:4
**electric** [4] - 196:21, 196:24, 196:25
**elements** [1] - 264:18
**elicit** [3] - 169:8, 177:12, 186:19
**eliminates** [2] - 235:1, 240:20
**elimination** [1] - 267:24
**Elizabeth** [1] - 3:6
**ELIZABETH** [1] - 1:7
**ELMO** [6] - 228:24, 233:20, 237:18, 239:16, 250:19, 255:16
**emerge** [1] - 171:19
**emphasis** [2] - 193:10, 193:11
**emphasize** [1] - 272:10
**emphasizing** [2] - 153:10, 155:3
**empirical** [10] - 10:12, 10:14, 10:15, 10:20, 26:8, 26:13, 26:15, 48:6, 51:8, 51:10
**empirically** [4] - 23:8, 50:2, 50:3, 50:25
**employed** [3] - 47:2, 165:11, 165:13
**enantiomer** [13] - 20:9, 27:19, 197:14, 197:15, 210:24, 210:25, 213:17, 213:20, 213:21, 213:25, 214:1, 214:4, 215:14
**enantiomeric** [1] - 190:22
**enantiomers** [34] - 197:14, 198:11, 200:14, 200:22, 200:24, 201:20, 201:23, 201:25, 202:2, 202:3, 206:22, 207:7, 207:8, 211:4, 211:14, 212:19, 212:25, 213:1, 213:15, 214:10, 215:7, 216:2, 219:1, 219:9, 221:7, 221:12, 221:17, 223:1, 232:22, 232:25, 254:15, 257:18, 260:18, 276:21
**encompass** [1] - 184:2
**encompasses** [2] - 80:25, 180:4
**end** [19] - 9:11, 18:9, 19:9, 32:13, 46:3, 60:22, 61:3, 144:18,

163:12, 193:17, 214:15, 270:23, 281:3, 281:12, 281:15, 286:13, 286:15, 287:7
**ended** [1] - 20:19
**ending** [1] - 82:7
**endowed** [1] - 175:2
**energy** [1] - 78:12
**engaging** [1] - 154:5
**engine** [1] - 196:23
**engineer** [1] - 70:4
**Engineering** [1] - 67:6
**engineering** [1] - 67:7
**engines** [3] - 188:19, 196:19, 196:21
**English** [13] - 13:10, 228:12, 228:13, 228:17, 228:19, 229:8, 237:19, 241:10, 255:9, 255:10, 255:13, 255:14, 255:15
**enhancing** [1] - 269:8
**enkephalins** [4] - 168:16, 168:17, 168:22, 270:9
**entirely** [2] - 234:8, 289:7
**entirety** [2] - 32:11, 32:17
**entitled** [1] - 1:23
**entries** [4] - 230:21, 230:22, 237:6, 252:17
**entry** [7] - 52:24, 142:20, 231:9, 236:20, 249:5, 249:6, 257:17
**enumerated** [2] - 137:9, 138:24
**envisioned** [1] - 267:22
**enzyme** [1] - 171:14
**enzymes** [4] - 199:25, 200:1, 200:4, 223:16
**EP** [1] - 52:6
**epinephrine** [1] - 190:4
**equally** [2] - 260:17, 260:18
**equals** [2] - 203:12, 203:13
**equation** [1] - 195:6
**equipped** [1] - 95:9
**equivalent** [5] - 89:3, 89:15, 90:2, 139:9, 183:17
**error** [1] - 57:3
**especially** [2] - 68:21, 166:5
**ESQ** [27] - 2:4, 2:6, 2:7, 2:7, 2:8, 2:8, 2:12, 2:14, 2:15, 2:15, 2:16,

2:19, 2:21, 2:22, 2:22, 3:3, 3:4, 3:4, 3:5, 3:5, 3:9, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14
**essential** [4] - 47:21, 187:8, 187:9, 227:15
**essentially** [19] - 72:10, 93:23, 100:10, 114:24, 186:15, 203:17, 207:10, 212:11, 221:3, 227:10, 229:13, 231:11, 232:9, 244:16, 250:16, 251:3, 268:6, 276:18, 284:20
**establish** [5] - 121:12, 123:2, 124:18, 143:8
**established** [1] - 156:9
**establishing** [1] - 124:18
**ester** [2] - 245:25, 246:7
**esters** [1] - 245:23
**estimate** [3] - 46:17, 226:8, 226:15
**ether** [6] - 55:16, 55:19, 251:11, 251:13, 251:14
**ethyl** [7] - 56:7, 236:2, 236:3, 237:25, 251:13, 274:4
**ethylamines** [1] - 190:6
**euphoria** [1] - 194:23
**European** [6] - 6:19, 89:3, 93:14, 93:16, 139:7, 139:16
**evaluate** [2] - 47:22, 187:18
**evaluation** [1] - 114:7
**evaporate** [1] - 61:9
**evaporating** [1] - 91:20
**event** [1] - 64:19
**events** [4] - 88:18, 144:4, 144:7, 144:13
**eventually** [1] - 192:1
**everywhere** [6] - 85:2, 140:25, 154:21, 154:23, 155:19, 268:20
**EVID** [1] - 290:9
**evidence** [14] - 22:18, 24:7, 25:16, 25:18, 25:25, 26:8, 26:16, 69:23, 71:19, 111:19, 111:21, 124:23, 125:1, 155:24
**evident** [2] - 104:1, 104:2

**evidential** [1] - 26:13
**evidentiary** [1] - 113:9
**exact** [3] - 31:17, 32:2, 153:2
**exactly** [16] - 31:20, 34:9, 80:15, 108:24, 122:22, 158:5, 192:14, 197:18, 198:13, 198:14, 221:1, 233:5, 247:1, 281:20, 284:16, 285:19
**exam** [1] - 228:22
**examination** [2] - 107:3, 152:12
**EXAMINATION** [7] - 7:12, 59:4, 62:1, 66:1, 106:19, 127:1, 164:12
**examine** [2] - 40:9, 166:23
**examined** [2] - 137:12, 137:17
**Examiner** [1] - 84:9
**examiner's** [1] - 83:24
**Example** [154] - 7:18, 20:1, 20:5, 20:6, 20:12, 20:15, 21:1, 21:6, 21:21, 22:10, 22:15, 23:22, 23:23, 24:2, 24:4, 24:14, 24:21, 24:22, 26:22, 27:3, 27:9, 27:10, 27:15, 27:18, 27:22, 27:24, 28:1, 28:5, 29:4, 29:9, 29:12, 30:16, 30:17, 30:21, 31:4, 31:13, 31:18, 32:3, 32:7, 32:8, 32:10, 32:11, 32:13, 32:16, 32:17, 32:19, 32:21, 33:5, 33:8, 33:16, 33:22, 33:23, 34:6, 34:8, 34:13, 34:22, 35:4, 35:11, 35:17, 35:22, 36:6, 36:10, 36:12, 36:18, 36:20, 36:22, 40:9, 40:19, 50:11, 53:18, 54:9, 54:10, 54:24, 55:3, 55:5, 55:9, 55:10, 60:17, 60:20, 69:4, 69:15, 71:2, 78:23, 83:25, 86:20, 86:22, 87:5, 89:2, 89:3, 89:7, 89:21, 90:4, 93:10, 93:13, 93:16, 94:22, 96:3, 96:6, 96:16, 98:1, 98:16, 98:18, 99:14, 103:2, 105:3, 111:8, 111:17, 112:3, 112:8, 112:10, 112:18, 112:24,

115:1, 115:2, 115:3, 115:6, 115:10, 115:12, 121:25, 122:1, 124:1, 124:2, 124:3, 129:25, 130:6, 131:15, 131:17, 131:25, 132:7, 132:11, 135:16, 136:10, 136:19, 136:21, 136:24, 137:3, 137:4, 137:16, 138:20, 139:1, 139:3, 139:4, 139:7, 139:15, 139:22, 155:16, 157:12, 157:14, 157:19, 157:22, 157:25, 158:3

**example** [36] - 8:23, 13:7, 23:25, 27:25, 54:23, 75:15, 81:2, 81:15, 86:19, 86:21, 93:12, 93:25, 94:21, 100:22, 108:25, 109:5, 110:5, 110:9, 115:6, 135:14, 135:18, 135:21, 167:22, 169:8, 172:3, 186:24, 187:1, 187:19, 192:19, 211:8, 237:10, 238:25, 243:9, 261:7, 269:23, 285:14

**Examples** [1] - 138:3
**examples** [17] - 49:2, 50:10, 84:25, 88:24, 93:3, 93:6, 94:18, 110:16, 137:7, 137:25, 138:10, 138:19, 138:22, 141:9, 242:17, 242:19, 243:1

**excellent** [1] - 289:11
**except** [5] - 154:25, 183:17, 197:21, 238:19, 255:6

**exceptions** [1] - 249:4
**excise** [3] - 265:11, 265:13, 265:15
**excision** [2] - 270:25, 277:5
**exclamation** [4] - 149:7, 149:8, 154:16
**exclusively** [1] - 145:13
**excused** [2] - 63:1, 160:4
**execute** [1] - 37:17
**execution** [1] - 38:16
**exemplifying** [1] - 260:14

**exercise** [1] - 47:1
**Exhibit** [60] - 11:12, 11:14, 14:9, 18:20, 20:5, 25:10, 25:23, 26:25, 37:22, 38:6,

42:21, 44:24, 45:21, 48:12, 51:25, 52:19, 59:19, 119:10, 130:6, 131:12, 135:11, 145:22, 148:22, 150:22, 192:25, 193:2, 193:15, 202:9, 202:11, 210:5, 210:7, 212:4, 212:6, 212:14, 214:24, 215:2, 215:10, 218:7, 218:9, 220:12, 222:7, 228:6, 228:8, 228:14, 228:15, 228:18, 241:10, 254:25, 255:1, 255:19, 255:23, 255:25, 257:4, 257:5, 271:5, 271:6, 273:14, 273:15, 274:20

**exhibit** [13] - 38:4, 59:20, 64:9, 81:11, 136:1, 145:16, 146:4, 147:6, 150:21, 165:3, 209:18, 222:4, 255:18

**Exhibits** [1] - 164:19
**exhibits** [8] - 6:16, 64:7, 106:14, 160:17, 162:15, 163:2, 164:14, 165:19

**exist** [5] - 8:20, 25:8, 49:5, 59:14, 155:10
**existed** [5] - 191:17, 192:20, 214:18, 222:24, 279:9

**existence** [2] - 46:14, 47:16
**exists** [1] - 155:12
**expand** [2] - 104:14, 261:10
**expanding** [1] - 253:1
**expansion** [2] - 254:9, 254:11
**expect** [12] - 70:8, 78:2, 114:1, 114:2, 114:25, 115:11, 123:2, 124:23, 124:25, 125:2, 263:3, 276:11
**expectation** [7] - 71:19, 134:23, 184:13, 259:4, 273:11, 276:8, 277:7
**expected** [6] - 98:23, 101:17, 102:3, 102:7, 134:24, 263:9
**experience** [17] - 16:23, 17:2, 66:16, 67:20, 70:4, 70:9, 70:10, 114:2, 166:1, 166:3, 168:3, 168:9, 182:8, 182:19, 185:10, 194:12

**experiences** [4] -

165:23, 169:18, 170:15
**experiencing** [1] - 149:12
**experiment** [14] - 33:18, 42:3, 42:7, 44:19, 48:4, 61:8, 78:25, 79:10, 79:11, 86:22, 93:17, 93:21, 98:19, 220:2
**experimental** [2] - 14:18, 47:1
**experiments** [16] - 14:4, 14:18, 16:11, 18:6, 18:16, 60:5, 60:6, 60:12, 80:13, 93:4, 93:6, 94:21, 99:5, 118:17, 218:19
**expert** [21] - 16:10, 18:5, 53:15, 65:18, 65:19, 68:8, 68:14, 81:19, 129:5, 137:9, 137:18, 138:24, 175:18, 175:25, 176:7, 176:22, 176:25, 177:18, 182:23, 268:24
**expertise** [3] - 86:3, 165:23, 165:24
**experts** [1] - 183:10
**explain** [30] - 43:19, 75:12, 80:6, 86:12, 93:1, 94:14, 100:3, 107:21, 118:6, 156:12, 156:23, 161:15, 165:18, 166:14, 197:11, 197:17, 218:18, 219:6, 220:7, 229:22, 241:24, 243:8, 245:14, 245:25, 247:5, 252:15, 265:18, 265:19, 266:21, 285:24
**explained** [4] - 81:9, 136:10, 185:7, 197:20
**explanation** [4] - 11:5, 222:9, 277:15, 279:13
**explanations** [1] - 134:13
**explore** [1] - 47:2
**explored** [1] - 189:6
**extension** [1] - 251:13
**extensive** [1] - 166:3
**extensively** [2] - 200:19, 200:20
**extent** [2] - 221:9, 227:13
**extra** [1] - 4:3
**extracting** [1] - 44:14
**extraction** [2] - 43:14, 43:17
**extreme** [1] - 95:10

**extremely** [3] - 239:20, 239:22, 241:1
**eye** [2] - 39:4, 282:3
**eyes** [1] - 281:13

## F

**face** [2] - 69:5, 266:12
**fact** [27] - 8:15, 21:20, 24:9, 26:6, 49:8, 50:19, 60:11, 65:16, 70:22, 90:5, 102:4, 111:23, 114:25, 136:4, 136:8, 136:10, 136:11, 143:23, 168:6, 168:12, 176:19, 210:21, 241:6, 261:5, 263:10, 270:4, 284:16
**factor** [9] - 16:22, 17:11, 17:19, 17:21, 78:7, 216:14, 249:25, 254:2, 254:3
**factors** [3] - 16:2, 16:18, 76:13
**Faculty** [2] - 68:5, 68:6
**Fahrenheit** [2] - 80:21, 81:3
**fails** [1] - 73:8
**faint** [1] - 51:18
**fair** [15] - 18:7, 113:17, 114:14, 120:16, 124:9, 124:20, 139:16, 149:24, 153:16, 154:1, 154:17, 156:4, 157:19, 267:11, 280:24
**fairly** [7] - 88:15, 90:21, 93:5, 97:12, 103:9, 103:14, 220:15
**faithful** [23] - 22:1, 22:9, 22:15, 22:22, 22:24, 23:1, 23:7, 23:16, 24:5, 24:6, 24:8, 24:12, 105:2, 111:8, 111:25, 112:2, 113:25, 115:16, 116:7, 116:16, 117:3, 132:3, 158:4
**faithfully** [12] - 22:19, 24:2, 24:14, 24:20, 24:21, 28:11, 31:23, 32:16, 32:21, 33:22, 37:8, 37:17
**faithfulness** [1] - 23:18
**fall** [1] - 75:1
**familiar** [4] - 151:6, 170:16, 183:12, 189:19
**familiarize** [1] - 188:5
**family** [2] - 170:5, 170:6

**far** [8] - 12:12, 67:18, 142:4, 142:5, 151:9, 189:23, 234:13
**FARABOW** [1] - 2:13
**fashion** [1] - 114:16
**fast** [1] - 284:2
**fast-forward** [1] - 284:2
**favorable** [5] - 76:7, 77:6, 254:3, 266:23, 266:24
**feature** [1] - 100:11
**features** [1] - 260:12
**Fellowship** [2] - 68:4
**few** [12] - 10:21, 26:18, 59:2, 66:18, 84:25, 87:25, 88:10, 90:10, 144:4, 144:19, 148:14, 225:17
**fewer** [1] - 211:24
**field** [7] - 61:5, 67:17, 70:4, 170:19, 182:9, 186:3, 189:6
**fields** [3] - 68:14, 182:10, 186:3
**fifth** [1] - 136:1
**Fig** [2] - 135:22, 135:23
**Figure** [16] - 89:9, 89:12, 89:14, 89:19, 89:20, 90:2, 91:25, 99:22, 129:9, 129:11, 135:24, 136:1, 136:2, 136:10, 146:18
**figure** [3] - 89:10, 132:10, 215:25
**figured** [1] - 110:24
**figures** [4] - 84:10, 88:25, 92:6
**figuring** [1] - 83:12
**filed** [7] - 64:17, 69:17, 84:20, 139:12, 143:14, 178:1
**filing** [6] - 71:16, 139:19, 178:12, 178:15, 178:17, 214:19
**fill** [1] - 136:18
**filled** [1] - 149:4
**filter** [3] - 91:5, 91:6, 91:8
**filtrate** [1] - 91:20
**filtration** [1] - 91:19
**final** [5] - 20:22, 102:22, 111:5, 142:13, 218:6
**finally** [3] - 205:5, 205:13, 259:20
**findings** [1] - 215:18
**fine** [25] - 6:1, 6:11, 37:3, 65:13, 100:7,

101:6, 105:18, 105:22, 106:10, 109:16, 113:21, 125:6, 126:14, 160:19, 163:17, 199:6, 229:1, 286:12, 287:14, 288:9, 288:21, 289:5, 289:7

**finish** [1] - 71:1
**finished** [1] - 226:19
**FINNEGAN** [1] - 2:13
**Finnegan** [1] - 4:19
**firm** [4] - 4:11, 4:14, 4:19, 116:18
**first** [81] - 7:21, 12:16, 14:16, 19:4, 19:19, 25:10, 29:22, 38:2, 38:12, 45:7, 47:9, 52:3, 52:15, 69:7, 69:12, 71:6, 73:10, 76:20, 84:24, 84:25, 86:1, 88:25, 90:12, 97:22, 102:1, 102:15, 109:14, 117:5, 120:12, 122:14, 139:4, 139:22, 139:23, 140:6, 146:4, 146:15, 147:8, 147:16, 149:2, 161:18, 165:21, 168:6, 176:12, 176:19, 178:1, 179:19, 184:9, 185:1, 185:21, 186:10, 187:15, 188:13, 189:9, 194:3, 207:19, 208:19, 222:3, 227:2, 228:5, 230:20, 230:21, 230:22, 231:8, 231:22, 237:10, 241:20, 249:5, 261:17, 267:10, 270:17, 273:23, 274:13, 274:18, 275:21, 277:10, 277:16, 277:18, 279:16, 279:19
**Fischer** [2] - 88:3, 150:5
**Fischer's** [1] - 88:1
**fit** [2] - 270:4, 270:8
**fits** [1] - 269:13
**FITZPATRICK** [10] - 3:4, 30:1, 160:9, 160:20, 287:17, 287:20, 287:22, 288:11, 288:17, 288:25
**Fitzpatrick** [1] - 4:25
**five** [20] - 36:13, 63:3, 63:4, 67:16, 70:9, 101:12, 116:20, 125:9, 164:23, 167:15, 170:5, 182:19, 210:12, 239:1, 239:8, 253:1, 253:10, 253:11, 254:3, 259:17
**five-membered** [1] - 239:1, 253:10, 253:11
**five-minute** [1] - 63:3

**fix** [1] - 280:16
**flask** [3] - 44:10, 44:12, 44:14
**flexibility** [6] - 267:16, 268:9, 268:10, 269:16, 269:21, 270:1
**flexible** [10] - 267:23, 268:8, 268:13, 268:19, 268:21, 269:6, 269:10, 269:15, 269:19, 275:19
**Flick** [48] - 201:5, 206:17, 221:2, 228:9, 229:19, 229:23, 237:19, 239:25, 240:10, 240:13, 241:11, 241:13, 241:15, 247:2, 247:3, 258:6, 258:15, 259:6, 259:11, 259:12, 259:14, 259:16, 259:19, 259:24, 260:5, 261:12, 261:15, 261:16, 262:12, 262:17, 262:20, 263:2, 263:3, 265:23, 267:14, 267:18, 267:20, 274:9, 276:24, 276:25, 277:11, 277:16, 277:19, 277:24, 278:3
**Flick's** [1] - 201:9
**flies** [1] - 266:12
**flip** [2] - 13:10, 282:11
**flow** [2] - 44:12, 97:7
**fluid** [1] - 90:25
**focus** [8] - 170:2, 170:8, 173:18, 175:21, 234:4, 241:20, 243:16, 273:19
**focused** [2] - 111:3, 160:17
**focusing** [2] - 72:23, 252:18
**folder** [5] - 64:16, 130:8, 130:9, 130:10
**follow** [12] - 28:12, 29:11, 30:15, 30:17, 31:17, 31:24, 32:2, 33:19, 149:1, 272:15, 276:23, 287:8
**follow-up** [1] - 287:8
**followed** [3] - 30:21, 31:4, 33:13
**following** [5] - 1:22, 28:16, 33:20, 98:18, 114:3
**follows** [3] - 6:7, 64:3, 162:7
**footnote** [1] - 274:25
**FOR** [2] - 1:2, 290:3
**foregoing** [1] - 82:20
**foreign** [2] - 52:3, 178:3
**forgot** [3] - 137:10,

187:9, 222:8
**forgotten** [1] - 62:5
**form** [89] - 10:12, 10:17, 14:6, 15:14, 15:21, 15:24, 16:13, 18:14, 19:21, 19:24, 32:12, 34:3, 43:25, 46:10, 46:15, 46:25, 47:2, 49:6, 49:17, 49:21, 50:1, 51:7, 51:12, 51:19, 60:24, 61:3, 74:9, 74:11, 76:2, 76:6, 76:8, 76:11, 77:4, 77:5, 77:22, 78:24, 79:1, 79:10, 80:18, 80:20, 81:4, 83:22, 85:20, 86:24, 88:15, 89:18, 96:4, 96:6, 96:8, 98:20, 99:2, 101:21, 103:25, 107:7, 107:9, 107:18, 107:25, 108:1, 108:2, 108:3, 117:15, 117:23, 120:20, 120:23, 121:5, 121:6, 121:8, 122:7, 132:10, 141:2, 155:2, 155:6, 155:15, 155:21, 155:22, 159:18, 201:13, 248:3, 256:5, 256:6, 256:7, 256:13, 256:16, 265:3, 265:5, 268:1
**Form** [262] - 8:3, 8:12, 8:17, 8:20, 9:6, 9:7, 9:9, 9:13, 9:15, 9:18, 9:21, 9:25, 10:25, 11:2, 11:6, 11:7, 11:8, 12:22, 13:8, 13:23, 20:2, 20:3, 20:21, 21:3, 21:7, 22:3, 22:5, 22:11, 22:20, 23:9, 23:10, 23:12, 24:4, 24:5, 24:15, 24:23, 25:2, 25:7, 25:10, 25:17, 25:20, 25:21, 26:4, 26:6, 26:10, 26:14, 26:17, 28:22, 34:21, 35:1, 35:8, 35:9, 35:10, 35:13, 35:16, 59:16, 59:17, 60:2, 60:7, 60:11, 60:14, 62:4, 62:7, 62:11, 69:1, 69:3, 69:15, 69:16, 69:21, 69:23, 71:3, 72:3, 72:5, 73:14, 73:15, 76:20, 76:22, 76:23, 77:14, 78:24, 79:1, 79:2, 79:4, 79:5, 79:9, 79:12, 79:18, 79:20, 80:4, 81:23, 83:22, 83:25, 85:2, 85:4, 85:14, 85:18, 86:11, 86:13,

86:24, 87:3, 87:20, 87:21, 88:17, 88:18, 88:19, 88:20, 89:1, 89:6, 89:14, 89:17, 91:22, 92:16, 92:18, 92:20, 92:21, 93:11, 93:15, 93:16, 93:18, 93:21, 93:22, 93:25, 94:1, 94:16, 94:20, 95:5, 96:2, 99:22, 100:1, 101:2, 101:22, 101:23, 101:24, 102:4, 102:7, 102:13, 103:17, 103:23, 103:24, 104:3, 104:5, 105:4, 107:6, 107:15, 108:11, 108:12, 109:13, 109:17, 109:25, 110:6, 110:7, 111:9, 117:13, 117:14, 117:16, 117:21, 117:22, 117:25, 118:5, 118:9, 118:12, 118:14, 118:16, 118:17, 118:20, 118:22, 118:23, 118:24, 119:2, 119:6, 119:17, 119:18, 119:24, 121:12, 121:13, 121:15, 122:9, 122:10, 122:17, 122:18, 122:19, 127:8, 127:25, 135:22, 135:23, 136:2, 136:5, 136:11, 136:12, 136:15, 136:16, 140:7, 140:13, 140:14, 140:22, 140:25, 141:2, 141:5, 141:6, 144:5, 144:11, 144:19, 145:2, 145:8, 145:11, 145:13, 145:14, 146:18, 146:24, 147:13, 147:22, 147:24, 148:1, 148:3, 148:4, 149:6, 149:11, 149:19, 149:21, 151:12, 151:19, 152:5, 152:7, 154:11, 154:14, 154:16, 154:23, 154:24, 155:3, 155:6, 155:12, 155:21, 155:25, 156:1, 156:3, 156:18, 156:21
**formation** [7] - 15:16, 60:9, 60:11, 60:14, 98:18, 156:6, 157:9
**formed** [2] - 98:21, 221:25
**formidable** [1] - 46:14
**forms** [29] - 46:11, 47:19, 48:20, 49:7, 50:23, 51:2, 51:16, 51:22, 52:13, 61:18, 70:6, 74:7, 78:4, 78:12, 79:8, 85:15, 95:8, 99:14, 100:20, 103:25, 119:8, 123:16, 155:2,

155:9, 156:10, 159:6, 256:24, 256:25, 257:13
**formula** [5] - 180:1, 180:3, 232:20, 244:11
**formulate** [1] - 121:4
**formulating** [1] - 68:21
**formulations** [1] - 121:4
**forth** [6] - 23:23, 31:17, 170:14, 184:11, 214:15, 279:22
**forty** [1] - 125:9
**forty-five** [1] - 125:9
**forward** [5] - 100:5, 117:22, 199:6, 283:17, 284:2
**Foundation** [1] - 68:4
**foundation** [3] - 6:21, 65:17, 65:22
**foundational** [1] - 64:10
**four** [31] - 42:14, 58:2, 69:11, 69:19, 79:24, 79:25, 80:21, 96:10, 108:19, 108:21, 126:24, 176:2, 181:7, 193:15, 200:17, 202:3, 205:2, 212:14, 215:10, 218:17, 220:23, 222:11, 224:1, 239:1, 239:5, 239:8, 244:19, 244:21, 248:18, 260:15
**fourth** [4] - 102:20, 103:18, 207:22, 288:1
**frame** [2] - 174:22, 178:16
**framework** [1] - 184:25
**Francisco** [1] - 2:6
**Frankus** [17] - 201:9, 201:11, 221:3, 233:9, 233:14, 233:18, 254:21, 255:3, 256:23, 257:12, 258:7, 258:15, 259:6, 259:12, 259:25, 260:5, 261:13
**fraud** [1] - 154:5
**Frederick** [1] - 165:10
**free** [3] - 104:3, 152:3, 251:10
**freedom** [1] - 268:22
**freezing** [1] - 79:25
**Friday** [8] - 287:20, 288:6, 288:8, 288:13, 288:14, 288:16, 289:4, 289:5
**Friderichs** [1] - 192:17
**FROM** [1] - 280:22

**front** [13] - 26:24, 66:11, 71:23, 111:6, 122:3, 131:12, 135:16, 147:15, 160:25, 280:11, 282:3, 283:7, 283:10

**fuel** [1] - 197:2

**full** [3] - 47:9, 88:17, 165:8

**fully** [2] - 244:17, 244:19

**fun** [2] - 282:21, 285:13

**functional** [5] - 169:5, 169:6, 198:13, 205:15, 246:6

**fundamental** [2] - 46:9, 123:8

**funnel** [2] - 43:24, 44:16

**funny** [2] - 90:25, 279:12

**furthermore** [1] - 77:3

## G

**Gallagher** [1] - 4:25

**GALLAGHER** [2] - 3:5, 289:10

**GALLERY** [1] - 280:22

**garnered** [1] - 67:20

**GARRETT** [1] - 2:13

**gas** [3] - 196:18, 196:23, 199:15

**gasoline** [1] - 196:19

**GB-Bu-322-1-1** [1] - 38:13

**GB-Bu-351-1** [1] - 39:1

**GB-Bu322-1-1** [2] - 7:22, 38:3

**GB-Bu322-1-3** [1] - 8:7

**general** [17] - 10:1, 26:9, 26:14, 70:25, 76:5, 88:5, 121:17, 147:16, 173:2, 173:25, 174:3, 180:1, 180:3, 188:8, 188:23, 244:11, 287:18

**Generally** [1] - 166:18

**generally** [12] - 74:17, 110:25, 114:5, 129:17, 166:1, 170:2, 170:21, 172:8, 173:9, 191:8, 258:18, 288:20

**generate** [8] - 20:15, 20:17, 21:2, 21:6, 22:10, 24:15, 24:17,

25:2

**generated** [1] - 22:2

**generating** [1] - 85:19

**generic** [3] - 179:5, 190:20, 203:8

**gentle** [1] - 164:1

**German** [13] - 13:9, 13:13, 64:22, 64:23, 134:11, 134:17, 150:25, 228:9, 228:10, 255:3, 255:6, 255:12, 257:4

**Germany** [1] - 175:7

**GIBSON** [1] - 2:5

**Gibson** [2] - 4:13, 106:23

**given** [10] - 10:10, 24:25, 34:5, 49:19, 51:12, 51:16, 75:15, 93:24, 182:21, 186:11

**Glandorf** [2] - 4:14, 106:23

**GLANDORF** [46] - 2:7, 64:9, 65:15, 68:12, 105:11, 105:14, 105:18, 105:22, 106:10, 106:12, 106:17, 106:20, 107:22, 108:8, 110:18, 110:22, 121:18, 121:22, 125:4, 126:10, 126:18, 126:21, 126:23, 127:2, 127:16, 127:21, 128:13, 128:23, 130:15, 130:22, 131:7, 131:9, 132:21, 135:14, 140:4, 142:9, 147:1, 147:14, 148:8, 148:18, 151:24, 152:23, 158:10, 158:14, 158:19, 159:20

**global** [1] - 99:21

**globally** [1] - 102:1

**glove** [1] - 198:8

**GMBH** [1] - 1:3

**GmbH** [2] - 2:16

**goal** [5] - 20:6, 27:2, 33:21, 85:15, 223:5

**Google** [1] - 188:17

**Google's** [1] - 188:19

**GR0912Y** [1] - 60:13

**graduate** [7] - 67:10, 67:11, 167:10, 167:12, 167:19, 173:7, 173:18

**graduated** [1] - 173:20

**grams** [5] - 40:15, 40:19, 40:20, 40:22, 41:19

**granting** [2] - 83:13, 84:9

**graph** [1] - 80:9

**grateful** [1] - 287:3

**gray** [2] - 158:7,

158:8

**great** [6] - 30:3, 57:14, 185:14, 236:14, 241:12, 273:8

**greater** [4] - 60:5, 98:6, 249:23, 274:24

**greatest** [2] - 216:17, 216:18

**green** [7] - 103:17, 103:23, 260:25, 261:2, 262:4, 262:10, 283:25

**GROSS** [1] - 2:17

**Gross** [1] - 5:3

**ground** [3] - 140:23, 140:24, 226:22

**grounds** [2] - 64:10, 83:15

**Group** [1] - 233:22

**group** [96] - 56:7, 56:14, 81:19, 167:6, 167:9, 167:23, 167:24, 168:4, 171:18, 199:12, 199:16, 199:18, 199:22, 199:23, 203:1, 203:2, 203:3, 203:4, 205:13, 205:15, 206:6, 207:8, 208:11, 208:12, 223:18, 223:19, 231:14, 231:19, 231:23, 232:1, 232:11, 234:8, 234:14, 234:25, 236:3, 236:9, 236:10, 237:1, 237:12, 238:14, 238:19, 239:23, 240:6, 240:12, 240:19, 241:2, 241:6, 242:5, 242:8, 242:12, 242:22, 243:11, 245:6, 246:5, 246:6, 246:23, 247:14, 249:6, 249:7, 251:6, 251:7, 251:9, 251:10, 251:18, 252:7, 252:19, 252:20, 252:21, 259:13, 259:15, 259:20, 261:4, 261:7, 262:25, 271:20, 274:4, 274:7, 274:8, 276:25, 277:12, 277:13, 277:14, 279:7, 285:16

**groups** [56] - 185:5, 186:17, 186:18, 186:22, 186:23, 187:7, 190:20, 198:13, 205:16, 205:19, 230:10, 230:11, 230:13, 230:16, 230:18, 230:22, 230:24, 231:17, 231:18, 232:6, 232:12, 232:17, 234:20, 235:1, 235:17, 235:22, 235:23, 236:2, 236:23, 236:24, 236:25, 237:12, 237:15, 237:16, 237:25, 238:1, 238:12,

238:13, 238:22, 238:23, 240:20, 240:21, 242:23, 246:23, 251:17, 264:12, 266:7, 266:9, 278:12, 278:17, 278:21, 281:2, 286:2

**grow** [1] - 90:23

**grown** [1] - 90:23

**Growth** [1] - 67:24

**GRT** [3] - 17:13, 17:15, 92:9

**GRT-NUC00063351** [1] - 92:9

**GRT0912Y** [4] - 17:3, 17:18, 19:20, 60:8

**GRT4045Y** [4] - 16:7, 16:22, 19:20, 60:9

**GRTNUVO0002195** [1] - 146:21

**GRUNENTHAL** [1] - 1:3

**Grunenthal** [47] - 2:16, 4:18, 10:22, 11:10, 37:5, 61:14, 61:18, 64:16, 64:17, 82:5, 85:1, 85:14, 86:13, 87:13, 88:2, 92:8, 92:17, 94:12, 96:5, 97:25, 103:20, 108:22, 109:6, 113:2, 132:6, 132:18, 132:20, 140:7, 140:12, 142:23, 143:10, 143:11, 144:24, 145:1, 145:6, 145:7, 145:8, 145:10, 147:18, 147:21, 149:25, 153:25, 154:2, 154:10, 164:19, 214:21, 224:12

**Grunenthal's** [10] - 81:22, 86:10, 94:5, 144:23, 149:24, 150:1, 151:2, 153:13, 153:19, 156:2

**Gruss** [3] - 142:12, 150:11, 150:12

**guess** [17] - 56:12, 98:25, 109:2, 111:22, 138:12, 173:15, 176:19, 177:5, 179:21, 181:23, 188:13, 190:17, 192:17, 197:22, 217:4, 226:16, 233:17

**guesses** [1] - 50:19

**guidance** [2] - 265:25, 266:1

**guide** [1] - 267:12

**guides** [1] - 275:20

**guy** [1] - 55:24

## H

**H-NMR** [2] - 39:6, 40:6

**H2** [1] - 203:18

**half** [9] - 4:3, 39:19, 120:5, 209:18, 226:10, 226:11, 226:12, 226:13, 226:17

**hallucinogenic** [1] - 211:8

**Hamilton** [1] - 4:17

**HAMILTON** [1] - 2:10

**hand** [28] - 12:3, 12:9, 12:12, 63:23, 63:24, 76:9, 105:11, 160:10, 162:3, 187:2, 187:4, 193:15, 194:3, 195:16, 198:8, 201:4, 202:18, 210:16, 212:15, 215:13, 217:12, 264:2, 271:4, 280:7, 285:2

**handed** [5] - 161:13, 163:1, 164:25, 198:8, 228:21

**handle** [1] - 161:11, 287:10

**handled** [1] - 120:24

**Handler** [1] - 5:3

**HANDLER** [2] - 2:19, 5:2

**hands** [27] - 57:4, 57:16, 58:14, 70:25, 83:3, 83:9, 88:23, 92:25, 95:1, 132:16, 135:8, 136:25, 137:2, 137:8, 137:24, 140:4, 140:21, 140:23, 153:22, 156:22, 156:25, 197:25, 198:1, 198:2, 198:7, 248:1

**happy** [1] - 57:4

**hard** [6] - 38:25, 39:23, 120:23, 196:11, 206:4, 272:2

**harder** [2] - 100:25, 206:7

**HARDIN** [1] - 3:10

**Hardin** [1] - 5:13

**HARP** [9] - 3:12, 5:17, 5:21, 5:24, 6:17, 6:24, 7:5, 7:9, 30:11, 59:2, 59:5, 59:21, 61:21, 62:19

**Harp** [1] - 5:17

**harvested** [1] - 110:10

**hash** [2] - 151:4, 151:6

**hatched** [1] - 80:15
**HBR** [2] - 38:17, 41:21
**head** [5] - 40:24, 54:20, 55:7, 58:20, 158:1
**heading** [7] - 15:7, 18:2, 70:25, 135:7, 146:11, 153:22, 233:22
**hear** [4] - 58:6, 65:14, 150:18, 177:8
**hearing** [1] - 177:16
**heat** [1] - 97:7
**heated** [6] - 78:25, 79:9, 79:10, 79:20, 79:22, 86:24
**heating** [3] - 79:1, 86:25, 97:7
**height** [3] - 100:14, 100:16
**hello** [1] - 126:3
**help** [5] - 165:17, 247:25, 275:20, 279:24, 280:4
**helped** [1] - 110:15
**helpful** [1] - 228:23
**helps** [1] - 275:23
**hence** [1] - 61:3
**HENDERSON** [1] - 2:13
**Hennies** [7] - 201:16, 202:12, 221:3, 244:13, 259:2, 267:5, 267:25
**herself** [1] - 37:14
**heterocyclic** [4] - 173:8, 173:19, 174:1, 174:4
**Heterocyclic** [1] - 175:15
**high** [9] - 11:8, 19:20, 25:19, 26:1, 85:18, 97:12, 103:9, 115:15, 116:10
**High** [1] - 3:2
**high-temperature** [1] - 85:18
**higher** [9] - 11:1, 13:22, 14:2, 60:7, 98:4, 209:1, 237:25, 240:21, 250:15
**highest** [5] - 236:17, 237:5, 237:14, 237:17, 246:12
**highlight** [15] - 37:24, 38:23, 39:19, 41:17, 42:21, 45:1, 45:21, 46:2, 97:21, 102:23, 147:16, 194:5, 215:13, 260:16, 274:18
**highlighted** [16] -

86:14, 93:9, 193:18, 235:12, 237:6, 242:17, 244:3, 245:14, 247:8, 249:8, 249:9, 260:10, 264:8, 272:25, 273:2, 274:14
**highlighting** [2] - 194:6, 229:4
**highly** [2] - 169:14, 267:22
**hindsight** [2] - 224:18, 225:9
**hinge** [1] - 70:15
**hire** [1] - 86:2
**historically** [1] - 188:25
**history** [1] - 204:5
**hit** [1] - 196:10
**hold** [9] - 57:16, 58:14, 67:5, 80:2, 101:1, 127:19, 165:15, 280:11, 280:25
**holder** [1] - 176:16
**holding** [3] - 134:23, 183:19, 248:4
**holds** [1] - 77:17
**Hollingsworth** [1] - 287:25
**home** [5] - 66:25, 209:4, 209:25, 220:23, 235:14
**homologs** [1] - 237:25
**HON** [1] - 1:17
**Honor** [54] - 4:10, 4:16, 4:22, 5:2, 5:8, 5:12, 5:17, 5:25, 6:12, 6:17, 6:24, 7:5, 7:9, 30:2, 30:11, 59:2, 61:21, 62:19, 62:23, 63:11, 63:12, 64:15, 65:11, 68:7, 100:6, 101:4, 105:12, 105:14, 126:11, 126:16, 130:23, 151:22, 160:5, 160:9, 160:13, 160:20, 160:22, 161:17, 161:19, 162:17, 162:23, 164:10, 176:24, 177:19, 225:12, 226:23, 228:24, 243:2, 248:5, 255:15, 255:21, 283:21, 287:17, 289:13
**honors** [1] - 174:19
**hope** [2] - 4:6, 185:9
**hopefully** [1] - 248:3
**hoping** [1] - 18:7
**hot** [1] - 159:4
**hour** [4] - 4:4, 105:15, 226:16
**hours** [5] - 38:17,

79:21, 79:23, 79:24
**house** [2] - 86:3, 87:21
**Hs** [2] - 231:1, 231:9
**HSU** [1] - 3:13
**huge** [1] - 195:9
**human** [1] - 114:13
**humans** [1] - 250:12
**Humboldt** [1] - 175:5
**humidity** [2] - 73:20, 73:21
**hundred** [2] - 41:25, 61:11
**hybrid** [2] - 196:22, 197:6
**hydrate** [2] - 74:11, 74:13
**hydrates** [3] - 46:18, 47:16, 47:24
**hydration** [3] - 74:5, 74:16, 77:7
**hydrobromic** [4] - 41:21, 41:24, 43:9, 43:22
**hydrocarbon** [1] - 199:14
**hydrocarbonate** [1] - 42:24
**hydrochloride** [49] - 8:20, 12:10, 20:7, 21:5, 22:14, 27:3, 44:21, 48:21, 50:7, 50:9, 50:13, 50:17, 50:22, 51:3, 51:23, 52:16, 53:6, 53:19, 54:3, 55:12, 69:2, 69:21, 85:16, 87:19, 93:13, 107:7, 107:8, 112:5, 112:13, 117:15, 117:25, 121:16, 139:5, 139:13, 139:20, 139:23, 139:24, 140:1, 142:24, 155:24, 179:6, 179:15, 179:16, 179:17, 180:4, 180:6, 180:13, 180:14, 184:2
**hydrocodone** [1] - 189:24
**hydrogen** [29] - 42:16, 50:20, 58:2, 58:9, 199:17, 199:22, 203:18, 207:9, 232:6, 232:12, 232:13, 234:9, 234:20, 235:1, 240:20, 243:11, 244:4, 244:10, 246:3, 246:4, 246:16, 248:16, 249:5, 249:14, 249:23, 259:22, 262:13, 263:1, 281:4
**hydrogens** [1] - 199:13

**hydromorphine** [2] - 189:24, 204:2
**hydroxy** [6] - 208:15, 208:25, 221:4, 245:24, 249:21, 251:6
**hydroxyl** [9] - 243:11, 246:22, 251:4, 251:10, 259:15, 259:20, 261:6, 276:25, 279:7
**hydroxytryptamine** [1] - 210:12
**hypothetical** [3] - 32:22, 32:23, 33:21

## I

**ibuprofen** [1] - 189:21
**IC50** [2] - 207:25, 211:15
**idea** [4] - 196:15, 268:9, 275:17, 275:18
**ideally** [1] - 116:3
**identical** [5] - 101:13, 161:14, 274:13, 284:21, 285:6
**identification** [1] - 255:23
**identified** [8] - 61:19, 131:22, 131:24, 171:12, 227:3, 260:7, 262:3, 262:9
**identify** [12] - 32:12, 47:21, 143:19, 185:7, 185:22, 186:12, 191:15, 227:4, 227:14, 260:6, 261:18, 261:20
**identifying** [1] - 171:3
**identity** [5] - 10:10, 25:1, 34:24, 47:16, 69:23
**Il** [6] - 212:3, 214:24, 215:3, 221:15, 221:18
**Ill** [1] - 221:18
**Illinois** [2] - 2:21, 3:11
**illustrate** [5] - 90:22, 99:23, 101:17, 196:14, 277:14
**illustrated** [2] - 92:13, 117:17
**illustrates** [1] - 97:8
**illustrative** [1] - 276:18
**image** [5] - 197:15, 197:18, 197:21, 197:23, 256:8
**images** [4] - 197:23, 198:2, 198:11, 256:11
**imagine** [3] - 114:19,

198:1, 286:3
**impact** [2] - 166:23, 237:21
**imply** [1] - 155:20
**implying** [2] - 40:5, 58:8
**importance** [4] - 81:16, 208:11, 257:22, 276:5
**important** [39] - 60:20, 71:16, 75:22, 78:7, 81:1, 81:6, 83:24, 91:21, 104:4, 169:4, 185:24, 186:21, 186:22, 186:23, 187:1, 194:25, 205:16, 208:8, 210:19, 211:2, 216:7, 220:13, 221:25, 234:14, 241:7, 250:5, 250:9, 257:24, 258:8, 258:15, 258:19, 260:3, 260:12, 264:17, 265:21, 274:9, 278:11, 278:16, 284:8
**importantly** [1] - 83:23
**impossible** [4] - 24:14, 33:3, 33:10, 35:3
**impressive** [1] - 195:13
**improper** [1] - 132:14
**improve** [4] - 167:2, 167:3, 185:9, 204:7
**improved** [5] - 184:14, 223:2, 227:8, 261:22, 266:13
**improvement** [2] - 77:23, 77:24
**impure** [4] - 8:22, 11:7, 25:19, 91:11
**impurities** [104] - 9:19, 9:21, 9:24, 9:25, 10:2, 10:4, 10:11, 10:16, 11:1, 11:3, 11:9, 12:13, 12:14, 12:15, 12:20, 12:24, 13:1, 13:3, 13:18, 14:6, 15:9, 15:13, 15:14, 15:16, 15:20, 15:23, 16:4, 18:13, 19:18, 19:20, 19:24, 20:16, 20:21, 20:24, 21:2, 21:6, 21:17, 21:24, 22:2, 22:4, 22:5, 22:21, 22:23, 23:5, 23:14, 23:24, 23:25, 24:10, 24:11, 24:15, 24:17, 24:22, 25:11, 25:14, 25:15, 25:17, 25:19, 25:23, 26:1, 26:2, 26:5, 26:6, 26:9, 26:14,

26:17, 26:20, 34:2, 34:18, 36:3, 37:20, 43:23, 59:17, 62:4, 62:7, 62:12, 62:14, 91:1, 91:3, 91:24, 97:1, 97:13, 98:7, 104:13, 109:24, 110:1, 110:7, 111:13, 111:19, 111:21, 111:24, 114:23, 115:12, 115:15, 116:23, 117:6, 117:8, 118:7, 118:10, 129:21, 131:22, 136:9, 159:17, 256:20, 256:22

**impurity** [47] - 9:24, 10:4, 10:6, 10:11, 10:23, 11:11, 16:7, 16:13, 17:19, 17:22, 18:1, 18:2, 18:3, 18:4, 22:11, 22:16, 22:25, 23:3, 23:5, 23:14, 23:19, 23:24, 25:1, 25:21, 34:7, 34:9, 34:20, 34:25, 35:4, 35:6, 35:8, 35:11, 35:20, 35:23, 36:1, 36:2, 40:7, 40:10, 59:9, 60:2, 60:11, 60:13, 60:15, 104:13, 111:3, 118:13, 157:8

**lmron** [1] - 5:15
**IMRON** [1] - 3:11
**IN** [1] - 1:1
**in-house** [2] - 86:3, 87:21
**inability** [1] - 132:19
**inactive** [1] - 234:10
**INC** [1] - 1:3
**Inc** [3] - 2:9, 2:23, 3:6
**include** [5] - 179:5, 232:22, 232:25, 240:3, 271:19
**included** [7] - 7:7, 82:1, 82:17, 129:4, 144:10, 174:21, 228:20
**includes** [2] - 82:4, 180:14
**including** [10] - 19:9, 160:16, 165:23, 166:11, 177:1, 177:3, 177:6, 182:10, 182:14, 182:20
**incorporated** [1] - 136:9
**incorporation** [2] - 104:13, 118:14
**increase** [1] - 254:4
**increased** [1] - 269:16
**increasing** [2] - 266:25, 267:1
**incremental** [2] -

172:12, 185:16
**incrementally** [1] - 172:11
**indeed** [3] - 16:20, 31:5, 34:16
**independent** [2] - 67:2, 172:2
**independently** [1] - 193:7
**index** [7] - 250:10, 250:11, 250:13, 250:14, 253:25, 254:1, 254:3
**INDEX** [1] - 290:1
**indexed** [1] - 189:2
**indicate** [8] - 16:21, 17:18, 17:23, 18:12, 39:9, 39:14, 123:15, 147:10
**indicated** [1] - 226:25
**indicates** [3] - 16:12, 20:12, 118:5
**indicating** [1] - 147:21
**indication** [1] - 151:12
**indicator** [1] - 96:25
**individual** [12] - 49:18, 198:20, 202:3, 212:18, 212:24, 212:25, 214:8, 216:2, 218:25, 219:14, 220:16, 220:22
**individually** [1] - 202:6
**individuals** [1] - 183:1
**infancy** [1] - 51:5
**influence** [7] - 15:23, 18:4, 60:8, 60:14, 208:22, 208:23, 241:18
**influenced** [2] - 74:18, 75:8
**inform** [8] - 79:16, 110:15, 194:8, 209:13, 211:20, 214:6, 233:5, 275:6
**information** [25] - 64:20, 65:8, 66:19, 78:2, 81:10, 84:12, 86:9, 97:21, 123:21, 133:8, 157:13, 157:16, 157:20, 185:17, 188:18, 188:19, 224:15, 227:13, 233:4, 233:8, 234:15, 250:2, 254:18, 265:23, 275:1
**informed** [2] - 221:3, 228:1
**informs** [2] - 210:20, 275:15
**infrared** [1] - 159:5

**infringement** [1] - 176:9
**Ingold** [1] - 57:24
**ingredient** [4] - 72:7, 75:5, 119:21, 120:1
**inhibit** [2] - 190:7, 193:20
**inhibiting** [1] - 23:14
**inhibition** [2] - 195:17, 196:1
**inhibitor** [3] - 190:2, 190:12, 269:1
**inhibitors** [4] - 190:1, 190:19, 191:6, 191:7
**initial** [1] - 272:17
**initio** [1] - 46:13
**insignificant** [1] - 217:16
**instance** [2] - 280:1, 288:13
**instances** [1] - 176:21
**instead** [7] - 105:17, 236:2, 236:5, 249:14, 251:9, 258:1, 287:9
**Institute** [1] - 174:2
**instruct** [1] - 40:9
**instruction** [1] - 106:1
**Intech** [1] - 176:4
**integrated** [1] - 240:22
**intended** [1] - 202:22
**intents** [1] - 216:6
**interact** [8] - 168:19, 186:18, 186:24, 187:1, 187:3, 213:11, 216:4, 219:10
**interacted** [1] - 221:9
**interacting** [2] - 18:1, 219:17
**interaction** [4] - 17:11, 210:10, 215:6, 217:11
**interactions** [5] - 83:10, 185:14, 211:23, 268:17, 269:10
**interest** [2] - 137:19, 271:19
**interested** [5] - 168:14, 169:3, 169:5, 171:14, 272:22
**interesting** [4] - 51:24, 92:13, 148:13, 263:15
**interestingly** [1] - 176:14
**interests** [1] - 208:5
**interfere** [1] - 263:19
**interfering** [2] -

262:5, 276:15
**intermediate** [3] - 29:15, 31:16, 129:9
**internal** [8] - 84:18, 87:13, 88:2, 94:11, 113:2, 143:11, 144:9, 175:2
**internally** [1] - 141:1
**International** [1] - 175:14
**international** [1] - 170:1
**interpret** [3] - 73:11, 73:13, 149:21
**interpretation** [4] - 115:23, 149:22, 149:24, 152:6
**interpreted** [2] - 101:24, 136:3
**interrupt** [2] - 205:6, 244:8
**intersections** [1] - 205:7
**intimately** [1] - 75:24
**introduce** [2] - 5:10, 72:24
**introduced** [7] - 34:21, 35:4, 35:6, 35:8, 35:11, 36:1, 97:13
**introducing** [1] - 219:12
**introductory** [1] - 173:4
**invalid** [4] - 181:7, 181:16, 181:17, 181:18
**invention** [7] - 72:4, 73:14, 76:21, 83:21, 83:22, 119:18, 182:1
**inventor** [3] - 64:20, 150:16, 174:15
**inventors** [3] - 88:4, 150:9, 183:4
**inversion** [3] - 57:22, 58:7, 58:11
**inverting** [1] - 58:10
**inverts** [1] - 44:8
**investigated** [3] - 139:21, 239:23, 241:2
**investigating** [1] - 14:5
**investigation** [7] - 94:25, 141:12, 141:21, 142:24, 143:4, 143:6, 170:22
**Investigations** [1] - 146:11
**involve** [1] - 191:5
**involved** [9] - 166:6, 167:19, 167:23, 170:8, 175:23, 176:3, 176:13,

185:13, 213:13
**involves** [3] - 93:25, 166:18, 230:20
**ionic** [1] - 46:19
**ionization** [1] - 47:15
**isolate** [2] - 29:16, 31:16
**isolated** [1] - 86:12
**isolating** [1] - 48:5
**isomer** [5] - 221:19, 257:16, 260:1, 260:17
**isomerism** [1] - 197:24
**isomers** [20] - 197:16, 197:20, 198:12, 200:14, 201:12, 206:21, 220:21, 220:22, 233:6, 233:7, 255:4, 256:9, 256:11, 256:12, 256:13, 256:16, 257:3, 257:10, 274:24, 275:3
**issue** [29] - 6:18, 6:21, 7:8, 30:10, 48:16, 65:2, 69:8, 70:21, 70:24, 71:16, 73:6, 73:12, 74:6, 78:5, 84:15, 88:12, 89:19, 93:19, 94:22, 96:21, 106:2, 108:3, 124:16, 126:15, 162:16, 174:22, 225:23, 287:18
**issued** [1] - 52:11
**issues** [9] - 7:5, 64:8, 74:14, 78:18, 106:14, 157:23, 162:18, 162:22, 289:8
**italicized** [1] - 193:10
**items** [2] - 162:13, 198:13
**iterative** [4] - 172:15, 187:10, 187:17, 258:24
**itself** [9] - 72:22, 73:19, 201:15, 210:23, 221:5, 222:15, 240:16, 254:9, 257:20
**IUPAC** [1] - 179:11

**J**

**Jackie** [1] - 130:20
**JAMES** [1] - 3:9
**James** [1] - 5:9
**Japan** [1] - 175:12
**JASON** [1] - 3:12
**Jason** [1] - 5:17
**JAYSEN** [1] - 2:8
**JERSEY** [1] - 1:2
**Jersey** [6] - 1:13, 2:3, 2:11, 2:18, 3:8, 4:12

**JOEL** [1] - 3:13
**JOHN** [1] - 3:13
**JONATHAN** [1] - 290:5
  **Journal** [1] - 67:21
  **journal** [3] - 67:23, 170:1, 170:4
  **journals** [10] - 67:19, 169:24, 170:5, 170:6, 170:7, 170:8, 174:8, 174:10
  **Jr** [1] - 68:6
  **Judge** [4] - 57:19, 125:4, 128:24, 158:11
  **judgments** [1] - 188:10
  **July** [6] - 178:3, 181:11, 182:15, 184:3, 222:25, 224:7
  **June** [11] - 48:14, 48:19, 52:6, 52:11, 52:12, 69:7, 70:12, 92:5, 143:15, 165:15, 175:10

---

**K**

**K1** [1] - 215:14
**kappa** [1] - 216:6
**keep** [9] - 96:24, 142:1, 148:12, 163:14, 204:8, 226:21, 258:19, 282:22, 285:18
**keeping** [3] - 235:19, 238:18, 262:23
**Keith** [1] - 4:11
**KEITH** [1] - 2:4
**Ken** [1] - 5:6
**KENNETH** [1] - 2:21
**kept** [5] - 85:3, 231:21, 232:4, 238:16, 241:17
**key** [9] - 10:6, 10:16, 22:11, 25:1, 34:20, 210:17, 215:18, 215:22, 235:15
**Key** [2] - 164:17, 164:23
**kg** [1] - 246:14
**kids** [2] - 280:19, 280:20
**kill** [1] - 43:9
**kilogram** [3] - 236:16, 245:3, 252:5
**kilograms** [1] - 251:5
**kind** [28] - 38:25, 39:3, 46:5, 47:11, 49:21, 78:1, 80:5, 80:14, 81:9, 90:25,

100:11, 102:2, 120:21, 123:1, 142:18, 156:22, 172:14, 176:3, 184:4, 198:7, 206:12, 214:15, 217:19, 226:15, 266:12, 279:24, 286:1, 287:18
**kinds** [8] - 25:4, 81:20, 100:25, 154:22, 169:6, 174:24, 187:7, 188:5
**Kitamura** [1] - 78:17
**knowing** [1] - 81:6
**knowledge** [9] - 70:11, 109:11, 134:6, 140:22, 144:23, 149:19, 154:19, 182:11, 186:2
**known** [20] - 84:19, 140:12, 145:6, 155:2, 188:8, 190:4, 190:5, 191:24, 200:11, 210:12, 225:6, 260:22, 264:17, 272:12, 272:14, 272:15, 272:16, 272:20, 272:21
**knows** [1] - 145:8
**KRISTA** [1] - 2:15
**KRISTIN** [1] - 2:16
**KWONG** [1] - 2:8

---

**L**

**L235** [1] - 251:4
**lab** [17] - 16:17, 38:1, 38:11, 52:23, 89:24, 90:19, 91:13, 95:9, 96:22, 98:14, 113:3, 115:23, 167:15, 167:16, 167:18, 173:6
**labeled** [4] - 136:3, 151:6, 230:14
**labels** [1] - 89:15
**LABORATORIES** [1] - 1:7
  **Laboratories** [2] - 2:23, 3:14
**laboratory** [1] - 174:12
  **Labs** [2] - 5:4, 63:18
**laid** [2] - 6:22, 60:17
**landscape** [1] - 191:24
**language** [4] - 137:15, 208:21, 231:4, 255:6
**large** [2] - 80:23, 171:16
**largely** [3] - 45:11, 45:18, 176:1
**larger** [5] - 42:3, 42:8, 60:8, 97:15, 253:21

**laser** [1] - 243:3
**last** [28] - 17:8, 17:9, 17:12, 17:23, 40:12, 44:19, 46:2, 46:21, 53:1, 95:20, 102:20, 117:17, 118:22, 135:20, 143:17, 143:23, 144:2, 150:20, 167:12, 176:13, 176:19, 187:10, 192:7, 222:14, 237:6, 274:16, 278:7, 288:13
**Latham** [1] - 5:5
**LATHAM** [1] - 2:20
**lattice** [6] - 74:10, 74:12, 75:16, 75:17, 104:14, 136:9
**Laughter** [10] - 39:5, 113:20, 161:4, 163:21, 220:10, 280:15, 280:21, 280:23, 282:19, 288:10
**laughter** [2] - 4:5, 163:10
**LAUREN** [1] - 2:22
**Lauren** [2] - 5:5, 63:12
**law** [6] - 4:19, 134:12, 134:17, 134:20, 135:1, 184:23
**lawyer** [2] - 71:10, 83:8
**lay** [3] - 65:16, 189:18, 210:12
**layer** [7] - 39:21, 39:22, 44:8, 44:10, 44:11, 44:13, 44:16
**layers** [3] - 44:1, 44:4, 44:18
**layman's** [1] - 207:10
**Lead** [1] - 171:12
**lead** [67] - 76:7, 80:6, 101:24, 111:24, 140:22, 167:3, 170:17, 170:19, 170:22, 170:24, 171:4, 171:7, 171:11, 171:19, 171:21, 171:24, 172:4, 172:5, 172:7, 184:5, 184:9, 184:11, 184:15, 184:17, 184:19, 184:22, 185:2, 185:3, 185:8, 185:22, 185:23, 186:10, 186:12, 187:11, 187:12, 187:14, 187:22, 188:2, 191:23, 210:21, 211:18, 211:19, 211:21, 214:7, 215:20, 223:2, 224:4, 224:10, 224:13, 224:17, 224:21, 225:5, 225:10, 227:2, 227:4, 227:6, 227:12, 261:18, 261:21, 277:22, 277:23, 278:4

**leads** [7] - 73:7, 156:21, 171:1, 172:2, 194:4, 238:1, 240:23
**learn** [6] - 78:2, 172:12, 227:5, 259:25, 264:16, 274:23
**learned** [6] - 187:13, 214:14, 221:21, 223:8, 260:11, 274:8
**learning** [1] - 258:8
**learns** [1] - 279:20
**least** [18] - 15:14, 29:18, 36:1, 54:9, 80:17, 178:14, 192:15, 195:7, 196:24, 198:19, 208:6, 226:10, 226:12, 226:13, 247:25, 262:5, 263:19, 276:25
**leave** [2] - 87:6, 282:25
**leaves** [2] - 80:22, 109:1
**leaving** [1] - 133:25
**lecture** [1] - 173:5
**left** [24] - 12:3, 12:9, 36:12, 46:1, 53:3, 58:1, 63:24, 75:16, 75:20, 99:24, 151:3, 162:3, 196:20, 198:8, 199:18, 215:13, 254:17, 264:2, 279:4, 282:9, 283:11, 283:13, 284:23
**left-hand** [4] - 12:3, 12:9, 215:13, 264:2
**left-handed** [1] - 198:8
**legal** [6] - 71:8, 71:9, 83:6, 154:7, 175:18, 184:23
**legally** [1] - 132:8
**legend** [1] - 16:24
**lens** [1] - 181:24
**less** [19] - 76:6, 76:8, 77:4, 77:22, 120:8, 120:20, 121:8, 129:7, 129:8, 159:18, 197:2, 207:20, 207:25, 235:9, 235:18, 250:4, 254:3, 257:19, 269:20
**lesson** [2] - 213:14, 214:14, 221:16
**lessons** [1] - 260:4
**letters** [1] - 179:11
**level** [23] - 12:24, 22:13, 22:17, 22:25, 23:13, 23:16, 23:19, 25:11, 25:13, 67:10, 67:11, 98:6, 100:10, 100:12, 100:16, 100:17, 101:2, 129:18, 173:4,

173:7, 183:3, 209:19
**levels** [23] - 10:23, 11:1, 11:8, 11:11, 13:3, 19:20, 23:3, 25:4, 25:17, 25:19, 25:20, 25:22, 26:1, 26:2, 26:5, 26:9, 26:14, 26:16, 26:20, 59:9, 99:25, 159:18, 175:24
**Lewris** [1] - 4:19
**LEWRIS** [1] - 2:14
**library** [2] - 188:12, 188:14
**life** [1] - 75:4
**lifted** [2] - 182:5, 240:16
**light** [2] - 74:25, 149:18
**likely** [1] - 211:24
**Likewise** [1] - 237:24
**lilly** [1] - 176:5
**limitations** [1] - 46:25
**limited** [10] - 61:10, 71:13, 94:22, 137:4, 157:10, 157:12, 180:13, 239:20, 239:22, 241:1
**Limited** [1] - 3:14
**LIMITED** [1] - 1:7
**LINDA** [1] - 2:15
**Linda** [1] - 4:19
**line** [23] - 16:6, 17:8, 17:9, 17:12, 17:23, 18:3, 22:25, 30:14, 31:6, 113:24, 115:14, 115:18, 116:15, 116:19, 116:25, 117:1, 158:1, 158:3, 158:5, 158:6, 194:11, 284:17, 284:18
**linear** [7] - 265:6, 265:8, 272:1, 274:1, 275:5, 275:8, 285:2
**lines** [4] - 127:18, 148:14, 192:15, 284:17
**links** [1] - 242:11
**liquor** [5] - 90:24, 91:4, 91:11, 110:6, 110:11
**list** [5] - 138:12, 162:13, 190:25, 210:2, 255:18
**listed** [14] - 10:22, 12:3, 12:20, 12:22, 13:18, 17:15, 36:13, 137:18, 174:20, 189:7, 190:23, 218:7, 219:3, 232:16
**Literature** [1] - 67:5
**literature** [10] - 70:12, 182:12, 184:11, 186:1, 187:14, 189:5, 214:19,

222:24, 268:24, 272:12, 273:4

**litigation** [7] - 11:19, 28:18, 85:24, 95:16, 95:22, 134:24, 151:10

**litigations** [1] - 176:12

**liver** [1] - 199:25

**LLC** [4] - 1:7, 2:2, 3:6, 3:6

**LLP** [7] - 2:5, 2:10, 2:13, 2:20, 3:2, 3:7, 3:10

**location** [1] - 64:17

**locus** [2] - 218:14

**longwinded** [1] - 222:9

**look** [121] - 6:16, 11:10, 12:16, 13:8, 15:25, 16:6, 18:8, 18:20, 19:3, 23:22, 27:15, 30:14, 38:15, 50:11, 50:16, 55:16, 57:7, 64:7, 65:4, 71:22, 73:10, 78:4, 89:23, 100:4, 102:1, 102:6, 103:22, 103:23, 103:24, 104:4, 104:7, 116:8, 116:11, 116:12, 119:7, 119:9, 119:15, 122:11, 128:20, 128:25, 129:3, 129:24, 130:4, 130:25, 133:3, 135:14, 138:23, 141:9, 141:20, 144:1, 146:4, 148:5, 149:19, 150:4, 151:23, 153:3, 156:5, 162:16, 163:8, 171:5, 171:17, 188:6, 188:7, 189:2, 191:19, 192:8, 193:15, 203:2, 203:5, 204:15, 204:16, 204:25, 207:14, 209:10, 209:14, 210:1, 210:4, 212:1, 212:3, 214:11, 214:23, 215:24, 216:16, 218:6, 218:17, 222:1, 224:9, 224:12, 231:10, 231:13, 233:14, 233:19, 238:7, 240:9, 241:13, 243:22, 244:1, 245:11, 246:24, 252:3, 253:1, 257:5, 271:16, 271:17, 272:19, 272:24, 273:22, 274:15, 275:21, 281:7, 281:8, 282:4, 282:10, 283:10, 283:12, 284:1, 284:18, 285:25

**looked** [42] - 13:23, 25:9, 25:10, 60:15, 72:21, 84:18, 88:24,

93:3, 94:4, 99:17, 101:10, 117:1, 118:25, 136:4, 138:14, 138:15, 152:18, 154:13, 157:19, 162:15, 168:16, 201:1, 201:2, 201:7, 201:11, 202:7, 206:25, 209:8, 227:1, 231:12, 234:1, 234:15, 240:7, 246:12, 246:16, 250:24, 253:9, 258:6, 265:24, 266:22

**looking** [60] - 15:12, 17:3, 37:11, 50:5, 69:5, 82:6, 83:21, 89:24, 92:4, 97:17, 101:12, 130:21, 137:23, 143:3, 152:10, 169:1, 185:14, 186:1, 186:2, 192:4, 194:10, 206:11, 207:11, 209:19, 212:12, 213:4, 213:11, 214:13, 216:3, 219:8, 222:4, 225:13, 230:1, 230:5, 230:10, 235:16, 237:19, 239:10, 239:16, 239:25, 249:8, 250:18, 255:12, 255:24, 256:23, 258:16, 271:14, 272:9, 275:19, 281:13, 281:14, 281:16, 281:19, 281:23, 281:25, 282:23, 283:8, 284:13, 288:7

**looks** [24] - 7:2, 38:25, 39:20, 39:22, 39:25, 40:1, 40:17, 118:9, 215:5, 217:7, 222:20, 232:8, 232:14, 236:1, 236:14, 236:15, 236:19, 246:13, 270:9, 282:6, 283:15, 284:16, 289:3, 289:4

**lose** [7] - 246:14, 253:21, 253:22, 264:16, 265:19

**losing** [1] - 245:10

**loss** [9] - 167:4, 238:13, 240:23, 243:21, 243:25, 252:11, 253:20, 254:10, 258:3

**lost** [5] - 94:15, 199:23, 234:8, 246:11, 270:19

**low** [20] - 12:24, 13:2, 20:14, 25:11, 25:13, 25:17, 25:20, 25:22, 26:9, 26:11, 26:14, 26:16, 26:20, 98:22, 103:12, 116:10, 129:18, 159:17, 223:25

**lower** [13] - 79:5, 79:6, 79:16, 87:6,

98:23, 99:13, 116:20, 196:10, 216:10, 216:19, 216:20, 283:12, 283:13

**LSD** [1] - 211:8

**luckier** [1] - 188:15

**lunch** [7] - 105:16, 105:23, 106:4, 106:6, 121:21, 125:7, 127:3

**luncheon** [1] - 125:18

## M

**m's** [2] - 247:6, 247:20

**M-a-r-t-i-n** [1] - 162:11

**M-a-t-z-g-e-r** [1] - 64:6

**MA** [1] - 3:3

**macromolecular** [1] - 67:6

**magnifier** [1] - 17:7

**magnitude** [2] - 49:1, 100:13

**mail** [2] - 150:2, 150:4

**main** [2] - 208:4, 218:13

**maintain** [5] - 64:12, 65:20, 134:21, 258:20, 263:1

**maintained** [2] - 231:24

**maintaining** [3] - 264:18, 265:21, 278:22

**maintains** [1] - 47:1

**major** [2] - 169:21, 176:15

**majored** [1] - 173:16

**majority** [1] - 45:15

**mammal** [1] - 179:24

**managed** [1] - 68:9

**manifest** [1] - 97:9

**manipulations** [1] - 54:22

**manual** [1] - 47:1

**manufacturability** [1] - 74:15

**manufacture** [5] - 74:7, 74:16, 76:11, 77:6, 120:25

**manufacturing** [1] - 76:10

**manuscript** [1] - 215:4

**March** [2] - 1:14, 289:24

**marijuana** [1] - 191:9

**Marita** [12] - 7:18, 36:6, 71:1, 95:23, 96:5,

97:22, 109:14, 109:17, 118:25, 128:7, 128:9, 129:20

**mark** [3] - 43:9, 43:10, 255:19

**marked** [6] - 65:10, 202:10, 210:7, 215:1, 228:7, 255:23, 255:24

**marks** [1] - 149:7

**Markush** [1] - 49:2

**Martin** [56] - 161:19, 162:10, 164:7, 164:16, 164:18, 165:6, 165:10, 165:12, 165:22, 166:13, 169:18, 170:16, 173:11, 174:18, 175:17, 176:21, 176:25, 177:21, 184:1, 187:23, 193:2, 193:18, 194:7, 202:11, 202:20, 207:5, 208:22, 210:6, 210:17, 212:5, 212:16, 215:2, 215:11, 215:18, 218:10, 226:25, 227:25, 228:7, 229:6, 229:19, 238:3, 241:16, 252:15, 255:2, 255:25, 257:8, 258:6, 271:7, 271:18, 273:15, 274:19, 278:6, 282:24, 285:12, 286:8, 287:23

**MARTIN** [1] - 290:7

**Martin's** [1] - 163:4

**mass** [2] - 41:19, 42:3

**Massachusetts** [1] - 174:2

**Master's** [2] - 70:7, 173:21

**match** [2] - 185:4, 185:10

**matched** [1] - 136:6

**matches** [1] - 117:21

**material** [69] - 20:19, 25:4, 26:3, 27:13, 27:19, 27:25, 28:1, 28:25, 29:5, 29:12, 33:4, 33:9, 33:14, 33:25, 34:7, 34:10, 34:16, 37:13, 37:20, 38:19, 39:10, 39:15, 40:3, 40:10, 40:19, 41:3, 41:5, 42:4, 42:8, 54:8, 54:16, 55:17, 60:5, 75:4, 86:24, 90:3, 90:20, 91:2, 91:6, 91:7, 91:8, 91:17, 91:20, 91:23, 92:15, 92:19, 93:11, 93:23, 94:19, 95:12, 96:3, 96:23, 97:2, 97:23, 97:25, 99:1, 99:11, 99:14,

104:6, 105:3, 112:7, 120:24, 134:5, 136:17, 137:12, 137:20, 156:14, 157:14

**materially** [2] - 127:8, 128:1

**materials** [8] - 47:23, 54:9, 67:13, 68:9, 90:14, 94:5, 161:21

**math** [2] - 173:17, 197:23

**matter** [7] - 31:3, 71:13, 84:13, 97:9, 156:8, 183:24, 289:24

**matters** [1] - 175:18

**matzger** [1] - 133:21

**Matzger** [36] - 63:14, 63:18, 64:6, 66:4, 66:5, 66:13, 66:21, 68:8, 72:12, 77:11, 82:3, 84:21, 85:7, 85:23, 88:22, 90:17, 92:24, 94:24, 95:20, 104:24, 106:21, 115:18, 116:6, 127:3, 128:4, 128:15, 131:13, 132:23, 135:16, 136:13, 142:15, 147:5, 147:17, 152:1, 152:25, 158:16

**MATZGER** [1] - 290:6

**Matzger's** [1] - 158:19

**maximize** [1] - 250:13

**maximum** [4] - 131:20, 231:12, 250:25, 251:3

**McGUIRE** [2] - 1:19, 1:25

**McIntyre** [2] - 2:16, 4:20

**mean** [44] - 17:21, 21:4, 41:8, 61:7, 100:15, 112:17, 114:1, 129:17, 131:18, 132:8, 133:18, 136:14, 138:14, 144:12, 144:14, 153:1, 154:19, 155:1, 155:20, 156:20, 168:24, 169:3, 177:10, 185:12, 189:20, 190:11, 192:16, 194:10, 198:25, 215:22, 216:19, 217:6, 222:18, 241:25, 244:19, 247:4, 252:1, 260:25, 261:12, 261:14, 261:16, 267:18, 270:2, 286:16

**meaning** [1] - 244:9

**means** [26] - 16:25, 17:24, 17:25, 20:18, 21:10, 26:6, 32:16, 73:18, 87:1, 114:5,

116:23, 120:11, 152:3, 195:7, 196:10, 197:20, 198:12, 234:17, 249:2, 249:3, 251:25, 256:8, 273:8, 288:22

**meant** [1] - 144:7

**measure** [1] - 43:3

**measured** [4] - 9:10, 9:15, 123:12, 236:15

**measurement** [1] - 114:10

**measuring** [1] - 97:7

**mechanism** [4] - 191:17, 193:7, 194:9, 210:23

**mechanisms** [3] - 46:9, 191:4, 195:2

**medicinal** [8] - 75:6, 166:2, 170:6, 170:20, 177:1, 182:11, 182:24, 185:4

**Melissa** [1] - 4:17

**MELISSA** [1] - 2:12

**melting** [27] - 97:5, 97:10, 97:12, 97:14, 97:17, 98:2, 98:3, 98:4, 98:22, 98:24, 99:12, 103:1, 111:16, 111:18, 112:21, 112:23, 115:20, 116:1, 116:5, 116:9, 116:10, 116:21, 117:1, 157:16, 157:22

**Melting** [1] - 116:2

**melts** [1] - 116:20

**member** [2] - 67:21, 170:3

**membered** [12] - 204:21, 239:1, 239:7, 253:10, 253:11, 253:14, 253:17, 259:17, 259:18, 264:20, 268:3, 268:4

**members** [1] - 253:5

**memory** [3] - 53:17, 159:8, 230:11

**mention** [3] - 23:25, 192:17, 222:8

**mentioned** [10] - 52:16, 108:21, 139:4, 169:12, 170:22, 172:19, 197:8, 211:12, 228:14, 278:6

**mentions** [1] - 146:5

**mentored** [1] - 167:14

**Merck** [1] - 169:22

**mescaline** [1] - 211:9

**message** [4] - 194:25, 209:4, 209:23, 235:14

**messages** [1] - 220:23

**meta** [10] - 248:12,

249:1, 249:4, 249:9, 249:13, 249:20, 251:4, 251:6, 251:24, 259:15

**metabolically** [1] - 199:25

**metabolism** [4] - 200:5, 200:8, 223:15, 223:17

**metabolite** [5] - 213:24, 218:13, 222:25, 261:4, 278:4

**metabolites** [2] - 198:21, 200:16

**metabolized** [2] - 198:21, 199:11

**metastable** [10] - 107:16, 107:17, 107:21, 107:24, 108:2, 108:11, 108:12, 146:5, 147:13, 147:25

**methadone** [4] - 168:8, 169:12, 169:13, 169:14

**methane** [2] - 199:14, 199:15

**method** [8] - 28:7, 29:19, 139:15, 179:20, 179:22, 179:23, 179:24

**methodology** [4] - 16:11, 16:16, 18:17, 45:13

**methods** [5] - 46:12, 47:2, 139:12, 139:18, 166:6

**methoxy** [7] - 208:16, 209:2, 242:20, 242:21, 249:7, 276:3, 276:5

**methyl** [40] - 199:18, 199:21, 199:23, 202:25, 205:16, 205:19, 207:8, 223:18, 223:19, 231:14, 231:17, 232:5, 232:11, 232:12, 232:17, 234:8, 234:20, 235:1, 235:17, 235:21, 236:2, 236:10, 236:24, 237:12, 237:24, 238:12, 240:20, 242:23, 249:9, 249:14, 249:20, 251:8, 251:11, 251:18, 261:4, 277:12, 277:13, 277:14

**methylene** [1] - 264:12

**methyls** [1] - 231:19

**Mexico** [1] - 173:14

**MICHAEL** [1] - 2:6

**Michigan** [1] - 67:3

**microphone** [2] - 198:4, 199:9

**microscopic** [5] -

137:12, 137:14, 137:17, 138:5, 138:7

**microscopy** [3] - 159:4, 159:13, 159:16

**microspectroscopy** [1] - 159:13

**middle** [3] - 13:16, 39:7, 47:11

**might** [27] - 21:6, 26:24, 51:3, 53:10, 70:6, 114:18, 157:21, 171:8, 171:9, 171:25, 179:10, 188:1, 188:10, 199:6, 210:20, 211:18, 225:14, 233:5, 246:24, 264:11, 266:9, 266:11, 280:7, 286:20, 288:14, 288:16, 289:4

**mike** [1] - 7:7

**mileage** [2] - 196:24, 196:25

**MILLER** [3] - 2:2, 2:4, 4:10

**Miller** [2] - 4:11

**milligrams** [5] - 236:15, 245:3, 246:13, 251:5, 252:5

**milliliters** [3] - 41:25, 43:24, 44:15

**millions** [1] - 49:15

**mimic** [1] - 211:9

**mind** [9] - 54:19, 107:13, 111:18, 133:16, 134:17, 137:24, 158:3, 160:5, 285:7

**mine** [1] - 30:5

**mine's** [1] - 242:20

**minimal** [1] - 195:12

**minimize** [1] - 172:10

**minimum** [1] - 131:19

**minor** [1] - 173:17

**minus** [39] - 16:25, 27:12, 27:25, 30:23, 31:12, 79:24, 79:25, 80:1, 80:20, 80:22, 207:20, 207:21, 213:15, 213:17, 213:21, 213:25, 214:4, 214:10, 216:12, 216:14, 216:17, 216:20, 217:6, 218:22, 218:24, 219:15, 219:22, 219:25, 220:17, 221:16, 221:22, 222:19, 222:20, 227:9, 228:3, 234:12, 277:24

**minute** [5] - 63:3, 115:1, 170:23, 223:14, 284:6

**minutes** [7] - 5:23, 63:4, 105:25, 125:9, 125:16, 225:17, 286:16

**mirror** [10] - 197:15, 197:18, 197:20, 197:21, 197:23, 198:2, 198:11, 256:8, 256:11

**mirror-image** [2] - 197:15, 256:8

**misconduct** [1] - 83:14

**misleading** [2] - 70:24, 83:14

**misrepresentations** [2] - 154:1, 154:3

**misrepresented** [1] - 94:2

**missing** [2] - 111:22, 156:20

**Mission** [1] - 2:5

**mistake** [2] - 58:14, 58:18

**mistakes** [2] - 23:2, 24:12

**mix** [2] - 38:16, 44:17

**mixed** [3] - 43:25, 156:6, 157:9

**mixture** [35] - 28:21, 43:21, 60:7, 190:22, 197:12, 198:18, 200:13, 200:15, 200:21, 200:22, 206:21, 206:24, 207:6, 207:7, 211:4, 211:14, 212:22, 212:23, 212:24, 213:17, 213:25, 214:5, 214:8, 216:2, 217:21, 233:12, 254:14, 256:13, 257:2, 257:10, 257:11, 257:18, 276:4

**mixtures** [10] - 19:9, 200:13, 200:16, 212:18, 214:8, 220:21, 221:6, 222:25

**mode** [21] - 191:7, 191:16, 195:1, 195:3, 196:12, 212:8, 217:23, 217:24, 218:1, 219:9, 220:14, 220:18, 221:23, 223:6, 223:8, 223:10, 223:15, 223:23, 264:5, 268:15

**model** [8] - 57:3, 164:7, 247:24, 247:25, 248:5, 280:11, 280:14, 281:1

**models** [10] - 57:9, 160:23, 161:13, 163:3, 163:4, 270:3, 280:8, 280:9, 285:11, 287:5

**moderate** [2] - 99:25, 101:2

**modes** [4] - 191:11, 195:15, 220:3, 220:4

**modification** [2] - 88:13, 263:19

**modifications** [3] - 185:2, 276:14, 276:15

**modify** [6] - 170:25, 171:8, 184:11, 187:12, 261:21, 263:24

**modifying** [4] - 168:22, 185:8, 187:11, 267:13

**moisture** [1] - 159:4

**molecular** [2] - 46:9, 75:2

**molecule** [20] - 40:5, 74:24, 166:20, 166:23, 187:3, 203:14, 227:15, 262:3, 262:22, 262:24, 265:5, 268:21, 269:13, 269:17, 273:9, 273:10, 273:11, 274:2, 280:6, 284:7

**molecules** [14] - 74:9, 74:11, 166:4, 168:12, 185:15, 186:15, 186:17, 198:10, 202:5, 203:17, 264:19, 268:18, 269:19, 277:1

**moment** [8] - 7:1, 13:9, 15:1, 130:15, 152:18, 167:17, 243:17, 272:4

**momentarily** [1] - 242:25

**moments** [1] - 152:10

**Monday** [2] - 288:3, 288:5

**monitor** [1] - 237:24

**monitored** [1] - 79:1

**monoamine** [6] - 190:1, 190:3, 190:12, 190:19, 191:7, 191:13, 195:17, 196:1

**monoamines** [1] - 193:21

**monoclinic** [2] - 50:23, 75:16

**months** [3] - 149:6, 173:24, 175:7

**moreover** [1] - 46:17

**morning** [28] - 4:2, 4:10, 4:16, 4:21, 4:22, 5:1, 5:2, 5:8, 5:12, 5:15, 5:16, 5:17, 5:18, 6:10, 6:11, 7:14, 7:15, 59:6, 59:7, 59:10, 59:23, 60:16, 66:5, 107:2, 130:11, 286:24, 287:6, 289:2

**morphine** [42] - 168:11, 168:12, 168:21,

169:9, 169:10, 169:15,
174:6, 189:23, 189:25,
193:23, 203:11, 203:14,
203:22, 204:1, 204:7,
204:11, 204:14, 204:15,
204:23, 205:23, 206:11,
206:12, 206:13, 209:22,
244:7, 244:11, 244:17,
258:13, 259:1, 259:2,
259:4, 262:23, 263:7,
267:6, 267:22, 268:1,
268:6, 269:23, 270:8,
270:10
  **morphine-related** [1]
- 244:17
  **morphology** [1] -
124:24
  **MORRIS** [1] - 3:2
  **Morris** [1] - 4:24
  **most** [25] - 47:13,
51:6, 51:12, 68:2,
75:14, 76:12, 76:14,
78:3, 80:18, 88:14,
96:21, 107:25, 108:1,
132:12, 175:14, 189:10,
201:3, 208:8, 210:19,
217:1, 224:1, 247:9,
258:7, 277:22, 277:23
  **mostly** [2] - 11:22,
137:20
  **mother** [5] - 90:24,
91:4, 91:11, 110:6,
110:11
  **motivate** [1] - 50:6
  **motivated** [5] - 108:2,
184:9, 184:10, 262:21,
276:16
  **move** [14] - 17:7,
36:5, 44:23, 63:10,
72:24, 82:25, 150:21,
158:6, 187:15, 187:20,
258:23, 270:3, 281:6,
285:7
  **movie** [2] - 279:24,
281:11
  **moving** [6] - 8:6,
67:16, 89:10, 142:1,
203:23, 252:7
  **MR** [137] - 5:8, 5:12,
5:15, 5:17, 5:21, 5:24,
6:17, 6:24, 7:1, 7:5, 7:9,
30:1, 30:11, 59:2, 59:5,
59:21, 61:21, 62:19,
64:9, 65:15, 68:12,
105:11, 105:14, 105:18,
105:22, 106:3, 106:10,
106:12, 106:17, 106:20,
107:22, 108:8, 110:18,
110:22, 121:18, 121:22,
125:4, 126:10, 126:18,

126:21, 126:23, 127:2,
127:16, 127:21, 128:13,
128:23, 130:15, 130:22,
131:7, 131:9, 132:21,
135:14, 140:4, 142:9,
147:1, 147:14, 148:8,
148:18, 151:24, 152:23,
158:10, 158:14, 158:19,
159:20, 160:9, 160:13,
160:15, 160:20, 160:22,
161:1, 161:3, 161:6,
161:10, 161:14, 161:17,
161:22, 162:17, 162:21,
162:23, 163:1, 163:11,
163:24, 164:6, 164:10,
164:13, 165:2, 165:5,
176:24, 177:5, 177:15,
177:19, 177:20, 192:25,
194:2, 202:9, 207:2,
208:18, 210:3, 210:15,
215:8, 215:12, 225:12,
226:9, 226:12, 226:16,
226:23, 226:24, 227:24,
228:5, 228:13, 229:2,
229:16, 230:7, 243:2,
243:5, 255:15, 255:21,
258:4, 271:10, 271:16,
272:5, 273:14, 274:15,
283:21, 286:10, 286:15,
286:25, 287:11, 287:17,
287:20, 287:22, 288:11,
288:17, 288:25, 289:10,
289:12, 289:13
  **MS** [61] - 4:16, 4:22,
5:2, 6:14, 7:4, 7:13,
11:12, 14:8, 17:7,
18:20, 20:4, 25:24,
27:6, 27:21, 28:4, 30:4,
30:6, 30:13, 36:7,
37:22, 38:5, 38:9,
38:22, 39:18, 41:12,
41:17, 42:20, 43:11,
44:24, 45:25, 46:23,
47:8, 48:11, 53:1, 53:8,
53:24, 54:12, 58:22,
61:24, 62:2, 62:15,
63:11, 63:17, 63:20,
64:15, 65:1, 65:7,
65:13, 65:23, 66:2,
68:7, 68:16, 100:6,
101:4, 101:7, 105:6,
106:5, 106:15, 126:16,
160:5, 160:8
  **Mu** [11] - 193:22,
208:6, 209:3, 216:4,
216:5, 216:11, 217:7,
217:13, 217:21, 220:18
  **Mu-opioid** [8] -
193:22, 208:6, 209:3,
216:5, 216:11, 217:7,
217:13, 220:18

  **Mu-site** [1] - 209:3
  **Mueller** [33] - 7:18,
22:23, 24:2, 24:3,
24:20, 36:6, 37:8,
37:12, 37:17, 39:9,
39:14, 40:2, 40:18,
40:22, 41:1, 42:2, 42:6,
43:2, 44:20, 95:23,
96:5, 97:3, 97:23, 98:7,
102:21, 103:18, 104:6,
105:1, 108:18, 111:2,
112:4, 128:7
  **Mueller's** [17] - 36:10,
38:2, 38:12, 44:19,
59:13, 71:1, 101:23,
109:14, 109:14, 109:18,
111:13, 111:24, 113:13,
119:1, 128:9, 129:20,
132:2
  **multicomponent** [1] -
46:18
  **multiple** [3] - 36:3,
172:14, 184:19
  **Munich** [2] - 173:23,
173:25
  **must** [15] - 10:2,
16:10, 23:13, 26:6,
28:12, 30:19, 35:8,
42:9, 55:6, 57:2, 57:8,
58:15, 121:12, 127:25,
271:11
  **mustard** [3] - 97:24,
113:15, 114:5
  **mustard-colored** [1] -
97:24

## N

  **N.W** [1] - 2:13
  **naloxone** [4] - 219:4,
219:5, 219:12
  **Naloxone** [1] - 219:24
  **name** [13] - 18:2,
64:5, 66:3, 90:25,
106:23, 139:5, 150:6,
151:2, 162:9, 162:10,
165:9, 165:10, 179:11
  **names** [1] - 209:15
  **naming** [1] - 151:3
  **natural** [4] - 168:17,
174:5, 199:15, 204:1
  **naturally** [1] - 204:2
  **nature** [8] - 119:4,
171:5, 171:6, 186:22,
186:23, 247:11, 270:4,
270:6
  **Nazarov** [9] - 273:13,
274:14, 275:4, 277:5,
277:6, 277:10, 277:17,

277:18, 278:2

  **NE** [3] - 40:17, 216:7,
216:16
  **near** [3] - 41:13,
158:8, 274:16
  **necessarily** [2] -
20:17, 143:8, 156:25
  **necessary** [2] -
127:8, 223:15
  **need** [18] - 53:11,
73:17, 96:24, 114:5,
130:20, 131:5, 163:13,
181:24, 187:1, 207:4,
227:10, 234:14, 244:15,
279:13, 282:10, 283:18,
288:16
  **needed** [1] - 220:1
  **needs** [2] - 71:13,
71:14
  **negative** [1] - 252:10
  **negatives** [1] -
195:10
  **nerve** [2] - 190:8,
274:22
  **nervous** [1] - 274:23
  **neural** [1] - 274:17
  **Neurochem** [1] -
176:4
  **neurogeneration** [1] -
166:12
  **neurological** [2] -
166:11, 174:17
  **neuronal** [1] - 193:21
  **neurons** [1] - 218:14
  **neurotransmitters**
[1] - 190:6
  **neutralized** [1] -
43:22
  **never** [11] - 21:14,
51:11, 51:14, 51:15,
64:11, 96:3, 109:2,
132:25, 161:7, 168:14,
280:2
  **nevertheless** [2] -
45:12, 224:16
  **NEW** [1] - 1:2
  **new** [16] - 47:22,
76:24, 83:22, 145:16,
149:5, 150:21, 182:9,
184:14, 185:5, 185:11,
185:19, 188:2, 191:23,
227:8, 262:2, 283:19
  **New** [8] - 1:13, 2:3,
2:11, 2:13, 2:18, 3:8,
4:12, 173:14
  **Newark** [6] - 1:13,
2:3, 2:3, 2:18, 3:8, 4:12
  **Newman** [7] - 279:18,
279:21, 279:23, 283:1,
283:14, 284:11, 284:12

  **next** [42] - 11:13,
31:2, 41:14, 42:14,
52:6, 53:24, 59:21,
63:4, 63:10, 73:3,
75:11, 81:12, 82:25,
84:2, 86:4, 86:5, 86:15,
87:1, 89:23, 92:14,
92:24, 99:7, 141:20,
148:14, 151:23, 152:1,
194:4, 194:22, 195:20,
214:23, 217:4, 225:13,
227:7, 228:6, 235:24,
236:20, 245:11, 257:16,
271:16, 272:8, 277:4,
277:15
  **nice** [2] - 48:6, 231:20
  **nicely** [2] - 163:8,
284:9
  **NIH** [2] - 168:13,
174:23
  **nine** [11] - 36:7,
42:13, 145:17, 209:22,
274:25, 288:24, 288:25,
289:1, 289:2, 289:3
  **nitrogen** [39] - 174:6,
205:14, 205:17, 205:20,
206:3, 206:9, 230:6,
230:13, 230:16, 230:25,
231:5, 231:7, 232:5,
232:17, 233:23, 236:6,
236:23, 237:7, 237:16,
238:17, 238:19, 238:22,
238:24, 238:25, 239:2,
239:3, 239:7, 239:9,
239:11, 239:19, 239:22,
240:2, 240:22, 241:1,
245:21, 247:13, 285:4,
285:15, 285:16
  **NMR** [3] - 39:6, 39:10,
40:6
  **nociceptive** [1] -
218:15
  **noise** [14] - 99:23,
100:2, 100:10, 100:12,
100:16, 100:17, 100:18,
100:19, 100:25, 102:12,
103:11, 103:13, 129:15,
129:18
  **noisier** [1] - 8:15
  **noisy** [7] - 8:14, 9:8,
103:10, 128:17, 129:7,
129:8, 196:24
  **nomenclature** [1] -
179:12
  **non** [2] - 195:24,
196:6, 212:10
  **non-opioid** [3] -
195:24, 196:6, 212:10
  **none** [2] - 157:9,
157:11

nonexistent [1] - 13:13
nonhydrogen [3] - 244:20, 244:21, 251:17
nonopioid [6] - 191:17, 193:6, 195:2, 195:17, 195:25
nonpolluting [1] - 197:1
nonsteroidal [1] - 189:16
Norac [7] - 29:5, 29:11, 30:15, 31:4, 31:17, 32:2, 32:3
noradrenaline [2] - 190:4, 213:3
norepinephrine [21] - 190:5, 212:12, 213:5, 216:8, 216:18, 217:11, 217:15, 217:20, 219:7, 219:10, 219:18, 220:5, 220:18, 221:15, 268:16, 268:19, 268:23, 268:25, 269:1, 269:8, 270:10
normal [1] - 25:4
normally [3] - 28:13, 44:5, 211:5
notation [1] - 16:15
note [10] - 18:9, 74:19, 77:7, 81:24, 91:21, 103:3, 123:17, 180:16, 241:9, 251:20
notebook [7] - 38:1, 38:12, 52:23, 98:14, 113:3, 113:4, 131:5
notebooks [2] - 89:25, 91:13
notes [2] - 90:19, 267:19
Nothing [1] - 62:16
nothing [8] - 50:5, 61:21, 248:16, 270:9, 281:3, 289:10, 289:12, 289:13
notice [2] - 252:19, 264:10
noticed [1] - 157:21
notwithstanding [1] - 24:19
November [2] - 99:6, 99:10
nowadays [1] - 188:16
NSAID [5] - 189:14, 189:15, 189:20, 189:21
NSAIDS [7] - 189:10, 189:12, 189:18, 189:22, 190:19, 191:5, 192:2
nuances [3] - 30:23, 31:21, 134:24

NUC00063351 [1] - 92:9
nucleation [1] - 46:10
number [44] - 12:3, 14:20, 15:3, 15:5, 19:15, 38:4, 49:23, 59:8, 60:16, 61:13, 67:12, 72:15, 84:4, 93:3, 102:5, 116:2, 116:10, 128:21, 128:23, 128:25, 130:14, 151:10, 151:19, 152:17, 166:24, 167:10, 167:11, 167:14, 168:10, 169:21, 173:7, 200:20, 206:2, 207:14, 209:20, 216:20, 229:25, 241:19, 250:7, 250:15, 266:7, 268:7, 271:11, 275:22
numbers [7] - 42:10, 86:20, 116:3, 171:16, 208:4, 216:19, 243:16
numerous [1] - 118:17

## O

o'clock [1] - 289:3
O-desmethyl [7] - 207:25, 209:22, 209:24, 218:25, 222:17, 222:20, 277:24
O-desmethyltramadol [48] - 198:23, 198:24, 200:23, 200:24, 201:8, 201:17, 201:20, 201:22, 203:18, 204:17, 206:24, 207:7, 207:11, 207:15, 207:18, 209:7, 210:22, 211:1, 211:2, 211:13, 211:23, 212:19, 212:23, 213:1, 213:18, 213:24, 218:13, 218:23, 220:1, 220:3, 220:17, 220:22, 221:4, 221:13, 221:22, 221:23, 222:14, 222:20, 223:13, 227:9, 228:3, 234:12, 249:17, 249:21, 250:3, 276:14, 278:16, 279:4
O-methyl [1] - 199:21
oath [6] - 6:9, 125:12, 126:7, 225:19, 227:19, 289:15
Oberlin [1] - 66:23
object [1] - 33:18
objected [1] - 64:10
objection [8] - 64:12, 65:15, 65:20, 68:11,

68:12, 177:4, 177:14, 255:20
objections [1] - 255:21
obligation [1] - 175:6
obligations [1] - 288:2
observation [2] - 92:13, 154:23
observe [1] - 98:17
observed [3] - 19:21, 60:8, 79:2
obtain [9] - 20:2, 27:9, 47:18, 108:22, 109:7, 110:7, 172:16, 278:11, 278:16
obtained [18] - 20:9, 42:17, 44:20, 51:11, 60:7, 66:25, 69:3, 83:25, 86:24, 89:5, 91:20, 97:25, 99:2, 153:8, 153:15, 155:4, 155:5
obviate [1] - 288:16
obvious [8] - 45:4, 181:10, 181:14, 181:15, 181:19, 182:1, 184:2, 192:3
obviously [5] - 24:7, 51:20, 92:6, 288:9, 288:20
obviousness [5] - 44:23, 181:21, 184:6, 184:7, 184:25
occasion [3] - 168:3, 169:19, 175:18
occurring [2] - 156:15, 204:1
occurs [5] - 80:16, 81:6, 156:11, 204:2
OCH3 [7] - 199:21, 203:10, 203:13, 203:21, 208:11, 208:17, 252:7
ODMT [2] - 198:22, 200:16
OF [2] - 1:2, 1:4
of...activity [1] - 238:13
offer [3] - 68:8, 83:2, 176:24
offered [1] - 70:14
offering [4] - 70:19, 83:1, 156:15, 156:19
Office [12] - 83:10, 83:11, 83:14, 89:21, 92:21, 94:2, 112:9, 141:4, 154:1, 154:6, 156:23, 157:1
Official [1] - 1:20
often [1] - 76:10

oftentimes [1] - 203:7
OH [18] - 55:20, 203:1, 203:10, 203:12, 203:20, 208:12, 208:16, 238:20, 238:21, 243:16, 245:18, 246:3, 246:4, 247:12, 249:24, 262:19, 263:9, 263:17
OK [1] - 40:6
once [4] - 128:7, 139:22, 238:18, 276:2
One [3] - 2:3, 2:18, 3:8
one [235] - 6:18, 7:2, 8:8, 11:25, 13:8, 14:2, 15:15, 15:17, 15:22, 18:1, 18:3, 18:4, 21:5, 21:6, 24:21, 26:3, 26:4, 27:6, 27:12, 27:16, 27:23, 27:25, 29:22, 31:24, 33:4, 33:8, 33:15, 34:15, 36:13, 36:20, 37:4, 37:11, 37:13, 40:12, 44:19, 45:3, 49:5, 49:17, 50:23, 54:10, 54:16, 55:2, 58:1, 60:20, 61:8, 69:14, 69:17, 71:6, 71:17, 74:2, 76:12, 78:24, 81:17, 85:25, 87:23, 88:4, 88:10, 89:12, 91:15, 93:5, 94:14, 96:21, 97:1, 99:6, 99:24, 102:22, 103:8, 103:9, 103:23, 105:19, 107:24, 107:25, 108:1, 109:2, 109:3, 113:16, 116:9, 116:13, 116:22, 120:21, 122:7, 122:15, 126:11, 126:24, 127:19, 128:6, 128:21, 130:15, 130:19, 134:2, 137:10, 137:19, 139:15, 143:7, 143:25, 144:2, 145:17, 146:2, 146:19, 147:20, 148:19, 149:1, 149:25, 150:2, 150:9, 150:13, 151:17, 152:10, 152:21, 155:2, 157:3, 157:4, 158:10, 158:15, 159:16, 164:16, 164:17, 164:18, 164:19, 164:20, 164:22, 165:21, 167:16, 168:6, 168:12, 169:2, 171:19, 171:21, 171:24, 172:6, 172:7, 172:8, 176:12, 176:19, 176:20, 178:14, 178:15, 178:16, 183:10, 183:18, 183:19, 185:3, 185:24, 186:9,

186:22, 188:22, 190:9, 190:16, 190:24, 194:10, 195:9, 195:16, 198:3, 198:5, 199:17, 201:9, 201:19, 201:21, 202:8, 203:12, 205:19, 206:5, 206:7, 207:22, 208:4, 210:1, 210:15, 211:6, 212:1, 214:13, 217:25, 218:3, 219:18, 222:10, 229:13, 230:14, 231:8, 231:9, 231:13, 231:14, 232:5, 232:11, 233:9, 233:11, 234:8, 234:20, 235:1, 236:5, 236:9, 236:10, 237:11, 237:13, 238:14, 240:8, 240:20, 247:9, 248:8, 248:15, 248:18, 251:20, 253:18, 253:21, 258:22, 261:3, 262:9, 263:16, 264:25, 265:13, 269:18, 270:2, 270:17, 270:19, 270:25, 271:24, 272:10, 272:18, 272:25, 273:24, 273:25, 274:4, 276:4, 279:25, 283:25, 284:23, 285:9, 287:12
one's [1] - 104:20
one-year [1] - 178:14
ones [9] - 10:3, 11:4, 103:10, 171:8, 189:10, 192:3, 201:3, 221:17, 265:15
onscreen [1] - 92:4
open [11] - 264:3, 264:6, 264:24, 265:5, 268:12, 272:1, 274:1, 275:5, 277:10, 285:3
open-chain [3] - 274:1, 275:5, 277:10
open-ring [1] - 264:24
open=ring [1] - 265:4
opening [9] - 158:20, 158:25, 182:6, 197:19, 224:14, 265:10, 268:10, 269:3, 275:8
openings [1] - 197:18
opens [1] - 44:9
operation [1] - 273:6
operations [2] - 37:1
opinion [47] - 19:23, 19:25, 22:22, 22:23, 24:13, 24:20, 35:6, 37:16, 45:4, 78:21, 78:22, 82:25, 84:6, 84:16, 84:22, 87:17, 88:9, 88:23, 91:16, 95:21, 104:25, 107:6,

109:25, 110:4, 110:13, 110:15, 115:15, 129:16, 137:4, 138:9, 143:20, 154:7, 181:6, 181:13, 181:14, 181:16, 182:18, 193:13, 209:13, 210:20, 215:19, 221:25, 225:4, 234:11, 235:15, 258:7, 262:8

**opinions** [14] - 44:23, 68:21, 69:24, 70:18, 70:20, 83:2, 145:25, 165:18, 178:4, 181:20, 181:21, 183:23, 194:8, 209:5

**opioid** [51] - 168:19, 169:1, 169:15, 182:14, 182:20, 189:25, 191:5, 191:12, 191:16, 193:5, 193:6, 193:8, 193:22, 194:15, 195:2, 195:4, 195:6, 195:8, 195:16, 195:24, 196:6, 196:11, 203:25, 204:3, 206:17, 207:12, 208:6, 208:7, 209:1, 209:3, 212:10, 216:5, 216:11, 217:7, 217:13, 219:5, 219:11, 219:23, 219:24, 220:4, 220:18, 262:24, 263:7, 266:13, 268:16, 269:11, 270:5

**opioids** [18] - 168:18, 169:17, 189:9, 189:11, 189:23, 190:18, 191:5, 192:2, 193:25, 195:10, 202:16, 203:24, 203:25, 204:5, 212:9, 258:13, 258:18, 267:17

**opportunity** [1] - 5:24

**opposed** [4] - 133:10, 133:12, 133:14, 133:15

**opposite** [3] - 27:19, 141:4, 232:9

**optical** [1] - 39:15

**optimization** [3] - 18:25, 19:7, 164:4

**optimize** [3] - 268:17, 269:7, 269:10

**option** [10] - 134:2, 265:10, 266:2, 266:18, 268:10, 270:14, 270:16, 270:22, 270:24

**options** [4] - 133:16, 267:13, 270:15, 275:7

**oral** [2] - 245:3, 251:5

**orally** [1] - 198:18

**order** [12] - 27:9, 29:12, 31:22, 44:8, 47:18, 49:1, 110:25,

121:11, 181:25, 184:7, 186:11, 220:1

**orders** [1] - 202:8

**ordinarily** [1] - 69:25

**ordinary** [37] - 50:6, 50:15, 70:10, 72:13, 115:11, 129:14, 146:19, 181:11, 181:22, 182:3, 182:22, 183:10, 183:14, 184:3, 184:8, 184:18, 185:19, 191:2, 191:22, 211:19, 211:21, 214:6, 223:1, 224:4, 227:7, 228:2, 258:16, 260:6, 261:23, 263:8, 263:13, 266:23, 275:7, 275:16, 276:7, 278:20

**Organic** [1] - 170:10

**organic** [31] - 28:8, 31:23, 44:18, 67:11, 68:8, 96:22, 166:2, 167:20, 170:2, 170:3, 170:7, 173:3, 173:5, 173:9, 173:10, 173:16, 173:19, 176:25, 182:10, 182:13, 203:4, 205:7, 245:22, 246:7, 248:11, 279:19, 279:20, 280:6

**orientation** [5] - 187:6, 247:22, 278:22, 279:9, 285:3

**oriented** [1] - 198:16

**origin** [3] - 88:24, 89:16, 93:4

**original** [4] - 64:22, 99:14, 184:15, 201:10

**originals** [1] - 64:23

**ortho** [4] - 248:13, 248:24, 276:3, 276:5

**orthorhombic** [1] - 75:17

**os** [1] - 245:4

**otherwise** [1] - 96:25

**ourselves** [2] - 142:19, 168:2

**outcome** [2] - 19:22, 23:4

**outlined** [1] - 259:10

**outside** [2] - 85:23, 243:17

**overberger** [1] - 67:4

**overlaid** [1] - 103:15

**overlapping** [3] - 208:3, 243:23

**overlay** [5] - 104:7, 104:10, 104:11

**overlays** [1] - 119:3

**overview** [1] - 31:19

**own** [3] - 83:9, 92:16, 114:2

**owner** [2] - 176:8, 176:13

**oxygen** [4] - 205:3, 239:6, 246:5, 251:16

## P

**p's** [2] - 247:6, 247:20

**P.C** [1] - 2:17

**p.o** [1] - 245:3

**P450** [3] - 200:1, 200:4, 223:16

**P450s** [1] - 200:3

**packing** [2] - 46:16, 46:17

**page** [65] - 13:7, 13:11, 13:15, 14:20, 15:3, 15:8, 15:10, 15:12, 16:4, 19:3, 19:14, 30:13, 31:2, 37:23, 38:1, 38:8, 38:12, 38:23, 39:7, 39:19, 40:13, 41:14, 41:15, 45:7, 45:25, 46:2, 47:8, 53:1, 59:20, 59:24, 82:7, 82:8, 84:4, 88:7, 126:24, 128:23, 128:25, 129:2, 136:1, 146:4, 146:8, 147:1, 147:6, 152:23, 152:25, 153:2, 193:15, 194:3, 194:4, 202:17, 207:3, 208:20, 210:15, 212:14, 215:10, 228:6, 255:24, 256:1, 257:4, 257:5, 271:10, 271:11, 271:17, 273:23, 274:16

**pages** [2] - 29:22, 94:13

**paid** [1] - 132:7

**pain** [8] - 166:12, 168:20, 179:24, 182:14, 182:15, 189:12, 189:13, 218:15

**paints** [1] - 88:19

**pairwise** [1] - 202:22

**panel** [1] - 201:11

**paper** [67] - 45:23, 91:7, 91:8, 193:5, 193:12, 194:7, 201:5, 202:12, 202:14, 202:15, 202:21, 208:15, 210:4, 210:8, 210:9, 210:18, 211:20, 212:3, 212:7, 212:17, 212:20, 214:23, 214:24, 215:4, 215:19, 218:6, 218:7, 218:11, 222:6, 228:9, 229:19, 229:23, 233:1, 233:2,

233:8, 233:9, 233:10, 233:11, 233:18, 233:21, 237:20, 238:4, 239:17, 239:25, 240:4, 240:10, 240:13, 240:16, 241:11, 244:2, 254:8, 254:21, 255:4, 255:6, 259:3, 267:15, 271:8, 273:13, 273:17, 273:19, 273:23, 274:14, 274:20, 275:2

**papers** [13] - 67:16, 67:19, 201:18, 210:1, 212:1, 212:8, 220:20, 220:23, 225:3, 258:17, 260:5, 275:4, 275:6

**para** [2] - 248:15, 251:24

**paragraph** [13] - 14:17, 46:2, 46:3, 47:4, 47:9, 47:11, 59:22, 119:16, 147:2, 147:5, 147:16, 158:20, 274:16

**paramethoxy** [2] - 249:6, 252:2

**paraphrased** [1] - 259:23

**parasubstituent** [1] - 251:21

**parent** [2] - 204:3, 236:8

**parentheses** [1] - 243:17

**part** [35] - 47:13, 76:19, 91:12, 95:20, 95:22, 136:24, 153:23, 153:24, 154:2, 179:3, 182:22, 184:16, 184:20, 189:17, 190:8, 192:9, 194:22, 195:4, 195:6, 218:14, 227:13, 227:15, 229:20, 230:20, 239:4, 239:7, 239:12, 241:7, 255:10, 260:22, 261:17, 264:21, 276:15, 277:3, 284:15

**particle** [1] - 157:9

**particular** [58] - 9:24, 10:2, 10:4, 11:3, 11:9, 12:15, 13:1, 15:14, 15:15, 15:23, 21:18, 23:13, 25:13, 25:15, 26:2, 26:18, 44:2, 44:7, 49:19, 50:6, 50:24, 60:12, 60:13, 76:5, 78:5, 93:5, 124:24, 131:22, 154:9, 156:11, 166:19, 170:6, 170:10, 175:21, 180:13, 190:24, 191:18, 195:25, 196:11, 197:12, 197:25, 198:9,

203:6, 205:16, 215:24, 227:9, 228:3, 230:4, 238:25, 243:10, 253:23, 261:16, 262:21, 272:22, 275:1, 280:1

**particularly** [2] - 20:13, 154:22

**parts** [5] - 31:13, 85:8, 230:19, 261:1, 267:24

**party** [2] - 134:21, 176:9

**pass** [1] - 126:14

**passage** [1] - 195:13

**passed** [1] - 163:3

**passing** [1] - 44:11

**past** [1] - 67:20

**PATEL** [1] - 3:12

**Patent** [15] - 48:14, 83:10, 83:11, 83:14, 84:9, 89:3, 89:21, 92:21, 94:2, 112:9, 141:4, 154:1, 154:5, 156:23, 157:1

**patent** [148] - 6:19, 22:10, 23:21, 26:24, 28:6, 40:20, 41:24, 45:4, 47:18, 48:11, 48:17, 48:23, 49:1, 49:4, 49:9, 49:12, 49:15, 49:22, 50:5, 52:1, 52:9, 52:11, 52:17, 53:22, 64:21, 68:20, 68:24, 69:1, 69:4, 69:5, 69:12, 69:13, 69:14, 69:16, 70:22, 71:2, 71:13, 71:23, 72:1, 72:9, 72:11, 72:16, 72:17, 72:21, 72:23, 73:8, 74:20, 75:10, 77:12, 77:13, 77:25, 78:13, 79:15, 80:24, 81:4, 81:8, 82:1, 82:15, 82:17, 82:21, 82:23, 83:13, 83:15, 83:18, 83:20, 84:1, 84:7, 84:8, 84:9, 84:12, 84:18, 84:20, 87:5, 87:11, 88:4, 88:25, 89:4, 89:14, 90:2, 90:3, 90:5, 92:1, 92:7, 92:20, 93:14, 93:16, 96:17, 96:20, 98:1, 98:3, 99:23, 101:17, 101:19, 103:5, 108:23, 109:7, 112:19, 115:4, 115:7, 119:5, 119:23, 120:3, 121:12, 123:21, 123:24, 124:19, 127:25, 129:11,

129:25, 130:5, 132:11, 134:20, 135:1, 135:11, 135:12, 139:8, 139:9, 139:12, 139:16, 139:19, 140:19, 143:14, 144:10, 150:16, 155:16, 157:12, 159:11, 159:12, 160:16, 174:22, 176:8, 176:10, 176:11, 176:13, 176:16, 177:23, 178:1, 178:6, 178:10, 178:20, 181:18, 183:4, 224:9

**patentable** [1] - 84:14
**patenting** [1] - 71:14
**patents** [4] - 48:19, 52:12, 129:14, 174:15
**pathways** [1] - 220:5
**PATRICK** [1] - 3:5
**Patrick** [1] - 4:25
**pattern** [38] - 7:25, 8:4, 8:10, 8:13, 8:16, 9:3, 9:7, 9:10, 89:8, 89:13, 89:17, 99:22, 99:24, 100:21, 101:8, 101:11, 101:12, 102:2, 103:9, 104:5, 117:18, 117:21, 118:5, 118:12, 128:9, 129:3, 129:6, 129:15, 129:19, 135:22, 135:23, 136:2, 136:5, 136:11, 136:12, 136:15, 152:7, 240:2
**patterns** [6] - 95:12, 99:18, 103:15, 103:16, 118:15, 129:13
**peak** [6] - 101:18, 102:7, 102:15, 102:17, 104:1
**peaks** [11] - 92:18, 100:14, 101:23, 102:2, 102:5, 102:11, 104:15, 104:17, 104:19, 136:4, 136:16
**peek** [1] - 104:2
**peer** [2] - 67:19, 174:8
**peer-reviewed** [2] - 67:19, 174:8
**people** [21] - 96:22, 167:18, 169:17, 170:11, 182:23, 188:21, 189:10, 189:18, 197:5, 200:6, 200:7, 200:9, 204:6, 204:10, 204:13, 210:13, 211:5, 223:16, 240:17, 248:2, 283:24
**Pepper** [1] - 4:17
**PEPPER** [1] - 2:10
**peptides** [2] - 168:17, 168:18

**per** [6] - 236:15, 245:3, 246:13, 251:5, 252:5
**percent** [10] - 12:21, 13:20, 13:21, 20:10, 28:24, 49:13, 49:16, 49:20, 60:6
**percentages** [4] - 12:19, 13:22, 13:23, 131:20
**perfect** [2] - 225:9, 225:15
**perfectly** [2] - 104:8, 163:17
**perform** [6] - 25:3, 41:7, 138:10, 142:23, 184:4, 200:8
**performed** [7] - 14:19, 28:18, 41:1, 41:2, 41:3, 61:14, 245:22
**performing** [2] - 115:1, 115:12
**perhaps** [8] - 61:11, 151:15, 199:10, 211:2, 217:24, 218:3, 228:11, 288:7
**period** [3] - 141:14, 141:23, 142:6
**permit** [1] - 23:6
**person** [59] - 31:25, 50:6, 50:15, 69:25, 70:6, 70:11, 72:13, 114:25, 115:11, 115:23, 120:18, 129:14, 149:25, 150:2, 181:11, 181:22, 182:3, 182:18, 182:22, 182:25, 183:9, 183:14, 183:18, 184:3, 184:8, 184:10, 184:18, 185:18, 187:25, 188:25, 191:2, 191:22, 198:17, 201:16, 211:19, 211:20, 214:6, 223:1, 224:4, 227:7, 228:1, 258:16, 260:6, 260:7, 261:18, 261:19, 261:23, 262:20, 263:8, 263:12, 263:13, 264:17, 266:23, 272:24, 275:6, 275:16, 275:17, 276:7, 278:20
**personally** [1] - 41:8
**perspective** [1] - 181:24
**pertinent** [2] - 69:6, 86:8
**Pettit** [1] - 175:1
**Pfizer** [1] - 169:22
**pH** [1] - 43:3
**Ph.D** [7] - 66:25, 70:6,

164:18, 182:19, 183:6, 183:7, 183:21
**Ph.D.s** [1] - 183:5
**pharmaceutical** [14] - 46:13, 47:23, 72:7, 74:6, 75:5, 78:19, 119:22, 120:1, 121:3, 124:25, 169:19, 172:18, 172:21, 176:15
**Pharmaceutical** [1] - 67:22
**pharmaceutically** [4] - 177:3, 180:14, 181:3, 185:11
**pharmaceuticals** [1] - 75:23
**pharmacological** [6] - 72:4, 73:15, 76:21, 119:18, 255:5, 274:17
**pharmacology** [4] - 182:11, 182:23, 191:12, 196:8
**pharmacophore** [18] - 186:12, 186:13, 186:15, 187:5, 227:4, 227:14, 228:2, 234:12, 241:8, 260:8, 260:17, 260:22, 261:20, 262:6, 263:20, 264:22, 265:22, 276:16
**phase** [1] - 156:9
**phases** [1] - 152:3
**phenyl** [12] - 206:3, 229:10, 229:11, 231:23, 239:21, 240:25, 242:10, 248:7, 250:20, 250:22, 267:21, 268:20
**phenyl-substituted** [1] - 229:10, 267:21
**photochemical** [1] - 74:25
**photocopy** [2] - 228:16, 241:11
**physicochemical** [1] - 45:12
**pick** [4] - 163:15, 198:10, 285:7, 287:5
**picture** [3] - 88:19, 140:25, 147:11
**pictures** [1] - 54:25
**piece** [1] - 95:16
**pieces** [1] - 84:12
**pile** [1] - 130:24
**place** [4] - 58:9, 63:23, 188:25, 263:15
**placed** [2] - 29:24, 43:23
**places** [3] - 36:1, 266:9, 269:21
**Plaintiff** [5] - 2:9,

2:16, 4:12, 4:18, 224:15
**Plaintiff's** [10] - 11:12, 11:13, 18:20, 25:9, 25:23, 27:6, 53:8, 148:22, 150:22, 183:10
**Plaintiffs** [7] - 1:9, 4:9, 77:12, 90:5, 163:11, 224:16, 288:4
**Plaintiffs'** [4] - 72:10, 119:10, 224:20, 225:8
**Plaintiffs/
Counterclaim** [1] - 1:4
**plan** [1] - 287:22, 287:23
**plane** [8] - 55:17, 56:1, 56:2, 56:5, 56:10, 56:14, 56:16, 198:1
**plastic** [1] - 163:8
**play** [1] - 164:3
**playing** [2] - 248:2, 280:14
**Plaza** [2] - 2:18, 3:8
**plural** [2] - 7:10, 189:17
**Plus** [1] - 217:12
**plus** [26] - 27:16, 30:23, 37:1, 191:16, 195:9, 210:23, 213:20, 213:25, 215:14, 216:12, 216:14, 216:22, 217:6, 217:23, 218:22, 218:23, 218:24, 219:23, 219:25, 220:16, 221:19, 221:21, 221:22, 222:18, 222:19, 222:21
**pluses** [1] - 16:24
**point** [73] - 15:20, 15:22, 19:4, 19:19, 55:22, 57:7, 57:13, 57:14, 57:20, 61:1, 63:2, 69:6, 70:13, 73:10, 82:6, 86:12, 96:1, 97:10, 97:12, 97:14, 98:2, 98:4, 98:5, 98:22, 98:24, 99:9, 99:13, 103:1, 103:11, 105:12, 111:16, 111:18, 112:21, 112:23, 115:14, 115:20, 116:1, 116:2, 116:10, 117:1, 137:10, 137:11, 140:6, 143:23, 144:2, 145:1, 149:8, 150:15, 154:10, 157:17, 157:22, 175:24, 180:22, 188:11, 199:5, 211:2, 214:17, 218:17, 220:6, 220:15, 222:2, 250:5, 250:21, 272:9, 274:6, 276:21, 277:11, 277:13, 280:7, 283:3, 284:22,

285:23, 287:8
**pointed** [7] - 10:25, 43:7, 101:25, 230:23, 230:24, 267:17
**pointer** [4] - 100:6, 196:4, 199:10, 243:3
**pointing** [9] - 18:3, 98:8, 102:15, 102:17, 103:21, 104:18, 180:24, 283:6, 283:24
**points** [9] - 84:10, 87:25, 97:8, 116:5, 143:20, 149:8, 154:16, 215:23, 235:15
**polluting** [1] - 196:23
**pollution** [1] - 197:2
**polymer** [1] - 67:14
**polymorph** [24] - 16:6, 49:18, 60:9, 61:5, 61:8, 74:15, 74:18, 75:8, 75:14, 76:2, 76:12, 76:14, 81:20, 82:11, 85:18, 85:20, 120:20, 142:24, 146:5, 153:8, 153:14, 155:18, 157:3
**Polymorphic** [1] - 146:12
**polymorphic** [30] - 10:12, 10:17, 14:6, 15:13, 15:21, 15:24, 16:13, 18:14, 19:21, 19:24, 34:3, 46:11, 46:12, 48:20, 49:12, 49:14, 49:20, 50:17, 50:22, 51:12, 51:16, 51:19, 52:13, 52:15, 60:23, 70:5, 76:10, 96:4, 96:6, 146:18
**polymorphism** [3] - 49:8, 88:1, 144:3
**polymorphs** [11] - 47:17, 47:25, 49:16, 49:23, 49:24, 60:21, 74:7, 75:18, 78:8, 78:10, 78:19
**poor** [2] - 99:24, 100:19
**popped** [1] - 106:2
**popular** [2] - 174:13, 174:14
**portion** [1] - 193:19, 235:13
**portions** [1] - 87:15
**position** [9] - 9:17, 101:18, 165:14, 175:3, 203:6, 249:7, 249:13, 252:8
**positioning** [2] - 278:12, 278:17

**positions** [3] - 101:17, 104:9, 266:8

**possibilities** [5] - 189:8, 192:5, 221:20, 239:18, 263:23

**possibility** [4] - 51:21, 190:14, 239:22, 241:1

**possible** [22] - 21:1, 22:1, 22:9, 24:19, 24:21, 34:6, 34:12, 34:20, 35:10, 35:22, 46:19, 50:15, 85:16, 114:16, 114:20, 114:21, 132:6, 134:1, 134:13, 157:8, 266:19, 288:17

**postdoc** [1] - 173:24

**postdocs** [3] - 167:13, 167:17, 167:18

**postdoctoral** [1] - 67:1

**postulating** [1] - 35:25

**potency** [5] - 202:16, 207:11, 209:6, 213:18, 214:14

**potent** [17] - 208:16, 208:17, 211:1, 213:5, 213:19, 213:21, 213:25, 214:4, 214:11, 214:12, 217:1, 221:5, 221:12, 221:13, 222:15, 222:21, 257:19

**potential** [3] - 43:7, 77:22, 156:7

**potentially** [2] - 5:22, 288:7

**Poulenc** [1] - 176:12

**pound** [1] - 68:6

**powder** [24] - 69:22, 79:11, 80:13, 86:22, 89:6, 89:8, 89:17, 95:10, 95:11, 96:18, 99:1, 99:17, 103:8, 104:16, 112:20, 117:13, 117:17, 117:20, 118:4, 118:15, 133:22, 150:14, 152:7, 159:2

**power** [1] - 105:15

**PowerPoint** [3] - 230:9, 251:19, 258:5

**practice** [1] - 21:10

**practicing** [1] - 132:11

**precedent** [4] - 186:1, 187:14, 272:11, 273:4

**precursor** [3] - 30:17, 30:20, 284:10

**predict** [7] - 50:21, 50:22, 50:24, 51:2,

51:6, 120:24, 266:11

**predicted** [1] - 46:15

**prediction** [8] - 46:17, 47:17, 47:25, 48:3, 48:7, 51:4, 244:24, 245:1

**predictive** [1] - 46:12

**predominantly** [1] - 233:15

**prefer** [1] - 288:5

**preference** [1] - 289:1

**preferences** [2] - 265:20, 266:10

**preferred** [5] - 278:4, 278:22, 279:8, 284:6, 284:9

**prelog** [1] - 57:24

**premier** [1] - 188:23

**preparation** [4] - 70:5, 89:1, 91:17, 93:10

**prepare** [8] - 47:21, 66:5, 70:19, 73:1, 76:16, 101:8, 139:13, 139:20

**prepared** [24] - 28:1, 65:21, 66:18, 68:9, 68:23, 75:11, 80:5, 83:5, 84:2, 84:4, 85:7, 86:7, 87:14, 89:2, 90:4, 93:13, 96:11, 98:12, 99:8, 99:19, 103:19, 165:18, 226:20, 279:15

**preparing** [1] - 170:13

**presence** [2] - 219:19, 233:3

**present** [17] - 8:3, 8:12, 35:24, 61:2, 69:16, 78:13, 100:13, 100:24, 109:13, 109:17, 109:19, 109:20, 109:22, 113:3, 113:4, 117:23

**presentation** [3] - 18:23, 129:4, 270:23

**presented** [5] - 137:2, 146:1, 207:5, 209:12, 238:15

**presenting** [1] - 129:13

**presents** [4] - 229:23, 229:25, 233:8, 257:2

**pressing** [1] - 124:25

**pressure** [4] - 73:20, 75:19, 107:24, 124:14

**presumably** [2] - 35:19, 40:22

**presumption** [1] - 277:3

**pretrial** [2] - 72:9, 72:10

**pretty** [9] - 71:12, 74:6, 138:23, 172:13, 188:20, 195:13, 276:5, 286:15

**previous** [8] - 30:15, 38:22, 40:23, 54:1, 101:13, 185:25, 202:13, 283:1

**previously** [5] - 6:6, 28:9, 142:15, 145:22, 164:24

**primarily** [1] - 219:16

**primary** [7] - 37:16, 231:2, 231:3, 231:8, 231:10, 234:16, 235:8

**Princeton** [3] - 2:11, 173:15, 173:20

**principle** [2] - 33:24, 61:7

**principles** [1] - 45:13

**priority** [10] - 52:4, 52:8, 58:1, 58:2, 69:7, 81:25, 87:11, 103:5, 178:2, 275:22

**Prisinzano** [1] - 287:25

**Prius** [1] - 196:22

**Prize** [2] - 68:3, 175:5

**problem** [6] - 43:7, 46:7, 177:5, 194:19, 194:23, 194:24

**problems** [1] - 132:13

**procedure** [10] - 31:24, 32:2, 33:19, 41:9, 69:3, 98:18, 114:3, 114:4, 114:6

**procedures** [3] - 28:13, 170:12, 170:13

**proceed** [2] - 51:9, 65:13, 164:10

**PROCEEDINGS** [1] - 1:5

**proceedings** [4] - 1:23, 179:13, 231:4, 265:7

**Process** [2] - 146:17, 146:23

**process** [11] - 19:6, 20:23, 31:13, 43:15, 90:21, 167:1, 172:15, 183:2, 187:17, 227:1, 258:24

**processed** [2] - 147:3, 147:10

**processes** [3] - 75:1, 171:13, 200:2

**produce** [10] - 20:6, 27:3, 69:15, 78:24, 85:21, 88:14, 88:15, 112:2, 112:6, 121:5

**produced** [8] - 24:5, 71:4, 79:12, 91:10, 96:2, 155:16, 159:6, 255:17

**producing** [2] - 79:18, 87:21

**product** [29] - 20:17, 20:18, 20:19, 20:20, 21:13, 21:15, 28:25, 35:17, 37:2, 43:22, 53:18, 54:4, 55:9, 87:20, 89:21, 96:19, 97:25, 108:19, 111:17, 112:3, 112:7, 112:9, 112:18, 115:19, 115:21, 131:24, 157:24, 174:5

**production** [2] - 89:25, 92:8

**products** [5] - 20:20, 21:2, 21:3, 21:7

**professional** [1] - 288:2

**professor** [4] - 165:15, 166:13, 168:7, 228:7

**Professor** [57] - 29:8, 59:6, 67:4, 70:14, 161:19, 163:4, 164:6, 165:6, 165:11, 165:22, 169:18, 170:16, 173:11, 174:18, 175:1, 175:17, 176:21, 176:25, 177:21, 183:12, 183:13, 183:23, 184:1, 187:23, 193:2, 193:18, 194:7, 199:9, 202:11, 202:20, 207:5, 208:21, 210:6, 210:17, 212:5, 212:16, 215:2, 215:11, 215:18, 218:10, 226:25, 227:25, 228:16, 229:6, 229:19, 238:3, 241:16, 255:2, 255:25, 258:6, 269:2, 271:7, 273:15, 274:19, 278:6, 282:24, 286:8

**profile** [6] - 34:8, 34:9, 40:7, 40:10, 157:9, 196:9

**program** [2] - 14:18, 168:21

**project** [2] - 19:6, 171:21

**projection** [4] - 279:23, 283:1, 283:14, 284:12

**projections** [3] - 279:18, 279:21, 284:11

**promising** [7] - 224:2, 246:25, 262:4, 263:18, 277:22, 277:23

**promotion** [1] - 175:12

**pronunciation** [1] - 228:10

**proof** [2] - 111:8, 184:6

**propensities** [1] - 74:8

**propensity** [1] - 50:20

**proper** [1] - 248:3

**properly** [2] - 43:8, 116:3

**properties** [14] - 45:11, 45:19, 46:9, 47:20, 47:22, 105:3, 111:15, 157:24, 167:3, 167:4, 172:1, 184:15, 188:7, 202:5

**Properties** [1] - 146:12

**property** [1] - 166:21

**prophetically** [1] - 47:14

**proposal** [1] - 168:13

**proposed** [1] - 289:18

**proscribed** [1] - 157:10

**prosecuting** [1] - 134:20

**prosecution** [1] - 134:22

**protection** [1] - 47:18

**protein** [1] - 186:24

**proteins** [2] - 166:5, 185:15

**proton** [1] - 39:10

**prove** [1] - 184:7

**proved** [1] - 34:17

**proven** [2] - 89:6, 194:12

**provide** [10] - 45:14, 81:18, 105:3, 110:13, 111:8, 113:8, 122:19, 125:2, 181:6, 195:19

**provided** [9] - 85:14, 94:13, 95:8, 99:18, 103:20, 131:6, 175:21, 178:4, 182:2

**providing** [1] - 138:6

**psychological** [1] - 194:22

**psychometric** [1] - 211:8

**PTX** [1] - 6:18

**public** [3] - 139:11, 139:13, 139:19

**publication** [1] - 178:10

**publications** [7] - 48:20, 52:12, 67:18,

129:14, 174:9, 178:5, 240:1

**publish** [1] - 67:16
**published** [16] - 33:19, 52:17, 174:7, 174:10, 193:5, 201:10, 210:9, 212:11, 215:4, 218:11, 224:6, 228:10, 271:9, 271:12, 273:17
**pull** [7] - 46:23, 110:18, 128:13, 142:9, 142:10, 142:13, 215:15
**pulled** [1] - 163:25
**purchase** [1] - 33:14
**purchased** [1] - 29:5
**pure** [20] - 21:13, 21:15, 25:7, 34:10, 34:16, 85:19, 86:11, 91:2, 91:7, 91:23, 97:12, 107:8, 107:18, 108:12, 117:15, 117:24, 118:1, 136:17, 147:25, 155:24
**purification** [3] - 20:25, 21:11, 114:6
**purifies** [1] - 34:15
**purify** [2] - 21:10, 25:4
**purity** [14] - 21:18, 22:13, 22:17, 97:18, 118:2, 118:3, 129:25, 131:17, 131:18, 131:20, 153:17, 157:13, 157:15
**purported** [2] - 21:21, 69:3
**purpose** [2] - 58:16, 129:18
**purposes** [3] - 139:8, 181:18, 216:6
**Pursuant** [1] - 1:22
**put** [41] - 9:3, 11:12, 14:8, 20:4, 25:24, 27:6, 27:21, 29:7, 36:7, 44:24, 45:25, 48:11, 53:11, 53:12, 54:2, 54:12, 57:4, 58:16, 80:9, 92:18, 101:19, 161:5, 163:8, 195:17, 196:14, 198:8, 198:10, 210:15, 212:14, 214:15, 215:8, 239:3, 255:14, 262:17, 266:19, 273:14, 282:3, 282:5, 282:11, 286:10, 287:11
**puts** [1] - 44:13
**putting** [3] - 64:22, 135:7, 222:22
**PXRD** [1] - 90:3

## Q

**qualification** [1] - 118:6
**qualifications** [1] - 182:17
**qualify** [1] - 183:20
**qualitative** [2] - 114:10, 115:23
**quality** [3] - 77:20, 103:9, 241:11
**quantify** [1] - 78:11
**quantitatively** [1] - 114:17
**quantities** [1] - 95:11
**questioned** [1] - 72:14
**questions** [16] - 58:23, 59:2, 59:8, 59:23, 60:16, 72:15, 76:17, 105:8, 108:5, 108:8, 121:22, 134:22, 159:20, 159:23, 272:13, 287:12
**quick** [1] - 105:19
**quickly** [4] - 61:24, 106:2, 128:7, 158:10
**quiet** [1] - 196:25
**quite** [22] - 17:21, 17:25, 20:14, 40:16, 57:11, 58:21, 61:7, 80:1, 86:2, 87:25, 100:19, 101:11, 116:21, 122:24, 141:4, 144:8, 193:22, 196:11, 200:20, 202:4, 231:20, 268:21
**quote** [4] - 94:3, 259:16, 259:18, 267:21
**quoted** [1] - 119:14
**quotes** [1] - 193:11

## R

**R,R** [16] - 197:14, 198:22, 200:14, 200:16, 206:21, 211:4, 223:9, 223:20, 232:22, 233:12, 233:16, 254:15, 258:1, 260:14, 276:24
**R,S** [6] - 231:14, 232:25, 233:7, 233:13, 233:16, 258:1
**R1** [5] - 231:22, 235:19, 235:20, 238:19, 247:6
**R2** [8] - 231:24, 232:1, 235:19, 235:20, 242:7, 242:8, 242:9, 245:6

**R3** [5] - 230:14, 230:25, 231:1, 235:17, 239:11
**R4** [5] - 230:14, 230:25, 231:1, 235:18, 239:11
**racemate** [3] - 211:3, 216:1, 276:20
**racemates** [1] - 221:6
**racemic** [11] - 201:7, 201:8, 201:16, 201:17, 201:19, 201:20, 201:21, 201:22, 201:24, 201:25, 221:13
**radical** [1] - 254:10
**Raffa** [1] - 193:4, 194:7, 201:24, 201:25, 202:7, 214:24, 215:3, 221:18
**RAFTERY** [1] - 3:3
**rainbow** [1] - 113:18
**raise** [3] - 63:23, 162:3, 287:17
**raising** [1] - 6:21
**Ralph** [1] - 68:6
**Raman** [14] - 137:12, 137:14, 137:17, 138:4, 138:7, 138:10, 158:17, 158:22, 159:5, 159:8, 159:10, 159:13, 159:16, 159:18
**range** [11] - 80:15, 97:16, 115:21, 116:3, 116:4, 116:9, 116:21, 122:16, 122:21, 122:24, 193:22
**ranges** [1] - 208:4
**ranging** [2] - 166:9, 167:11
**RANNEY** [39] - 2:7, 6:14, 7:4, 7:13, 11:12, 14:8, 17:7, 18:20, 20:4, 25:24, 27:6, 27:21, 28:4, 30:4, 30:6, 30:13, 36:7, 37:22, 38:5, 38:9, 38:22, 39:18, 41:12, 41:17, 42:20, 43:11, 44:24, 45:25, 46:23, 47:8, 48:11, 53:1, 53:8, 53:24, 54:12, 58:22, 61:24, 62:2, 62:15
**Ranney** [2] - 4:14, 7:15
**rat** [2] - 210:12, 218:14
**rate** [3] - 10:18, 76:3, 76:4
**rates** [1] - 19:9
**rather** [7] - 16:11, 99:13, 106:2, 141:3,

155:6, 236:9, 260:15
**ratio** [1] - 250:16
**rauwolscine** [5] - 219:4, 219:7, 219:12, 219:16, 219:19
**Ray** [1] - 117:17
**ray** [29] - 10:13, 10:20, 26:15, 69:22, 79:11, 80:13, 86:22, 86:25, 89:6, 89:8, 95:10, 95:12, 96:18, 99:1, 99:17, 103:8, 104:16, 122:10, 117:13, 117:20, 118:4, 118:12, 118:15, 133:22, 135:22, 135:23, 150:14, 152:7, 159:2
**re** [3] - 96:13, 96:15, 227:20
**re-creation** [1] - 96:15
**re-creations** [1] - 96:13
**re-swearing** [1] - 227:20
**reach** [2] - 72:12, 181:21
**reached** [2] - 181:13, 181:14
**reaction** [2] - 42:17, 245:22
**read** [48] - 12:19, 13:18, 14:16, 15:7, 17:9, 17:12, 18:22, 19:4, 19:16, 19:19, 30:25, 38:25, 40:12, 42:18, 45:8, 46:6, 46:21, 47:10, 111:5, 111:7, 127:20, 128:4, 135:20, 143:23, 143:25, 144:1, 146:15, 147:8, 149:2, 151:14, 153:7, 182:7, 192:6, 192:9, 193:6, 193:18, 194:20, 220:11, 235:7, 235:8, 235:24, 237:23, 250:25, 251:12, 278:6, 278:10, 278:14
**reader** [1] - 40:9
**reading** [7] - 60:3, 74:2, 78:14, 148:12, 233:11, 237:23, 279:10
**readout** [1] - 243:15
**readouts** [2] - 250:7
**ready** [5] - 63:10, 121:21, 127:17, 285:10, 288:6
**real** [7] - 61:24, 102:12, 128:7, 155:21, 155:22, 197:4, 243:25

**realities** [1] - 185:4
**reality** [1] - 286:2
**realize** [2] - 44:5, 156:7
**realized** [1] - 222:8
**really** [24] - 16:15, 18:15, 22:17, 57:7, 61:7, 64:18, 71:18, 73:5, 77:21, 86:1, 89:15, 134:25, 173:2, 174:22, 176:2, 178:15, 183:17, 209:8, 217:23, 221:2, 250:6, 250:8, 267:9, 270:9
**realm** [1] - 71:9
**rearranged** [1] - 53:25
**reason** [6] - 40:22, 42:6, 43:5, 49:11, 76:12, 191:1
**reasonable** [8] - 40:17, 40:25, 42:11, 100:19, 184:13, 233:17, 273:11, 276:8
**reasonably** [3] - 73:22, 134:22, 221:12
**reasons** [6] - 156:15, 156:19, 156:20, 157:8, 211:6, 224:1
**rebuttal** [2] - 159:1, 288:5
**Received** [1] - 175:12
**received** [6] - 67:25, 68:2, 68:3, 86:13, 94:19, 175:5
**receiving** [3] - 44:10, 44:12, 44:14
**recent** [1] - 48:7
**recently** [3] - 68:2, 174:16, 175:14
**receptor** [26] - 196:11, 202:15, 209:1, 211:11, 213:3, 213:7, 213:13, 216:5, 216:8, 216:9, 216:11, 216:18, 216:21, 217:2, 217:14, 217:17, 218:4, 219:17, 219:22, 221:14, 269:8, 269:11, 269:18, 270:5
**receptors** [11] - 168:19, 169:1, 186:18, 191:5, 193:22, 207:12, 211:7, 216:4, 268:17, 269:13, 270:10
**recess** [3] - 63:7, 125:18, 226:1
**recipe** [1] - 36:25
**recite** [1] - 181:2
**recognition** [1] - 175:2

**recognize** [16] - 12:13, 14:10, 50:12, 53:13, 150:5, 156:12, 202:10, 210:6, 212:5, 215:1, 218:9, 228:7, 229:6, 255:1, 271:6, 273:15

**recognized** [1] - 212:9

**recollection** [1] - 151:18

**record** [34] - 1:23, 4:8, 12:19, 13:18, 18:23, 19:5, 19:17, 43:3, 46:6, 64:5, 64:23, 66:3, 78:14, 90:7, 92:2, 92:8, 94:3, 95:14, 98:8, 102:14, 104:17, 104:22, 106:7, 110:21, 148:11, 158:13, 162:9, 165:8, 182:7, 193:19, 235:7, 241:9, 286:17, 286:22

**recover** [1] - 134:5

**recreate** [1] - 71:2

**recreating** [1] - 98:15

**recreation** [11] - 99:11, 101:23, 103:4, 103:18, 108:15, 109:6, 111:13, 112:2, 112:16, 113:25, 115:16

**recreations** [11] - 95:23, 96:9, 96:10, 97:3, 105:1, 108:17, 108:19, 109:10, 111:7, 111:25, 112:1

**Recross** [1] - 290:2

**RECROSS** [1] - 62:1

**red** [16] - 42:14, 101:13, 103:17, 103:24, 104:7, 104:10, 260:10, 260:19, 260:21, 264:21, 264:23, 265:15, 283:12, 284:17

**REDIRECT** [1] - 59:4

**Redirect** [1] - 290:2

**redisplayed** [1] - 251:2

**redrew** [1] - 272:3

**reduced** [2] - 196:2, 196:9

**reducing** [1] - 252:25

**reduction** [1] - 254:12

**refer** [10] - 7:23, 8:8, 10:6, 26:15, 90:9, 179:10, 179:12, 199:22, 245:23, 264:4

**refereed** [1] - 174:10

**reference** [6] - 95:5, 142:19, 146:20, 194:8, 201:25, 209:5

**references** [12] - 184:11, 189:3, 189:5, 192:20, 200:20, 204:10, 214:13, 214:18, 214:20, 214:21, 258:8, 258:12

**References** [2] - 164:18, 164:23

**referred** [13] - 10:13, 74:3, 89:13, 189:7, 193:4, 210:8, 229:14, 233:12, 247:9, 248:11, 259:6, 264:3, 265:6

**referring** [13] - 22:4, 40:8, 56:7, 74:22, 81:13, 86:17, 110:8, 115:3, 147:5, 147:17, 179:20, 270:1

**refers** [10] - 27:10, 27:18, 54:24, 69:22, 139:7, 148:2, 148:3, 190:3, 197:21, 247:22

**reflect** [3] - 66:15, 198:3, 198:5

**reflected** [2] - 210:18, 253:25

**reflection** [1] - 213:6

**refluxing** [1] - 38:17

**refresh** [2] - 53:17, 159:8

**regard** [8] - 10:19, 69:19, 84:22, 179:2, 195:15, 224:10, 239:18, 240:13

**regarding** [9] - 7:17, 10:21, 14:4, 28:17, 61:15, 99:8, 215:20, 234:11, 275:7

**region** [3] - 101:15, 262:10, 263:21

**regions** [3] - 101:10, 260:19

**regulatory** [1] - 45:14

**reiterate** [1] - 86:11

**reiterated** [1] - 267:18

**rejected** [1] - 91:3

**relate** [10] - 69:13, 69:20, 203:23, 215:19, 230:17, 234:11, 254:20, 258:13, 268:10, 269:17

**related** [22] - 45:15, 75:4, 75:24, 143:4, 143:5, 161:21, 165:24, 166:15, 168:11, 182:9, 186:4, 191:9, 202:4, 211:12, 211:25, 216:24, 244:17, 258:18, 271:25, 274:6, 276:18

**relates** [7] - 68:24, 69:1, 84:11, 158:16, 204:18, 220:7, 274:25

**relating** [2] - 138:8, 220:18

**relation** [1] - 52:16

**relationship** [21] - 77:17, 79:7, 81:7, 123:7, 123:8, 123:16, 123:19, 124:5, 124:7, 124:20, 156:9, 156:11, 166:15, 167:23, 240:5, 241:14, 248:11, 248:12, 248:14, 258:20, 258:21

**relationships** [22] - 78:4, 81:17, 81:22, 166:8, 166:14, 166:16, 170:23, 177:2, 182:24, 185:13, 227:12, 229:15, 229:24, 230:1, 254:19, 258:9, 258:25, 259:8, 268:2, 268:4, 272:7, 276:2

**relative** [15] - 46:15, 78:7, 81:6, 81:16, 100:13, 111:16, 122:20, 184:15, 208:11, 209:6, 250:2, 257:23, 257:24, 260:2, 285:3

**relatively** [8] - 12:24, 13:2, 25:11, 25:13, 25:17, 25:19, 91:2, 91:23

**release** [1] - 210:11

**released** [3] - 125:10, 160:2, 225:18

**releasing** [1] - 213:5

**relevance** [3] - 47:20, 60:23, 82:19

**relevant** [10] - 32:14, 70:9, 70:12, 85:8, 87:14, 112:8, 133:20, 143:20, 201:3, 218:15

**relied** [12] - 65:17, 71:11, 84:9, 91:13, 91:16, 108:22, 109:4, 109:10, 152:21, 188:21, 189:1, 225:4

**relies** [1] - 78:21

**rely** [7] - 83:11, 108:25, 109:3, 109:6, 132:9, 132:14, 223:17

**relying** [3] - 115:22, 196:12, 272:11

**remain** [6] - 21:17, 46:13, 126:7, 225:19, 227:19, 235:20

**remained** [2] - 9:13, 28:25

**remains** [1] - 47:1

**remember** [13] - 11:16, 11:17, 54:22, 55:5, 183:15, 192:14,

197:9, 221:1, 265:8, 273:1, 278:19, 279:10, 283:18

**remembered** [1] - 132:24

**remind** [7] - 6:8, 7:6, 125:11, 126:7, 227:18, 289:14

**remove** [9] - 204:13, 204:14, 264:7, 264:9, 264:12, 264:15, 265:11, 265:17, 276:24

**removed** [1] - 180:25

**removing** [1] - 91:10, 270:25

**render** [2] - 42:23, 43:6

**rendering** [1] - 45:4, 193:12

**rep** [1] - 85:25

**repeat** [9] - 15:3, 22:7, 24:16, 24:17, 26:11, 35:15, 44:17, 56:4, 83:7

**repeated** [2] - 20:3, 28:8

**rephrase** [1] - 24:18

**replace** [4] - 199:17, 236:3, 262:19, 263:1

**replaced** [8] - 199:22, 207:8, 232:12, 232:13, 234:9, 246:2, 246:4, 259:22

**replacement** [5] - 234:20, 234:25, 237:24, 240:19, 243:25

**replaces** [1] - 58:2

**replacing** [4] - 203:6, 232:6, 236:1, 238:12

**report** [27] - 6:20, 11:18, 11:21, 12:1, 13:6, 14:8, 14:10, 14:13, 53:16, 65:18, 87:7, 129:5, 137:9, 137:18, 138:15, 138:24, 147:17, 147:19, 147:21, 158:20, 158:21, 158:25, 159:1, 182:6, 224:14, 268:25, 269:3

**Reported** [1] - 1:19

**reported** [6] - 99:13, 101:18, 111:16, 112:24, 207:24, 207:25

**Reporter** [3] - 1:20, 286:19, 287:1

**reporting** [2] - 208:2, 213:2

**reports** [2] - 98:2, 138:13

**represent** [7] - 32:15,

39:1, 91:25, 141:3, 205:8, 281:2, 283:8

**representation** [6] - 92:19, 102:4, 137:13, 203:15, 260:10, 284:12

**representations** [2] - 279:17

**representative** [1] - 129:13

**represented** [6] - 89:21, 93:15, 97:6, 137:21, 137:22, 215:3

**representing** [6] - 32:20, 63:16, 106:24, 136:14, 256:3, 256:4

**represents** [1] - 115:16

**reproduce** [17] - 24:2, 24:14, 24:20, 24:22, 28:11, 31:23, 32:3, 32:7, 32:10, 32:11, 32:16, 32:17, 32:18, 32:21, 33:22, 33:23, 96:5

**reproduced** [2] - 24:4, 37:8

**reproduces** [1] - 33:20

**reproducibility** [1] - 170:14

**reproducibly** [1] - 88:14

**reproducing** [1] - 28:15

**reproduction** [26] - 21:1, 21:4, 21:21, 22:2, 22:9, 22:15, 22:19, 22:22, 22:24, 23:1, 23:7, 23:17, 23:18, 24:5, 24:6, 24:9, 24:12, 32:4, 38:2, 38:12, 41:10, 97:22, 116:7, 116:17, 158:4

**reproductions** [13] - 7:18, 7:22, 8:6, 36:5, 36:10, 105:2, 117:3, 129:21, 132:2, 132:3, 132:6, 132:7, 132:13

**repurify** [1] - 96:24

**requested** [2] - 95:4, 164:25

**require** [1] - 22:14

**required** [3] - 34:25, 37:1, 124:19

**requirement** [7] - 23:23, 127:25, 131:17, 131:18, 184:17, 184:21, 184:24

**requirements** [2] - 23:11, 130:1

requires [1] - 184:8
rerun [1] - 114:6
research [4] - 46:8,
68:1, 167:5, 167:9,
167:16, 168:4
reside [1] - 91:4
residue [3] - 42:15,
42:23, 43:6
resistant [1] - 74:15
resolve [1] - 246:9
respect [36] - 7:8,
23:24, 106:14, 137:3,
178:5, 181:20, 198:17,
200:12, 206:2, 206:20,
207:6, 208:10, 209:4,
209:5, 211:11, 211:15,
211:18, 213:24, 233:6,
235:15, 238:15, 240:6,
240:12, 244:2, 246:10,
252:16, 254:6, 256:9,
256:23, 257:21, 259:7,
259:9, 277:21, 278:17,
280:8, 287:1
respiratory [1] -
194:17
response [5] - 65:14,
90:6, 150:3, 169:8,
186:20
responses [1] - 16:3
responsibilities [1] -
172:24
responsibility [2] -
134:21, 135:2
responsible [1] -
200:1
rest [2] - 42:7, 177:6
restrictive [1] -
184:24
result [13] - 22:3,
22:11, 46:11, 61:10,
79:4, 87:20, 96:16,
103:2, 156:8, 156:13,
157:4, 217:10, 246:9
resultant [1] - 273:5
resulted [4] - 8:7,
28:21, 38:2, 263:10
resulting [1] - 132:10
results [15] - 18:24,
32:12, 82:13, 96:15,
98:25, 142:4, 142:5,
146:19, 172:16, 193:23,
211:8, 238:13, 243:24,
254:10, 267:3
resumed [2] - 126:5,
226:4
resynthesis [1] -
128:10
retain [2] - 135:2,
242:16
retained [4] - 133:13,

133:14, 133:15, 133:17
retard [1] - 10:18
return [4] - 6:3, 105:6,
126:4, 163:12
returns [1] - 87:8
reuptake [10] - 190:7,
210:23, 211:17, 211:24,
212:13, 213:11, 220:19,
221:10, 221:16, 269:1
reverse [1] - 79:17
reversible [1] - 79:4
review [7] - 8:10,
11:21, 177:22, 178:19,
191:14, 222:23, 270:11
reviewed [12] - 7:25,
11:18, 13:3, 48:23,
57:5, 67:19, 90:19,
174:8, 229:19, 255:9,
255:10, 255:13
reviewing [2] - 13:5,
220:20
revisit [1] - 225:23
Rhone [1] - 11:18
RIAZ [1] - 3:14
rIAZ [1] - 5:12
Riaz [1] - 5:13
RICHTER [3] - 3:9,
5:8, 289:12
Richter [1] - 5:9
rid [1] - 204:9
right-hand [7] -
12:12, 193:15, 194:3,
202:18, 210:16, 212:15,
285:2
rigid [3] - 268:6,
269:24, 270:2
rigidity [2] - 268:9,
270:1
ring [87] - 56:19,
58:12, 203:3, 204:19,
204:20, 204:21, 204:22,
206:3, 206:7, 206:9,
231:23, 237:13, 238:20,
239:1, 239:4, 239:7,
239:10, 239:12, 240:23,
242:10, 242:12, 242:19,
242:24, 242:25, 245:19,
245:20, 247:16, 247:23,
248:7, 248:19, 248:20,
248:21, 249:13, 250:20,
250:22, 252:19, 252:23,
252:25, 253:2, 253:4,
253:10, 253:11, 253:17,
253:24, 254:11, 254:12,
259:17, 259:18, 259:21,
261:8, 261:10, 261:11,
263:24, 264:3, 264:4,
264:7, 264:20, 264:24,
265:5, 265:11, 265:24,
266:6, 267:13, 267:24,

268:3, 268:4, 268:11,
268:12, 268:19, 268:20,
272:1, 275:8, 278:11,
278:15, 278:23, 279:10,
284:24, 285:4
ring-open [1] - 272:1
rings [4] - 204:14,
238:23, 248:5, 268:3
rise [9] - 4:1, 63:6,
63:8, 93:16, 125:17,
126:2, 225:25, 226:2,
289:23
Riverfront [2] - 2:18,
3:8
Rob [6] - 128:14,
135:14, 140:5, 147:2,
147:15, 152:24
rob [5] - 110:18,
121:18, 127:16, 132:21,
158:19
ROBINSON [1] - 2:2
Robinson [1] - 4:11
rock [2] - 268:6,
269:24
room [30] - 8:21, 9:18,
9:22, 25:8, 53:25,
77:15, 77:17, 81:2,
82:13, 87:8, 107:10,
107:13, 110:1, 144:5,
144:20, 145:3, 145:11,
145:15, 146:5, 147:12,
147:22, 153:9, 153:15,
153:18, 155:13, 155:22,
155:25, 156:1, 156:3,
156:18
rotate [2] - 268:7,
281:6
Rotation [1] - 39:14
rotation [1] - 39:15
rotational [1] - 268:22
roughly [4] - 81:3,
87:10, 210:24, 213:16
round [1] - 243:18
Roush [3] - 228:16,
228:18, 269:2
Roush's [3] - 183:12,
183:13, 183:23
Row [1] - 119:15
row [1] - 207:4
rows [1] - 245:13
Roxane [5] - 2:23,
5:4, 63:18, 68:7, 289:10
RS [1] - 57:9
rules [1] - 57:24
run [4] - 95:9, 99:16,
102:20, 103:7
runs [1] - 96:12

# S

S,R [5] - 232:25,
233:7, 233:13, 233:16,
258:1
S,S [34] - 197:15,
198:23, 198:25, 200:14,
200:16, 206:21, 211:4,
223:13, 232:22, 233:13,
233:16, 254:15, 258:1,
260:17
s/CHARLES [1] - 1:25
SAL [1] - 3:12
salt [6] - 44:3, 44:8,
180:13, 180:14, 180:15,
181:3
salts [2] - 47:10,
47:13
Sample [3] - 7:22,
8:7, 8:10
sample [32] - 7:23,
7:25, 12:16, 12:20,
12:22, 13:19, 20:22,
25:7, 25:10, 25:22,
25:25, 26:1, 26:8,
26:11, 59:17, 87:1,
91:12, 95:11, 97:7,
97:12, 97:14, 97:18,
98:7, 100:1, 116:24,
118:11, 118:20, 118:25,
119:1, 133:19, 133:21,
133:23
Samples [1] - 133:4
samples [56] - 8:20,
8:22, 9:18, 10:22,
10:25, 11:6, 11:7, 11:8,
11:11, 12:3, 12:6, 12:9,
12:10, 13:8, 25:12,
25:16, 25:19, 25:20,
26:13, 26:16, 26:18,
26:20, 34:18, 59:9,
59:13, 59:14, 59:16,
62:4, 62:7, 62:11, 95:5,
95:8, 95:18, 110:12,
111:24, 114:22, 132:18,
132:20, 132:24, 133:1,
133:8, 133:20, 134:7,
134:10, 134:13, 134:15,
134:16, 134:21, 134:23,
135:2, 135:7, 137:14,
149:4, 149:5, 150:14,
159:17
San [1] - 2:6
Sandoz [2] - 176:14
SAR [3] - 227:5,
259:4, 272:18
satisfy [1] - 127:24
saturated [2] - 44:3,
204:21

saw [3] - 16:3,
101:13, 145:14
scale [1] - 42:7
scaled [2] - 42:2,
42:10
scaling [1] - 97:10
scanning [2] - 97:6,
159:3
schedule [1] - 288:20
scheduling [1] -
287:18
Schiff [1] - 5:13
SCHIFF [1] - 3:10
Scholar [1] - 175:9
school [2] - 67:8,
173:18
SCHULER [2] - 2:21,
106:3
Schuler [2] - 5:6,
131:10
science [6] - 48:6,
67:7, 156:8, 175:13,
185:25, 188:18
Science [1] - 175:12
Sciences [2] - 67:5,
67:22
scientific [4] - 45:14,
175:3, 182:12, 188:19
scientists [2] - 25:6,
272:14
scission [3] - 264:4,
264:24, 270:22
screen [30] - 14:22,
29:7, 50:3, 50:25,
53:11, 53:13, 55:17,
56:1, 56:2, 56:3, 56:5,
56:10, 56:14, 56:16,
56:20, 56:21, 58:12,
61:6, 61:8, 61:10,
159:6, 163:2, 171:16,
199:5, 215:9, 215:10,
229:7, 280:12, 282:6,
283:12
screening [6] - 47:2,
50:2, 51:8, 85:20,
171:13, 274:17
search [3] - 188:19,
191:3, 272:23
seat [5] - 4:2, 63:9,
105:7, 126:3, 226:3
second [30] - 13:7,
13:15, 18:2, 19:3,
39:19, 47:9, 74:23,
88:22, 98:15, 109:9,
120:5, 127:19, 128:21,
135:10, 135:20, 146:8,
147:2, 153:4, 174:11,
194:11, 201:21, 201:24,
202:17, 219:6, 227:3,
237:18, 264:6, 265:10,

271:10, 274:15
**second-to-last** [1] - 135:20
**secondary** [4] - 231:3, 231:7, 234:17, 235:8
**section** [11] - 42:22, 65:7, 119:14, 146:13, 233:22, 234:19, 237:20, 244:2, 250:19
**Section** [1] - 1:22
**sections** [1] - 72:25
**sedation** [1] - 194:18
**see** [138] - 4:7, 9:9, 12:3, 12:6, 38:10, 39:23, 41:18, 41:21, 42:9, 48:13, 52:3, 53:3, 54:7, 54:13, 55:20, 57:16, 64:12, 74:11, 75:9, 76:13, 77:8, 77:9, 78:2, 80:10, 81:11, 82:22, 86:14, 86:23, 97:11, 99:3, 100:13, 100:20, 100:22, 103:24, 104:9, 106:4, 110:12, 120:2, 123:2, 124:23, 124:25, 125:15, 129:9, 129:10, 131:17, 131:19, 131:22, 133:18, 136:4, 137:11, 137:15, 140:25, 142:21, 142:25, 143:7, 146:6, 147:5, 149:16, 150:3, 150:4, 151:2, 151:4, 153:5, 159:6, 162:17, 179:2, 179:20, 180:17, 185:16, 187:19, 198:1, 203:3, 204:17, 204:21, 204:22, 205:21, 206:5, 207:15, 209:15, 209:16, 209:22, 215:16, 216:11, 216:17, 218:22, 221:11, 222:17, 226:21, 231:10, 233:23, 235:25, 236:17, 238:24, 243:14, 243:23, 244:3, 247:19, 248:2, 249:4, 250:19, 252:3, 252:5, 252:24, 253:1, 253:19, 255:25, 257:2, 261:25, 268:1, 268:2, 268:3, 268:4, 268:5, 269:12, 272:2, 274:3, 274:6, 276:1, 280:12, 281:6, 281:9, 282:5, 282:7, 282:24, 283:7, 283:10, 283:12, 283:15, 284:3, 284:15, 285:6, 285:8, 285:25, 286:1, 288:19, 289:8
**seed** [4] - 33:4, 33:9, 33:14, 33:25

**seeding** [1] - 19:10
**seeds** [1] - 60:6
**seeing** [2] - 88:18, 98:25
**seek** [1] - 140:19
**seem** [8] - 12:11, 16:21, 29:8, 31:19, 42:10, 134:14, 153:10, 213:15
**select** [9] - 50:7, 184:9, 185:22, 185:23, 186:10, 191:23, 211:21, 214:9, 223:2
**selected** [2] - 174:19, 202:16
**selecting** [3] - 187:22, 214:7, 227:2
**selection** [2] - 215:20, 224:17
**selective** [1] - 269:20
**selectively** [1] - 104:14
**selectivity** [1] - 169:3
**semester** [1] - 279:19
**send** [2] - 141:1, 168:1
**Senior** [1] - 175:15
**sensation** [1] - 168:20
**sense** [6] - 36:4, 48:25, 108:2, 117:15, 167:2, 180:25
**senses** [1] - 218:15
**sent** [1] - 149:4
**sentence** [10] - 14:16, 45:8, 46:21, 47:10, 120:5, 135:21, 146:16, 153:4, 222:14, 274:18
**sentences** [2] - 147:8, 149:2
**sentiments** [2] - 153:1, 153:3
**separate** [1] - 206:6
**separated** [4] - 20:23, 20:24, 91:19, 257:12
**separating** [4] - 43:24, 44:16, 206:2, 255:4
**separation** [1] - 44:17
**September** [1] - 92:23
**series** [6] - 170:9, 170:10, 170:11, 174:11, 203:5, 212:8
**serious** [1] - 137:24
**seriously** [1] - 86:1
**serotonin** [22] - 190:5, 210:13, 210:23, 211:6, 211:7, 211:9, 211:11, 211:16, 211:24,

211:25, 216:9, 216:21, 216:23, 216:24, 217:2, 217:17, 217:25, 221:8, 221:10, 223:25
**serotonin-related** [1] - 211:25
**serve** [1] - 175:18
**served** [1] - 169:23
**serves** [1] - 170:21
**service** [1] - 176:7
**services** [2] - 188:22, 188:23
**serving** [1] - 176:1
**set** [9] - 23:11, 23:23, 31:17, 87:23, 160:17, 165:18, 193:11, 199:25, 277:18
**Sevcik** [7] - 202:2, 218:7, 218:11, 221:21, 222:5, 222:6, 222:7
**seven** [5] - 207:20, 253:3, 253:13, 253:14, 259:18
**seven-membered** [2] - 253:14, 259:18
**several** [6] - 64:10, 84:21, 91:13, 132:13, 156:15, 171:25, 230:19, 254:14
**severe** [2] - 189:12, 189:13
**shall** [2] - 119:9, 161:20
**shape** [3] - 121:24, 187:6, 264:18
**share** [3] - 115:19, 115:20, 161:3
**shared** [1] - 157:1
**Sharkey** [5] - 5:5, 63:12, 137:3, 141:17, 143:19
**SHARKEY** [23] - 2:22, 63:11, 63:17, 63:20, 64:15, 65:1, 65:7, 65:13, 65:23, 66:2, 68:7, 68:16, 100:6, 101:4, 101:7, 105:6, 106:15, 126:16, 128:25, 151:22, 159:23, 160:5, 160:8
**sharp** [2] - 97:12, 123:4
**sharper** [1] - 98:4
**Sheila** [1] - 4:24
**SHEILA** [1] - 3:3
**shelf** [1] - 75:4
**shift** [1] - 144:15
**shifted** [3] - 102:2, 104:19, 104:20
**shifting** [5] - 88:18,

104:15, 104:21, 144:4, 144:13
**shifts** [1] - 118:15
**short** [4] - 55:20, 105:23, 110:24, 289:5
**shortish** [1] - 288:8
**show** [25] - 15:20, 58:17, 71:7, 84:25, 93:5, 97:25, 105:4, 118:19, 127:25, 136:2, 138:7, 138:9, 138:11, 138:12, 144:10, 163:2, 214:3, 233:20, 246:13, 253:16, 271:5, 271:10, 272:5, 280:4, 286:5
**showed** [12] - 92:16, 117:18, 118:21, 128:9, 222:3, 239:24, 241:3, 246:12, 267:25, 272:4, 272:8, 283:14
**showing** [8] - 11:10, 39:24, 242:13, 245:12, 261:1, 263:21, 263:23, 265:12
**shown** [16] - 72:9, 78:23, 79:20, 80:12, 91:6, 93:21, 97:23, 118:14, 118:17, 127:8, 135:22, 178:25, 229:7, 254:15, 254:17, 263:17
**shows** [11] - 26:16, 44:1, 72:2, 91:17, 91:18, 102:9, 146:18, 241:19, 246:17, 272:7, 280:5
**sickness** [1] - 166:10
**side** [24] - 20:17, 20:20, 21:2, 21:7, 80:19, 176:8, 188:7, 194:17, 195:7, 195:10, 195:12, 196:2, 196:9, 203:8, 204:9, 209:3, 211:12, 211:25, 215:13, 216:24, 264:2, 285:2
**sides** [1] - 162:15
**sign** [2] - 104:12, 151:4
**signal** [12] - 99:23, 100:2, 100:15, 100:16, 100:18, 100:19, 100:23, 102:11, 103:13, 129:15, 129:17
**significant** [25] - 16:2, 16:13, 16:22, 17:11, 17:19, 17:21, 17:24, 18:10, 18:13, 18:18, 84:6, 85:12, 87:17, 88:8, 102:11, 116:21, 116:23, 194:17, 194:19, 195:12, 208:9, 217:13,

238:13, 253:22, 258:3
**Significant** [1] - 16:18
**significantly** [3] - 47:19, 147:12, 245:9
**signs** [1] - 102:6
**silent** [2] - 80:24, 233:3
**SILLS** [1] - 2:17
**Sills** [1] - 5:3
**similar** [14] - 31:12, 41:9, 70:4, 70:15, 82:15, 117:14, 118:9, 137:15, 143:21, 172:1, 184:14, 206:1, 217:22, 272:19
**similarities** [2] - 205:5, 205:24
**similarity** [1] - 184:7
**similarly** [4] - 82:2, 102:10, 237:16, 238:11
**simple** [2] - 213:10, 280:6
**simpler** [2] - 266:17, 268:2
**simplest** [1] - 199:14
**simplified** [4] - 169:14, 206:12, 267:22, 268:5
**simplify** [1] - 260:15
**simplifying** [4] - 204:11, 262:22, 262:24, 267:7
**simply** [2] - 48:4, 50:25
**single** [10] - 184:19, 184:22, 190:16, 190:21, 191:4, 197:2, 197:9, 211:3, 219:10, 276:21
**singled** [2] - 50:9, 190:24
**sit** [2] - 57:8, 288:23
**site** [3] - 209:3, 217:9
**sitting** [3] - 87:2, 286:19, 287:2
**situation** [1] - 167:2
**situations** [5] - 120:15, 121:7, 186:3, 267:4
**SITZMAN** [1] - 2:6
**six** [14] - 36:15, 175:6, 204:21, 207:21, 239:7, 253:1, 253:3, 253:4, 253:12, 253:17, 259:17, 264:20, 268:3, 268:4
**six-membered** [7] - 204:21, 239:7, 253:17, 259:17, 264:20, 268:3, 268:4
**size** [11] - 41:18,

157:9, 242:25, 245:19,
252:22, 252:25, 253:2,
261:10, 261:11

**skill** [46] - 50:6, 50:16,
70:10, 71:17, 72:13,
115:11, 120:18, 129:14,
181:11, 181:22, 182:3,
182:22, 183:10, 183:14,
184:3, 184:8, 184:18,
185:19, 187:25, 191:2,
191:22, 211:19, 211:21,
211:22, 214:7, 223:1,
224:4, 227:7, 228:2,
258:16, 260:6, 261:18,
261:19, 261:23, 262:20,
263:8, 263:13, 264:17,
266:23, 272:10, 272:18,
275:7, 275:16, 275:18,
276:8, 278:20

**skill's** [1] - 263:13
**skilled** [1] - 69:25
**skipping** [1] - 244:5
**sleeping** [1] - 166:10
**slide** [106] - 19:16,
27:6, 36:7, 36:9, 36:15,
42:12, 43:13, 43:14,
53:9, 53:12, 53:24,
54:1, 57:11, 67:16,
68:23, 70:19, 71:7,
72:2, 73:1, 73:3, 73:4,
73:10, 74:4, 74:21,
75:11, 76:16, 78:5,
81:12, 83:5, 84:2, 84:3,
85:7, 85:10, 86:7,
87:14, 89:10, 89:23,
91:15, 92:14, 93:8,
95:14, 96:13, 97:19,
98:12, 99:7, 99:19,
101:13, 102:9, 102:14,
102:17, 110:18, 110:19,
110:20, 110:22, 118:22,
128:15, 128:21, 129:1,
133:3, 140:5, 141:8,
141:10, 141:20, 141:23,
142:1, 142:3, 142:6,
142:14, 142:15, 143:17,
143:18, 152:16, 156:5,
178:25, 182:3, 195:20,
200:25, 202:13, 212:2,
218:5, 230:4, 230:5,
235:3, 240:11, 242:13,
245:5, 245:11, 245:12,
252:14, 254:7, 254:16,
254:17, 259:10, 260:15,
263:17, 263:22, 264:2,
272:3, 272:5, 272:8,
277:15, 283:2, 283:16

**slides** [21] - 36:18,
57:5, 58:16, 66:6,
66:18, 74:1, 96:11,

101:5, 121:18, 132:21,
143:3, 146:3, 152:11,
206:25, 210:3, 222:22,
229:3, 229:16, 241:6,
276:17

**slight** [2] - 243:21,
254:4

**slightly** [2] - 82:13,
252:18

**Sloan** [1] - 68:4
**slowly** [1] - 258:23
**small** [9] - 51:21,
62:14, 95:11, 166:4,
168:7, 168:8, 185:15,
280:19, 280:20

**smaller** [7] - 100:14,
100:17, 207:13, 209:20,
253:17, 253:19, 265:24

**snippet** [2] - 82:8,
84:4, 85:10

**snippets** [1] - 94:9
**so-called** [4] -
168:19, 201:13, 233:12,
274:24

**so..** [1] - 65:9
**Society** [3] - 67:23,
68:3, 175:15

**sodium** [3] - 42:16,
42:24, 44:3

**soldered** [2] - 163:20,
163:24

**solely** [1] - 196:12
**Solid** [1] - 45:8
**solid** [19] - 45:10,
45:11, 45:15, 45:17,
45:19, 46:25, 60:5,
61:3, 67:13, 68:9, 74:7,
75:25, 76:2, 85:15,
91:12, 97:24, 98:1,
102:25, 132:10

**solids** [1] - 114:18
**solubilities** [1] -
82:14

**solubility** [12] - 75:25,
78:4, 78:6, 78:9, 78:11,
78:13, 81:7, 81:16,
81:21, 82:4, 82:10,
88:11

**soluble** [1] - 77:5
**solution** [5] - 42:16,
42:24, 43:21, 44:3,
110:3

**solutions** [1] - 82:12
**solvates** [3] - 46:18,
47:16, 47:24

**solvent** [2] - 61:9,
91:10

**solvents** [1] - 19:8
**someone** [5] - 28:8,
28:12, 31:23, 34:13,

211:22

**sometimes** [15] -
75:4, 77:5, 120:7,
147:22, 147:24, 163:6,
170:17, 171:5, 171:9,
171:16, 172:6, 175:25,
196:24, 199:3, 207:16

**somewhat** [5] - 9:8,
76:13, 98:19, 103:1,
210:25

**somewhere** [7] -
22:24, 33:25, 80:2,
80:17, 122:23, 158:7,
271:11

**soon** [1] - 172:13
**sophomore** [2] -
173:3, 279:19

**Sorry** [1] - 86:21
**sorry** [69] - 10:15,
13:9, 14:21, 15:3, 18:7,
22:7, 24:16, 24:17,
26:11, 30:4, 30:6,
32:20, 38:4, 38:5,
38:16, 46:5, 46:22,
55:23, 56:4, 56:20,
56:23, 61:24, 62:6,
63:15, 79:22, 79:23,
86:17, 86:21, 99:4,
107:20, 107:23, 131:19,
137:23, 142:2, 148:2,
148:16, 155:1, 160:13,
160:25, 179:15, 188:12,
189:14, 203:12, 205:6,
208:18, 215:4, 217:3,
218:22, 221:18, 222:9,
222:19, 223:21, 225:6,
226:5, 235:19, 236:5,
239:5, 241:24, 242:2,
247:7, 250:21, 251:1,
254:23, 270:19, 270:21,
273:18, 278:13, 279:6,
284:23

**sort** [34] - 13:16,
14:21, 41:12, 57:22,
73:12, 75:7, 83:9,
94:11, 99:21, 104:12,
116:9, 116:21, 124:12,
129:8, 134:9, 171:15,
172:15, 174:21, 175:24,
185:6, 190:20, 194:5,
196:14, 196:22, 203:7,
204:3, 226:16, 226:25,
236:7, 238:24, 257:1,
275:4, 284:2

**sound** [5] - 17:1,
64:14, 110:23, 125:8,
137:5

**sounds** [10] - 105:13,
126:14, 160:19, 160:24,
163:17, 177:6, 225:15,

226:18, 288:9, 288:21
**source** [2] - 94:18,
137:20

**South** [1] - 3:10
**space** [8] - 186:25,
187:7, 187:8, 198:16,
201:14, 238:24, 256:10,
281:6

**Spassov** [4] - 273:17,
273:23, 274:20, 275:4
**speaking** [3] - 166:1,
166:18, 170:21

**speaks** [1] - 209:9
**spec** [2] - 157:15
**special** [5] - 153:4,
153:8, 154:23, 188:18,
191:20

**specific** [4] - 10:3,
22:5, 191:7, 196:2
**specifically** [7] -
10:16, 46:10, 110:8,
180:6, 182:12, 230:2,
267:15

**specification** [3] -
70:22, 79:19, 84:10
**specified** [1] - 79:6
**specifies** [1] - 40:20
**specify** [1] - 16:25
**spectroscopic** [2] -
67:13, 114:7

**spectroscopy** [6] -
158:17, 158:22, 159:5,
159:9, 159:10, 159:18
**spend** [1] - 175:6
**spent** [1] - 34:2
**spheres** [1] - 74:10
**spin** [3] - 285:11,
285:14, 285:15
**squiggles** [1] -
100:12

**SSCI** [29] - 61:14,
61:18, 81:18, 85:14,
85:23, 86:10, 87:7,
93:24, 94:12, 94:19,
137:13, 138:12, 138:13,
138:14, 141:12, 141:21,
142:23, 143:2, 143:4,
143:6, 143:8, 143:13,
147:18, 155:5, 158:22,
159:2, 159:8

**stability** [44] - 46:15,
74:1, 74:3, 74:4, 74:5,
74:17, 74:20, 74:21,
74:23, 74:24, 75:6,
75:12, 75:13, 75:14,
75:21, 75:22, 75:24,
76:6, 76:25, 77:1, 77:8,
77:9, 77:10, 77:15,
77:16, 78:1, 78:3, 78:8,
78:18, 81:16, 120:11,

120:14, 122:20, 123:1,
123:6, 123:8, 123:19,
124:5, 124:7, 124:11,
156:10, 156:13

**stabilization** [1] -
75:3

**stabilize** [10] - 20:21,
21:3, 21:7, 22:5, 24:22,
25:2, 34:25, 35:9,
117:6, 117:8

**stabilized** [2] - 9:25,
110:2

**stabilizes** [2] - 26:4,
34:21

**stabilizing** [3] -
22:17, 26:7, 117:12
**stable** [58] - 9:18,
9:21, 51:7, 51:12, 72:5,
73:15, 73:24, 73:25,
75:15, 76:6, 76:8,
76:12, 77:2, 77:4, 77:5,
77:14, 77:22, 80:12,
80:18, 80:20, 81:4,
88:14, 88:15, 107:7,
107:9, 107:10, 107:25,
108:1, 109:25, 119:19,
120:6, 120:8, 120:20,
121:5, 121:6, 121:8,
122:23, 122:25, 123:10,
123:17, 144:5, 144:20,
145:3, 145:11, 145:15,
149:19, 149:21, 153:9,
153:15, 153:18, 154:14,
155:13, 155:25, 156:1,
156:3, 156:14, 156:18
**stage** [1] - 159:4
**stamp** [1] - 88:8
**stand** [13] - 6:4,
54:21, 55:6, 57:2,
125:10, 126:4, 126:5,
160:2, 161:19, 191:19,
225:19, 226:4, 228:15
**standard** [3] - 71:8,
71:9, 83:6, 103:16,
103:17, 103:24, 104:2,
104:5, 117:21, 118:23,
118:24, 118:25, 127:4
**standards** [1] - 119:1
**standpoint** [1] - 208:7
**star** [1] - 17:10
**stars** [1] - 92:18
**start** [29] - 4:8, 7:16,
63:3, 65:24, 71:6,
93:20, 106:8, 165:21,
166:19, 170:24, 172:13,
185:8, 187:13, 187:21,
187:24, 202:8, 204:11,
261:3, 262:7, 263:15,
266:3, 266:15, 277:23,
278:13, 279:16, 286:23,

288:5, 288:24, 289:2
**started** [19] - 33:16, 34:5, 34:8, 34:13, 35:23, 41:10, 55:14, 93:17, 94:16, 105:21, 192:2, 195:24, 196:3, 196:6, 220:14, 257:9, 267:5, 283:17
**starting** [43] - 16:7, 20:19, 26:3, 27:12, 27:19, 27:23, 27:25, 28:1, 28:24, 29:12, 31:6, 34:7, 34:10, 37:12, 37:20, 38:18, 39:10, 39:15, 40:3, 40:10, 40:19, 41:3, 41:5, 42:3, 42:8, 54:8, 54:9, 54:15, 55:16, 93:22, 147:3, 172:4, 188:10, 193:16, 194:11, 208:22, 214:17, 215:14, 225:1, 227:8, 242:18, 281:5, 285:23
**starts** [3] - 27:15, 139:3, 146:16
**state** [12] - 45:11, 45:15, 45:19, 64:4, 66:3, 67:13, 68:9, 79:4, 119:5, 119:23, 162:8, 165:8
**statement** [23] - 45:17, 60:10, 72:2, 72:3, 72:14, 72:16, 73:2, 73:5, 73:11, 74:2, 76:19, 76:20, 84:7, 87:18, 118:8, 119:7, 120:2, 120:4, 124:11, 138:4, 157:7, 245:7, 275:2
**statements** [9] - 47:4, 70:24, 71:18, 71:19, 71:20, 80:6, 83:11, 83:14, 240:16
**states** [1] - 27:25
**STATES** [1] - 1:1
**States** [1] - 1:22
**stating** [1] - 145:10
**statistics** [1] - 18:16
**staying** [1] - 242:24
**stays** [1] - 101:4
**Steed** [10] - 5:20, 6:19, 7:14, 24:13, 36:18, 52:21, 58:22, 59:6, 62:3, 62:21
**STEED** [1] - 290:5
**Steed's** [3] - 106:25, 130:17, 130:20
**stenographically** [1] - 1:23
**step** [64] - 15:9, 16:3,

16:4, 16:19, 19:22, 27:23, 29:4, 29:9, 32:4, 32:8, 32:10, 32:13, 32:14, 32:19, 33:4, 33:8, 33:15, 33:20, 34:6, 34:16, 34:22, 35:4, 35:8, 36:22, 36:25, 37:8, 37:11, 37:13, 37:17, 40:23, 41:1, 41:2, 41:3, 41:6, 41:10, 42:14, 53:19, 54:4, 54:10, 54:16, 57:17, 57:23, 58:7, 60:22, 60:23, 61:4, 64:4, 111:23, 115:1, 115:9, 139:22, 139:23, 155:7, 162:8, 187:13, 188:13, 227:1, 227:2, 227:3, 227:7, 261:17, 261:20, 277:4
**Stephen** [6] - 161:19, 162:10, 164:16, 164:18, 165:10, 176:25
**STEPHEN** [2] - 162:11, 290:7
**stepped** [2] - 100:9, 199:8
**steps** [26] - 27:21, 29:11, 30:15, 31:4, 31:17, 34:21, 36:13, 36:15, 36:20, 36:24, 53:15, 53:25, 54:1, 55:2, 55:4, 60:17, 60:20, 114:6, 185:18, 185:20, 186:7, 187:10, 225:13, 272:17, 278:3
**stepwise** [1] - 223:4
**stereocenter** [1] - 265:18
**stereocenters** [3] - 260:2, 264:15, 264:16
**stereochemical** [1] - 254:19
**stereochemistry** [17] - 54:18, 56:25, 57:4, 57:15, 57:20, 57:23, 58:7, 58:15, 58:17, 58:20, 170:8, 187:6, 257:22, 257:23, 257:25, 260:2, 273:19
**stereoisomers** [3] - 198:12, 256:9, 276:4
**sticks** [2] - 279:13, 279:14
**still** [21] - 27:1, 40:2, 51:5, 64:11, 65:15, 88:17, 103:11, 118:7, 118:9, 123:7, 149:4, 149:6, 188:20, 210:25, 225:20, 234:3, 235:19,

248:3, 249:13, 289:15
**stir** [1] - 38:17
**stop** [3] - 46:20, 197:17, 287:4
**stops** [1] - 44:12
**story** [3] - 137:20, 262:24
**straight** [4] - 281:7, 281:8, 282:4, 283:8
**straightforward** [1] - 61:7
**straining** [1] - 174:1
**strategies** [1] - 266:13
**strategy** [2] - 31:20, 45:14
**STRAWN** [1] - 3:7
**Strawn** [1] - 5:9
**Street** [2] - 2:5, 3:2
**strengthening** [1] - 259:16
**stretch** [1] - 225:22
**strike** [1] - 99:4
**strip** [1] - 55:20
**stripped** [1] - 206:12
**stripped-down** [1] - 206:12
**strong** [5] - 129:15, 194:13, 245:4, 259:23, 263:11
**strongest** [1] - 234:6
**strongly** [1] - 213:6
**Struck** [2] - 90:15
**struck** [1] - 94:7
**Struck's** [1] - 95:15
**structural** [16] - 166:20, 166:22, 166:25, 172:5, 172:10, 172:17, 184:7, 187:18, 205:24, 232:20, 255:5, 258:20, 260:4, 260:12, 261:25, 262:1
**structurally** [1] - 168:11
**structure** [62] - 47:15, 48:4, 49:3, 50:12, 50:16, 51:4, 53:3, 53:5, 75:2, 140:2, 166:8, 166:13, 166:14, 166:15, 167:23, 170:23, 177:1, 179:3, 179:5, 182:24, 185:13, 203:24, 204:11, 204:18, 227:12, 229:9, 229:12, 229:14, 229:23, 230:1, 230:2, 239:11, 240:5, 241:14, 244:7, 246:1, 246:8, 246:9, 256:6, 256:7, 257:14, 258:9, 258:17, 258:21, 258:25, 259:7, 261:1,

265:1, 265:4, 266:16, 267:23, 271:15, 272:24, 273:1, 275:11, 275:15, 276:1, 281:5, 281:6, 283:20, 284:1
**structures** [12] - 46:18, 50:25, 168:22, 172:1, 202:18, 202:21, 203:22, 204:18, 256:1, 259:2, 260:16, 280:2
**students** [3] - 167:11, 167:13, 167:19
**studied** [26] - 49:16, 51:20, 166:8, 200:16, 200:17, 200:19, 200:22, 200:23, 200:24, 201:12, 201:16, 201:19, 201:21, 202:2, 202:20, 206:20, 210:10, 218:22, 218:23, 218:24, 220:20, 221:8, 221:15, 221:18, 233:10
**studies** [7] - 67:1, 81:20, 81:21, 81:24, 86:9, 240:7, 259:9
**Studies** [1] - 229:9
**study** [22] - 19:7, 19:11, 50:8, 81:18, 85:17, 94:25, 166:15, 166:19, 167:24, 177:1, 185:23, 186:11, 202:22, 202:23, 218:12, 218:16, 218:25, 227:5, 227:11, 229:14, 240:5, 241:14
**Study** [1] - 215:5
**studying** [7] - 204:5, 212:8, 212:10, 212:20, 212:21, 212:23, 212:24
**stuff** [4] - 85:2, 148:13, 157:23, 164:8
**subject** [4] - 31:3, 71:13, 84:13, 180:16
**submitted** [3] - 160:15, 164:24, 170:12
**subsequent** [1] - 185:17
**subspecialty** [1] - 173:19
**substance** [1] - 245:2
**Substance** [1] - 146:12
**substances** [7] - 45:9, 45:10, 45:18, 62:13, 212:17, 218:20, 218:21
**substantial** [2] - 118:14, 118:16
**substantially** [2] - 70:14, 117:14
**substantiation** [1] - 125:2

**substituent** [26] - 203:6, 203:8, 205:3, 205:4, 231:8, 231:9, 235:23, 238:20, 241:21, 242:19, 244:5, 245:8, 247:12, 247:16, 248:8, 248:9, 248:14, 249:4, 249:5, 252:21, 261:6, 262:16, 262:17, 281:2, 286:2
**substituents** [18] - 203:9, 205:2, 230:24, 231:5, 231:6, 231:7, 235:17, 237:8, 237:11, 240:22, 244:20, 245:20, 245:21, 248:10, 251:16, 251:17, 266:15, 274:7
**substitute** [1] - 229:11
**substituted** [4] - 229:10, 244:18, 244:19, 267:21
**substitution** [18] - 230:6, 239:18, 239:21, 240:2, 240:14, 240:21, 240:25, 242:15, 247:13, 250:20, 250:22, 266:1, 266:3, 266:18, 266:22, 270:14, 270:16, 270:20
**Substitution** [1] - 233:23
**substitutions** [1] - 267:3
**subtle** [1] - 96:1
**subtleties** [1] - 71:15
**success** [1] - 184:13
**sudden** [1] - 141:6
**suffered** [1] - 129:21
**suffering** [1] - 179:24
**sufficient** [2] - 71:20, 73:9
**suggest** [6] - 25:16, 25:18, 76:11, 185:1, 185:2, 214:9
**suggesting** [5] - 54:17, 135:1, 264:25, 265:1, 265:2
**suggestion** [1] - 222:13
**suggests** [1] - 222:4
**Suite** [4] - 2:5, 2:10, 3:2, 3:10
**suite** [3] - 73:20, 170:5, 200:3
**suited** [2] - 159:17, 159:19
**summarize** [11] - 66:21, 68:23, 70:20, 76:16, 83:5, 86:7, 87:14, 210:17, 215:18,

238:10, 238:11
**summarized** [6] - 185:20, 200:25, 215:23, 229:2, 233:21, 259:8
**summarizes** [2] - 215:22, 234:2
**summarizing** [2] - 66:19, 85:8
**summary** [12] - 83:21, 88:1, 98:13, 208:15, 208:19, 218:17, 220:6, 220:8, 222:1, 255:7, 276:13
**summers** [1] - 175:8
**superimposable** [1] - 198:6
**superimpose** [1] - 198:7
**superimposition** [1] - 285:9
**superior** [1] - 121:13
**supplied** [2] - 93:24, 95:11
**support** [5] - 70:23, 71:19, 72:8, 72:16, 124:11
**supported** [2] - 93:6, 123:24
**supports** [1] - 73:7
**suppose** [1] - 256:19
**supposed** [1] - 89:17
**supposedly** [1] - 96:2
**suppress** [2] - 168:20, 169:10
**surprise** [1] - 149:13
**surprised** [3] - 149:18, 154:15, 263:6
**surprising** [1] - 149:10
**swearing** [1] - 227:20
**sworn** [5] - 6:6, 63:22, 64:2, 161:24, 162:6
**synapses** [1] - 190:8
**synergistic** [1] - 215:6
**Syntheses** [1] - 170:10
**synthesis** [33] - 20:13, 20:15, 22:14, 23:2, 23:6, 26:22, 28:5, 28:8, 28:12, 29:4, 29:14, 30:22, 31:19, 31:23, 33:5, 38:19, 40:19, 41:16, 54:22, 87:20, 87:22, 143:11, 143:12, 166:3, 166:6, 167:20, 168:15, 173:8, 174:5, 177:2, 182:9, 182:13, 182:20

**synthesize** [2] - 21:5, 114:2
**synthesized** [2] - 9:1, 19:25
**synthesizing** [1] - 87:19
**synthetic** [4] - 28:7, 29:19, 55:4, 166:1
**system** [10] - 16:16, 203:3, 213:12, 213:19, 221:10, 221:16, 240:23, 266:25, 267:2, 274:23
**systems** [1] - 46:19

# T

**tab** [4] - 86:5, 90:12, 151:23, 152:1
**table** [36] - 11:15, 12:16, 16:18, 16:24, 17:13, 17:23, 18:9, 25:12, 41:12, 41:17, 59:22, 59:24, 101:18, 101:23, 102:3, 102:13, 136:6, 136:7, 152:18, 209:8, 210:20, 215:16, 215:24, 216:10, 230:17, 230:19, 232:8, 233:21, 238:15, 241:19, 249:2, 249:3, 251:20, 257:1, 257:4, 257:11
**Table** [21] - 15:25, 16:2, 146:2, 207:3, 207:5, 209:10, 209:12, 209:13, 209:14, 210:18, 212:14, 215:9, 235:4, 235:13, 241:15, 245:13, 247:2, 252:14, 252:16, 252:17, 257:6
**tables** [1] - 152:21
**tablets** [1] - 124:25
**take-home** [4] - 209:4, 209:25, 220:23, 235:14
**talks** [3] - 16:24, 194:22, 274:21
**tap** [3] - 44:9, 44:11, 44:12
**tapentadol** [67] - 8:20, 12:10, 20:1, 20:7, 21:5, 22:14, 27:3, 28:22, 44:21, 48:21, 50:7, 50:9, 50:12, 50:17, 50:21, 51:3, 51:22, 52:13, 52:16, 53:6, 53:19, 54:3, 55:12, 59:9, 61:2, 61:15, 61:19, 69:1, 69:21, 85:16, 87:19, 93:12, 94:25, 107:6,

107:8, 112:5, 112:12, 117:15, 117:24, 121:16, 139:5, 139:13, 139:20, 139:23, 139:24, 140:1, 142:24, 155:24, 179:6, 179:13, 179:16, 179:17, 180:4, 180:5, 180:12, 181:3, 181:4, 184:2, 225:1, 225:3, 225:6, 225:9, 277:20, 278:1, 278:4, 278:12
**target** [2] - 171:14, 269:17
**targets** [2] - 166:5, 186:19
**task** [7] - 32:10, 32:12, 32:15, 32:18, 32:20, 32:25
**taught** [4] - 67:12, 173:2, 173:7, 240:13
**teach** [6] - 67:8, 67:9, 67:10, 173:6, 277:18, 279:19
**teaches** [2] - 23:21, 260:1
**teaching** [9] - 172:24, 261:24, 262:12, 277:16, 277:17, 277:19, 277:24, 278:2, 278:3
**teachings** [3] - 261:24, 276:24, 277:6
**team** [1] - 182:22
**Tech** [1] - 67:1
**technique** [1] - 25:5
**techniques** [3] - 134:2, 134:4, 159:16
**technology** [1] - 16:11
**Technology** [1] - 174:3
**Ted** [13] - 194:2, 207:3, 208:18, 210:15, 215:8, 215:12, 228:23, 229:17, 255:16, 271:10, 271:17, 273:14, 274:16
**telltale** [1] - 104:12
**temperature** [59] - 8:21, 9:19, 9:22, 25:8, 73:19, 73:21, 75:15, 75:19, 77:15, 77:17, 77:18, 79:5, 79:6, 79:16, 79:24, 81:2, 81:5, 82:13, 82:16, 85:18, 87:6, 87:8, 97:13, 107:10, 107:13, 107:15, 107:24, 108:6, 110:1, 122:16, 122:21, 123:6, 123:8, 123:9, 123:16, 123:18, 124:4, 124:12, 144:6, 144:14,

144:16, 144:20, 145:3, 145:11, 145:15, 146:6, 147:12, 147:13, 147:23, 153:9, 153:15, 153:19, 155:13, 155:22, 155:25, 156:2, 156:3, 156:11, 156:18
**temperatures** [2] - 19:9, 81:1
**tension** [1] - 77:4
**term** [6] - 73:22, 115:8, 115:9, 119:8, 134:11, 242:3
**termed** [1] - 83:22
**terms** [17] - 18:1, 18:13, 29:18, 40:4, 57:24, 96:14, 108:6, 124:4, 131:20, 158:1, 185:18, 203:24, 207:10, 212:17, 226:14, 229:23, 265:21
**TERRENCE** [1] - 2:22
**Terrence** [1] - 5:5
**tertiary** [2] - 231:3, 231:6
**test** [3] - 168:2, 193:16, 277:19
**tested** [11] - 96:3, 109:2, 151:19, 152:5, 209:15, 212:17, 218:20, 236:17, 237:5, 237:14, 237:17
**testified** [45] - 6:7, 6:20, 7:17, 8:23, 10:21, 12:7, 14:4, 14:11, 15:10, 15:12, 15:15, 21:20, 28:17, 28:21, 29:3, 31:22, 34:15, 34:24, 37:11, 40:18, 43:2, 45:3, 45:23, 57:11, 57:13, 57:17, 62:13, 64:2, 107:12, 108:17, 120:13, 132:25, 136:24, 139:8, 141:10, 143:2, 143:8, 150:24, 162:7, 176:17, 180:3, 206:15, 278:10, 278:15, 279:8
**testify** [3] - 15:18, 58:6, 138:18
**testifying** [14] - 52:20, 112:4, 112:6, 122:1, 132:17, 132:24, 135:18, 136:21, 140:13, 145:7, 155:17, 155:18, 158:21, 225:20
**testimony** [44] - 35:3, 58:4, 62:21, 66:6, 72:25, 107:1, 111:20, 117:6, 123:21, 125:12,

126:12, 128:17, 129:22, 132:5, 137:7, 138:7, 138:19, 140:9, 140:12, 140:16, 140:19, 145:8, 149:20, 150:18, 152:4, 154:24, 155:7, 158:16, 159:25, 163:12, 175:22, 177:16, 192:7, 192:9, 192:16, 225:21, 278:7, 278:14, 278:19, 284:25, 285:1, 289:16, 289:17, 289:18
**testing** [7] - 51:10, 59:12, 133:21, 133:22, 167:24, 168:2, 274:25
**tests** [1] - 120:21
**Tetrahedron** [1] - 169:25
**Texas** [4] - 165:13, 167:6, 168:7, 172:23
**text** [3] - 38:24, 60:1, 149:3
**textbook** [1] - 174:12
**THE** [208] - 1:1, 1:2, 1:17, 4:1, 4:2, 4:6, 4:15, 4:21, 5:1, 5:7, 5:16, 5:18, 5:22, 6:1, 6:8, 6:11, 6:13, 6:15, 6:23, 6:25, 7:2, 7:6, 7:10, 30:3, 30:5, 30:8, 30:12, 38:4, 38:8, 38:10, 58:24, 58:25, 59:3, 61:22, 61:25, 62:17, 62:20, 62:23, 62:24, 63:2, 63:6, 63:8, 63:9, 63:15, 63:19, 63:21, 63:23, 64:4, 64:6, 64:7, 64:13, 64:24, 65:3, 65:12, 65:14, 65:21, 65:24, 68:10, 68:13, 100:7, 100:8, 101:6, 105:9, 105:13, 105:16, 105:20, 105:24, 106:6, 106:8, 106:11, 106:13, 106:16, 106:18, 107:20, 108:5, 108:10, 121:20, 121:23, 125:6, 125:14, 125:15, 125:17, 126:2, 126:3, 126:6, 126:9, 126:14, 126:17, 126:19, 126:20, 126:22, 127:19, 127:22, 128:21, 129:2, 130:13, 130:19, 130:24, 131:2, 131:4, 131:5, 131:11, 148:6, 148:10, 148:12, 148:15, 148:16, 148:17, 148:21, 151:25, 158:12, 159:21, 159:24, 160:7, 160:11, 160:14, 160:19, 160:21, 160:24,

161:2, 161:5, 161:8,
161:12, 161:16, 161:20,
161:23, 162:1, 162:2,
162:3, 162:8, 162:10,
162:12, 162:19, 162:22,
162:25, 163:7, 163:17,
163:22, 163:23, 164:1,
164:3, 164:5, 164:9,
164:11, 164:22, 165:4,
177:4, 177:8, 177:17,
199:4, 199:7, 225:15,
225:25, 226:2, 226:3,
226:5, 226:11, 226:13,
226:18, 227:18, 227:21,
227:22, 229:1, 243:4,
243:6, 255:20, 255:22,
280:10, 280:16, 280:18,
280:19, 280:20, 280:22,
280:24, 281:10, 281:11,
281:17, 281:18, 281:19,
281:20, 281:21, 281:22,
282:2, 282:13, 282:15,
282:16, 282:20, 282:22,
283:22, 286:7, 286:12,
286:18, 286:23, 287:2,
287:5, 287:14, 287:19,
287:21, 288:9, 288:15,
288:18, 289:1, 289:11,
289:14, 289:19, 289:20,
289:23, 290:4
    **the's** [1] - 172:15
    **themselves** [2] -
5:11, 188:5
    **THEODORE** [1] - 2:8
    **theoretically** [1] -
266:19
    **theory** [1] - 138:8
    **therapeutic** [8] -
194:15, 250:10, 250:11,
250:13, 250:14, 253:25,
254:1, 254:3
    **therefore** [2] - 47:18,
76:3
    **thermal** [5] - 75:1,
88:18, 144:4, 144:7,
144:13
    **thermodynamic** [13] -
75:12, 75:13, 75:22,
75:24, 76:6, 77:10,
78:1, 78:7, 120:14,
122:20, 123:15, 124:7,
124:20
    **thermodynamically**
[7] - 77:14, 108:1,
120:19, 120:20, 121:5,
121:6, 121:8
    **thermodynamics** [1]
- 156:10
    **thermogravimetry** [1]
- 159:4

    **they've** [10] - 86:23,
87:18, 93:23, 144:10,
149:11, 204:17, 231:21,
232:4
    **thin** [2] - 39:21, 39:22
    **thin-layer** [2] - 39:21,
39:22
    **thinking** [8] - 11:3,
11:4, 196:17, 226:14,
268:13, 270:6, 286:13,
287:21
    **third** [13] - 8:6, 14:16,
36:22, 75:13, 77:15,
99:11, 143:7, 147:1,
147:6, 174:11, 207:23,
261:20, 266:2
    **thirteen** [1] - 174:10
    **three** [81] - 7:21, 11:3,
11:8, 16:4, 27:21,
28:24, 29:4, 29:9, 32:4,
32:8, 32:10, 32:14,
32:19, 33:20, 34:6,
34:22, 35:4, 36:25,
41:10, 53:19, 54:4,
54:21, 54:25, 55:2,
55:3, 55:4, 60:17,
60:22, 60:23, 87:10,
103:15, 103:16, 108:19,
109:1, 164:15, 176:11,
182:19, 186:6, 186:8,
186:16, 186:25, 187:6,
199:13, 205:17, 205:20,
206:6, 206:8, 208:25,
209:21, 210:24, 217:13,
217:14, 221:20, 222:14,
222:16, 222:21, 223:9,
223:10, 225:13, 227:1,
230:20, 230:21, 230:22,
231:5, 237:1, 242:11,
242:17, 242:18, 243:1,
248:18, 249:25, 254:2,
261:17, 263:23, 264:18,
265:22, 267:2, 270:15,
287:24
    **three-carbon** [1] -
242:11
    **three-dimensional**
[7] - 54:21, 186:16,
186:25, 187:6, 264:18,
265:22, 267:2
    **three-step** [2] - 227:1,
261:17
    **threefold** [2] - 221:4,
250:11
    **threo** [2] - 274:24,
275:3
    **throughout** [7] -
84:10, 109:24, 111:13,
137:15, 170:15, 174:7,
174:18

    **Thursday** [1] - 289:24
    **tightly** [2] - 161:8,
161:10
    **timeline** [2] - 69:12,
142:13
    **Timothy** [1] - 4:14
    **title** [10] - 16:18,
18:22, 19:16, 37:24,
38:23, 45:1, 45:22,
142:3, 193:6, 193:9
    **Title** [1] - 1:22
    **titled** [3] - 16:2,
38:13, 97:19
    **TLC** [1] - 39:25
    **today** [29] - 4:4, 66:6,
66:18, 68:23, 69:24,
70:19, 71:7, 72:19,
73:1, 83:1, 83:2, 95:21,
99:20, 101:9, 106:24,
109:24, 111:20, 113:4,
113:5, 118:20, 136:21,
138:8, 146:1, 160:2,
167:9, 171:12, 177:9,
289:17
    **together** [10] - 43:25,
163:8, 195:18, 196:14,
201:10, 214:16, 222:23,
239:12, 286:11, 287:11
    **tolerance** [1] - 194:19
    **tomorrow** [9] -
226:20, 286:23, 287:13,
287:20, 287:23, 288:13,
288:16, 288:23, 289:2
    **tone** [2] - 195:3,
195:6
    **tonight** [1] - 226:19
    **took** [2] - 9:17, 175:7
    **top** [20] - 14:13, 15:7,
16:3, 37:24, 41:13,
48:13, 53:3, 90:25,
94:3, 101:20, 198:10,
203:22, 212:15, 215:9,
215:16, 241:4, 241:5,
245:7, 282:15, 282:16
    **topic** [1] - 117:5
    **topics** [1] - 67:15
    **totally** [1] - 239:5
    **touch** [1] - 264:21
    **touched** [1] - 77:19
    **touching** [1] - 264:23
    **towards** [3] - 74:5,
75:7, 77:9
    **toxic** [1] - 250:16
    **toxicity** [3] - 250:8,
253:23, 254:5
    **traces** [1] - 256:18
    **tradition** [1] - 204:6
    **tramadol** [163] -
190:15, 190:21, 190:24,
191:10, 192:11, 192:21,

193:8, 193:20, 193:24,
194:9, 194:12, 194:16,
195:1, 197:8, 197:11,
197:13, 198:17, 198:18,
200:14, 200:21, 200:24,
201:7, 201:11, 201:12,
201:13, 201:15, 201:17,
201:19, 201:20, 201:22,
201:24, 201:25, 202:1,
202:16, 203:19, 204:12,
204:16, 205:22, 206:11,
206:20, 206:21, 207:6,
207:11, 207:18, 208:1,
208:10, 208:12, 209:6,
209:21, 209:24, 210:10,
210:23, 210:25, 211:1,
211:14, 212:12, 212:18,
212:21, 212:25, 213:16,
213:17, 213:20, 215:7,
216:1, 216:12, 216:13,
216:14, 216:17, 216:22,
217:6, 217:7, 217:12,
217:21, 217:23, 218:13,
218:22, 218:24, 219:15,
219:22, 219:23, 219:25,
220:3, 220:17, 220:21,
221:5, 221:11, 221:13,
221:19, 221:21, 221:22,
222:15, 222:16, 222:18,
222:19, 222:21, 222:25,
223:6, 223:9, 223:20,
223:22, 225:2, 225:6,
227:9, 228:3, 229:13,
232:19, 232:21, 232:23,
233:1, 233:6, 233:9,
234:12, 235:9, 240:3,
241:8, 247:9, 249:16,
249:20, 250:3, 250:4,
253:4, 254:13, 256:5,
256:6, 256:7, 256:14,
256:17, 256:18, 256:24,
257:14, 257:20, 257:22,
257:24, 258:9, 258:17,
258:24, 258:25, 259:5,
259:8, 260:3, 260:8,
260:12, 260:14, 260:22,
261:1, 268:7, 272:1,
272:8, 274:5, 274:6,
275:9, 276:14, 276:22,
278:11, 278:16, 279:3
    **trans** [9] - 256:5,
256:6, 256:13, 256:25,
257:3, 257:10, 257:13,
257:16, 259:25
    **TRANSCRIPT** [1] -
1:4
    **transcript** [6] - 1:22,
30:9, 127:14, 127:17,
192:6, 278:7
    **transform** [2] - 26:17,
133:19

    **transformation** [6] -
10:19, 23:9, 23:12,
23:14, 78:9, 78:18
    **transformations** [2] -
57:15, 80:10
    **transformed** [1] -
25:21
    **transforming** [1] -
26:21
    **transition** [4] - 124:4,
147:11, 156:9
    **translation** [17] -
11:13, 94:15, 148:23,
148:25, 151:15, 151:16,
151:22, 152:1, 152:2,
228:17, 228:19, 229:8,
237:19, 241:10, 255:10,
255:13, 255:14
    **translations** [1] -
64:23
    **treat** [1] - 190:9
    **treated** [1] - 42:15
    **treating** [1] - 179:23
    **treatment** [2] -
182:14, 182:15
    **treatments** [1] - 190:9
    **tremendously** [1] -
171:16
    **trial** [8] - 81:11,
163:13, 175:22, 176:4,
176:5, 176:18, 254:14
    **TRIAL** [1] - 1:5
    **trials** [1] - 269:5
    **tribunal** [1] - 176:4
    **tried** [2] - 85:21,
272:10
    **triple** [2] - 217:24,
218:1
    **trouble** [1] - 85:19
    **true** [13] - 21:16,
77:19, 93:20, 115:16,
115:17, 117:3, 117:4,
118:11, 119:2, 137:13,
147:23, 154:3, 157:12
    **truncated** [1] - 289:6
    **try** [12] - 21:12, 93:3,
169:16, 198:6, 199:2,
204:6, 218:18, 258:24,
261:21, 265:18, 265:19,
270:17
    **trying** [22] - 31:7,
32:9, 64:22, 118:6,
130:14, 132:9, 156:12,
168:22, 186:5, 191:21,
202:24, 204:6, 204:8,
211:5, 211:21, 218:16,
252:15, 258:19, 268:14,
269:12, 286:13
    **turn** [24] - 49:17,
59:19, 66:11, 68:17,

82:2, 83:17, 84:2, 85:5,
86:4, 87:12, 87:24,
91:15, 92:24, 95:20,
97:19, 98:12, 119:9,
131:15, 132:16, 210:21,
227:3, 277:9, 281:7,
281:15
  **turned** [1] - 219:24
  **turns** [7] - 44:11,
89:20, 169:4, 219:19,
219:21, 219:22, 281:13
  **tutorial** [1] - 164:3
  **twice** [2] - 44:14,
213:16
  **twisted** [1] - 280:13
  **two** [132] - 7:3, 12:6,
12:13, 12:15, 13:1,
15:23, 25:13, 25:15,
26:2, 26:9, 29:22, 36:1,
36:20, 38:17, 43:25,
44:1, 44:15, 44:18,
55:2, 55:3, 56:25,
57:17, 61:20, 75:17,
75:18, 76:13, 78:12,
80:6, 97:8, 109:4,
110:12, 116:8, 116:22,
121:22, 123:16, 133:16,
143:5, 147:8, 149:2,
149:5, 149:8, 154:15,
155:2, 155:9, 156:10,
161:1, 169:6, 175:7,
176:13, 186:21, 187:13,
189:9, 191:11, 195:5,
195:15, 196:7, 197:1,
197:13, 197:15, 198:22,
201:12, 201:18, 201:19,
201:25, 203:17, 205:16,
205:18, 206:5, 206:8,
206:25, 210:24, 211:4,
216:2, 216:15, 219:3,
219:17, 220:3, 220:15,
220:16, 220:19, 221:11,
223:8, 223:10, 223:12,
223:14, 230:13, 231:6,
231:19, 232:5, 232:17,
233:6, 233:7, 235:21,
235:23, 236:2, 236:6,
237:6, 239:4, 247:8,
248:5, 248:10, 248:18,
248:22, 249:4, 255:24,
255:25, 256:4, 256:8,
256:12, 256:13, 256:16,
257:12, 257:13, 257:25,
258:7, 260:2, 260:18,
268:3, 270:25, 271:23,
274:3, 274:7, 276:17,
277:1, 278:3, 281:1,
281:3, 284:11, 285:25,
287:12
  **two-carbon** [1] -

236:2
  **Tylenol** [1] - 189:20
  **type** [15] - 74:3, 74:4,
74:17, 74:20, 74:23,
75:3, 75:13, 75:21,
77:1, 77:8, 81:17,
174:5, 188:17, 274:1,
274:10
  **types** [3] - 12:14,
50:1, 74:1
  **typical** [4] - 78:3,
78:11, 93:6, 194:15
  **typically** [6] - 61:11,
91:5, 107:25, 167:10,
191:6, 269:19

## U

  **U.S** [1] - 176:18
  **U.S.D.J** [1] - 1:17
  **ubiquitous** [14] -
85:2, 140:8, 140:13,
140:14, 140:22, 145:9,
149:11, 154:11, 154:19,
154:20, 154:25, 155:1,
155:4, 155:18
  **ubiquity** [1] - 156:21
  **ultimate** [2] - 82:20,
104:25
  **ultimately** [6] - 98:21,
185:9, 186:19, 189:5,
204:16, 210:20
  **umbrella** [1] - 173:10
  **unable** [1] - 133:1
  **unaccounted** [1] -
102:6
  **unaware** [2] - 192:13,
192:15
  **uncertainty** [1] -
80:24
  **unclean** [19] - 70:25,
83:3, 83:8, 88:23,
92:25, 94:25, 132:16,
132:21, 135:7, 136:25,
137:2, 137:8, 137:24,
140:4, 140:21, 140:23,
153:22, 156:22, 156:25
  **uncovered** [1] - 155:6
  **under** [29] - 6:9,
70:25, 72:5, 73:15,
73:24, 77:2, 77:7,
86:10, 87:2, 104:1,
108:12, 119:20, 120:6,
120:8, 125:12, 126:7,
127:7, 134:20, 135:1,
135:7, 147:16, 154:22,
156:13, 173:9, 216:16,
225:19, 227:19, 289:15
  **undergraduate** [7] -

66:23, 67:9, 67:10,
173:4, 173:6, 173:13,
174:12
  **undergraduates** [4] -
167:14, 167:15, 167:19,
173:6
  **underneath** [2] -
146:11, 153:21
  **understood** [3] -
46:11, 88:20, 238:9
  **undertake** [2] - 72:19,
84:15
  **unenforceable** [1] -
83:15
  **unequivocal** [1] -
192:12
  **unethical** [1] - 134:18
  **unfavorable** [1] -
266:24
  **unique** [6] - 89:13,
191:10, 192:21, 194:13,
194:14, 195:1
  **UNITED** [1] - 1:1
  **United** [1] - 1:22
  **University** [24] -
21:20, 22:21, 28:19,
28:25, 29:3, 29:9, 32:4,
32:6, 32:9, 33:1, 33:11,
34:5, 35:7, 35:12,
35:16, 41:6, 66:24,
67:2, 165:13, 168:7,
172:23, 173:13, 173:16,
173:23
  **unlike** [1] - 194:15
  **Unlike** [2] - 47:10,
47:13
  **unlikely** [1] - 288:12
  **unpack** [1] - 112:11
  **unpredictable** [2] -
45:11, 45:18
  **unreasonable** [2] -
17:1, 140:18
  **unsaturation** [1] -
203:16
  **unstable** [4] - 107:15,
107:18, 108:11, 108:13
  **Untenured** [1] - 68:5
  **unusual** [1] - 90:21
  **up** [95] - 9:3, 11:12,
14:8, 14:22, 20:4,
20:19, 25:24, 27:6,
27:21, 29:7, 36:7, 42:2,
42:7, 42:10, 44:24,
45:25, 46:23, 48:11,
53:11, 53:12, 54:2,
54:12, 57:4, 57:16,
58:15, 58:16, 59:22,
61:1, 64:4, 74:8, 85:3,
88:7, 101:11, 101:14,
105:17, 106:2, 110:18,

110:22, 118:19, 118:21,
118:22, 126:14, 127:15,
128:13, 131:3, 134:1,
134:7, 136:6, 142:9,
142:10, 142:13, 142:20,
144:15, 161:5, 161:13,
161:20, 161:23, 162:8,
163:16, 164:14, 175:24,
185:4, 185:10, 188:16,
189:2, 198:10, 199:4,
202:18, 205:23, 210:16,
212:14, 215:15, 222:7,
229:9, 230:7, 236:15,
236:24, 239:3, 244:14,
244:15, 248:13, 254:23,
255:14, 260:9, 264:3,
267:25, 273:14, 280:4,
281:12, 283:10, 285:7,
287:5, 287:8
  **update** [2] - 94:11,
94:12
  **upper** [6] - 173:4,
202:18, 282:8, 283:11
  **uptake** [10] - 190:1,
190:2, 190:12, 190:19,
191:7, 191:13, 193:21,
195:17, 196:1, 210:11
  **useful** [3] - 71:13,
71:14, 121:16
  **uses** [3] - 27:12,
27:18, 119:8
  **USPTO** [1] - 70:25
  **utility** [41] - 68:21,
70:22, 70:23, 71:12,
71:15, 72:1, 72:3, 72:8,
72:11, 72:14, 72:16,
72:17, 72:21, 73:7,
73:9, 73:13, 76:18,
76:22, 76:24, 77:12,
77:20, 82:21, 82:22,
84:17, 119:19, 121:12,
123:2, 123:21, 123:22,
123:23, 124:18, 124:19,
124:21, 124:22, 125:1,
125:3, 127:4, 127:7,
127:13, 127:25

## V

  **vague** [1] - 134:9
  **valid** [3] - 181:7,
181:16, 259:5
  **validity** [2] - 176:10,
288:5
  **valuable** [1] - 47:22
  **value** [8] - 16:8, 17:3,
17:15, 41:24, 42:8,
207:25, 208:1, 251:11
  **values** [2] - 208:2,
215:14

  **vampires** [1] - 197:22
  **vanishingly** [1] -
51:21
  **varied** [5] - 230:22,
232:5, 238:16, 240:10,
241:17
  **varies** [1] - 198:19
  **variety** [11] - 45:11,
45:18, 113:17, 113:18,
113:21, 134:1, 154:13,
154:17, 166:11, 247:18
  **various** [10] - 10:22,
88:24, 170:11, 174:24,
175:24, 189:4, 189:8,
207:12, 220:21, 251:16
  **varying** [1] - 177:2
  **vast** [1] - 100:12
  **venture** [1] - 154:8
  **verbatim** [1] - 182:5
  **verify** [1] - 106:3
  **versa** [1] - 259:5
  **version** [15] - 13:10,
128:24, 206:12, 206:13,
228:9, 228:12, 228:13,
255:3, 255:12, 255:15,
264:24, 268:5, 272:1,
285:5
  **versions** [1] - 163:8
  **versus** [5] - 203:21,
209:6, 217:22, 250:3,
270:1
  **vice** [1] - 259:5
  **video** [1] - 280:5
  **view** [6] - 57:14,
99:21, 181:9, 263:6,
280:1, 280:3
  **viewing** [1] - 198:9
  **views** [2] - 181:22,
279:25
  **Vince** [1] - 162:24
  **VINCENT** [1] - 3:4
  **Virgil** [2] - 165:16,
175:11
  **virtually** [1] - 246:11
  **vitae** [1] - 66:14
  **vivo** [1] - 120:23
  **volume** [1] - 41:21
  **Von** [1] - 175:5

## W

  **Wabash** [1] - 2:20
  **Wacker** [1] - 3:10
  **WADLER** [1] - 2:15
  **Wadler** [1] - 4:19
  **Wagner** [2] - 165:16,
175:11
  **wait** [1] - 148:15
  **walk** [4] - 136:23,

188:16, 199:4, 241:16
**walked** [1] - 111:1
**WALLACE** [1] - 3:13
**wants** [1] - 151:23
**warning** [1] - 83:7
**Washington** [1] - 2:14
**watch** [2] - 281:11, 281:22
**water** [4] - 43:21, 44:2, 74:8, 74:11
**Watkins** [1] - 5:5
**WATKINS** [1] - 2:20
**ways** [6] - 171:1, 171:3, 171:5, 185:8, 226:9, 275:22
**weak** [2] - 217:15, 221:14
**weakens** [1] - 251:11
**weaker** [5] - 209:22, 210:25, 211:16, 211:23, 254:10
**weakest** [1] - 210:22
**week** [4] - 150:20, 192:7, 278:7, 287:24
**weight** [1] - 57:25
**whereas** [5] - 40:20, 58:1, 190:21, 209:21, 210:24
**wherein** [1] - 170:11
**white** [9] - 96:23, 98:1, 99:12, 112:25, 113:14, 113:24, 114:4, 114:5, 283:13
**whole** [6] - 33:23, 181:10, 200:3, 207:4, 216:13, 259:1
**wide** [2] - 45:10, 45:18
**width** [2] - 100:11, 101:19
**Wiggins** [1] - 4:24
**WIGGINS** [3] - 3:3, 4:22, 106:5
**willing** [1] - 64:21
**window** [1] - 178:14
**wins** [2] - 207:15, 207:16
**Winston** [1] - 5:9
**WINSTON** [1] - 3:7
**wipe** [1] - 220:2
**Wisconsin** [16] - 21:21, 22:21, 25:6, 28:19, 29:4, 29:9, 32:4, 32:6, 32:9, 33:1, 33:11, 34:5, 35:7, 35:12, 35:16, 41:6
**Wisconsin's** [2] - 22:18, 29:1
**wish** [2] - 10:8,

174:13
**Witness** [2] - 63:1, 160:4
**witness** [39] - 6:3, 6:5, 29:25, 30:5, 54:21, 55:6, 57:2, 63:4, 63:10, 63:22, 64:1, 65:16, 94:5, 100:9, 107:20, 125:10, 126:4, 126:5, 126:13, 142:10, 159:25, 160:18, 161:23, 161:24, 162:5, 162:14, 175:18, 176:7, 176:22, 199:8, 225:18, 226:4, 226:8, 227:19, 243:2, 288:1, 289:14
**WITNESS** [24] - 6:11, 58:24, 62:23, 64:6, 100:8, 125:14, 148:12, 148:16, 162:1, 162:10, 163:22, 164:3, 199:7, 227:21, 243:6, 280:16, 280:19, 281:11, 281:18, 281:20, 281:22, 282:15, 282:20, 289:19
**witnesses** [5] - 125:11, 130:24, 254:14, 287:24, 288:6
**WITNESSES** [1] - 290:3
**wolf** [1] - 287:24
**wonderful** [1] - 124:24
**word** [6] - 133:11, 134:8, 153:10, 193:9, 194:14
**wording** [2] - 133:6, 183:16
**words** [5] - 85:20, 189:2, 207:13, 215:22, 257:25
**workhorses** [3] - 189:11, 189:12
**works** [3] - 43:15, 43:19, 199:3
**Workup** [1] - 38:15
**workup** [1] - 42:21
**world** [1] - 149:11
**worry** [1] - 163:19
**worse** [1] - 254:4
**wow** [1] - 273:8
**writing** [2] - 150:10, 175:25
**written** [8] - 38:23, 133:3, 159:14, 179:9, 180:8, 184:6, 208:14, 260:21
**wrote** [3] - 133:4, 133:6, 159:2

# X

**X's** [1] - 37:5
**XRPD** [10] - 7:25, 8:4, 8:10, 9:3, 9:10, 129:3, 136:2, 136:5, 136:11, 136:12

# Y

**year** [5] - 82:18, 141:14, 178:14, 178:15, 178:16
**years** [13] - 9:14, 70:9, 81:25, 87:11, 167:9, 167:12, 167:13, 167:14, 168:4, 169:16, 182:19, 185:14, 190:12
**yellow** [4] - 282:8, 282:12, 282:13, 283:10
**yesterday** [19] - 7:17, 8:23, 9:17, 10:13, 10:21, 12:7, 14:4, 14:11, 15:10, 15:12, 28:17, 29:3, 36:9, 37:12, 43:2, 45:23, 52:21, 57:12, 58:19
**yield** [6] - 20:10, 20:12, 20:14, 40:13, 40:23, 60:6
**York** [1] - 2:13

# Z

**zero** [28] - 8:24, 9:1, 9:4, 9:6, 9:10, 9:13, 9:18, 16:8, 16:12, 16:21, 16:25, 17:3, 17:15, 17:23, 17:25, 18:9, 18:17, 20:18, 52:24, 145:17, 151:7, 151:10, 151:18, 151:19, 152:5, 253:9
**zoom** [1] - 147:3